IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIKE LABINS,

       Plaintiff,

  v.

CHARLES SCHWAB CORPORATION,

       Defendant.
                                 /

No. C 08-01510 WHA

**CLERK'S NOTICE RESCHEDULING HEARING**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

      YOU ARE NOTIFIED THAT the Case Management Conference previously set for June 26, 2008 at 11:00 a.m. has been rescheduled for **June 19, 2008** at **11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Dated: March 20, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/
    Frank Justiliano
    Courtroom Deputy to the
    Honorable William Alsup