1  DARRYL P. RAINS (CA SBN 104802)
   THOMAS R. PLUMMER (CA SBN 240758)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   Email: DRains@mofo.com
5
   CRAIG D. MARTIN (CA SBN 168195)
6  STUART C. PLUNKETT (CA SBN 187971)
   KEVIN A. CALIA (CA SBN 227406)
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105
   Telephone: 415.268.7000
9  Facsimile: 415.268.7522

10 Attorneys for Defendants
   The Charles Schwab Corporation, Charles Schwab & Co. Inc.,
11 Charles Schwab Investment Management, Inc., Charles R.
   Schwab, Evelyn Dilsaver, Randall W. Merk, and George Pereira

12

13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17

18 | MIKE LABINS, on behalf of himself and all others similarly situated, | Case No.   CV-08-01510-WHA
19 | | CLASS ACTION
20 | Plaintiff, |
21 | v. | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIVIL L.R. 3-12]**
22 | THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA, |
25 | Defendants. |

26

27

28

After this action was filed on March 18, 2008, the following two actions involving identical parties and claims were filed in this District:

- *Hageman v. The Charles Schwab Corporation, et al.*, Case No. CV-08-01733-CW ("*Hageman*"), filed March 31, 2008; and
- *Glasgow v. The Charles Schwab Corporation, et al.*, Case No. CV-08-01936-SI ("*Glasgow*"), filed April 11, 2008.

Defendants hereby move pursuant to Local Rule 3-12(b) for a determination that the *Hageman* and *Glasgow* actions are related to this action within the meaning of Civil Local Rule 3-12(a). Counsel for the parties in all of these actions have agreed that the cases are related. (*See* Declaration of Stuart C. Plunkett, filed herewith.)

Local Rule 3-12(a) states that an action is related to another when:

> (1)   the actions concern substantially the same parties, property, transaction, or event; and
>
> (2)   it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Both of these criteria are met here. First, the actions involve identical parties and claims. The plaintiff in each case is a purported shareholder of Schwab YieldPlus Fund investment products who seeks to represent a class of persons who acquired shares in the Schwab YieldPlus Fund. The three institutional defendants — The Charles Schwab Corporation, Charles Schwab & Co. Inc. and Charles Schwab Investment Management, Inc. — and four individual defendants are common to all actions. Plaintiff in each action is suing defendants for the same alleged conduct under Sections 11, 12(a)(2), and 15 of the Securities Act of 1933. The actions thus involve substantially the same property, transactions and events and will require determination of the same questions of fact and law.

Second, due to their similarity, if not treated as related these actions are likely to require substantial duplication of labor and expense and present a potential danger of inconsistent rulings. Relating these actions would serve the interests of judicial economy and avoid the potential for conflicting rulings.

1  Accordingly, Defendants request that this Court enter an order relating the *Hageman* and
2  *Glasgow* actions to this action.

4  Dated: April 17, 2008

DARRYL P. RAINS
CRAIG D. MARTIN
STUART C. PLUNKETT
KEVIN A. CALIA
THOMAS R. PLUMMER
MORRISON & FOERSTER LLP

By: /s/ Darryl Rains
 Darryl Rains

Attorneys for Defendants
The Charles Schwab Corporation, Charles Schwab & Co. Inc., Charles Schwab Investment Management, Inc., Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk and George Pereira