1  DARRYL P. RAINS (CA SBN 104802)
   THOMAS R. PLUMMER (CA SBN 240758)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   Email: DRains@mofo.com
5
   CRAIG D. MARTIN (CA SBN 168195)
6  STUART C. PLUNKETT (CA SBN 187971)
   KEVIN A. CALIA (CA SBN 227406)
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105
   Telephone: 415.268.7000
9  Facsimile: 415.268.7522

10 Attorneys for Defendants
   The Charles Schwab Corporation, Charles Schwab & Co. Inc.,
11 Charles Schwab Investment Management, Inc., Charles R.
   Schwab, Evelyn Dilsaver, Randall W. Merk, and George Pereira

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE LABINS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>Defendants. | Case No.   CV-08-01510-WHA<br><br>CLASS ACTION<br><br>**DECLARATION OF STUART C. PLUNKETT IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIVIL L.R. 3-12]** |

I, STUART C. PLUNKETT, declare:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Defendants in this action. I submit this Declaration in Support of Defendants' Administrative Motion to Consider Whether Cases Should Be Related (the "Motion"). I make this Declaration based on personal knowledge. If called as a witness, I would testify to the facts set forth below.

2. Prior to filing the Motion, I complied with Civil Local Rule 7-11 by contacting counsel for plaintiffs in this action ("*Labins*") and in the two related actions in an attempt to obtain a stipulation that the cases are all related within the meaning of Civil Local Rule 3-12. The two related actions are: *Hageman v. The Charles Schwab Corporation, et al.*, Case No. CV-08-01733-CW ("*Hageman*"), filed March 31, 2008; and *Glasgow v. The Charles Schwab Corporation, et al.*, Case No. CV-08-01936-SI ("*Glasgow*"), filed April 11, 2008.

3. Specifically, on April 15, 2008, I contacted Peter Borkon, counsel for plaintiff in this action. During that call, Mr. Borkon indicated his agreement that the cases are related. In an email dated April 16, 2008, Mr. Borkon again indicated his agreement to the filing of the Motion.

4. On April 15, 2008, I also contacted Jeffrey Berens, counsel for plaintiff in *Hageman*. That same day Mr. Berens left me a voice message indicating his agreement that all three cases are related.

5. On April 15, 2008, I also contacted Marc Seltzer, counsel for plaintiff in *Glasgow*. Mr. Seltzer left me a voice message that same day indicating his agreement that all three cases are related.

6. Although all counsel agreed that the cases are related, I was unable to obtain final approval from all counsel on the form of a stipulation and order. Rather than wait for agreement on the form of an order, I decided to file the Motion with counsel's agreement set forth in a declaration, pursuant to Civil Local Rule 7-11(a).

CASE NO. CV-08-01510-WHA
PLUNKETT DECL. ISO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
sf-2501201

1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 17, 2008 in San Francisco, California.

          /s/ Stuart C. Plunkett
          Stuart C. Plunkett

I, Darryl Rains, am the ECF User whose ID and password are being used to file the Declaration of Stuart C. Plunkett in Support of the Administrative Motion to Consider Whether Cases Should Be Related [Civil L.R. 3-12]. In compliance with General Order 45, X.B., I hereby attest that Stuart C. Plunkett has concurred in this filing.

          /s/ Darryl P. Rains
          Darryl P. Rains

CASE NO. CV-08-01510-WHA
PLUNKETT DECL. ISO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
sf-2501201

2