DARRYL P. RAINS (CA SBN 104802)
THOMAS R. PLUMMER (CA SBN 240758)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com

CRAIG D. MARTIN (CA SBN 168195)
STUART C. PLUNKETT (CA SBN 187971)
KEVIN A. CALIA (CA SBN 227406)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
The Charles Schwab Corporation, Charles Schwab & Co. Inc.,
Charles Schwab Investment Management, Inc., Charles R.
Schwab, Evelyn Dilsaver, Randall W. Merk, and George Pereira

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE LABINS, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA<br><br>Defendants. | Case No. 3:08-cv-01510-WHA<br><br>CLASS ACTION<br><br>**CERTIFICATE OF SERVICE** |

1 **CERTIFICATE OF SERVICE**

2    I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

4    I further declare that on April 17, 2008, I served a copy of:

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIVIL L.R. 3-12]**

**DECLARATION OF STUART C. PLUNKETT IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIVIL L.R. 3-12]**

**[PROPOSED] ORDER RELATING CASES [CIV. L.R. 3-12]**

[x] **BY U.S. Mail** by sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number 415.268.7522 to the fax numbers set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the documents described above will be transmitted by facsimile on the same date that they are placed at Morrison & Foerster LLP for transmission.

Peter E. Borkon            x    Electronic Mail
Hagens Berman Sobol Shapiro LLP    x    U.S. Mail
715 Hearst Avenue, Suite 202            Overnight
Berkeley, CA 94710                     Fax
T: 510-725-3000
F: 510-725-3001
Email: peterb@hbsslaw.com

                                   x    Electronic Mail
Reed R. Kathrein           x    U.S. Mail
Hagens Berman Sobol Shapiro LLP        Overnight
715 Hearst Avenue, Suite 202           Fax
Berkeley, CA 94710
T: 510-725-3000
F: 510-725-3001
Email: reed@hbsslaw.com

CERTIFICATE OF SERVICE          2
CASE NO. 08-01510-WHA
pa-1248614

| | | |
|---|---|---|
| Robert W. Mills<br>The Mills Law Firm<br>145 Marina Boulevard<br>San Rafael, CA 94901-4224<br>T: 415-455-1326<br>F: 415-455-1327<br>Email: rwm@millslawfirm.com | x_____<br>x_____<br>_____<br>_____ | Electronic Mail<br>U.S. Mail<br>Overnight<br>Fax |
| Jeffrey A. Berens<br>Dyer & Berens LLP<br>682 Grant Street<br>Denver, CO 80203-3507<br>T: 303-861-1764<br>F: 303-395-0393<br>Email: jeff@dyerberens.com | x_____<br>x_____<br>_____<br>_____ | Electronic Mail<br>U.S. Mail<br>Overnight<br>Fax |
| Marc Moris Seltzer<br>Susman Godfrey LLP<br>1880 Century Park East<br>Suite 950<br>Los Angeles, CA 90067-1606<br>T: 310-789-3100<br>F: 310-789-3150<br>Email: mseltzer@susmangodfrey.com | x_____<br>x_____<br>_____<br>_____ | Electronic Mail<br>U.S. Mail<br>Overnight<br>Fax |
| Harry P. Susman<br>Susman Godfrey LLP<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096<br>T: 713-651-9366<br>F: 713-654-6666<br>Email: hsusman@susmangodfrey.com | x_____<br>x_____<br>_____<br>_____ | Electronic Mail<br>U.S. Mail<br>Overnight<br>Fax |
| Adam P. Schiffer<br>Schiffer Odom Hicks PLLC<br>3200 Southwest Freeway, Suite 2390<br>Houston, TX 77027<br>T: 713-357-5150<br>F: 713-357-5160<br>Email: aschiffer@sohlawfirm.com | x_____<br>x_____<br>_____<br>_____ | Electronic Mail<br>U.S. Mail<br>Overnight<br>Fax |

[x]  A Chambers copy of the motion and related filings have been lodged with the assigned judge in each apparently related case pursuant to Civ. L.R. 3-12 by placing a true copy thereof enclosed in a sealed envelope addressed as follows for hand delivery to the Office of The Clerk in the courthouse in which the chambers of the following Judges are located.

I am readily familiar with Morrison & Foerster LLP's practice for the lodging of Chambers copies by hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP and hand delivered on the same day to the Office of Clerk in the courthouse in which the chambers of the following Judges are located.

| | |
|---|---|
| Hon. Claudia Wilken<br>U.S. District Court<br>California Northern District<br>Oakland Division<br>1301 Clay Street<br>Suite 400 S<br>Oakland, CA 94612-5212 | _____ Electronic Mail<br>x_____ Hand Delivery<br>_____ U.S. Mail<br>_____ Overnight<br>_____ Fax |
| Hon. Susan Illston<br>Hon. William Alsup<br>U.S. District Court<br>California Northern District<br>San Francisco Division<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | _____ Electronic Mail<br>x_____ Hand Delivery<br>_____ U.S. Mail<br>_____ Overnight<br>_____ Fax |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, this 17th day of April, 2008.

| Sandra Barbra Richey | /s/ |
|---|---|
| (typed) | (signature) |

CERTIFICATE OF SERVICE
CASE NO. 08-01510-WHA
pa-1248614

4