| | |
|---|---|
| 1 | .DARRYL P. RAINS (CA SBN 104802) |
| | THOMAS R. PLUMMER (CA SBN 240758) |
| 2 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 3 | Palo Alto, California 94304-1018 |
| | Telephone: 650.813.5600 |
| 4 | Facsimile: 650.494.0792 |
| | Email: DRains@mofo.com |
| 5 | |
| | CRAIG D. MARTIN (CA SBN 168195) |
| 6 | STUART C. PLUNKETT (CA SBN 187971) |
| | KEVIN A. CALIA (CA SBN 227406) |
| 7 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 8 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 9 | Facsimile: 415.268.7522 |

Attorneys for Defendants
The Charles Schwab Corporation, Charles Schwab & Co. Inc.,
Charles Schwab Investment Management, Inc., Charles R.
Schwab, Evelyn Dilsaver, Randall W. Merk, and George Pereira

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE LABINS, on behalf of himself and all others similarly situated, | Case No.   CV-08-01510-WHA |
| Plaintiff, | CLASS ACTION |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA | |
| Defendants. | |

CASE NO. CV-08-01510-WHA
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
pa-1248823

1   Pursuant to Civil L.R. 3-16, defendants, through counsel, hereby certify that the following
2  listed persons, associations of persons, firms, partnerships, corporations (including parent
3  corporations) or other entities other than the parties themselves are known to have either: (i) a
4  financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any
5  other kind of interest that could be substantially affected by the outcome of this proceeding:

6   1.   Schwab Investments
7   2.   Schwab YieldPlus Fund Investor Shares
8   3.   Schwab YieldPlus Fund Select Shares
9   4.   Mariann Byerwalter
10  5.   Donald F. Dorward
11  6.   William A. Hasler
12  7.   Robert G. Holmes
13  8.   Gerald B. Smith
14  9.   Donald R. Stephens
15  10.  Michael W. Wilsey
16  11.  Gregory Hand

17  The foregoing are all persons or entities named as defendants in a related action filed in
18  federal district court in Massachusetts.

19  Dated: April 17, 2008

DARRYL P. RAINS
CRAIG D. MARTIN
STUART C. PLUNKETT
KEVIN A. CALIA
THOMAS R. PLUMMER
MORRISON & FOERSTER LLP

By:  /s/ Darryl Rains
     Darryl Rains

Attorneys for Defendants
The Charles Schwab Corporation, Charles Schwab & Co. Inc., Charles Schwab Investment Management, Inc., Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk and George Pereira

CASE NO. CV-08-01510-WHA
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
pa-1248823