IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE LABINS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,,<br><br>Defendants. | No. C 08-01510 WHA<br><br>**ORDER RE POSSIBLE RECUSAL** |

Plaintiff has filed a securities class action in this Court. The undersigned has an account with the defendant corporation. The undersigned does not know if any of the securities at issue have ever been held by him, although he doubts it. Counsel are ordered to find out if the undersigned has ever had any interest in the securities at issue. Please respond by **TUESDAY, APRIL 29, 2008**, at **NOON**. Any motion to recuse based on the foregoing circumstances must be made by **MAY 15, 2008**.

**IT IS SO ORDERED.**

Dated: April 22, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE