DARRYL P. RAINS (CA SBN 104802)
THOMAS R. PLUMMER (CA SBN 240758)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com

CRAIG D. MARTIN (CA SBN 168195)
STUART C. PLUNKETT (CA SBN 187971)
KEVIN A. CALIA (CA SBN 227406)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
The Charles Schwab Corporation, Charles Schwab & Co. Inc.,
Charles Schwab Investment Management, Inc., Charles R.
Schwab, Evelyn Dilsaver, Randall W. Merk, and George Pereira

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE LABINS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>Defendants. | Case No.   CV-08-01510-WHA<br><br>CLASS ACTION<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIVIL L.R. 3-12]** |

1   On April 17, 2008, Defendants filed a motion notifying the Court that this action was related to two other actions pending in this District. Since then, the following two additional actions involving overlapping parties and identical claims were filed in this District:

- *Flanzraich v. The Charles Schwab Corporation, et al.,* Case No. CV-08-01994-WHA ("*Flanzraich*"), filed April 16, 2008; and
- *Vinayak R. Pai Defined Benefits Pension Plan v. The Charles Schwab Corporation, et al.*, Case No. CV-08-02058-SC ("*Pai*"), filed April 21, 2008.

Defendants hereby move pursuant to Local Rule 3-12(b) for a determination that the *Flanzraich* and *Pai* actions are related to this action within the meaning of Civil Local Rule 3-12(a). The parties to all of these actions stipulate that the cases are related. (*See* Stipulation Regarding Administrative Motion to Consider Whether Cases Should be Related and [Proposed] Order Relating Cases, filed herewith.)

Local Rule 3-12(a) states that an action is related to another when:

> (1) the actions concern substantially the same parties, property, transaction, or event; and
>
> (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Both of these criteria are met here. First, the actions involve substantially similar parties and identical claims. The plaintiff in each case is a purported shareholder of Schwab YieldPlus Fund investment products who seeks to represent a class of persons who acquired shares in the Schwab YieldPlus Fund. Three named institutional defendants — The Charles Schwab Corporation, Charles Schwab & Co. Inc. and Charles Schwab Investment Management, Inc. — and four of the individual defendants named are common to all actions. Plaintiff in each action is suing defendants for the same alleged conduct under Sections 11, 12(a)(2), and 15 of the Securities Act of 1933. The actions thus involve substantially the same property, transactions and events and will require determination of the same questions of fact and law.

Second, due to their similarity, if not treated as related these actions are likely to require substantial duplication of labor and expense and present a potential danger of inconsistent rulings.

1  Relating these actions would serve the interests of judicial economy and avoid the potential for
2  conflicting rulings.
3        Accordingly, Defendants request that this Court enter an order relating the *Flanzraich* and
4  *Pai* actions to this action.

5  Dated:  April 24, 2008

                        DARRYL P. RAINS
                        CRAIG D. MARTIN
                        STUART C. PLUNKETT
                        KEVIN A. CALIA
                        THOMAS R. PLUMMER
                        MORRISON & FOERSTER LLP

                        By: /s/ Darryl P. Rains
                            Darryl P. Rains

                            Attorneys for Defendants
                            The Charles Schwab Corporation, Charles
                            Schwab & Co. Inc., Charles Schwab
                            Investment Management, Inc., Charles R.
                            Schwab, Evelyn Dilsaver, Randall W. Merk
                            and George Pereira