DARRYL P. RAINS (CA SBN 104802)
THOMAS R. PLUMMER (CA SBN 240758)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com

CRAIG D. MARTIN (CA SBN 168195)
STUART C. PLUNKETT (CA SBN 187971)
KEVIN A. CALIA (CA SBN 227406)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
The Charles Schwab Corporation, Charles Schwab & Co. Inc.,
Charles Schwab Investment Management, Inc., Charles R.
Schwab, Evelyn Dilsaver, Randall W. Merk, and George Pereira

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE LABINS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>Defendants. | Case No.   CV-08-01510-WHA<br><br>CLASS ACTION<br><br>**STIPULATION REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND [PROPOSED] ORDER RELATING CASES [CIV. L.R. 3-12]** |

Case No. CV-08-01510-WHA
STIPULATION RE ADMINISTRATIVE MOTION AND [PROPOSED] ORDER RELATING CASES
sf-2503569

1  WHEREAS, on March 18, 2008, plaintiff Mike Labins filed a complaint for violation of
2  the federal securities laws against The Charles Schwab Corporation, Charles Schwab & Co., Inc.,
3  Charles Schwab Investment Management, Inc., and individual officers and trustees of the Schwab
4  YieldPlus Fund, captioned *Labins v. The Charles Schwab Corporation, et al.*, Case No. CV-08-
5  01510-WHA ("*Labins*"); and

6  WHEREAS, on April 16, 2008, plaintiffs Nils and Jill Flanzraich filed a complaint for
7  violation of the federal securities laws against substantially the same defendants, captioned
8  *Flanzraich v. The Charles Schwab Corporation, et al.,* Case No. CV-08-01994-WHA
9  ("*Flanzraich*"); and

10  WHEREAS, on April 21, 2008, plaintiff Vinayak R. Pai Defined Benefits Pension Plan
11  filed a complaint for violation of the federal securities laws against substantially the same
12  defendants, captioned *Vinayak R. Pai Defined Benefits Pension Plan v. The Charles Schwab
13  Corporation, et al*., Case No. CV-08-02058-SC ("*Pai*"); and

14  WHEREAS the parties believe the actions should be related because (1) they involve
15  substantially the same parties, property, transactions and events; and (2) it appears likely that
16  there will be an unduly burdensome duplication of labor and expense or conflicting results if the
17  cases are conducted before different judges;

18  NOW, THEREFORE, pursuant to Civil Local Rule 3-12(a), the parties to the *Labins*,
19  *Flanzraich*, and *Pai* actions, by and through their counsel, hereby agree and stipulate that the
20  cases should be related, as requested in Defendants' Administrative Motion to Consider Whether
21  Cases Should Be Related, filed herewith.

22  SO STIPULATED.

23
24
25
26
27
28

Case No. CV-08-01510-WHA                           2
STIPULATION RE ADMINISTRATIVE MOTION AND [PROPOSED] ORDER RELATING CASES
sf-2503569

| | | |
|---|---|---|
| 1 | Dated: April 24, 2008 | DARRYL P. RAINS |
| 2 | | CRAIG D. MARTIN |
| | | STUART C. PLUNKETT |
| 3 | | KEVIN A. CALIA |
| | | THOMAS R. PLUMMER |
| 4 | | MORRISON & FOERSTER LLP |

By:  /s/ Darryl P. Rains
         Darryl P. Rains

Attorneys for Defendants

The Charles Schwab Corporation, Charles Schwab & Co. Inc., Charles Schwab Investment Management, Inc., Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk and George Pereira

Dated: April 24, 2008

REED R. KATHREIN
PETER E. BORKON
HAGENS BERMAN SOBOL SHAPIRO LLP

By:  /s/ Peter R. Borkon
         Peter R. Borkon

Attorneys For Plaintiff

Mike Labins

Dated: April 24, 2008

NADEEM FARUQI
VAHN ALEXANDER
ANTONIO VOZZOLO
FARUQI & FARUQI LLP

By:  /s/ Vahn Alexander
         Vahn Alexander

Attorneys for Plaintiffs

Nils Flanzraich and Jill Flanzraich

Case No. CV-08-01510-WHA
STIPULATION RE ADMINISTRATIVE MOTION AND [PROPOSED] ORDER RELATING CASES
sf-2503569

3

Dated: April 24, 2008          BLAIR NICHOLAS
                               BERNSTEIN LITOWITZ BERGER &
                               GROSSMANN LLP


                               By:  /s/ Blair Nicholas
                                    Blair Nicholas

                               Attorneys for Plaintiff

                               Vinayak R. Pai Defined Benefits Pension Plan


                        *   *   *

Pursuant to the above stipulation and Defendants' Administrative Motion to Consider Whether Cases Should Be Related, the Court determines that the following two actions are related to this action within the meaning of Civil Local Rule 3-12(a): *Flanzraich v. The Charles Schwab Corporation, et al.,* Case No. CV-08-01994-WHA and *Vinayak R. Pai Defined Benefits Pension Plan v. The Charles Schwab Corporation, et al.*, Case No. CV-08-02058-SC.

IT IS SO ORDERED.


Dated: April ___, 2008


                               _____
                               WILLIAM H. ALSUP
                               UNITED STATES DISTRICT JUDGE

Case No. CV-08-01510-WHA                    4
STIPULATION RE ADMINISTRATIVE MOTION AND [PROPOSED] ORDER RELATING CASES
sf-2503569

1  I, Darryl P. Rains, am the ECF User whose ID and password are being used to file this
2  Stipulation Regarding Administrative Motion to Consider Whether Cases Should be Related.  In
3  compliance with General Order 45, X.B., I hereby attest that Peter R. Borkon, Vahn Alexander,
4  and Blair Nicholas have concurred in this filing.

6  Dated:  April 24, 2008               MORRISON & FOERSTER LLP
                                        Attorneys for Defendants

8                                       By:   /s/ Darryl P. Rains
                                              Darryl P. Rains

                                        Attorneys for Defendants

                                        The Charles Schwab Corporation, Charles
                                        Schwab & Co. Inc., Charles Schwab
                                        Investment Management, Inc., Charles R.
                                        Schwab, Evelyn Dilsaver, Randall W. Merk
                                        and George Pereira