1   DARRYL P. RAINS (CA SBN 104802)
    THOMAS R. PLUMMER (CA SBN 240758)
2   MORRISON & FOERSTER LLP
    755 Page Mill Road
3   Palo Alto, California  94304-1018
    Telephone: 650.813.5600
4   Facsimile: 650.494.0792
    Email: DRains@mofo.com
5
    CRAIG D. MARTIN (CA SBN 168195)
6   STUART C. PLUNKETT (CA SBN 187971)
    KEVIN A. CALIA (CA SBN 227406)
7   MORRISON & FOERSTER LLP
    425 Market Street
8   San Francisco, California  94105-2482
    Telephone: 415.268.7000
9   Facsimile: 415.268.7522

10  Attorneys for Defendants
    The Charles Schwab Corporation, Charles Schwab & Co. Inc.,
11  Charles Schwab Investment Management, Inc., Charles R.
    Schwab, Evelyn Dilsaver, Randall W. Merk, and George Pereira
12

13

14                      UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

18  MIKE LABINS, on behalf of himself and all       Case No.    CV-08-01510-WHA
    others similarly situated,
19                                                  CLASS ACTION
                      Plaintiff,
20                                                  **CERTIFICATE OF SERVICE**
           v.
21
    THE CHARLES SCHWAB CORPORATION,
22  CHARLES SCHWAB & CO. INC., CHARLES
    SCHWAB INVESTMENT MANAGEMENT,
23  INC., CHARLES R. SCHWAB, EVELYN
    DILSAVER, RANDALL W. MERK and
24  GEORGE PEREIRA,

25                    Defendants.

26

27

28

    CASE NO. CV-08-01510-WHA
    CERTIFICATE OF SERVICE                                                          1
    sf-2503518

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on April 24, 2008, I served a copy of:

> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIVIL L.R. 3-12]**
>
> **STIPULATION REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND [PROPOSED] ORDER RELATING CASES [CIV. L.R. 3-12]**

[x]    **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

Peter E. Borkon
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
T: 510-725-3000
F: 510-725-3001
Email: peterb@hbsslaw.com

| | |
|---|---|
| _____ | Electronic Mail |
| __X__ | U.S. Mail |
| _____ | Overnight |
| _____ | Fax |
| _____ | Personal |

Reed R. Kathrein
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
T: 510-725-3000
F: 510-725-3001
Email: reed@hbsslaw.com

| | |
|---|---|
| _____ | Electronic Mail |
| __X__ | U.S. Mail |
| _____ | Overnight |
| _____ | Fax |
| _____ | Personal |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Nadeem Faruqi
Faruqi & Faruqi, LLP
369 Lexington Avenue, Tenth Floor
New York, NY  10017
T: 212-983-9330
F: 212-983-9331
Email: nfaruqi@faruqilaw.com

_____ Electronic Mail
__X__ U.S. Mail
_____ Overnight
_____ Fax
_____ Personal

Vahn Alexander
Faruqi & Faruqi, LLP
1901 Avenue of the Stars, Second Floor
Los Angeles, CA  90067
T: 310-461-1426
F: 310-461-1427
Email: valexander@faruqilaw.com

_____ Electronic Mail
__X__ U.S. Mail
_____ Overnight
_____ Fax
_____ Personal

Antonio Vozzolo
Faruqi & Faruqi, LLP
369 Lexington Avenue, Tenth Floor
New York, NY  10017
T: 212-983-9330
F: 212-983-9331
Email: avozzolo@faruqi.law.com

_____ Electronic Mail
__X__ U.S. Mail
_____ Overnight
_____ Fax
_____ Personal

Blair A. Nicholas
Bernstein Litowitz Berger & Grossman LLP
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
T: 858-793-0070
F: 858-793-0323
Email: blairn@blbglaw.com

_____ Electronic Mail
__X__ U.S. Mail
_____ Overnight
_____ Fax
_____ Personal

☒ A Chambers copy of the motion and related filings have been lodged with the assigned judge in each apparently related case pursuant to Civ. L.R. 3-12 by placing a true copy thereof enclosed in a sealed envelope addressed as follows for hand delivery to the Office of The Clerk in the courthouse in which the chambers of the following Judge is located.

I am readily familiar with Morrison & Foerster LLP's practice for the lodging of Chambers copies by hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the documents described above will be taken from Morrison & Foerster LLP and hand delivered on the same day to the Office of Clerk in the courthouse in which the chambers of the following Judge is located.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hon. Samuel Conti
United States District Court            _____   Electronic Mail
Northern District of California          __X__   Hand Delivery
San Francisco Division                   _____   U.S. Mail
450 Golden Gate Avenue                   _____   Overnight
San Francisco, CA 94102                  _____   Fax


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Palo Alto, California, this 24th day of April, 2008.


| Cynthia D. Fix | /s/ Cynthia D. Fix |
|---|---|
| (typed) | (signature) |


I, Darryl P. Rains, am the ECF User whose ID and password are being used to file this

Certificate of Service.  In compliance with General Order 45, X.B., I hereby attest that Cynthia D.

Fix has concurred in this filing.


Dated: April 24, 2008                     MORRISON & FOERSTER LLP
                                          Attorneys for Defendants

                                   By:    /s/ Darryl P. Rains
                                          Darryl P. Rains

                                          Attorneys for Defendants

                                          The Charles Schwab Corporation, Charles
                                          Schwab & Co. Inc., Charles Schwab
                                          Investment Management, Inc., Charles R.
                                          Schwab, Evelyn Dilsaver, Randall W. Merk
                                          and George Pereira