1  DARRYL P. RAINS (CA SBN 104802)
   THOMAS R. PLUMMER (CA SBN 240758)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   Email: DRains@mofo.com
5
   CRAIG D. MARTIN (CA SBN 168195)
6  STUART C. PLUNKETT (CA SBN 187971)
   KEVIN A. CALIA (CA SBN 227406)
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California  94105-2482
   Telephone: 415.268.7000
9  Facsimile: 415.268.7522

10 Attorneys for Defendants
   The Charles Schwab Corporation, Charles Schwab & Co. Inc.,
11 Charles Schwab Investment Management, Inc., Charles R.
   Schwab, Evelyn Dilsaver, Randall W. Merk, and George Pereira

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

18  MIKE LABINS, on behalf of himself and all         Case No.   CV-08-01510-WHA
    others similarly situated,
19                                                   CLASS ACTION
                    Plaintiff,
20
              v.                                     **DEFENDANTS' RESPONSE TO
21                                                   ORDER RE POSSIBLE RECUSAL**
    THE CHARLES SCHWAB CORPORATION,
22  CHARLES SCHWAB & CO. INC., CHARLES
    SCHWAB INVESTMENT MANAGEMENT,
23  INC., CHARLES R. SCHWAB, EVELYN
    DILSAVER, RANDALL W. MERK and
24  GEORGE PEREIRA

25                  Defendants.

CASE NO. CV-08-01510-WHA
RESPONSE TO ORDER RE POSSIBLE RECUSAL
sf-2504960

1  The Court's April 22, 2008, Order re Possible Recusal directed defendants to "find out if
2  the undersigned has ever had any interest in the securities at issue." The security at issue is the
3  Schwab YieldPlus Fund, which trades under the symbols SWYPX and SWYSX. Defendants
4  have confirmed that Judge Alsup has not purchased, sold, or held this security in any account
5  maintained at Charles Schwab & Co., Inc.

7  Dated: April 24, 2008

DARRYL P. RAINS
CRAIG D. MARTIN
STUART C. PLUNKETT
KEVIN A. CALIA
THOMAS R. PLUMMER
MORRISON & FOERSTER LLP

By:  /s/ Darryl Rains
     Darryl Rains

Attorneys for Defendants
The Charles Schwab Corporation, Charles
Schwab & Co. Inc., Charles Schwab
Investment Management, Inc., Charles R.
Schwab, Evelyn Dilsaver, Randall W.
Merk and George Pereira

CASE NO. CV-08-01510-WHA
RESPONSE TO ORDER RE POSSIBLE RECUSAL
sf-2504960