BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

LOVITT & HANNAN, INC.
Ronald Lovitt
J. Thomas Hannan
900 Front Street, Suite 300
San Francisco 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528

Attorneys for the Schwartz Group of Investors

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE LABINS, on Behalf of Himself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO., INC.; CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.; CHARLES R. SCHWAB; EVELYN DILSAVER; RANDALL W. MERK; AND GEORGE PEREIRA,<br><br>                        Defendants. | Case No. Case No. CV-08-1510-WHA<br><br>**[PROPOSED]**<br>**ORDER GRANTING**<br>**MOTION FOR CONSOLIDATION OF ACTIONS; FOR APPOINTMENT OF THE SCHWARTZ GROUP OF INVESTORS AS LEAD PLAINTIFFS; AND FOR APPROVAL OF LEAD PLAINTIFFS' CHOICE OF LEAD COUNSEL**<br><br>Date: June 26, 2008<br>Time: 8:00 a.m.<br>Judge: The Honorable William H. Alsup |
| GERRY HAGEMAN, on Behalf of Himself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>THE CHARLES SCHWAB CORPORATION, et al.,<br><br>                  Defendants. | CASE NO. CV 08-01733-CW |

[PROPOSED] ORDER RE MOTION FOR CONSOLIDATION: APPOINTMENT OF THE SCHWARTZ GROUP OF INVESTORS AS LEAD PLAINTIFFS; AND FOR APPROVAL LEAD COUNSEL

| | |
|---|---|
| W. MERRILL GLASGOW, on Behalf of Himself and All Others Similarly Situated,<br><br>             Plaintiff,<br><br>    vs.<br><br>THE CHARLES SCHWAB CORPORATION, et al.,<br><br>      Defendants. | CASE NO. CV 08-01936-SI |
| NILS FLANZRAICH, on Behalf of Himself and All Others Similarly Situated,<br><br>             Plaintiff,<br><br>    vs.<br><br>THE CHARLES SCHWAB CORPORATION et al.,<br><br>      Defendants. | CASE NO. CV 08-01994-WHA |
| VINAYAK R. PAI DEFINED BENEFITS PENSION PLAN,<br><br>             Plaintiff,<br><br>    vs.<br><br>THE CHARLES SCHWAB CORPORATION, et al.,<br><br>      Defendants. | CASE NO. CV 08-02058 WHA |

1
2
3
4
5
6
7
8
9
10
11

On June 26, 2008, the "The Schwartz Group," consisting of Richard M. Schwartz, Trustee of the Celesta Schwartz Trust FBO Richard Schwartz under the Celesta Schwartz Revocable Trust Dtd June 12, 1992; Richard M. Schwartz, Trustee of the Meyer Schwartz Trust FBO Richard Schwartz under the Will of Meyer Schwartz, Deceased; the Charles C. Bell Limited Partnership; Sheri Bell, individually and on behalf of C. Scott Bell pursuant to power of attorney; and Casa Marin, a California Corporation, brought their MOTION FOR CONSOLIDATION OF ACTIONS; FOR APPOINTMENT OF THE SCHWARTZ GROUP OF INVESTORS AS LEAD PLAINTIFFS;  AND FOR APPROVAL OF LEAD PLAINTIFFS' CHOICE OF LEAD COUNSEL.  The matter came on regularly for hearing, and the Court, having considered the papers on file herein, the applications of other persons and groups to be lead plaintiffs, the arguments of counsel, and being duly advised and good cause appearing therefore,

12

IT IS HEREBY ORDERED that:

13

1.   The following actions (the "Related Actions") are consolidated for all purposes:

14

*Labins v. The Charles Schwab Corporation, et al.*                    CV 08-01510-WHA

15

*Hageman v. The Charles Schwab Corporation, et al.*              CV 08-01733-CW

16

*Glasgow v. The Charles Schwab Corporation, et al.*              CV 08-01936-SI

17

*Flanzraich et al v. The Charles Schwab Corporation et al.*      CV 08-01994-WHA

18
19

*Vinayak R. Pai Defined Benefits Pension Plan v. The Charles Schwab Corporation et al.*      CV 08-02058-WHA

20
21
22
23
24
25
26

2.   The following parties are appointed as Lead Plaintiffs in the Related Actions: Richard M. Schwartz, Trustee of the Celesta Schwartz Trust FBO Richard Schwartz under the Celesta Schwartz Revocable Trust Dtd June 12, 1992; Richard M. Schwartz, Trustee of the Meyer Schwartz Trust FBO Richard Schwartz under the Will of Meyer Schwartz, Deceased; the Charles C. Bell Limited Partnership; Sheri Bell, individually and on behalf of C. Scott Bell pursuant to power of attorney; and Casa Marin, a California Corporation.

27
28

3.  The Court approves of Lead Plaintiffs' selection of Lovitt & Hannan, Inc. and Bramson, Plutzik, Mahler & Birkhaeuser, LLP as Co-Lead Counsel.

Dated: _____, 2008

_____
Judge of the United States District Court