UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE LABINS, on Behalf of Himself and all Others Similarly Situated,<br><br>         Plaintiff,<br><br> v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>         Defendants. | No. 08-cv-1510 WHA<br><br>[PROPOSED] ORDER GRANTING THE YIELDPLUS INVESTOR GROUP'S MOTION TO CONSOLIDATE, TO APPOINT LEAD PLAINTIFF AND TO APPROVE PROPOSED LEAD PLAINTIFF'S SELECTION OF COUNSEL |
| GERRY HAGEMAN, on Behalf of Himself and all Others Similarly Situated,<br><br>         Plaintiff,<br><br> v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>         Defendants. | No. 08-cv-1733 WHA |

010036-12  239963 V1

| | | |
|---|---|---|
| W. MERRILL GLASGOW, on Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. 08-cv-1936 WHA |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| NILS FLANZRAICH and JILL FLANZRAICH, on Behalf of Themselves and all Others Similarly Situated, | ) ) ) | No. 08-cv-1994 WHA |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, SCHWAB INVESTMENTS, SCHWAB YIELDPLUS FUND SELECT SHARES, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

010036-12 239963 V1

| | | |
|---|---|---|
| 1 | VINAYAK R. PAI DEFINED BENEFITS ) <br> PENSION PLAN, on Behalf of Itself and all ) | No. 08-cv-2058 WHA |
| 2 | Others Similarly Situated, ) <br> ) | |
| 3 | Plaintiff, ) <br> ) | |
| 4 | v. ) <br> ) | |
| 5 | THE CHARLES SCHWAB CORPORATION, ) <br> CHARLES SCHWAB & CO. INC., CHARLES ) | |
| 6 | SCHWAB INVESTMENT MANAGEMENT, ) <br> INC., SCHWAB INVESTMENTS, CHARLES ) | |
| 7 | R. SCHWAB, EVELYN DILSAVER, ) <br> RANDALL W. MERK, GREGORY HAND, ) | |
| 8 | GEORGE PEREIRA, DONALD F. DOWARD, ) <br> MARIANN BYERWALTER, WILLIAM A. ) | |
| 9 | HASLER, ROBERT G. HOLMES, GERALD B. ) <br> SMITH, DONALD R. STEPHENS, MICHAEL ) | |
| 10 | W. WILSEY and JEFF LYONS, ) <br> ) | |
| 11 | Defendants. ) <br> ) | |

1  Before this Court are Proposed Lead Plaintiffs David and Gretchen Mikelonis, Kevin
2  O'Donnell, John Hill, N. Richard Kimmel, James Coffin and Robert Dickson's (referred to
3  collectively as "YieldPlus Investor Group") motion to consolidate substantially similar cases that
4  include *Hageman v. The Charles Schwab Corporation, et al.,* Case No. 08-cv-1733 WHA, *Glasgow*
5  *v. The Charles Schwab Corporation, et al.,* Case No. 08-cv-1936 WHA, *Flanzraich, et al. v. The*
6  *Charles Schwab Corporation, et al.,* Case No. 08-cv-1994 WHA and *Vinayak R. Pai Defined*
7  *Benefits Pension Plan v. The Charles Schwab Corporation, et al.,* Case No. 08-cv-2058 WHA; to
8  appoint the YieldPlus Investor Group as Lead Plaintiff and to approve proposed Lead Plaintiff's
9  selection of counsel; Memorandum of Points and Authorities in Support Thereof, and the Declaration
10 of Reed R. Kathrein in Support of the Motion.
11 Having considered the Motion to Consolidate, to Appoint Lead Plaintiff and to Approve
12 Proposed Lead Plaintiff's Selection of Counsel, the Memorandum of Points and Authorities in
13 Support Thereof, the Declaration of Reed R. Kathrein in Support of that Motion, and good cause
14 appearing therefore,
15 IT IS HEREBY ORDERED THAT:
16 1.  The motion is granted.
17 2.  Class Members, David and Gretchen Mikelonis, Kevin O'Donnell, John Hill, N.
18 Richard Kimmel, James Coffin and Robert Dickson are appointed to serve as Lead Plaintiffs in the
19 above-captioned consolidated action pursuant to 15 U.S.C. §78u-4(a)(3)(B).
20 3.  The law firm of Hagens Berman Sobol Shapiro LLP is appointed Lead Counsel for
21 Plaintiffs in the consolidated action.
22 4.  Lead Counsel shall have authority to speak for Plaintiffs in matters regarding pretrial
23 and trial procedure and settlement negotiations, and shall make all work assignments in such manner
24 as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or
25 unproductive effort.
26 5.  Lead Counsel shall be responsible for coordination of all activities and appearances
27 on behalf of Plaintiffs and for the dissemination of notices and orders of this Court.  No motion,
28

1  request for discovery or other pretrial proceedings shall be initiated or filed by Plaintiffs except

2  through Lead Counsel.

