COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
AZRA Z. MEHDI (220406)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
qmehdi@csgrr.com
      – and –
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARK S. REICH
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@csgrr.com
drosenfeld@csgrr.com
mreich@csgrr.com
malba@csgrr.com

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER, LLP
SEAN M. HANDLER
STEVEN D. RESNICK
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
shandler@sbtklaw.com
sresnick@sbtklaw.com

[Proposed] Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE LABINS, On Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>THE CHARLES SCHWAB CORPORATION, et al.,<br><br>                    Defendants. | No. 3:08-cv-01510-WHA<br><br>CLASS ACTION<br><br>DECLARATION OF AZRA Z. MEHDI IN SUPPORT OF THE MOTION OF THE PEATE GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL |

AZRA Z. MEHDI declares, under penalty of perjury:

1. I am a member of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia"), one of plaintiff's counsel in the action entitled *R. Daniel Bohl vs. The Charles Schwab Corporation, et al.*, Civil Action No. 1:08-cv-10593-RGS, filed in the District of Massachusetts. I submit this Declaration in support of the motion of Garfield Peate, Mark Verge and Malkit Singh, Power of Attorney for Jameet K. Singh (collectively, the "Peate Group") for appointment as Lead Plaintiffs and for approval of selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the notice, published by plaintiff in the action entitled *Mike Labins vs. The Charles Schwab Corporation, et al.*, No. 3:08-cv-01510-WHA, on *PR Newswire*, a national, business-oriented newswire service, on March 18, 2008.

3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated collective losses of the Peate Group at $376,334.67, in connection with its purchases of Schwab YieldPlus Funds Investor Shares or Schwab YieldPlus Funds Select Shares.

4. Attached hereto as Exhibit C are true and accurate copies of the certifications of the members of the Peate Group.

5. Attached hereto as Exhibit D is a true and accurate copy of the firm resume of Coughlin Stoia.

6. Attached hereto as Exhibit E is a true and accurate copy of the firm resume of Schiffrin Barroway Topaz & Kessler, LLP.

DATED: May 19, 2008

                                                                    /s/ *Azra Z. Mehdi*
                                                                    AZRA Z. MEHDI

CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 19, 2008.

s/ Azra z. Mehdi
AZRA Z. MEHDI

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: azram@csgrr.com

# Mailing Information for a Case 3:08-cv-01510-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Timothy J. Burke**
  service@ssbla.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

CHARLES SCHWAB YIELDPLUS (CA)

Service List - 5/19/2008    (08-0087C)

Page 1 of 2

**Counsel For Defendant(s)**

Craig D. Martin
Stuart C. Plunkett
Kevin A. Calia
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482
  415/268-7000
  415/268-7522 (Fax)

Darryl P. Rains
Thomas R. Plummer
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA  94304
  650/813-5600
  650/494-0792 (Fax)

**Counsel For Plaintiff(s)**

Blair A. Nicholas
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Dr., Suite 300
San Diego, CA  92130
  858/793-0070
  858/793-0323 (Fax)

Dave Gaba
Compass Law Group PLLC
1200 Fifth Avenue, Suite 1900
Seattle, WA  98101
  206/467-7026

Samuel H. Rudman
David A. Rosenfeld
Mark S. Reich
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
  631/367-7100
  631/367-1173 (Fax)

Azra Z. Mehdi
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
  415/288-4545
  415/288-4534 (Fax)

Jeffrey A. Berens
Dyer & Berens LLP
682 Grant Street
Denver, CO  80203-1764
  303/861-1764
  303/395-0393 (Fax)

Vahn Alexander
Faruqi & Faruqi, LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA  90067
  310/461-1426
  310/461-1427 (Fax)

CHARLES SCHWAB YIELDPLUS (CA)

Service List - 5/19/2008   (08-0087C)

Page 2 of 2

Nadeem Faruqi
Antonio Vozzolo
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
   212/983-9330
   212/983-9331 (Fax)

Reed R. Kathrein
Peter E. Borkon
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
   510/725-3000
   510/725-3001 (Fax)

Sean M. Handler
Steven D. Resnick
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
   610/667-7706
   610/667-7056 (Fax)

Marc M. Seltzer
Susman Godfrey L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
   310/789-3100
   310/789-3150 (Fax)

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
   206/623-7292
   206/623-0594 (Fax)

Adam P. Schiffer
Schiffer Odom Hicks PLLC
3200 Southwest Freeway, Suite 2390
Houston, TX 77027
   713/357-5150
   713/357-5160 (Fax)

Harry P. Susman
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
   713/651-9366
   713/654-6666 (Fax)

Robert W. Mills
The Mills Law Firm
145 Marina Blvd.
San Rafael, CA 94901
   415/455-1326
   415/455-1327 (Fax)