Yahoo! My Yahoo! Mail Make Y! your home page Search: Web Search

YAHOO! FINANCE Welcome, **amartin426** [Sign Out, My Account] Finance Home - Help PR Newswire

**Welcome** [Sign In] To track stocks & more, Register

## Financial News

Enter symbol(s) Basic Get Symbol Lookup

**Press Release** Source: Hagens Berman Sobol Shapiro LLP

# Hagens Berman Sobol Shapiro Files Proposed Class-Action Lawsuit On Behalf of Investors in the Schwab YieldPlus Funds

Tuesday March 18, 11:12 pm ET

SEATTLE, March 18 /PRNewswire/ -- Hagens Berman Sobol Shapiro LLP ("Hagens Berman") (http://www.hbsslaw.com/schw) today announced it filed a proposed class-action lawsuit in the United States District Court for the Northern District of California on behalf of those who purchased Schwab YieldPlus Funds Investor Shares (Nasdaq: SWYSX - News) or Schwab YieldPlus Funds Select Shares (Nasdaq: SWYPX - News) from Charles Schwab Corporation ("Charles Schwab" or the "Company") (Nasdaq: SCHW - News) from March 17, 2005 to March 18, 2008 (the "Class Period").

If you wish to serve as lead plaintiff, you must move the Court no later than May 16, 2008. If you wish to consider joining this action as lead plaintiff, discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Reed Kathrein of Hagens Berman at 510/725-3000 or via e-mail info@hbsslaw.com. You can view a copy of the complaint as filed or join this class action online at http://www.hbsslaw.com/schw. Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Although your ability to share in any recovery is not affected by the decision whether or not to seek appointment as a lead plaintiff, lead plaintiffs make important decisions which could affect the overall recovery for class members, including decisions concerning settlement. The securities laws require the Court to consider the class member(s) with the largest financial interest as presumptively the most adequate lead plaintiff(s).

The complaint claims Charles Schwab Corporation headquartered in San Francisco, CA, the funds' underwriter, investment advisers and officers and directors issued untrue statements regarding the lack of diversification of these funds and the extent of investments assigned to sub-prime mortgage backed and related securities. The complaint alleges the funds registration statements and prospectuses contained untrue statements of material facts, and omitted important information regarding the funds' investments, ultimately misleading investors.

On Nov. 15, 2004, the Company began offering the Schwab YieldPlus investment funds through a registration statement and prospectus. The YieldPlus funds are advertised by the defendants as 'a safe alternative to money market funds that preserve principal while being designed with your income needs in mind'. Throughout the Class Period the Company claimed the funds were investments in a large, well-diversified portfolio, a seasoned team of taxable bond portfolio managers actively managed the funds, and that investment in Schwab YieldPlus would return higher yields on cash with only marginally higher risk, a smart alternative. Since July of 2007, the share price for the funds began lowering, for a total loss of 18 percent. Today the funds stand at an all-time low of $7.96, down more than 11 percent from Jan. 1, 2008.

The lawsuit claims the funds are not well diversified, instead concentrated in a single risky industry with more than 50 percent of the funds assets invested in the mortgage industry. The lawsuit seeks remedies under the 1933 Act on behalf of all fund purchasers during the Class Period.

Hagens Berman Sobol Shapiro, a law firm with offices in Seattle, San Francisco, Los Angeles, Boston, Chicago and Phoenix, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. The Hagens Berman Web site (http://www.hbsslaw.com) has more information about the firm.

Contact: Hagens Berman Sobol Shapiro LLP
Reed R. Kathrein
510/725-3000
info@hbsslaw.com
www.hbsslaw.com

Hagens Berman Sobol Shapiro Files Proposed Class-Action Lawsuit On... http://biz.yahoo.com/prnews/080318/aqtu184.html?.v=26&printer=1
Case3:08-cv-01510-WHA Document30-1 Filed05/19/08 Page2 of 2

Source: Hagens Berman Sobol Shapiro LLP

---

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Send Feedback
Copyright © 2008 PR Newswire. All rights reserved. Republication or redistribution of PRNewswire content is expressly prohibited without the prior written consent of PRNewswire. PRNewswire shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.

2 of 2 5/19/2008 6:05 PM