| | |
|---|---|
| COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>AZRA Z. MEHDI (220406)<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br>qmehdi@csgrr.com<br>    – and –<br>SAMUEL H. RUDMAN<br>DAVID A. ROSENFELD<br>MARK S. REICH<br>MARIO ALBA JR.<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax)<br>srudman@csgrr.com<br>drosenfeld@csgrr.com<br>mreich@csgrr.com<br>malba@csgrr.com | SCHIFFRIN BARROWAY TOPAZ<br>  & KESSLER, LLP<br>SEAN M. HANDLER<br>STEVEN D. RESNICK<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: 610/667-7706<br>610/667-7056 (fax)<br>shandler@sbtklaw.com<br>sresnick@sbtklaw.com |

[Proposed] Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE LABINS, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>THE CHARLES SCHWAB CORPORATION, et al.,<br><br>                Defendants. | No. 3:08-cv-01510-WHA<br><br><u>CLASS ACTION</u><br><br>CERTIFICATE OF AZRA Z. MEHDI PURSUANT TO LOCAL RULE 3-7(D) |

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7(D)**

Pursuant to Northern District Local Rule 3-7(d), I, Azra Z. Mehdi, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto. Executed this 19th day of May, 2008, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ *Azra Z. Mehdi*
　　　　　　　　　　　　　　　　　　　　　　　　　　AZRA Z. MEHDI

CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 19, 2008.

s/ Azra Z.Mehdi
AZRA Z. MEHDI

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:  azram@csgrr.com

# Mailing Information for a Case 3:08-cv-01510-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Timothy J. Burke**
  service@ssbla.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

CHARLES SCHWAB YIELDPLUS (CA)

Service List - 5/19/2008    (08-0087C)

Page 1 of 2

**Counsel For Defendant(s)**

Craig D. Martin
Stuart C. Plunkett
Kevin A. Calia
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
  415/268-7000
  415/268-7522 (Fax)

Darryl P. Rains
Thomas R. Plummer
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
  650/813-5600
  650/494-0792 (Fax)

**Counsel For Plaintiff(s)**

Blair A. Nicholas
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Dr., Suite 300
San Diego, CA 92130
  858/793-0070
  858/793-0323 (Fax)

Dave Gaba
Compass Law Group PLLC
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
  206/467-7026

Samuel H. Rudman
David A. Rosenfeld
Mark S. Reich
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
  631/367-7100
  631/367-1173 (Fax)

Azra Z. Mehdi
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
  415/288-4545
  415/288-4534 (Fax)

Jeffrey A. Berens
Dyer & Berens LLP
682 Grant Street
Denver, CO 80203-1764
  303/861-1764
  303/395-0393 (Fax)

Vahn Alexander
Faruqi & Faruqi, LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
  310/461-1426
  310/461-1427 (Fax)

CHARLES SCHWAB YIELDPLUS (CA)

Service List - 5/19/2008   (08-0087C)

Page 2 of 2

Nadeem Faruqi
Antonio Vozzolo
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
  212/983-9330
  212/983-9331 (Fax)

Reed R. Kathrein
Peter E. Borkon
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
  510/725-3000
  510/725-3001 (Fax)

Sean M. Handler
Steven D. Resnick
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
  610/667-7706
  610/667-7056 (Fax)

Marc M. Seltzer
Susman Godfrey L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
  310/789-3100
  310/789-3150 (Fax)

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
  206/623-7292
  206/623-0594 (Fax)

Adam P. Schiffer
Schiffer Odom Hicks PLLC
3200 Southwest Freeway, Suite 2390
Houston, TX 77027
  713/357-5150
  713/357-5160 (Fax)

Harry P. Susman
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
  713/651-9366
  713/654-6666 (Fax)

Robert W. Mills
The Mills Law Firm
145 Marina Blvd.
San Rafael, CA 94901
  415/455-1326
  415/455-1327 (Fax)