Vahn Alexander (167373)
FARUQI & FARUQI, LLP
1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
Tel: (310) 461-1426
Fax: (310) 461-1427
valexander@faruqilaw.com

Nadeem Faruqi
Antonio Vozzolo
FARUQI & FARUQI, LLP
369 Lexington Avenue, Tenth Floor
New York, NY 10017
Tel: (212) 983-9330
Fax: (212) 983-9331
nfaruqi@faruqilaw.com
avozzolo@faruqilaw.com

*[Proposed] Lead Counsel for Plaintiffs
Nils and Jill Flanzraich*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE LABINS, On Behalf of Himself and all Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>                Defendants. | No. 08-cv-01510-WHA<br><br>CLASS ACTION<br><br>**NILS AND JILL FLANZRAICH'S NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF ALL RELATED CASES, APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**<br><br>Related Cases:<br><br>*Flanzraich*, CV-08-01994 WHA<br>*Hageman*, CV-08-01733 WHA<br>*Glasgow*, CV-08-01936 WHA<br>*Pai*, CV-08-02058 WHA<br><br>DATE:      June 26, 2008<br>TIME:       8:00 a.m.<br>COURTROOM:   9 |

[ADDITIONAL CAPTIONS FOLLOW]

| | |
|---|---|
| GERRY HAGEMAN, on Behalf of Himself and all Others Similarly Situated, | No. 08-cv-01733 WHA |
| Plaintiff, | |
| v. | |
| THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA, | |
| Defendants. | |
| W. MERRIL GLASGOW, on Behalf of Himself and All Others Similarly Situated, | No. 08-cv-01936 WHA |
| Plaintiff, | |
| v. | |
| THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA, | |
| Defendants. | |
| NILS FLANZRAICH and JILL FLANZRAICH on behalf of themselves and all others similarly situated, | No. 08-cv-01994 WHA |
| Plaintiff, | |
| v. | |
| THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO., INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, SCHWAB INVESTMENTS, SCHWAB YIELDPLUS FUND SELECT SHARES, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA, | |
| Defendants | |

[ADDITIONAL CAPTIONS FOLLOW]

---

**NOTICE OF MOT. AND MOT. FOR CONSOLIDATION, APPT. OF LEAD PLS. AND APPROVAL OF LEAD COUNSEL**

| | |
|---|---|
| VINAYAK R. PAI DEFINED BENEFITS PENSION PLAN, on Behalf of Itself and all Others Similarly Situated,<br><br>           Plaintiff,<br><br>  v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., SCHWAB INVESTMENTS, CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, GREGORY HAND, GEORGE PEREIRA, DONALD F. DOWARD, MARIANN BYERWALTER, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH DONALD R. STEPHENS, MICHAEL W. WILSEY and JEFF LYONS,<br><br>           Defendants. | No. 08-cv-02058 WHA |

NOTICE OF MOT. AND MOT. FOR CONSOLIDATION, APPT. OF LEAD PLS. AND APPROVAL OF LEAD COUNSEL

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on June 26, 2008, at 8:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable William H. Alsup, United States District Court, Northern District of California, San Francisco Division, Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, California 94102, Nils and Jill Flanzraich ("Plaintiffs" or "Movants") will and hereby move for an order (1) of consolidation of all related actions; (2) to be appointed lead plaintiffs pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), codified as §27 of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. §77z-1(a)(3); and (3) for approval of Movants' selection of the law firm Faruqi & Faruqi, LLP as lead counsel for the proposed plaintiff class.

This motion is based on this notice of motion and motion, the memorandum of points and authorities filed herewith, the declaration of Vahn Alexander filed in support thereof, the pleadings on file in this action, and any oral argument or such other matters as the Court may consider at the time of the hearing.

Dated: May 19, 2008                    Respectfully submitted,

FARUQI & FARUQI, LLP

By:  s/Vahn Alexander
     Vahn Alexander

1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
Tel: (310) 461-1426
Fax: (310) 461-1427
valexander@faruqilaw.com

|    |                                               |
|----|-----------------------------------------------|
| 1  | Nadeem Faruqi                                 |
| 2  | Antonio Vozzolo                               |
|    | FARUQI & FARUQI, LLP                          |
| 3  | 369 Lexington Avenue, Tenth Floor             |
|    | New York, NY 10017                            |
| 4  | Tel: (212) 983-9330                           |
|    | Fax: (212) 983-9331                           |
| 5  | nfaruqi@faruqilaw.com                         |
|    | avozzolo@faruqilaw.com                        |

*[Proposed] Lead Counsel for Plaintiffs Nils and Jill Flanzraich*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of May 2008, at Los Angeles, California.

                                                s/Vahn Alexander
                                                Vahn Alexander

# Mailing Information for a Case 3:08-cv-01510-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Timothy J. Burke**
  service@ssbla.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)