1  Vahn Alexander (167373)
   FARUQI & FARUQI, LLP
2  1901 Avenue of the Stars, Second Floor
   Los Angeles, CA 90067
3  Tel: (310) 461-1426
   Fax: (310) 461-1427
4  valexander@faruqilaw.com

5  Nadeem Faruqi
   Antonio Vozzolo
6  FARUQI & FARUQI, LLP
   369 Lexington Avenue, Tenth Floor
7  New York, NY 10017
   Tel: (212) 983-9330
8  Fax: (212) 983-9331
   nfaruqi@faruqilaw.com
9  avozzolo@faruqilaw.com

10 *[Proposed] Lead Counsel for Plaintiffs
   Nils and Jill Flanzraich*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE LABINS, On Behalf of Himself and all Others Similarly Situated,<br><br>                Plaintiff,<br><br>        v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>                Defendants.<br><br>*[Additional Captions Follow]* | No. 08-cv-01510-WHA<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING NILS AND JILL FLANZRAICH'S MOTION CONSOLIDATING ALL RELATED CASES, APPOINTING LEAD PLAINTIFFS AND APPROVING LEAD PLAINTIFFS' CHOICE OF LEAD COUNSEL**<br><br>Related Cases:<br><br>*Flanzraich,* CV-08-01994 WHA<br>*Hageman,* CV-08-01733 WHA<br>*Glasgow,* CV-08-01936 WHA<br>*Pai,* CV-08-02058 WHA<br><br>DATE:        June 26, 2008<br>TIME:         8:00 a.m.<br>COURTROOM:        9 |

**[PROPOSED] ORDER CONSOLIDATING ALL RELATED ACTIONS, APPOINTING LEAD PLS. AND APPROVING SELECTION OF LEAD PLS.' CHOICE OF LEAD COUNSEL**

| | |
|---|---|
| GERRY HAGEMAN, on Behalf of Himself and all Others Similarly Situated, <br><br>  Plaintiff, <br><br> v. <br><br> THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA, <br><br>  Defendants. | No. 08-cv-01733 WHA |
| W. MERRIL GLASGOW, on Behalf of Himself and All Others Similarly Situated, <br><br>  Plaintiff, <br><br> v. <br><br> THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA, <br><br>  Defendants. | No. 08-cv-01936 WHA |
| NILS FLANZRAICH and JILL FLANZRAICH on behalf of themselves and all others similarly situated, <br><br>  Plaintiff, <br><br> v. <br><br> THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO., INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, SCHWAB INVESTMENTS, SCHWAB YIELDPLUS FUND SELECT SHARES, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA, <br><br>  Defendants. | No. 08-cv-01994 WHA |

**[PROPOSED] ORDER CONSOLIDATING ALL RELATED ACTIONS, APPOINTING LEAD PLS. AND APPROVING SELECTION OF LEAD PLS.' CHOICE OF LEAD COUNSEL**

| | | |
|---|---|---|
| 1 | VINAYAK R. PAI DEFINED BENEFITS) PENSION PLAN, on Behalf of Itself and all) | No. 08-cv-02058 WHA |
| 2 | Others Similarly Situated, ) | |
| 3 | Plaintiff, ) | |
| 4 | v. ) | |
| 5 | THE CHARLES SCHWAB CORPORATION, ) CHARLES SCHWAB & CO. INC., CHARLES ) | |
| 6 | SCHWAB INVESTMENT MANAGEMENT, ) INC., SCHWAB INVESTMENTS, CHARLES ) | |
| 7 | R. SCHWAB, EVELYN DILSAVER, ) RANDALL W. MERK, GREGORY HAND, ) | |
| 8 | GEORGE PEREIRA, DONALD F. DOWARD, ) MARIANN BYERWALTER, WILLIAM A. ) | |
| 9 | HASLER, ROBERT G. HOLMES, GERALD ) B. SMITH DONALD R. STEPHENS, ) | |
| 10 | MICHAEL W. WILSEY and JEFF LYONS, ) | |
| 11 | Defendants. ) | |

Having considered the motion of Nils and Jill Flanzraich ("Plaintiffs" or "Movants") to consolidate all related actions, to be appointed lead plaintiffs, and to approve proposed lead plaintiffs' choice of counsel and the memorandum of law and declaration of Vahn Alexander, in support thereof, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1. The motion is granted.

