Timothy J. Burke (181866)
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel: (310) 209-2468
Fax: (310) 209-2087

Jules Brody
SSBNY@aol.com
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

**Proposed Lead Counsel for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE LABINS, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>Defendants. | CASE NO. 08-CV-01510 WHA<br><br>**CLASS ACTION**<br><br>**NOTICE OF WITHDRAWAL OF MOTION BY KAREN CUNNINGHAM, MARK KALE AND MONTE LEWIS FOR APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL PURSUANT TO SECTION 27 OF THE SECURITIES EXCHANGE ACT OF 1933, AND FOR CONSOLIDATION OF ALL RELATED ACTIONS**<br><br>DATE: June 26, 2008<br>TIME: 8:00 a.m.<br>CTRM: 9, 19th Floor |

1 | TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 |     PLEASE TAKE NOTICE that Karen Cunningham, Mark Kale and Monte Lewis hereby

3 | withdraw, without prejudice, their Motion for Appointment of Lead Plaintiffs and Lead Counsel

4 | Pursuant to Section 27 of the Securities Act of 1933, and for Consolidation of All Related Actions.

5 | Dated: May 28, 2008        Timothy J. Burke
STULL, STULL & BRODY

By:    ___/s/___
Timothy J. Burke
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel:  (310) 209-2468
Fax:  (310) 209-2087

Jules Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:  (212) 687-7230
Fax:  (212) 490-2022

Proposed Lead Counsel for Plaintiffs

---

1
NOTICE OF WITHDRAWAL OF MOTION BY KAREN CUNNINGHAM, MARK KALE AND MONTE LEWIS FOR APPT
OF LEAD PLTFS, LEAD COUNSEL AND FOR CONSOLIDATION OF ALL RELATED ACTIONS
CASE NO. 08-CV-01510 WHA

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                           )ss.:
COUNTY OF LOS ANGELES      )

  I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 10940 Wilshire Boulevard, Suite 2300, Los Angeles, CA 90024.

  On May 28, 2008, I served the document(s) described as **NOTICE OF WITHDRAWAL OF MOTION BY KAREN CUNNINGHAM, MARK KALE AND MONTE LEWIS FOR APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL PURSUANT TO SECTION 27 OF THE SECURITIES EXCHANGE ACT OF 1933, AND FOR CONSOLIDATION OF ALL RELATED ACTIONS** by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

I served the above document(s) as follows:

 xx BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

  I further declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

**scac@law.stanford.edu**

  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

  Executed on May 28, 2008, at Los Angeles, California 90024.

| | |
|---|---|
| MELANIE JACOBS | /s/ |
| Type or Print Name | Melanie Jacobs |

| | | |
|---|---|---|
| 1 | | **SERVICE LIST** |
| 2 | Jules Brody<br>STULL, STULL & BRODY | Marc M. Seltzer<br>SUSMAN GODFREY L.L.P. |
| 3 | 6 East 45th Street<br>New York, NY 10017 | 1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067-6029 |
| 4 | Tel: (212) 687-7230<br>Fax: (212) 490-2022 | Tel: (310) 789-3100<br>Fax: (310) 789-3150 |
| 5 | | |
| 6 | Steve W. Berman<br>Sean Matt | Harry P. Susman<br>SUSMAN GODFREY L.L.P. |
| 7 | HAGENS BERMAN SOBOL SHAPIRO LLP | 1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096 |
| 8 | 1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101 | Tel: (713) 651-9366<br>Fax: (713) 654-6666 |
| 9 | Tel: (206) 623-7292<br>Fax: (206) 623-0594 | Adam P. Schiffer |
| 10 | Dave Gaba | SCHIFFER ODOM HICKS PLLC<br>3200 Southwest Freeway, Suite 2390 |
| 11 | COMPASS LAW GROUP PLLC<br>1200 Fifth Avenue, Suite 1900 | Houston, TX 77027<br>Tel: (713) 357-5150 |
| 12 | Seattle, WA 98101<br>Tel: (206) 467-7026 | Fax: (713) 357-5160 |
| 13 | Robert Mills | |
| 14 | THE MILLS LAW FIRM<br>145 Marina Boulevard | |
| 15 | San Rafael, CA 94901<br>Tel: (415) 455-1326 | |
| 16 | Fax: (415) 455-1327 | |
| 17 | Jeffrey A. Berens<br>DYER & BERENS LLP | |
| 18 | 682 Grant Street<br>Denver, CO 80203-3507 | |
| 19 | Tel: (303) 861-1764<br>Fax: (303) 395-0393 | |
| 20 | Blair A. Nichols | |
| 21 | BERNSTEIN LITOWITZ BERGER &<br>GROSSMAN LLP | |
| 22 | 12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 | |
| 23 | Tel: (858) 793-0700<br>Fax: (858) 793-0323 | |
| 24 | Nadeem Faruqi | |
| 25 | Antonio Vozzolo<br>FARUQI & FARUQI | |
| 26 | 369 Lexington Avenue, 10th Floor<br>New York, NY 10017 | |
| 27 | Tel: (212) 983-9330<br>Fax: (212) 983-9331 | |
| 28 | | |

NOTICE OF WITHDRAWAL OF MOTION BY KAREN CUNNINGHAM, MARK KALE AND MONTE LEWIS FOR APPT OF LEAD PLTFS, LEAD COUNSEL AND FOR CONSOLIDATION OF ALL RELATED ACTIONS
CASE NO. 08-CV-01510 WHA