1  DARRYL P. RAINS (CA SBN 104802)
   THOMAS R. PLUMMER (CA SBN 240758)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   Email: DRains@mofo.com
5
   CRAIG D. MARTIN (CA SBN 168195)
6  STUART C. PLUNKETT (CA SBN 187971)
   KEVIN A. CALIA (CA SBN 227406)
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: 415.268.7000
9  Facsimile: 415.268.7522

10 Attorneys for Defendants
   The Charles Schwab Corporation, Charles Schwab & Co. Inc.,
11 Charles Schwab Investment Management, Inc., Charles R.
   Schwab, Evelyn Dilsaver, Randall W. Merk, and George Pereira
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

17 | MIKE LABINS, on behalf of himself and all others similarly situated, | Case No.  CV-08-01510-WHA |
18 | | CLASS ACTION |
19 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
20 | v. | |
21 | THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA, | Related Cases:<br><br>*Hageman,* CV-08-01733 WHA<br>*Glasgow,* CV-08-01936 WHA<br>*Flanzraich,* CV-08-01994 WHA<br>*Pai,* CV-08-02058 WHA |
25 | Defendants. | |

26
27
28

Case No. CV-08-01510-WHA
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER
sf-2518211

1  WHEREAS, Plaintiff commenced this Action by filing a complaint dated March 18, 2008 (the "Complaint");

WHEREAS, the Complaint asserts claims under Sections 11, 12(a)(2) and 15 of the Securities Act of 1933 (the "Securities Act") on behalf of a purported class;

WHEREAS, seven other actions have been filed since March 18, 2008, involving identical claims and substantially overlapping parties and those actions are pending in the United States District Courts for the Northern District of California, the District of Massachusetts and the Southern District of New York;

WHEREAS, motions to consolidate these actions into a single action and to appoint a lead plaintiff were filed on May 16 and May 19, 2008;

WHEREAS, the parties understand that the lead plaintiff in these actions will file a consolidated complaint;

WHEREAS, the parties agree that defendants should respond to the consolidated complaint filed by lead plaintiff and not to the individual complaints in the related actions;

WHEREAS, Defendants' response date in this action is currently May 30, 2008, and this is the first request made for an extension of time; and

WHEREAS, the parties have agreed to a schedule that extends Defendants' time to respond to the complaint until after a consolidated complaint has been filed.

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

1. Defendants shall not be required to answer or otherwise respond to the Complaint;

2. Defendants shall answer or otherwise respond to a consolidated complaint on a schedule to be agreed upon with the lead plaintiff, or set by the Court.

SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: May 29, 2008 | DARRYL P. RAINS |
| 2 | | CRAIG D. MARTIN |
| | | STUART C. PLUNKETT |
| 3 | | KEVIN A. CALIA |
| | | THOMAS R. PLUMMER |
| | | MORRISON & FOERSTER LLP |

By:   /s/ Stuart C. Plunkett
          Stuart C. Plunkett

Attorneys for Defendants

The Charles Schwab Corporation, Charles Schwab & Co. Inc., Charles Schwab Investment Management, Inc., Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk and George Pereira

Dated: May 29, 2008

REED R. KATHREIN
PETER E. BORKON
HAGENS BERMAN SOBOL SHAPIRO LLP

By:   /s/ Peter R. Borkon
          Peter R. Borkon

Attorneys For Plaintiff

Mike Labins

\*     \*     \*

IT IS SO ORDERED.

Dated:   May  30 , 2008

IT IS SO ORDERED
Judge William Alsup

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

Case No. CV-08-01510-WHA
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER
sf-2518211

2

1  I, Stuart C. Plunkett, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time To Respond To Complaint.   In compliance with General Order 45, X.B., I hereby attest that Peter R. Borkon has concurred in this filing.

Dated:    May 29, 2008               MORRISON & FOERSTER LLP
                                     Attorneys for Defendants


                                     By:      /s/ Stuart C. Plunkett
                                            Stuart C. Plunkett

                                     Attorneys for Defendants

                                     The Charles Schwab Corporation, Charles
                                     Schwab & Co. Inc., Charles Schwab
                                     Investment Management, Inc., Charles R.
                                     Schwab, Evelyn Dilsaver, Randall W. Merk
                                     and George Pereira

Case No. CV-08-01510-WHA
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER                3
sf-2518211