DARRYL P. RAINS (CA SBN 104802)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com

CRAIG D. MARTIN (CA SBN 168195)
STUART C. PLUNKETT (CA SBN 187971)
KEVIN A. CALIA (CA SBN 227406)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
The Charles Schwab Corporation, Charles Schwab & Co. Inc.,
Charles Schwab Investment Management, Inc., Charles R.
Schwab, Evelyn Dilsaver, Randall W. Merk, and George Pereira

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE LABINS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>Defendants. | Case No.   CV-08-01510-WHA<br><br>CLASS ACTION<br><br>**AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIVIL L.R. 3-12]**<br><br>Related Cases:<br><br>*Hageman,* CV-08-01733 WHA<br>*Glasgow,* CV-08-01936 WHA<br>*Flanzraich,* CV-08-01994 WHA<br>*Pai,* CV-08-02058 WHA |

On April 28, 2008, this Court issued orders relating four cases involving identical claims and substantially overlapping parties filed in the N.D. of California to the above captioned case. Those related cases include: *Hageman v. The Charles Schwab Corporation, et al.*, Case No. CV-08-01733-WHA ("*Hageman*"); *Glasgow v. The Charles Schwab Corporation, et al.*, Case No. CV-08-01936-WHA ("*Glasgow*"); *Flanzraich v. The Charles Schwab Corporation, et al.,* Case No. CV-08-01994-WHA ("*Flanzraich*"); and *Vinayak R. Pai Defined Benefits Pension Plan v. The Charles Schwab Corporation, et al.*, Case No. CV-08-02058-WHA ("*Pai*").

Since then, the following action involving overlapping parties and related claims was filed in this District: *Levin v. The Charles Schwab Corporation, et al.,* Case No. CV-08-02487-WHA ("*Levin*").

Defendants hereby move pursuant to Local Rule 3-12(b) for a determination that the *Levin* action is related to the *Labins*, *Hageman*, *Glasgow*, *Flanzraich*, and *Pai* actions within the meaning of Civil Local Rule 3-12(a). Defendants complied with Local Rule 7-11 by attempting to obtain a stipulation from all counsel. (*See* Declaration of Stuart C. Plunkett in Support of Amended Motion to Consider Whether Cases Should be Related, filed herewith.)

Local Rule 3-12(a) states that an action is related to another when:

> (1)     the actions concern substantially the same parties, property, transaction, or event; and
>
> (2)     it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Both of these criteria are met here. First, the actions involve substantially similar parties and related claims. The plaintiffs in each case are purported shareholders of the Schwab YieldPlus Fund who seek to represent a class of persons who acquired shares in the Schwab YieldPlus Fund. Three named institutional defendants — The Charles Schwab Corporation, Charles Schwab & Co. Inc. and Charles Schwab Investment Management, Inc. — and four of the individual defendants named are common to all actions. The remaining individual defendants named in the *Levin* action are trustees of the YieldPlus Fund and are common to the *Pai*

complaint. The actions involve substantially the same property, transactions and events and will require determination of the same questions of fact and law.

Second, due to their similarity, if not treated as related these actions are likely to require substantial duplication of labor and expense and present a potential danger of inconsistent rulings. Relating these actions would serve the interests of judicial economy and avoid the potential for conflicting rulings.

Accordingly, Defendants request that this Court enter an order relating the *Levin* action to the *Labins*, *Hageman*, *Glasgow*, *Flanzraich*, *Pai* actions.

Dated: June 2, 2008

DARRYL P. RAINS
CRAIG D. MARTIN
STUART C. PLUNKETT
KEVIN A. CALIA
MORRISON & FOERSTER LLP

By: /s/ Darryl P. Rains
    Darryl P. Rains

Attorneys for Defendants
The Charles Schwab Corporation, Charles Schwab & Co. Inc., Charles Schwab Investment Management, Inc., Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk and George Pereira