DARRYL P. RAINS (CA SBN 104802)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com

CRAIG D. MARTIN (CA SBN 168195)
STUART C. PLUNKETT (CA SBN 187971)
KEVIN A. CALIA (CA SBN 227406)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
The Charles Schwab Corporation, Charles Schwab & Co. Inc.,
Charles Schwab Investment Management, Inc., Charles R.
Schwab, Evelyn Dilsaver, Randall W. Merk, and George Pereira

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE LABINS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>Defendants. | Case No.   CV-08-01510-WHA<br><br>CLASS ACTION<br><br>**DECLARATION OF STUART C. PLUNKETT IN SUPPORT OF AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIVIL L.R. 3-12]**<br><br>Related Cases:<br><br>*Hageman,* CV-08-01733 WHA<br>*Glasgow,* CV-08-01936 WHA<br>*Flanzraich,* CV-08-01994 WHA<br>*Pai,* CV-08-02058 WHA |

1  I, STUART C. PLUNKETT, declare:

2  1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Defendants in this action and in the related actions listed above. I submit this Declaration in Support of Defendants' Administrative Motion to Consider Whether Cases Should Be Related (the "Motion"). I make this Declaration based on personal knowledge. If called as a witness, I would testify to the facts set forth below.

2. Prior to filing the Motion, I complied with Civil Local Rule 7-11 by contacting counsel for plaintiffs in all of the related actions in an attempt to obtain a stipulation that *Levin v. The Charles Schwab Corporation, et al.,* Case No. CV-08-02487-WHA ("*Levin*"), is related within the meaning of Civil Local Rule 3-12. Specifically, on May 22, 2008, I emailed the accompanying motion and a draft stipulation to all plaintiffs' counsel requesting that each stipulate to the motion. I received no responses to that email.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 2, 2008 in San Francisco, California.

/s/ Stuart C. Plunkett
Stuart C. Plunkett

I, Darryl Rains, am the ECF User whose ID and password are being used to file the Declaration of Stuart C. Plunkett in Support of Amended Administrative Motion to Consider Whether Cases Should Be Related [Civil L.R. 3-12]. In compliance with General Order 45, X.B., I hereby attest that Stuart C. Plunkett has concurred in this filing.

/s/ Darryl P. Rains
Darryl P. Rains

CASE NO. CV-08-01510-WHA
DECL. OF STUART C. PLUNKETT ISO AMENDED ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED
sf-2524657

1