**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE LABINS,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES SCHWAB CORPORATION, et al.,<br><br>    Defendant.<br>                                   / | No. C 08-01510 WHA<br><br>**CLERK'S NOTICE RESCHEDULING HEARINGS** |
| GERRY HAGEMAN.<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES SCHWAB CORPORATION, et al.,<br><br>    Defendant.<br>                                   / | No. C 08-01733 WHA |
| W. MERRILL GLASCOW,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES SCHWAB CORPORATION, et al.,<br><br>    Defendant.<br>                                   / | No. C 08-01936 WHA |
| NILS FLANZRAICH, et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES SCHWAB CORPORATION, et al.,<br><br>    Defendant.<br>                                   / | No. C 08-01994 WHA |

| | |
|---|---|
| VINAYAK R. PAI DEFINED BENEFITS PENSION PLAN. | No. C 08-02058 WHA |
| Plaintiff, | |
| v. | |
| CHARLES SCHWAB CORPORATION, et al., | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Court has rescheduled all of the noticed Motions to Appoint Lead Plaintiff and Lead Counsel and for Consolidation of Actions for **July 2, 2008 at 9:00 a.m.**, before the Honorable William Alsup. The case management conference previously set for June 19, 2008 is rescheduled for July 2, 2008 at 9:00 a.m. Counsel shall file a joint case management statement not less than seven days prior. Please report to Courtroom 9, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: June 3, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Dawn K. Toland
Courtroom Deputy to the
Honorable William Alsup