1   Vahn Alexander (167373)
    FARUQI & FARUQI, LLP
2   1901 Avenue of the Stars, Second Floor
    Los Angeles, CA 90067
3   Tel: (310) 461-1426
    Fax: (310) 461-1427
4   valexander@faruqilaw.com

5   Nadeem Faruqi
    Antonio Vozzolo
6   FARUQI & FARUQI, LLP
    369 Lexington Avenue, Tenth Floor
7   New York, NY 10017
    Tel: (212) 983-9330
8   Fax: (212) 983-9331
    nfaruqi@faruqilaw.com
9   avozzolo@faruqilaw.com

10  *Counsel for Plaintiffs*
    *Nils and Jill Flanzraich*

11

12                  **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14  MIKE LABINS, On Behalf of Himself and all    )   No. 08-cv-01510-WHA
    Others Similarly Situated,                    )
15                                                )   CLASS ACTION
                                                  )
16                          Plaintiff,            )   **NILS AND JILL FLANZRAICH'S**
                                                  )   **STATEMENT OF NON-OPPOSITION**
17          v.                                    )   **AND SUPPORT FOR MOTION FOR**
                                                  )   **CONSOLIDATION OF ACTIONS; FOR**
18  THE CHARLES SCHWAB CORPORATION,               )   **APPOINTMENT OF THE SCHWARTZ**
    CHARLES SCHWAB & CO. INC., CHARLES            )   **GROUP OF INVESTORS AS LEAD**
19  SCHWAB INVESTMENT MANAGEMENT,                 )   **PLAINTIFFS; AND FOR APPROVAL**
    INC., CHARLES R. SCHWAB EVELYN                )   **OF LEAD PLAINTIFFS' CHOICE OF**
20  DILSAVER, RANDALL W. MERK and                 )   **LEAD COUNSEL**
    GEORGE PEREIRA,                               )
21                                                )   Related Cases:
                            Defendants.           )
22                                                )   *Flanzraich*, CV-08-01994 WHA
                                                  )   *Hageman*, CV-08-01733 WHA
23                                                )   *Glasgow*, CV-08-01936 WHA
                                                  )   *Pai*, CV-08-02058 WHA
24                                                )
                                                  )   **New Hearing Date and Time**
25                                                )
                                                  )   DATE:       July 2, 2008
26                                                )   TIME:       9:00 a.m.
                                                  )   CTRM:       9, 19th Floor
27  _____)
    [ADDITIONAL CAPTIONS FOLLOW]
28

---

**STATEMENT OF NON-OPPOSITION AND SUPPORT FOR SCHWARTZ GROUP'S**
**MOTION FOR CONSOLIDATION, LEAD PLAINTIFF AND LEAD COUNSEL**

| | |
|---|---|
| 1    GERRY HAGEMAN, on Behalf of Himself and )   No. 08-cv-01733 WHA | |

GERRY HAGEMAN, on Behalf of Himself and all Others Similarly Situated, )

                  Plaintiff, )

      v. )

THE CHARLES SCHWAB CORPORATION, ) CHARLES SCHWAB & CO. INC., CHARLES ) SCHWAB INVESTMENT MANAGEMENT, ) INC., CHARLES R. SCHWAB, EVELYN ) DILSAVER, RANDALL W. MERK and ) GEORGE PEREIRA, )

                  Defendants. )

_____ )

No. 08-cv-01733 WHA

W. MERRIL GLASGOW, on Behalf of Himself )   No. 08-cv-01936 WHA
and All Others Similarly Situated, )

                  Plaintiff, )

      v. )

THE CHARLES SCHWAB CORPORATION, ) CHARLES SCHWAB & CO. INC., CHARLES ) SCHWAB INVESTMENT MANAGEMENT, ) INC., CHARLES R. SCHWAB, EVELYN ) DILSAVER, RANDALL W. MERK and ) GEORGE PEREIRA, )

                  Defendants. )

_____ )

NILS FLANZRAICH and JILL FLANZRAICH )   No. 08-cv-01994 WHA
on behalf of themselves and all others similarly ) situated, )

                  Plaintiff, )

      v. )

THE CHARLES SCHWAB CORPORATION, ) CHARLES SCHWAB & CO., INC., ) CHARLES SCHWAB INVESTMENT ) MANAGEMENT, INC., CHARLES R. ) SCHWAB, SCHWAB INVESTMENTS, ) SCHWAB YIELDPLUS FUND SELECT ) SHARES, EVELYN DILSAVER, RANDALL ) W. MERK and GEORGE PEREIRA, )

