IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE CHARLES SCHWAB CORP.  
SECURITIES LITIGATION,

No. C 08-01510 WHA

/

This Document Relates to:

    All Actions.

/

**ORDER TO SHOW CAUSE**

    Pursuant to FRCP 42(a), if actions before the Court involve a common question of law or fact, the Court may consolidate the actions. An order dated June 11, 2008 (Dkt. No. 50), consolidated six related cases, one of which was *Levin v. The Charles Schwab Corporation*, C 08-02487 WHA. Plaintiff Levin is ordered to show cause why his action should not be consolidated by **MONDAY, JUNE 23, 2008.**

**IT IS SO ORDERED.**

Dated: June 16, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE