1  DARRYL P. RAINS (CA SBN 104802)
   MORRISON & FOERSTER LLP
2  755 Page Mill Road
   Palo Alto, California  94304-1018
3  Telephone: 650.813.5600
   Facsimile: 650.494.0792
4  Email: DRains@mofo.com

5  STUART C. PLUNKETT (CA SBN 187971)
   KIMBERLY L. TAYLOR (CA SBN 240483)
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California 94105-2482
   Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  Attorneys for Defendants

10

11                 UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15  IN RE CHARLES SCHWAB CORP.          Master File No. C 08-01510 WHA
    SECURITIES LITIGATION
16                                      CLASS ACTION

17
                                        **ADMINISTRATIVE MOTION TO**
18                                      **CONSIDER WHETHER CASES**
                                        **SHOULD BE RELATED [CIVIL**
19                                      **L.R. 3-12]**

20

21

22

23

24

25

26

27

28

CASE NO. CV-08-01510-WHA
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
sf-2532206

On June 11, 2008, this Court entered an order consolidating all related actions pending before the Court involving Schwab's YieldPlus mutual fund (the "consolidated actions"). Since then, one additional action involving the same facts and claims was transferred to this District from the Southern District of New York and assigned to the Honorable Phyllis J. Hamilton: *Tully et al. v. The Charles Schwab Corporation et al.*, Case No. 3:08-cv-02878 (the "*Tully* action").

Defendants hereby move pursuant to Local Rule 3-12(b) for a determination that the *Tully* action is related to the consolidated actions within the meaning of Civil Local Rule 3-12(a). Local Rule 3-12(a) states that an action is related to another when:

> (1)     the actions concern substantially the same parties, property, transaction, or event; and

> (2)     it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Both of these criteria are met here. First, the actions involve substantially similar parties and related claims. Second, due to their similarity, if not treated as related these actions are likely to require substantial duplication of labor and expense and present a potential danger of inconsistent rulings. Relating these actions would serve the interests of judicial economy and avoid the potential for conflicting rulings.

Defendants also hereby notify the Court that the *Tully* action meets the criteria set forth in the Court's June 11 order for consolidation. (Order at 4 ("Any other actions now pending or hereafter filed in this district which arise out of the same facts and claims as alleged in these related actions shall be consolidated for all purposes, if and when they are brought before this Court and the Court accepts and approves consolidation.").

Plaintiff's counsel in the *Tully* action agrees that relation and consolidation are appropriate. (*See* Declaration of Stuart C. Plunkett in Support of Motion to Consider Whether Cases Should be Related, filed herewith.)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  June 16, 2008

DARRYL P. RAINS
STUART C. PLUNKETT
KIMBERLY L. TAYLOR
MORRISON & FOERSTER LLP

By: /s/ Darryl P. Rains
      Darryl P. Rains

      Attorneys for Defendants