1  DARRYL P. RAINS (CA SBN 104802)
   MORRISON & FOERSTER LLP
2  755 Page Mill Road
   Palo Alto, California 94304-1018
3  Telephone: 650.813.5600
   Facsimile: 650.494.0792
4  Email: DRains@mofo.com

5  STUART C. PLUNKETT (CA SBN 187971)
   KIMBERLY L. TAYLOR (CA SBN 240483)
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California 94105-2482
   Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C 08-01510 WHA |
|---|---|
| | CLASS ACTION |
| | **DECLARATION OF STUART C. PLUNKETT IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIVIL L.R. 3-12]** |

CASE NO. CV-08-01510-WHA
DECL. OF STUART C. PLUNKETT ISO ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED
sf-2532230

1  I, STUART C. PLUNKETT, declare:

2  1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Defendants in this action and in the related actions listed above. I submit this Declaration in Support of Defendants' Administrative Motion to Consider Whether Cases Should Be Related (the "Motion"). I make this Declaration based on personal knowledge. If called as a witness, I would testify to the facts set forth below.

2. Prior to filing the Motion, I contacted plaintiff's counsel in *Tully et al. v. The Charles Schwab Corporation et al.*, Case No. 3:08-cv-02878 (the "*Tully* action"). Counsel informed me that he agreed that the *Tully* action, which was recently transferred from the Southern District of New York, should be related and consolidated with the other actions involving Schwab's YieldPlus mutual fund that are pending before this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 16, 2008 in San Francisco, California.

/s/ Stuart C. Plunkett
Stuart C. Plunkett

I, Darryl Rains, am the ECF User whose ID and password are being used to file the Declaration of Stuart C. Plunkett in Support of the Administrative Motion to Consider Whether Cases Should Be Related [Civil L.R. 3-12]. In compliance with General Order 45, X.B., I hereby attest that Stuart C. Plunkett has concurred in this filing.

/s/ Darryl P. Rains
Darryl P. Rains

CASE NO. CV-08-01510-WHA
DECL. OF STUART C. PLUNKETT ISO ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED
sf-2532230

1