1  DARRYL P. RAINS (CA SBN 104802)
   MORRISON & FOERSTER LLP
2  755 Page Mill Road
   Palo Alto, California 94304-1018
3  Telephone: 650.813.5600
   Facsimile: 650.494.0792
4  Email: DRains@mofo.com

5  STUART C. PLUNKETT (CA SBN 187971)
   KIMBERLY L. TAYLOR (CA SBN 240483)
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California 94105-2482
   Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C 08-01510 WHA<br><br>CLASS ACTION<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIVIL L.R. 3-12]** |

CASE NO. CV-08-01510-WHA
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
sf-2533948

1    On June 11, 2008, this Court entered an order consolidating all related actions pending before the Court involving Schwab's YieldPlus mutual fund (the "consolidated actions"). Since then, two additional actions involving the same facts and claims were transferred to this District from the District of Massachusetts and assigned to the Honorable Susan Illston and the Honorable Jeffrey S. White: *Bohl et al. v. The Charles Schwab Corporation et al.*, Case No. 3:08-cv-02984 (the "*Bohl* action") and *Coleman et al. v. The Charles Schwab Corporation et al.*, Case No. 3:08-cv-02983 (the "*Coleman* action").

Defendants hereby move pursuant to Local Rule 3-12(b) for a determination that the *Bohl* and *Coleman* actions are related to the consolidated actions within the meaning of Civil Local Rule 3-12(a). Local Rule 3-12(a) states that an action is related to another when:

> (1)   the actions concern substantially the same parties, property, transaction, or event; and
>
> (2)   it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Both of these criteria are met here. First, the actions involve substantially similar parties and related claims. Second, due to their similarity, if not treated as related these actions are likely to require substantial duplication of labor and expense and present a potential danger of inconsistent rulings. Relating these actions would serve the interests of judicial economy and avoid the potential for conflicting rulings.

Defendants also hereby notify the Court that the *Bohl* and *Coleman* actions meet the criteria set forth in the Court's June 11 order for consolidation. (Order at 4 ("Any other actions now pending or hereafter filed in this district which arise out of the same facts and claims as alleged in these related actions shall be consolidated for all purposes, if and when they are brought before this Court and the Court accepts and approves consolidation.")).

Plaintiff's counsel in the *Bohl* action agrees that relation and consolidation are appropriate; at the time of filing, plaintiff's counsel in *Coleman* had not responded to a request for his agreement to this motion. (*See* Declaration of Stuart C. Plunkett in Support of Motion to Consider Whether Cases Should be Related, filed herewith.)

CASE NO. CV-08-01510-WHA
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
sf-2533948

1

1  Dated:  June 19, 2008                           DARRYL P. RAINS
                                                   STUART C. PLUNKETT
2                                                  KIMBERLY L. TAYLOR
                                                   MORRISON & FOERSTER LLP
3
                                                   By: /s/ Darryl P. Rains
4                                                       Darryl P. Rains

5                                                       Attorneys for Defendants

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. CV-08-01510-WHA
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
sf-2533948

2