DARRYL P. RAINS (CA SBN 104802)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com

STUART C. PLUNKETT (CA SBN 187971)
KIMBERLY L. TAYLOR (CA SBN 240483)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C 08-01510 WHA<br><br>CLASS ACTION<br><br>**DECLARATION OF STUART C. PLUNKETT IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIVIL L.R. 3-12]** |

I, STUART C. PLUNKETT, declare:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Defendants in this action and in the related actions listed above. I submit this Declaration in Support of Defendants' Administrative Motion to Consider Whether Cases Should Be Related (the "Motion"). I make this Declaration based on personal knowledge. If called as a witness, I would testify to the facts set forth below.

2. Prior to filing the Motion, I contacted plaintiffs' counsel in *Bohl et al. v. The Charles Schwab Corporation et al.*, Case No. 3:08-cv-02984 (the "*Bohl* action") and *Coleman et al. v. The Charles Schwab Corporation et al.*, Case No. 3:08-cv-02983 (the "*Coleman* action"). Counsel in *Bohl* informed me that he agreed that action, which was recently transferred from the District of Massachusetts, should be related and consolidated with the other actions involving Schwab's YieldPlus mutual fund that are pending before this Court. I did not receive a response from counsel in *Coleman* prior to filing the Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 19, 2008 in San Francisco, California.

          /s/ Stuart C. Plunkett
          Stuart C. Plunkett

I, Darryl Rains, am the ECF User whose ID and password are being used to file the Declaration of Stuart C. Plunkett in Support of the Administrative Motion to Consider Whether Cases Should Be Related [Civil L.R. 3-12]. In compliance with General Order 45, X.B., I hereby attest that Stuart C. Plunkett has concurred in this filing.

          /s/ Darryl P. Rains
          Darryl P. Rains

CASE NO. CV-08-01510-WHA
DECL. OF STUART C. PLUNKETT ISO ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED
sf-2533966

1