1  DARRYL P. RAINS (CA SBN 104802)
   DRains@mofo.com
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792

5  STUART C. PLUNKETT (CA SBN 187971)
   KIMBERLY L. TAYLOR (CA SBN 240483)
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California 94105-2482
   Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  Attorneys for Defendants

10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

| 15 | IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C 08-01510 WHA |
|----|--------------------------------------------------|--------------------------------|
| 16 |                                                  | CLASS ACTION                   |
| 17 |                                                  | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS** |

1       WHEREAS, defendants currently have deadlines to respond to three of the individual
2   complaints in this consolidated action, as summarized here:

3   - *Hageman v. The Charles Schwab Corp. et al.*, filed March 31, 2008 (the
4     "*Hageman*" action) — response due June 24, 2008.
5   - *Flanzraich v. The Charles Schwab Corp. et al.*, filed April 16, 2008 (the
6     "*Flanzraich*" action) — response due June 27, 2008.
7   - *Vinayak R. Pai Defined Benefits Pension Plan v. The Charles Schwab Corp. et al.*,
8     filed April 21, 2008 (the "*Pai*" action) — response due June 27, 2008.

9       WHEREAS, the above-listed complaints assert claims under sections 11, 12(a)(2) and 15
10  of the Securities Act of 1933 (the "Securities Act") on behalf of a purported class;

11      WHEREAS, motions to appoint a lead plaintiff will be heard on July 2, 2008;

12      WHEREAS, the parties understand that the lead plaintiff in these actions will file a
13  consolidated complaint;

14      WHEREAS, the parties agree that defendants should respond to the consolidated
15  complaint filed by lead plaintiff and not to the individual complaints in the consolidated actions;

16      WHEREAS, this is the first request made for an extension of time in the *Hageman*,
17  *Flanzraich*, and *Pai* actions; and

18      WHEREAS, the parties have agreed to a schedule that extends defendants' time to
19  respond to the complaint until after a consolidated complaint has been filed.

20      IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as
21  follows:

22      1.   Defendants shall not be required to answer or otherwise respond to the *Hageman*,
23  *Flanzraich*, and *Pai* complaints;

24      2.   Defendants shall answer or otherwise respond to a consolidated complaint on a
25  schedule to be agreed upon with the lead plaintiff, or set by the Court.

26  SO STIPULATED.

27
28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS
MASTER FILE NO. C 08-01510 WHA                                                                    1
sf-2532359

| | | |
|---|---|---|
| 1 | Dated: June 23, 2008 | DARRYL P. RAINS |
| 2 | | STUART C. PLUNKETT |
| | | KIMBERLY L. TAYLOR |
| 3 | | MORRISON & FOERSTER LLP |

By: /s/ Darryl P. Rains
     Darryl P. Rains

Attorneys for Defendants

Dated: June 23, 2008

ROBERT MILLS (CA SBN 062154)
rwm@millslawfirm.com
THE MILLS LAW FIRM
145 Marina Boulevard
San Rafael, California 94901
Telephone: 415.455.1326
Facsimile: 415.455.1327

JEFFREY A. BERENS (*pro hac vice* to be submitted)
jeff@dyerberens.com
DYER & BERENS LLP
682 Grant Street
Denver, Colorado 80203-3507
Telephone: 303.861.1764
Facsimile: 303.395.0393

By: /s/ Robert Mills
     Robert Mills

Attorneys for Plaintiff
GERRY HAGEMAN

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS
MASTER FILE NO. C 08-01510 WHA
sf-2532359

2

| | | |
|---|---|---|
| 1 | Dated: June 23, 2008 | VAHN ALEXANDER (CA SBN 167373) |
| | | valexander@faruqilaw.com |
| 2 | | FARUQI & FARUQI, LLP |
| | | 1901 Avenue of the Stars, Second Floor |
| 3 | | Los Angeles, California 90067 |
| | | Telephone: 310.461.1426 |
| 4 | | Facsimile: 310.461.1427 |

NADEEM FARUQI
nfaruqi@faruqilaw.com
ANTONIO VOZZOLO
FARUQI & FARUQI, LLP
369 Lexington Avenue, Tenth Floor
New York, New York 10017
Telephone: 212.983.9330
Facsimile: 212.983.9331

By: /s/ Vahn Alexander
      Vahn Alexander

Attorneys for Plaintiffs
NILS FLANZRAICH and JILL
FLANZRAICH

Dated: June 23, 2008

BLAIR A. NICHOLAS (CA SBN 178428)
blairn@blbglaw.com
BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: 858.793.0070
Facsimile: 858.793.0323

By: /s/ Blair A. Nicholas
      Blair A. Nicholas

Attorneys for Plaintiff
VINAYAK R. PAI DEFINED PENSION
PLAN

IT IS SO ORDERED.

Dated: _____, 2008

The Honorable William Alsup
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS
MASTER FILE NO. C 08-01510 WHA
sf-2532359

3

1  I, Darryl P. Rains, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order Extending Time to Respond to Complaints.  In compliance with
3  General Order 45, X.B., I hereby attest that Reed R. Kathrein, Robert Mills, Marc M. Seltzer,
4  Vahn Alexander and Blair A. Nicholas have concurred in this filing.

By: /s/ Darryl P. Rains
       Darryl P. Rains