DARRYL P. RAINS (CA SBN 104802)
DRains@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

STUART C. PLUNKETT (CA SBN 187971)
KIMBERLY L. TAYLOR (CA SBN 240483)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C 08-01510 WHA<br><br>CLASS ACTION<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS** |
|---|---|

WHEREAS, defendants currently have deadlines to respond to three of the individual complaints in this consolidated action, as summarized here:

- *Hageman v. The Charles Schwab Corp. et al.*, filed March 31, 2008 (the "*Hageman*" action) — response due June 24, 2008.
- *Flanzraich v. The Charles Schwab Corp. et al.*, filed April 16, 2008 (the "*Flanzraich*" action) — response due June 27, 2008.
- *Vinayak R. Pai Defined Benefits Pension Plan v. The Charles Schwab Corp. et al.*, filed April 21, 2008 (the "*Pai*" action) — response due June 27, 2008.

WHEREAS, the above-listed complaints assert claims under sections 11, 12(a)(2) and 15 of the Securities Act of 1933 (the "Securities Act") on behalf of a purported class;

WHEREAS, motions to appoint a lead plaintiff will be heard on July 2, 2008;

WHEREAS, the parties understand that the lead plaintiff in these actions will file a consolidated complaint;

WHEREAS, the parties agree that defendants should respond to the consolidated complaint filed by lead plaintiff and not to the individual complaints in the consolidated actions;

WHEREAS, this is the first request made for an extension of time in the *Hageman*, *Flanzraich*, and *Pai* actions; and

WHEREAS, the parties have agreed to a schedule that extends defendants' time to respond to the complaint until after a consolidated complaint has been filed.

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

1. Defendants shall not be required to answer or otherwise respond to the *Hageman*, *Flanzraich*, and *Pai* complaints;

2. Defendants shall answer or otherwise respond to a consolidated complaint on a schedule to be agreed upon with the lead plaintiff, or set by the Court.

SO STIPULATED.

Dated: June 23, 2008

DARRYL P. RAINS
STUART C. PLUNKETT
KIMBERLY L. TAYLOR
MORRISON & FOERSTER LLP

By: /s/ Darryl P. Rains
Darryl P. Rains

Attorneys for Defendants

Dated: June 23, 2008

ROBERT MILLS (CA SBN 062154)
rwm@millslawfirm.com
THE MILLS LAW FIRM
145 Marina Boulevard
San Rafael, California 94901
Telephone: 415.455.1326
Facsimile: 415.455.1327

JEFFREY A. BERENS (*pro hac vice* to be submitted)
jeff@dyerberens.com
DYER & BERENS LLP
682 Grant Street
Denver, Colorado 80203-3507
Telephone: 303.861.1764
Facsimile: 303.395.0393

By: /s/ Robert Mills
Robert Mills

Attorneys for Plaintiff
GERRY HAGEMAN

Dated: June 23, 2008

VAHN ALEXANDER (CA SBN 167373)
valexander@faruqilaw.com
FARUQI & FARUQI, LLP
1901 Avenue of the Stars, Second Floor
Los Angeles, California 90067
Telephone: 310.461.1426
Facsimile: 310.461.1427

NADEEM FARUQI
nfaruqi@faruqilaw.com
ANTONIO VOZZOLO
FARUQI & FARUQI, LLP
369 Lexington Avenue, Tenth Floor
New York, New York 10017
Telephone: 212.983.9330
Facsimile: 212.983.9331

By: /s/ Vahn Alexander
Vahn Alexander

Attorneys for Plaintiffs
NILS FLANZRAICH and JILL FLANZRAICH

Dated: June 23, 2008

BLAIR A. NICHOLAS (CA SBN 178428)
blairn@blbglaw.com
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: 858.793.0070
Facsimile: 858.793.0323

By: /s/ Blair A. Nicholas
Blair A. Nicholas

Attorneys for Plaintiff
VINAYAK R. PAI DEFINED PENSION PLAN

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge William Alsup
NORTHERN DISTRICT OF CALIFORNIA

Dated: June 24, 2008

The Honorable William Alsup
United States District Judge

I, Darryl P. Rains, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Complaints. In compliance with General Order 45, X.B., I hereby attest that Reed R. Kathrein, Robert Mills, Marc M. Seltzer, Vahn Alexander and Blair A. Nicholas have concurred in this filing.

By: /s/ Darryl P. Rains
Darryl P. Rains