1  Ronald Lovitt, Bar No. 040921
   J. Thomas Hannan, Bar No. 039140
2  LOVITT & HANNAN, INC.
   900 Front Street, Suite 300
3  San Francisco, California  94111
   Telephone:  (415) 362-8769
4  Facsimile:  (415) 362-7528
5  *rl@lh-sf.com, jth@lh-sf.com*

6  Alan R. Plutzik, Bar No. 77785
   Michael S. Strimling, Bar No. 96135
7  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   2125 Oak Grove Road, Suite 120
8  Walnut Creek, CA  94598
   Telephone:  (925) 945-0200
9  Facsimile:  (925) 945-8792

10
   Attorneys for the Schwartz Group of
11 Investors, Individually and On
   Behalf of All Others Similarly Situated,
12 and Proposed Lead Counsel

13                 **UNITED STATES DISTRICT COURT**

14                 **NORTHERN DISTRICT OF CALIFORNIA**

15

16 | In re | Case No. C08-01510-WHA |
   |---|---|
17 | CHARLES SCHWAB CORP. SECURITIES LITIGATION | |
18 | | **NOTICE OF APPEARANCE** |
19 | THIS DOCUMENT RELATES TO: | The Honorable William Alsup |
20 | All Actions | |
21

22        TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

23        Please take notice that J. Thomas Hannan of Lovitt & Hannan, Inc. hereby enters his

24 appearance as counsel for the Schwartz Group of Investors, which consists of Richard M. Schwartz,

25 Trustee of the Celesta Schwartz Trust FBO Richard Schwartz under the Celesta Schwartz Revocable

26 Trust Dtd June 12, 1992; Richard M. Schwartz, Trustee of the Meyer Schwartz Trust FBO Richard

   Schwartz under the Will of Meyer Schwartz, Deceased; the Charles C. Bell Limited Partnership;

1  Casa Marin, a California Corporation; and Sherri Bell, individually and on behalf of C. Scott Bell

2  pursuant to power of attorney, (collectively "Schwartz Group of Investors"), and requests that any

3  pleadings, notices, correspondence and other papers in connection with this action be served upon

4  the undersigned counsel at the address stated below.

5
   Dated:　　July 1, 2008　　　　　　LOVITT & HANNAN, INC.
6

7

8  By:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
                         J. Thomas Hannan
9  Ronald Lovitt
   J. Thomas Hannan
10 900 Front Street, Suite 300
   San Francisco, California  94111
11 Telephone:  (415) 362-8769
   Facsimile:  (415) 362-7528
12 *rl@lh-sf.com; jth@lh-sf.com*

13
   *Attorneys for the Schwartz Group of*
14 *Investors, Individually and On*
   *Behalf of All Others Similarly Situated,*
15 *and Proposed Lead Counsel*

16

17

18

19

20

21

22

23

24

25

26