IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHARLES SCHWAB SECURITIES LITIGATION. _____/ This Document Relates to: All Actions. _____/ | No. C 08-01510 WHA **ORDER RE CONSOLIDATING** *LEVIN*, **C 08-02487** |

This order finds that *Levin v. The Charles Schwab Corp. et al.*, C 08-01510 WHA, involves the same facts and circumstances and is so interrelated with the other actions in *In re Charles Schwab Securities Litigation* that consolidation is proper. *Levin* therefore remains consolidated.

**IT IS SO ORDERED.**

Dated: July 2, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE