**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHARLES SCHWAB SECURITIES LITIGATION. | No. C 08-01510 WHA |
| This Document Relates to: | **ORDER TO SHOW CAUSE** |
| All Actions. | |

Plaintiffs in *Bohl v. The Charles Schwab Corp. et al.*, C 08-0283 WHA, and *Coleman v. The Charles Schwab Corp. et al.*, C 08-2984 WHA, are ordered to show cause why these actions should not be consolidated with the actions in *In re Charles Schwab Securities Litigaiton*. They should respond by **WEDNESDAY, JULY 16, 2008, AT NOON**.

**IT IS SO ORDERED.**

Dated: July 2, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE