**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 2, 2008

Case No.  C 08-01510 WHA

Title: MIKE LABINS v. CHARLES SCHWAB CORP
(consolidated cases: C08-1733, C08-1936, C08-1994, C08-2058, and C08-2487)

Plaintiff Attorneys: Vahn Alexander; Thomas Hannan; Peter Borkon; Reed Kathrein

Defense Attorneys: Darryl Rains

Deputy Clerk:  Dawn Toland

Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)   Motions to Appoint Lead Plts and Lead Counsel - HELD

2)   Order to Show Cause Why Action Should Not be Consolidated - HELD

3)   Case Management Conference - NOT HELD

Continued to ___ for Status

**ORDERED AFTER HEARING:**

Court heard from the YieldPlus Investor Group members: Mr. Coffin; Mr. Dickson; and Mr. Hill, and the Schwartz Group members: Richard Schwartz and Sheri Bell.

Parties argued the order to show cause re consolidation of Levin v. Charles Schwab, C08-2487 WHA.

Parties have one week to file briefs on any issue regarding Judge Alsup previously working at Morrison & Foerster.