1   Reed R. Kathrein (139304)
    Peter E. Borkon (212596)
2   HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
3   Berkeley, CA 94710
    Telephone: (510) 725-3000
4   Facsimile: (510) 725-3001
    reed@hbsslaw.com
5   peterb@hbsslaw.com

6   Attorneys for Plaintiff

7   [Additional counsel listed on signature page]

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  IN RE SCHWAB CORP. SECURITIES          No. 08-cv-01510 WHA
    LITIGATION.
13

14

15  THIS DOCUMENT RELATES TO:              CERTIFICATION OF LEAD PLAINTIFF
                                           JAMES COFFIN IN RESPONSE TO
16  All Actions.                           COURT'S ORDER APPOINTING LEAD
                                           PLAINTIFF DATED JULY 3, 2008
17

18

19

20

21

22

23

24

25

26

27

28

010036-12 249102 V1

1        I, James Coffin, declare as follows:

2        1.    I am a member of the Yield Plus Investor Group, lead plaintiffs in the above

3   entitled actions.

4        2.    I certify that I have read this Court's order dated July 3, 2008 [Dkt. 73].

5        3.    I certify that I am willing and able to meet this Court's schedule, as well as my

6   fiduciary obligations.

7        I declare, under penalty of perjury of the laws of the United States, that the foregoing is

8   true and correct to the best of my knowledge.

9        Executed this 7th day of July 2008.

10

11

12

13   _____

14                      JAMES COFFIN

15

16        I, Reed R. Kathrein, am the ECF User whose ID and password are being used to file this

17   CERTIFICATION OF LEAD PLAINTIFF JAMES COFFIN IN RESPONSE TO COURT'S
     ORDER APPOINTING LEAD PLAINTIFF DATED JULY 3, 2008.  In compliance with General

18   Order 45, X.B., I hereby attest that James Coffin has concurred in this filing

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.


                                 /s/ Reed R. Kathrein
                                  REED R. KATHREIN

# Mailing Information for a Case 3:08-cv-01510-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Vahn Alexander**
  valexander@faruqilaw.com

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Timothy J. Burke**
  service@ssbla.com

- **J. Thomas Hannan**
  hannan@lh-sf.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,steve@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Azra Z. Mehdi**
  azram@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Stuart Christopher Plunkett**
  ggerrish@mofo.com,splunkett@mofo.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use
your mouse to select and copy this list into your word processing program in order to create notices or labels for
these recipients.

- (No manual recipients)