1  Reed R. Kathrein (139304)
   Peter E. Borkon (212596)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   Telephone: (510) 725-3000
4  Facsimile: (510) 725-3001
   reed@hbsslaw.com
5  peterb@hbsslaw.com

6  Attorneys for Plaintiff

7  [Additional counsel listed on signature page]

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12 | IN RE SCHWAB CORP. SECURITIES LITIGATION. | No. 08-cv-01510 WHA |
13 | | |
14 | | |
15 | THIS DOCUMENT RELATES TO: | CERTIFICATION OF LEAD PLAINTIFF DAVID MIKELONIS IN RESPONSE TO COURT'S ORDER APPOINTING LEAD PLAINTIFF DATED JULY 3, 2008 |
16 | All Actions. | |
17 | | |

010036-12  249031 V1

1. I, David Mikelonis, on my own behalf and on behalf of my wife Gretchen Mikelonis, declare as follows:

1. I am a member of the Yield Plus Investor Group, lead plaintiffs in the above entitled actions.

2. I certify that I have read this Court's order dated July 3, 2008 [Dkt. 73].

3. I certify that I am willing and able to meet this Court's schedule, as well as the fiduciary obligations of lead plaintiff.

I declare, under penalty of perjury of the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of July 2008.

_____
DAVID MIKELONIS

I, Reed R. Kathrein, am the ECF User whose ID and password are being used to file this CERTIFICATION OF LEAD PLAINTIFF DAVID MIKELONIS IN RESPONSE TO COURT'S ORDER APPOINTING LEAD PLAINTIFF DATED JULY 3, 2008. In compliance with General Order 45, X.B., I hereby attest that David Mikelonis has concurred in this filing.

CERT. LEAD PL. DAVID MIKELONIS PURS. TO COURT   - 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        /s/ Reed R. Kathrein
        REED R. KATHREIN

# Mailing Information for a Case 3:08-cv-01510-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Vahn Alexander**
  valexander@faruqilaw.com

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Timothy J. Burke**
  service@ssbla.com

- **J. Thomas Hannan**
  hannan@lh-sf.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,steve@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Azra Z. Mehdi**
  azram@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Stuart Christopher Plunkett**
  ggerrish@mofo.com,splunkett@mofo.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)