Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Attorneys for Plaintiff

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SCHWAB CORP. SECURITIES LITIGATION.<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions. | No. 08-cv-01510 WHA<br><br>STATEMENT REGARDING LEAD PLAINTIFF KEVIN O'DONNELL'S RESPONSE TO COURT'S ORDER APPOINTING LEAD PLAINTIFF DATED JULY 3, 2008 |

1  In its July 3, 2008 Order Appointing Lead Plaintiff ("Order"), the Court instructed Lead Plaintiffs to file a certification stating that they have read the Order and understand their fiduciary duties.  One of the Lead Plaintiffs, Mr. Kevin O'Donnell, is not able to respond to the Order within the seven-day time period prescribed by the Court.

As counsel Mr. Reed Kathrein informed the Court at the July 2, 2008 hearing on the YieldPlus Investor Group's motion for lead plaintiff and in the papers supporting the YieldPlus Investor Group's motion seeking to be appointed as Lead Plaintiff, Mr. O'Donnell is currently on a sailing trip that was planned prior to the Court's Order.   Mr. O'Donnell will respond to the Order immediately upon his return from his trip.  Mr. O'Donnell anticipates that he will return from his trip during the week of July 14, 2008.

Dated: July 10, 2008                              HAGENS BERMAN SOBOL SHAPIRO LLP

By: _____/s/ Peter E. Borkon_____
         PETER E. BORKON

Reed R. Kathrein
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve Berman
Sean R. Matt
Erin K. Flory
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                        /s/ Peter E. Borkon
                                                       PETER E. BORKON

# Mailing Information for a Case 3:08-cv-01510-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Vahn Alexander**
  valexander@faruqilaw.com

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Timothy J. Burke**
  service@ssbla.com

- **J. Thomas Hannan**
  hannan@lh-sf.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,steve@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Azra Z. Mehdi**
  azram@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Stuart Christopher Plunkett**
  ggerrish@mofo.com,splunkett@mofo.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)