1  Reed R. Kathrein (139304)
   Peter E. Borkon (212596)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   Telephone:  (510) 725-3000
4  Facsimile:  (510) 725-3001
   reed@hbsslaw.com
5  peterb@hbsslaw.com

6  Attorneys for Plaintiff

7  [Additional counsel listed on signature page]

8

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                               SAN FRANCISCO DIVISION

12  IN RE SCHWAB CORP. SECURITIES              No. 08-cv-01510 WHA
    LITIGATION.
13

14  THIS DOCUMENT RELATES TO:                  CERTIFICATION OF PETER E.
                                                BORKON PURSUANT TO LOCAL
15  All Actions.                                RULE 3-7(D)

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7(D)**

Pursuant to Northern District Local Rule 3-7(d), I, Peter E. Borkon, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  If called as a witness, I could and would competently testify thereto. Executed this 10th day of July, 2008.

                                    /s/ Peter E. Borkon
                                    PETER E. BORKON

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                            /s/  Peter E. Borkon
                                                          PETER E. BORKON

# Mailing Information for a Case 3:08-cv-01510-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Vahn Alexander**
  valexander@faruqilaw.com

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Timothy J. Burke**
  service@ssbla.com

- **J. Thomas Hannan**
  hannan@lh-sf.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,steve@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Azra Z. Mehdi**
  azram@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Stuart Christopher Plunkett**
  ggerrish@mofo.com,splunkett@mofo.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)