**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   IN RE CHARLES SCHWAB SECURITIES              No. C 08-01510 WHA
11   LITIGATION.
12   _____/
                                                 **ORDER CONSOLIDATING**
13   This Document Relates to:                   **CASES**
14        All Actions.
     _____/
15
16        According to the order dated July 2, 2008, plaintiffs in *Bohl v. The Charles Schwab*
17   *Corp. et al.*, C 08-0283 WHA, and *Coleman v. The Charles Schwab Corp. et al.*, C 08-2984
18   WHA, were ordered to show cause why these actions should not be consolidated with the
19   actions in *In re Charles Schwab Securities Litigation*.  A response was due by July 16, 2008.
20   Because no opposition has been forthcoming, these actions are now **CONSOLIDATED** with the
21   actions in *In re Charles Schwab Securities Litigation*, C 08-01510 WHA.
22
23        **IT IS SO ORDERED.**
24
25   Dated:  July 23, 2008.                      _____
                                                 WILLIAM ALSUP
26                                               UNITED STATES DISTRICT JUDGE
27
28