UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | [PROPOSED] ORDER GRANTING APPOINTMENT OF HAGENS BERMAN SOBOL SHAPIRO LLP AS LEAD COUNSEL<br><br>DATE ACTION FILED: March 18, 2008 |

This matter comes before the Court on Lead Plaintiff YieldPlus Investor Group's Motion to Appoint Lead Counsel and Memorandum of Points and Authorities in Support Thereof ("Motion") and the Joint Declaration of the YieldPlus Investor Group in Support of Motion for Lead Counsel.

Upon the Court's instruction, the Motion was not set for oral argument. Upon consideration of the foregoing Motion, the papers submitted in support, and good cause appearing, IT IS HEREBY ORDERED that:

Plaintiff's Motion is GRANTED and Hagens Berman Sobol Shapiro LLP is appointed as Lead Counsel.

DATED: _____    _____
                            HON. WILLIAM A. ALSUP
                            UNITED STATES DISTRICT COURT JUDGE

Submitted By:

Dated: August 14, 2008

HAGENS BERMAN SOBOL SHAPIRO LLP

By    /s/ Reed R. Kathrein
         REED R. KATHREIN

715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

Steve W. Berman
Sean R. Matt
Erin K. Flory
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com

Attorneys for Lead Plaintiff YieldPlus Investor Group

- 2 -

1

**CERTIFICATE OF SERVICE**

2    I hereby certify that on August 14, 2008, I electronically filed the foregoing with the Clerk

3  of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify

5  that I have mailed the foregoing document or paper via the United States Postal Service to the non-

6  CM/ECF participants indicated on the attached Manual Notice List.

7

8                                              /s/ Reed R. Kathrein
                                                REED R. KATHREIN

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROP.] ORD APPOINTING HAGENS BERMAN
LEAD COUNSEL – 08-cv-01510 WHA                  - 2 -
010036-12  257195 V1

# Mailing Information for a Case 3:08-cv-01510-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Vahn Alexander**
  valexander@faruqilaw.com

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Timothy J. Burke**
  service@ssbla.com

- **J. Thomas Hannan**
  hannan@lh-sf.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,steve@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Azra Z. Mehdi**
  azram@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Stuart Christopher Plunkett**
  rpelletier@mofo.com,ggerrish@mofo.com,splunkett@mofo.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)