UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | [PROPOSED] ORDER GRANTING APPOINTMENT OF HAGENS BERMAN SOBOL SHAPIRO LLP AS LEAD COUNSEL<br><br>DATE ACTION FILED: March 18, 2008 |

1  This matter comes before the Court on Lead Plaintiff YieldPlus Investor Group's Motion to

2  Appoint Lead Counsel and Memorandum of Points and Authorities in Support Thereof ("Motion")

3  and the Joint Declaration of the YieldPlus Investor Group in Support of Motion for Lead Counsel.

4  Upon the Court's instruction, the Motion was not set for oral argument.  Upon

5  consideration of the foregoing Motion, the papers submitted in support, and good cause appearing,

6  IT IS HEREBY ORDERED that:

7  Plaintiff's Motion is GRANTED and Hagens Berman Sobol Shapiro LLP is appointed as

8  Lead Counsel.

9

10  DATED:   August 18, 2008.

11  HON: WILLIAM A. ALSUP
    UNITED STATES DISTRICT COURT JUDGE

12  Submitted By:

13  Dated:  August 14, 2008

14  HAGENS BERMAN SOBOL SHAPIRO LLP

15  By          /s/ Reed R. Kathrein
             REED R. KATHREIN
16

17  715 Hearst Avenue, Suite 202
    Berkeley, CA  94710
18  Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
19  reed@hbsslaw.com

20
    Steve W. Berman
21  Sean R. Matt
    Erin K. Flory
22  HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Fifth Avenue, Suite 2900
23  Seattle, WA  98101
24  Telephone: (206) 623-7292
    Facsimile: (206) 623-0594
25  steve@hbsslaw.com
    sean@hbsslaw.com
26  erin@hbsslaw.com

27  Attorneys for Lead Plaintiff YieldPlus Investor Group

28

[PROP.] ORD APPOINTING HAGENS BERMAN
LEAD COUNSEL – 08-cv-01510 WHA

- 1 -

010036-12  257195 V1

- 2 -

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                 /s/ Reed R. Kathrein
                 REED R. KATHREIN

[PROP.] ORD APPOINTING HAGENS BERMAN
LEAD COUNSEL – 08-cv-01510 WHA
010036-12  257195 V1

# Mailing Information for a Case 3:08-cv-01510-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Vahn Alexander**
  valexander@faruqilaw.com

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Timothy J. Burke**
  service@ssbla.com

- **J. Thomas Hannan**
  hannan@lh-sf.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,steve@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Azra Z. Mehdi**
  azram@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Stuart Christopher Plunkett**
  rpelletier@mofo.com,ggerrish@mofo.com,splunkett@mofo.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)