```
 1   Reed R. Kathrein (139304)
     Peter E. Borkon (212596)
 2   HAGENS BERMAN SOBOL SHAPIRO LLP
     715 Hearst Avenue, Suite 202
 3   Berkeley, CA 94710
     Telephone: (510) 725-3000
 4   Facsimile: (510) 725-3001
     reed@hbsslaw.com
 5   peterb@hbsslaw.com

 6   Steve W. Berman
     Sean R. Matt
 7   Erin K. Flory
     HAGENS BERMAN SOBOL SHAPIRO LLP
 8   1301 Fifth Avenue, Suite 2900
     Seattle, Washington 98101
 9   Telephone: (206) 623-7292
     Facsimile: (206) 623-0594
10   steve@hbsslaw.com
     sean@hbsslaw.com
11   erin@hbsslaw.com

12   Attorneys for Lead Plaintiff YieldPlus Investor Group
```

**FILED**

AUG 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
|---|---|
| THIS DOCUMENT RELATES TO: All Actions | APPLICATION OF ERIN K. FLORY FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Date Action Filed: March 18, 2008 |

010036-12 257443 V1

Case 3:08-cv-01510-WHA    Document 90    Filed 08/18/2008    Page 2 of 4

Pursuant to Civil L.R. 11-3, ERIN K. FLORY, an active member in good standing of the bar of Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Lead Plaintiff YieldPlus Investor Group in the above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Reed R. Kathrein (139304)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone: (510) 725-3000
> Facsimile: (510) 725-3001

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of August 2008, at Seattle, Washington.

Dated: 8/18/08

ERIN K. FLORY

| | |
|---|---|
| 1 | **DECLARATION OF SERVICE BY U.S. MAIL** |
| 2 | I, the undersigned, declare: |
| 3 | 1. That declarant is and was, at all times herein mentioned, a citizen of the United |
| 4 | States and a resident of San Francisco, California, over the age of 18 years, and not a party to or |
| 5 | interested in the within action; that declarant's business address is 715 Hearst Avenue, Suite 202, |
| 6 | Berkeley, CA 94710. |
| 7 | 2. That on August 18, 2008, declarant served the foregoing document by U.S. Mail by |
| 8 | placing a true copy thereof in a sealed envelope addressed to the parties listed on the attached |
| 9 | Service List. |
| 10 | 3. That there is a regular communication by mail between the place of mailing and the |
| 11 | places so addressed. |
| 12 | I declare under penalty of perjury under the laws of the United States of America |
| 13 | that the foregoing is true and correct. Executed this 18 day of August 2008, at Berkeley, |
| 14 | California. |

*Carol Pinell-Gentry*
CAROL PINELL-GENTRY

APPLICATION OF ERIN K. FLORY FOR ADMISSION OF         - 2 -
ATTORNEY *PRO HAC VICE* - 08-cv-01510 WHA
010036-12 257443 V1

*In re Charles Schwab Corp. Securities Litigation*
USDC ND Cal. Case No. 08-cv-01510 WHA

Service List
August 18, 2008

**Counsel for Defendants**

| | |
|---|---|
| Stuart C. Plunkett<br>Craig David Martin<br>Kevin A. Calia<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-6145<br>Facsimile: (415) 268-7522<br>splunkett@mofo.com<br>cmartin@mofo.com<br><br><br>Attorneys for Defendants Charles Schwab & Co. Inc., Charles Schwab Investment Management Inc., The Charles Schwab Corporation, Charles R. Schwab, Evelyn Dilsaver, George Pereira, Randall W. Merk<br><br>**VIA U.S. MAIL** | Darryl Paul Rains<br>Thomas Roy Plummer<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792<br>drains@mofo.com<br>tplummer@mofo.com<br><br><br>Attorneys for Defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management Inc., Charles R. Schwab, Evelyn Dilsaver, George Pereira, Randall W. Merk<br><br>**VIA U.S. MAIL** |
| Matthew Mark D'Amore<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 903-7820<br>mdamore@mofo.com<br><br><br>Attorneys for Defendants Charles Schwab & Co., Inc., Charles Schwab Investment Management Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, George Pereira, Randall W. Merk<br><br>**VIA U.S. MAIL** | Steven W. Hansen<br>BINGHAM MCCUTCHEN LLP<br>150 Federal Street<br>Boston, MA 02110<br>Telephone: (617) 951-8872<br>Facsimile: (617) 951-8736<br>frances.cohen@bingham.com<br><br><br>Attorneys for Defendants Charles Schwab & Co., Inc., Charles Schwab Investment Management Inc., The Charles Schwab Corporation, Charles R. Schwab, Evelyn Dilsaver, George Pereira, Randall W. Merk<br><br>**VIA U.S. MAIL** |

RECEIVED

AUG 18 2008

1
2
3
4
5
6
7
8

Chambers - Do Not File

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>All Actions | [PROPOSED] ORDER GRANTING ERIN K. FLORY'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Date Action Filed: March 18, 2008 |

010036-12  257448 V1

1  ERIN K. FLORY, an active member in good standing of the bar of the State of
2  Washington, whose business address and telephone number is:

3  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Fifth Avenue, Suite 2900
4  Seattle, WA, 98101
   Telephone: (206) 623-7292
5
6  having applied in the above-entitled action for admission to practice in the Northern District of
7  California on a *pro hac vice* basis, representing Lead Plaintiff YieldPlus Investor Group.

