1  Reed R. Kathrein (139304)
   Peter E. Borkon (212596)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   Telephone: (510) 725-3000
4  Facsimile: (510) 725-3001
   reed@hbsslaw.com
5  peterb@hbsslaw.com

6  Steve W. Berman
   Sean R. Matt
7  Erin K. Flory
   HAGENS BERMAN SOBOL SHAPIRO LLP
8  1301 Fifth Avenue, Suite 2900
   Seattle, Washington 98101
9  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
10 steve@hbsslaw.com
   sean@hbsslaw.com
11 erin@hbsslaw.com

12 Attorneys for Lead Plaintiff YieldPlus Investor Group



FILED
AUG 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>All Actions | APPLICATION OF STEVE W. BERMAN FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Date Action Filed: March 18, 2008 |

010036-12 257424 V1

1     Pursuant to Civil L.R. 11-3, STEVE W. BERMAN, an active member in good standing of the bar of Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Lead Plaintiff YieldPlus Investor Group in the above-entitled action. In support of this application, I certify on oath that:

    1.     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

    2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

    3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Reed R. Kathrein (139304)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone: (510) 725-3000
> Facsimile: (510) 725-3001

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of August 2008, at Seattle, Washington.

Dated: 8/18/08

_____
STEVE W. BERMAN

APPLICATION OF STEVE W. BERMAN FOR ADMISSION OF   - 1 -
ATTORNEY *PRO HAC VICE* – 08-cv-01510 WHA
010036-12 257424 V1

# DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of San Francisco, California, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 715 Hearst Avenue, Suite 202, Berkeley, CA 94710.

2. That on August 18, 2008, declarant served the foregoing document by U.S. Mail by placing a true copy thereof in a sealed envelope addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18 day of August 2008, at Berkeley, California.

_____
CAROL PINELL-GENTRY

APPLICATION OF STEVE W. BERMAN FOR ADMISSION OF   - 2 -
ATTORNEY *PRO HAC VICE* - 08-cv-01510 WHA
010036-12 257424 V1

*In re Charles Schwab Corp. Securities Litigation*
USDC ND Cal. Case No. 08-cv-01510 WHA

Service List
August 18, 2008

**Counsel for Defendants**

| | |
|---|---|
| Stuart C. Plunkett<br>Craig David Martin<br>Kevin A. Calia<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-6145<br>Facsimile: (415) 268-7522<br>splunkett@mofo.com<br>cmartin@mofo.com<br><br><br>Attorneys for Defendants Charles Schwab & Co. Inc., Charles Schwab Investment Management Inc., The Charles Schwab Corporation, Charles R. Schwab, Evelyn Dilsaver, George Pereira, Randall W. Merk<br><br>**VIA U.S. MAIL** | Darryl Paul Rains<br>Thomas Roy Plummer<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792<br>drains@mofo.com<br>tplummer@mofo.com<br><br><br>Attorneys for Defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management Inc., Charles R. Schwab, Evelyn Dilsaver, George Pereira, Randall W. Merk<br><br>**VIA U.S. MAIL** |
| Matthew Mark D'Amore<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 903-7820<br>mdamore@mofo.com<br><br><br>Attorneys for Defendants Charles Schwab & Co., Inc., Charles Schwab Investment Management Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, George Pereira, Randall W. Merk<br><br>**VIA U.S. MAIL** | Steven W. Hansen<br>BINGHAM MCCUTCHEN LLP<br>150 Federal Street<br>Boston, MA 02110<br>Telephone: (617) 951-8872<br>Facsimile: (617) 951-8736<br>frances.cohen@bingham.com<br><br><br>Attorneys for Defendants Charles Schwab & Co., Inc., Charles Schwab Investment Management Inc., The Charles Schwab Corporation, Charles R. Schwab, Evelyn Dilsaver, George Pereira, Randall W. Merk<br><br>**VIA U.S. MAIL** |

RECEIVED

AUG 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>All Actions | [PROPOSED] ORDER GRANTING STEVE W. BERMAN'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Date Action Filed: March 18, 2008 |

010036-12  257425 V1

1  STEVE W. BERMAN, an active member in good standing of the bar of the State of
2  Washington, whose business address and telephone number is:

HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA, 98101
Telephone: (206) 623-7292

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Lead Plaintiff YieldPlus Investor Group.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

Dated: August 18, 2008

_____
REED R. KATHREIN

Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman
Sean R. Matt
Erin K. Flory
HAGENS BERMAN SOBOL SHAPIRO LLP

[PROP] ORD GRANTING STEVE W. BERMAN *PRO HAC*      - 1 -
VICE APPL'N – 08-cv-01510 WHA
010036-12 257425 V1

1  1301 Fifth Avenue, Suite 2900
   Seattle, Washington 98101
2  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
3  steve@hbsslaw.com
   sean@hbsslaw.com
4  erin@hbsslaw.com

5  Attorneys for Lead Plaintiff YieldPlus Investor Group

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROP] ORD GRANTING STEVE W. BERMAN *PRO HAC*         - 2 -
*VICE* APPL'N – 08-cv-01510 WHA
010036-12  257425 V1

| | |
|---|---|
| | [PROP] ORD GRANTING STEVE W. BERMAN *PRO HAC* VICE APPL'N – 08-cv-01510 WHA<br>010036-12 257425 V1 |

- 3 -

**DECLARATION OF SERVICE BY U.S. MAIL**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of San Francisco, California, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 715 Hearst Avenue, Suite 202, Berkeley, CA 94710.

2. That on August 18, 2008, declarant served the foregoing document by U.S. Mail by placing a true copy thereof in a sealed envelope addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18 day of August 2008, at Berkeley, California.

_____
CAROL PINELL-GENTRY

*In re Charles Schwab Corp. Securities Litigation*
USDC ND Cal. Case No. 08-cv-01510 WHA

Service List
August 18, 2008

**Counsel for Defendants**

| | |
|---|---|
| Stuart C. Plunkett<br>Craig David Martin<br>Kevin A. Calia<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-6145<br>Facsimile: (415) 268-7522<br>splunkett@mofo.com<br>cmartin@mofo.com<br><br>Attorneys for Defendants Charles Schwab & Co. Inc., Charles Schwab Investment Management Inc., The Charles Schwab Corporation, Charles R. Schwab, Evelyn Dilsaver, George Pereira, Randall W. Merk<br><br>**VIA U.S. MAIL** | Darryl Paul Rains<br>Thomas Roy Plummer<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792<br>drains@mofo.com<br>tplummer@mofo.com<br><br>Attorneys for Defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management Inc., Charles R. Schwab, Evelyn Dilsaver, George Pereira, Randall W. Merk<br><br>**VIA U.S. MAIL** |
| Matthew Mark D'Amore<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 903-7820<br>mdamore@mofo.com<br><br>Attorneys for Defendants Charles Schwab & Co., Inc., Charles Schwab Investment Management Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, George Pereira, Randall W. Merk<br><br>**VIA U.S. MAIL** | Steven W. Hansen<br>BINGHAM MCCUTCHEN LLP<br>150 Federal Street<br>Boston, MA 02110<br>Telephone: (617) 951-8872<br>Facsimile: (617) 951-8736<br>frances.cohen@bingham.com<br><br>Attorneys for Defendants Charles Schwab & Co., Inc., Charles Schwab Investment Management Inc., The Charles Schwab Corporation, Charles R. Schwab, Evelyn Dilsaver, George Pereira, Randall W. Merk<br><br>**VIA U.S. MAIL** |