1  Reed R. Kathrein (139304)
   Peter E. Borkon (212596)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   Telephone: (510) 725-3000
4  Facsimile: (510) 725-3001
   reed@hbsslaw.com
5  peterb@hbsslaw.com

6  Steve W. Berman
   Sean R. Matt
7  Erin K. Flory
   HAGENS BERMAN SOBOL SHAPIRO LLP
8  1301 Fifth Avenue, Suite 2900
   Seattle, Washington 98101
9  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
10 steve@hbsslaw.com
   sean@hbsslaw.com
11 erin@hbsslaw.com

12 Attorneys for Lead Plaintiff YieldPlus Investor Group

13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16               SAN FRANCISCO DIVISION

17 IN RE SCHWAB CORP. SECURITIES          No. 08-cv-01510 WHA
   LITIGATION
18

19 THIS DOCUMENT RELATES TO:              APPLICATION OF SEAN R. MATT
                                          FOR ADMISSION OF ATTORNEY
20 All Actions                            *PRO HAC VICE*

21
                                          Date Action Filed: March 18, 2008
22

23

24

25

26

27

28

**FILED**

AUG 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

010036-12 257435 V1

1        Pursuant to Civil L.R. 11-3, SEAN R. MATT, an active member in good standing of the bar

2    of Washington, hereby applies for admission to practice in the Northern District of California on a

3    *pro hac vice* basis representing Lead Plaintiff YieldPlus Investor Group in the above-entitled

4    action. In support of this application, I certify on oath that:

5        1.    I am an active member in good standing of a United States Court or of the highest

6    court of another State or the District of Columbia, as indicated above;

7        2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

8    Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar

9    with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

10       3.    An attorney who is a member of the bar of this Court in good standing and who

11   maintains an office within the State of California has been designated as co-counsel in the above-

12   entitled action. The name, address and telephone number of that attorney is:

13                 Reed R. Kathrein (139304)
                      HAGENS BERMAN SOBOL SHAPIRO LLP
14                 715 Hearst Avenue, Suite 202
                      Berkeley, CA 94710
15                 Telephone: (510) 725-3000
                      Facsimile: (510) 725-3001
16

17   I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of

18   August 2008, at Seattle, Washington.

19

20

21   Dated: _8/18/08_

                                          _Sean Matt_
22                                   SEAN R. MATT

23

24

25

26

27

28

**DECLARATION OF SERVICE BY U.S. MAIL**

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of San Francisco, California, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 715 Hearst Avenue, Suite 202, Berkeley, CA 94710.

2.      That on August 8, 2008, declarant served the foregoing document by U.S. Mail by placing a true copy thereof in a sealed envelope addressed to the parties listed on the attached Service List.

3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8 day of August 2008, at Berkeley, California.

CAROL PINELL-GENTRY

APPLICATION OF SEAN R. MATT FOR ADMISSION OF            - 2 -
ATTORNEY *PRO HAC VICE* - 08-cv-01510 WHA
010036-12 257435 V1

*In re Charles Schwab Corp. Securities Litigation*
USDC ND Cal. Case No. 08-cv-01510 WHA

Service List
August 18, 2008

## Counsel for Defendants

| | |
|---|---|
| Stuart C. Plunkett<br>Craig David Martin<br>Kevin A. Calia<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-6145<br>Facsimile: (415) 268-7522<br>splunkett@mofo.com<br>cmartin@mofo.com | Darryl Paul Rains<br>Thomas Roy Plummer<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792<br>drains@mofo.com<br>tplummer@mofo.com |
| Attorneys for Defendants Charles Schwab &<br>Co. Inc., Charles Schwab Investment<br>Management Inc., The Charles Schwab<br>Corporation, Charles R. Schwab, Evelyn<br>Dilsaver, George Pereira, Randall W. Merk | Attorneys for Defendants The Charles Schwab<br>Corporation, Charles Schwab & Co., Inc.,<br>Charles Schwab Investment Management Inc.,<br>Charles R. Schwab, Evelyn Dilsaver, George<br>Pereira, Randall W. Merk |
| **VIA U.S. MAIL** | **VIA U.S. MAIL** |
| Matthew Mark D'Amore<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 903-7820<br>mdamore@mofo.com | Steven W. Hansen<br>BINGHAM MCCUTCHEN LLP<br>150 Federal Street<br>Boston, MA 02110<br>Telephone: (617) 951-8872<br>Facsimile: (617) 951-8736<br>frances.cohen@bingham.com |
| Attorneys for Defendants Charles Schwab &<br>Co., Inc., Charles Schwab Investment<br>Management Inc., Schwab Investments,<br>Charles R. Schwab, Evelyn Dilsaver, George<br>Pereira, Randall W. Merk | Attorneys for Defendants Charles Schwab &<br>Co., Inc., Charles Schwab Investment<br>Management Inc., The Charles Schwab<br>Corporation,  Charles R. Schwab, Evelyn<br>Dilsaver, George Pereira, Randall W. Merk |
| **VIA U.S. MAIL** | **VIA U.S. MAIL** |



RECEIVED

AUG 1 8 2008

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

13

IN RE SCHWAB CORP. SECURITIES
LITIGATION

No. 08-cv-01510 WHA

14

15

16

THIS DOCUMENT RELATES TO:

All Actions

[PROPOSED] ORDER GRANTING
SEAN R. MATT'S APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

