Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman
Sean R. Matt
Erin K. Flory
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com

Attorneys for Lead Plaintiff YieldPlus Investor Group

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | [AMENDED] APPLICATION OF ERIN K. FLORY FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Date Action Filed: March 18, 2008 |

010036-12 258569 V1

Pursuant to Civil L.R. 11-3, ERIN K. FLORY, an active member in good standing of the bar of Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Lead Plaintiff YieldPlus Investor Group in the above-entitled action. In support of this application, I certify on oath that:

1.  I am an active member in good standing of the Supreme Court of the State of Washington, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Reed R. Kathrein (139304)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone: (510) 725-3000
> Facsimile: (510) 725-3001

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21 day of August 2008, at Seattle, Washington.

Dated: August 21, 2008

_____
ERIN K. FLORY

[AMENDED] APPL'N ERIN K. FLORY FOR ADMISSION OF ATTY *PRO HAC VICE* -- 08-cv-01510 WHA    - 1 -

010036-12 258569 V1

**ATTESTATION**

I, Reed R. Kathrein, am the ECF User whose ID and password are being used to file this [AMENDED] APPLICATION OF ERIN K. FLORY FOR ADMISSION OF ATTORNEY *PRO HAC VICE*. In compliance with General Order 45, X.B., I hereby attest that Erin K. Flory has concurred in this filing.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                    /s/ Reed R. Kathrein
                                                  REED R. KATHREIN

# Mailing Information for a Case 3:08-cv-01510-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Vahn Alexander**
  valexander@faruqilaw.com

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Timothy J. Burke**
  service@ssbla.com

- **J. Thomas Hannan**
  hannan@lh-sf.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,steve@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Azra Z. Mehdi**
  azram@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Stuart Christopher Plunkett**
  rpelletier@mofo.com,ggerrish@mofo.com,splunkett@mofo.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)