RECEIVED

AUG 18 2008

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | [PROPOSED] ORDER GRANTING ERIN K. FLORY'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Date Action Filed: March 18, 2008 |

010036-12 257448 V1

1  ERIN K. FLORY, an active member in good standing of the bar of the State of
2  Washington, whose business address and telephone number is:
3  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Fifth Avenue, Suite 2900
4  Seattle, WA, 98101
   Telephone: (206) 623-7292
5
6  having applied in the above-entitled action for admission to practice in the Northern District of
7  California on a *pro hac vice* basis, representing Lead Plaintiff YieldPlus Investor Group.
8  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
10 *vice*. Service of papers upon and communication with co-counsel designated in the application will
11 constitute notice to the party. All future filings in this action are subject to the requirements
12 contained in General Order No. 45, *Electronic Case Filing*.

Dated: Aug 22, 2008

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

Dated: August 12, 2008

_____
REED R. KATHREIN

Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman
Sean R. Matt
Erin K. Flory

[PROP] ORD GRANTING ERIN K. FLORY *PRO HAC VICE*    - 1 -
APPL'N – 08-cv-01510 WHA
010036-12 257448 V1

1  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Fifth Avenue, Suite 2900
2  Seattle, Washington 98101
   Telephone: (206) 623-7292
3  Facsimile: (206) 623-0594
   steve@hbsslaw.com
4  sean@hbsslaw.com
   erin@hbsslaw.com
5
   Attorneys for Lead Plaintiff YieldPlus Investor Group
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROP] ORD GRANTING ERIN K. FLORY *PRO HAC VICE*  - 2 -
APPL'N – 08-cv-01510 WHA
010036-12 257448 V1