3       6.     Lead Counsel also shall be available and responsible for communications to and from

4  this Court.  Lead Counsel shall be responsible for the creation and maintenance of a master service

5  list of all parties and their respective counsel.

6       7.     Defendants' counsel may rely upon all agreements made with Lead Counsel, or other

7  duly authorized representatives of Plaintiffs, and such agreements shall be binding on Plaintiffs.

8       8.     This case and Case Nos. 08-cv-1733 WHA, 08-cv-1936 WHA, 08-cv-1994 WHA and

9  08-cv-2058 WHA are related cases, sharing common questions of law and fact as contemplated by

10  Federal Rule of Civil Procedure 42(a).

11       9.     Due to the related nature of the referenced matters, it would promote judicial

12  economy, save the Court and the parties unnecessary costs and delay, and promote consistent results

13  to consolidate the four cases.

14       10.     Accordingly, the Court GRANTS Plaintiffs' motion to consolidate this case with Case

15  Nos. 08-cv-1733 WHA, 08-cv-1936 WHA, 08-cv-1994 WHA and 08-cv-2058 WHA.  The cases

16  shall be consolidated into Case No. 08-cv-1510 WHA, the first case filed, and closed.  All

17  subsequent papers, pleadings, and motions shall be filed under the case number 08-cv-1510 WHA,

18  and the consolidated action shall be re-captioned as *In re Charles Schwab Corporation Securities*

19  *Litigation*.

20       11.     This Order (the "Order") shall apply to this action, all actions consolidated herein and

21  to each case that relates to the same subject matter that is subsequently filed in this Court or is

22  transferred to this Court and is consolidated with this consolidated action.

23       12.     An original of this Order shall be filed by the Clerk in the Master File.

24       13.     The Clerk shall mail a copy of this Order to counsel of record in this consolidated

25  action.

26       14.     The Court requests the assistance of counsel in calling to the attention of the Clerk of

27  this Court the filing or transfer of any case that might properly be consolidated as part of this

28  consolidated action.

1  15. When a case that arises out of the same subject matter of this consolidated action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

  a. File a copy of this Order in the separate file for such action;

  b. Mail a copy of this Order to the attorneys for the Plaintiff(s) in the newly-filed or transferred case and to any new Defendant(s) in the newly-filed case; and

  c. Make the appropriate entry in the Master Docket for this consolidated action.

  16. Each new case that arises out of the subject matter of this consolidated action which is filed in this Court or transferred to this Court, shall be consolidated with this consolidated action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of the Defendants' right to object to consolidation of any subsequently filed case.

  IT IS SO ORDERED.

Dated: _____  _____
               WILLIAM H. ALSUP
               UNITED STATES DISTRICT JUDGE

Submitted By:

Dated: May 16, 2008

HAGENS BERMAN SOBOL SHAPIRO LLP

By   /s/ Reed R. Kathrein
  REED R. KATHREIN

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

1
2  Steve W. Berman
   Sean R. Matt
3  Erin K. Flory
   HAGENS BERMAN SOBOL SHAPIRO LLP
4  1301 Fifth Avenue, Suite 2900
   Seattle, WA 98101
5  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
6  steve@hbsslaw.com

7  Attorneys for Proposed Lead Plaintiff the
   YieldPlus Investor Group
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING THE MOT. TO CONSOLID.,    - 4 -
TO APPOINT LEAD PL. AND TO APPROVE PROPOSED LEAD
PL.'S SELECTION OF COUNSEL – NO. 08-cv-1510 WHA

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      /s/ Reed R. Kathrein
      REED R. KATHREIN

# Mailing Information for a Case 3:08-cv-01510-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)