2. Due to the related nature of the referenced matters, it would promote judicial economy, save the Court and the parties unnecessary costs and delay, and promote consistent results to consolidate the related cases.

3. Accordingly, the Court GRANTS Movants' motion to consolidate Case No. CV-08-01994 with Case Nos. (1) CV-08-01510 WHA; (2) CV-08-01733 WHA; (3) CV-08-01936 WHA; and (4) CV-08-02058 WHA.

4. The foregoing cases shall be consolidated into Case No. CV-08-01510 WHA, the first case filed. All subsequent papers, pleadings, and motions shall be filed under Case No. CV-08-01510 WHA, and the consolidated action shall be captioned *In re Schwab YieldPlus Funds Securities Litigation*.

5. Nils and Jill Flanzraich are hereby appointed to serve as "Lead Plaintiffs" in the above-captioned consolidated action pursuant to 15 U.S.C. §77z-1(a)(3).

6. The law firm Faruqi & Faruqi, LLP is hereby appointed "Lead Counsel." Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of Lead Plaintiffs and the proposed class of shareholders and for the dissemination of notices and orders of this Court.

7. Defendants' counsel may rely upon all agreements made with Lead Counsel and such agreements shall be binding.

8. This Order shall apply to this action, all actions consolidated herein and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and is consolidated with this consolidated action.

**[PROPOSED] ORDER CONSOLIDATING ALL RELATED ACTIONS, APPOINTING LEAD PLS. AND APPROVING SELECTION OF LEAD PLS.' CHOICE OF LEAD COUNSEL**

- 1 -

9. An original of this Order shall be filed by the Clerk in the Master File.

10. The Clerk shall mail a copy of this Order to counsel of record in this consolidated action.

11. The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of this consolidated action.

12. When a case that arises out of the same subject matter of this consolidated action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

    a. File a copy of this Order in the separate file for such action;

    b. Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed case; and

    c. Make the appropriate entry in the Master Docket for this consolidated action.

13. Each new case that arises out of the subject matter of this consolidated action which is filed in this Court or transferred to this Court, shall be consolidated with this consolidated action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application.

[PROPOSED] ORDER CONSOLIDATING ALL RELATED ACTIONS, APPOINTING LEAD PLS. AND APPROVING SELECTION OF LEAD PLS.' CHOICE OF LEAD COUNSEL

- 2 -

14. Nothing in the foregoing shall be construed as a waiver of defendants' right to object to consolidation of any subsequently filed case.

IT IS SO ORDERED.

DATED: _____    _____
                                        THE HONORABLE WILLIAM H. ALSUP
                                        UNITED STATES DISTRICT JUDGE

Submitted: May 19, 2008

FARUQI & FARUQI, LLP

By: s/Vahn Alexander
     Vahn Alexander

1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
Tel: (310) 461-1426
Fax: (310) 461-1427
valexander@faruqilaw.com

Nadeem Faruqi
Antonio Vozzolo
FARUQI & FARUQI, LLP
369 Lexington Avenue, Tenth Floor
New York, NY 10017
Tel: (212) 983-9330
Fax: (212) 983-9331
nfaruqi@faruqilaw.com
avozzolo@faruqilaw.com

*Counsel for [Proposed] Lead Plaintiffs
Nils and Jill Flanzraich*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of May 2008, at Los Angeles, California.

                                                  s/Vahn Alexander
                                                  Vahn Alexander

---

[PROPOSED] ORDER CONSOLIDATING ALL RELATED ACTIONS, APPOINTING LEAD PLS. AND APPROVING SELECTION OF LEAD PLS.' CHOICE OF LEAD COUNSEL

- 4 -

# Mailing Information for a Case 3:08-cv-01510-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Timothy J. Burke**
  service@ssbla.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)