                  Defendants )

_____ )

[ADDITIONAL CAPTIONS FOLLOW]

---

**STATEMENT OF NON-OPPOSITION AND SUPPORT FOR SCHWARTZ GROUP'S
MOTION FOR CONSOLIDATION, LEAD PLAINTIFF AND LEAD COUNSEL**

1  VINAYAK R. PAI DEFINED BENEFITS          )  No. 08-cv-02058 WHA
   PENSION PLAN, on Behalf of Itself and all  )
2  Others Similarly Situated,                )
                                             )
3                       Plaintiff,           )
                                             )
4        v.                                  )
                                             )
5  THE CHARLES SCHWAB CORPORATION,           )
   CHARLES SCHWAB & CO. INC., CHARLES        )
6  SCHWAB INVESTMENT MANAGEMENT,             )
   INC., SCHWAB INVESTMENTS, CHARLES         )
7  R. SCHWAB, EVELYN DILSAVER,               )
   RANDALL W. MERK, GREGORY HAND,            )
8  GEORGE PEREIRA, DONALD F. DOWARD,         )
   MARIANN BYERWALTER, WILLIAM A.            )
9  HASLER, ROBERT G. HOLMES, GERALD          )
   B. SMITH DONALD R. STEPHENS,              )
10 MICHAEL W. WILSEY and JEFF LYONS,         )
                                             )
11                     Defendants.           )
   _____ )

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STATEMENT OF NON-OPPOSITION AND SUPPORT FOR SCHWARTZ GROUP'S
MOTION FOR CONSOLIDATION, LEAD PLAINTIFF AND LEAD COUNSEL**

## MEMORANDUM OF POINTS AND AUTHORITIES

On or about May 19, 2008, several motions were filed by putative class members pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for an order consolidating related actions and for appointment of lead plaintiff and lead counsel.  Pursuant to the PSLRA, the movant with the largest financial interest in the relief sought by the class is presumed to be the most adequate plaintiff.

Nils and Jill Flanzraich ("Movants") do not oppose consolidation of the related actions. Further, it appears from a review of the various submissions that motions have been filed by investors that purport to have larger financial interests in the litigation than Movants.  Accordingly, it further appears that Movants are not entitled to the PSLRA's "most adequate plaintiff" presumption. Therefore, Movants do not oppose the competing applications at this time and specifically support the Schwartz Group because they seem to satisfy the requirements under the PSLRA.   Aside from Movants, the Schwartz Group, as a cohesive related family group, are the only movants who are not part of an artificial, attorney aggregated group.  *See In re Network Assocs., Inc. Sec. Litig.,* 76 F. Supp. 2d 1017, 1023-24 (N.D. Cal. 1999) (improper to aggregate unrelated investors to satisfy lead plaintiff requirements).  Finally, should it become necessary, Movants and their counsel remain ready, willing and able to serve as lead plaintiff and lead counsel in the event that the competing movants with the larger financial interest withdraw their applications or are found to be unfit to serve as lead plaintiffs.

Dated:  June 5, 2008                          Respectfully submitted,

FARUQI & FARUQI, LLP

By:  _s/Vahn Alexander_____
        Vahn Alexander

1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
Tel: (310) 461-1426
Fax: (310) 461-1427
valexander@faruqilaw.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Nadeem Faruqi
Antonio Vozzolo
FARUQI & FARUQI, LLP
369 Lexington Avenue, Tenth Floor
New York, NY 10017
Tel: (212) 983-9330
Fax: (212) 983-9331
nfaruqi@faruqilaw.com
avozzolo@faruqilaw.com

*Counsel for Plaintiffs
Nils and Jill Flanzraich*

1

### CERTIFICATE OF SERVICE

2      I hereby certify that on June 5, 2008, I electronically filed the foregoing with the Clerk of the

3 Court using the CM/ECF system which will send notification of such filing to the e-mail addresses

4 registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7      I declare under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed this 5th day of June 2008, at Los Angeles, California.

9

10                                      s/Vahn Alexander

11                                      Vahn Alexander

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Mailing Information for a Case 3:08-cv-01510-WHA

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Vahn Alexander**
  valexander@faruqilaw.com

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Timothy J. Burke**
  service@ssbla.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,steve@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Azra Z. Mehdi**
  azram@csgrr.com,shkaplan@csgrr.com,DPfefferbaum@csgrr.com,llargent@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Stuart Christopher Plunkett**
  ggerrish@mofo.com,splunkett@mofo.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)