8  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
10 *vice*. Service of papers upon and communication with co-counsel designated in the application will
11 constitute notice to the party. All future filings in this action are subject to the requirements
12 contained in General Order No. 45, *Electronic Case Filing*.

13
14 Dated: _____

15
                                          _____
16                                        WILLIAM H. ALSUP
                                          UNITED STATES DISTRICT COURT JUDGE
17

18 Submitted By:
19 Dated: August 12, 2008

20
21 _____
     REED R. KATHREIN
22
   Peter E. Borkon (212596)
23 HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
24 Berkeley, CA 94710
   Telephone: (510) 725-3000
25 Facsimile: (510) 725-3001
   reed@hbsslaw.com
26 peterb@hbsslaw.com

27 Steve W. Berman
   Sean R. Matt
28 Erin K. Flory

[PROP] ORD GRANTING ERIN K. FLORY *PRO HAC VICE*    - 1 -
APPL'N – 08-cv-01510 WHA
010036-12 257448 V1

| | |
|---|---|
| 1 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 1301 Fifth Avenue, Suite 2900 |
| 2 | Seattle, Washington 98101 |
| | Telephone: (206) 623-7292 |
| 3 | Facsimile: (206) 623-0594 |
| | steve@hbsslaw.com |
| 4 | sean@hbsslaw.com |
| | erin@hbsslaw.com |
| 5 | |
| | Attorneys for Lead Plaintiff YieldPlus Investor Group |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROP] ORD GRANTING ERIN K. FLORY *PRO HAC VICE*    - 2 -
APPL'N – 08-cv-01510 WHA
010036-12 257448 V1

1 | **DECLARATION OF SERVICE BY U.S. MAIL**

2 | I, the undersigned, declare:

3 | 1. That declarant is and was, at all times herein mentioned, a citizen of the United
4 | States and a resident of San Francisco, California, over the age of 18 years, and not a party to or
5 | interested in the within action; that declarant's business address is 715 Hearst Avenue, Suite 202,
6 | Berkeley, CA 94710.

7 | 2. That on August 18, 2008, declarant served the foregoing document by U.S. Mail by
8 | placing a true copy thereof in a sealed envelope addressed to the parties listed on the attached
9 | Service List.

10 | 3. That there is a regular communication by mail between the place of mailing and the
11 | places so addressed.

12 | I declare under penalty of perjury under the laws of the United States of America
13 | that the foregoing is true and correct. Executed this 18 day of August 2008, at Berkeley,
14 | California.

*[signature]*
CAROL PINELL-GENTRY

[PROP] ORD GRANTING ERIN K. FLORY *PRO HAC VICE* - 3 -
APPL'N – 08-cv-01510 WHA
010036-12 257448 V1

*In re Charles Schwab Corp. Securities Litigation*
USDC ND Cal. Case No. 08-cv-01510 WHA

Service List
August 18, 2008

**Counsel for Defendants**

| | |
|---|---|
| Stuart C. Plunkett<br>Craig David Martin<br>Kevin A. Calia<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-6145<br>Facsimile: (415) 268-7522<br>splunkett@mofo.com<br>cmartin@mofo.com<br><br>Attorneys for Defendants Charles Schwab & Co. Inc., Charles Schwab Investment Management Inc., The Charles Schwab Corporation, Charles R. Schwab, Evelyn Dilsaver, George Pereira, Randall W. Merk<br><br>**VIA U.S. MAIL** | Darryl Paul Rains<br>Thomas Roy Plummer<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792<br>drains@mofo.com<br>tplummer@mofo.com<br><br>Attorneys for Defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management Inc., Charles R. Schwab, Evelyn Dilsaver, George Pereira, Randall W. Merk<br><br>**VIA U.S. MAIL** |
| Matthew Mark D'Amore<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 903-7820<br>mdamore@mofo.com<br><br>Attorneys for Defendants Charles Schwab & Co., Inc., Charles Schwab Investment Management Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, George Pereira, Randall W. Merk<br><br>**VIA U.S. MAIL** | Steven W. Hansen<br>BINGHAM MCCUTCHEN LLP<br>150 Federal Street<br>Boston, MA 02110<br>Telephone: (617) 951-8872<br>Facsimile: (617) 951-8736<br>frances.cohen@bingham.com<br><br>Attorneys for Defendants Charles Schwab & Co., Inc., Charles Schwab Investment Management Inc., The Charles Schwab Corporation, Charles R. Schwab, Evelyn Dilsaver, George Pereira, Randall W. Merk<br><br>**VIA U.S. MAIL** |