17

18

Date Action Filed:  March 18, 2008

19

20

21

22

23

24

25

26

27

28

010036-12  257441 V1

1      SEAN R. MATT, an active member in good standing of the bar of the State of Washington,

2    whose business address and telephone number is:

3                     HAGENS BERMAN SOBOL SHAPIRO LLP
                          1301 Fifth Avenue, Suite 2900

4                             Seattle, WA, 98101
                        Telephone: (206) 623-7292

5

6    having applied in the above-entitled action for admission to practice in the Northern District of

7    California on a *pro hac vice* basis, representing Lead Plaintiff YieldPlus Investor Group.

8      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

9    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

10    *vice*. Service of papers upon and communication with co-counsel designated in the application will

11    constitute notice to the party. All future filings in this action are subject to the requirements

12    contained in General Order No. 45, *Electronic Case Filing*.

13

14    Dated: _____

15                               WILLIAM H. ALSUP

16                               UNITED STATES DISTRICT COURT JUDGE

17

18    Submitted By:

19    Dated: August 18, 2008

20

21

     REED R. KATHREIN

22    Peter E. Borkon (212596)

23    HAGENS BERMAN SOBOL SHAPIRO LLP
     715 Hearst Avenue, Suite 202

24    Berkeley, CA 94710
     Telephone: (510) 725-3000

25    Facsimile: (510) 725-3001
     reed@hbsslaw.com

26    peterb@hbsslaw.com

27    Steve W. Berman
     Sean R. Matt

28    Erin K. Flory

[PROP] ORD GRANTING SEAN R. MATT *PRO HAC VICE*    - 1 -
APPL'N – 08-cv-01510 WHA
010036-12 257441 V1

1  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Fifth Avenue, Suite 2900
2  Seattle, Washington 98101
   Telephone: (206) 623-7292
3  Facsimile: (206) 623-0594
   steve@hbsslaw.com
4  sean@hbsslaw.com
   erin@hbsslaw.com
5
   Attorneys for Lead Plaintiff YieldPlus Investor Group
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROP] ORD GRANTING SEAN R. MATT *PRO HAC VICE*     - 2 -
APPL'N – 08-cv-01510 WHA
010036-12 257441 V1

1

**DECLARATION OF SERVICE BY U.S. MAIL**

2

I, the undersigned, declare:

3

1.      That declarant is and was, at all times herein mentioned, a citizen of the United

4

States and a resident of San Francisco, California, over the age of 18 years, and not a party to or

5

interested in the within action; that declarant's business address is 715 Hearst Avenue, Suite 202,

6

Berkeley, CA 94710.

7

2.      That on August 8, 2008, declarant served the foregoing document by U.S. Mail by

8

placing a true copy thereof in a sealed envelope addressed to the parties listed on the attached

9

Service List.

10

3.      That there is a regular communication by mail between the place of mailing and the

11

places so addressed.

12

I declare under penalty of perjury under the laws of the United States of America

13

that the foregoing is true and correct. Executed this 8 day of August 2008, at Berkeley,

14

California.

15

16

CAROL PINELL-GENTRY

17

18

19

20

21

22

23

24

25

26

27

28

[PROP] ORD GRANTING SEAN R. MATT *PRO HAC VICE*        - 3 -
APPL'N – 08-cv-01510 WHA
010036-12 257441 V1

*In re Charles Schwab Corp. Securities Litigation*
USDC ND Cal. Case No. 08-cv-01510 WHA

Service List
August 18, 2008

**Counsel for Defendants**

| | |
|---|---|
| Stuart C. Plunkett<br>Craig David Martin<br>Kevin A. Calia<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-6145<br>Facsimile: (415) 268-7522<br>splunkett@mofo.com<br>cmartin@mofo.com | Darryl Paul Rains<br>Thomas Roy Plummer<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792<br>drains@mofo.com<br>tplummer@mofo.com |
| Attorneys for Defendants Charles Schwab &<br>Co. Inc., Charles Schwab Investment<br>Management Inc., The Charles Schwab<br>Corporation, Charles R. Schwab, Evelyn<br>Dilsaver, George Pereira, Randall W. Merk<br><br>**VIA U.S. MAIL** | Attorneys for Defendants The Charles Schwab<br>Corporation, Charles Schwab & Co., Inc.,<br>Charles Schwab Investment Management Inc.,<br>Charles R. Schwab, Evelyn Dilsaver, George<br>Pereira, Randall W. Merk<br><br>**VIA U.S. MAIL** |
| Matthew Mark D'Amore<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 903-7820<br>mdamore@mofo.com | Steven W. Hansen<br>BINGHAM MCCUTCHEN LLP<br>150 Federal Street<br>Boston, MA 02110<br>Telephone: (617) 951-8872<br>Facsimile: (617) 951-8736<br>frances.cohen@bingham.com |
| Attorneys for Defendants Charles Schwab &<br>Co., Inc., Charles Schwab Investment<br>Management Inc., Schwab Investments,<br>Charles R. Schwab, Evelyn Dilsaver, George<br>Pereira, Randall W. Merk<br><br>**VIA U.S. MAIL** | Attorneys for Defendants Charles Schwab &<br>Co., Inc., Charles Schwab Investment<br>Management Inc., The Charles Schwab<br>Corporation, Charles R. Schwab, Evelyn<br>Dilsaver, George Pereira, Randall W. Merk<br><br>**VIA U.S. MAIL** |