RECEIVED

E-Filing

AUG 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>All Actions | [PROPOSED] ORDER GRANTING STEVE W. BERMAN'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Date Action Filed: March 18, 2008 |

010036-12 257425 V1

1  STEVE W. BERMAN, an active member in good standing of the bar of the State of
2  Washington, whose business address and telephone number is:

HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA, 98101
Telephone: (206) 623-7292

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Lead Plaintiff YieldPlus Investor Group.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Aug. 22, 2008

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

Dated: August 18, 2008

_____
REED R. KATHREIN

Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman
Sean R. Matt
Erin K. Flory
HAGENS BERMAN SOBOL SHAPIRO LLP

[PROP] ORD GRANTING STEVE W. BERMAN *PRO HAC VICE* APPL'N – 08-cv-01510 WHA     - 1 -
010036-12 257425 V1

1 | 1301 Fifth Avenue, Suite 2900
2 | Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
3 | steve@hbsslaw.com
sean@hbsslaw.com
4 | erin@hbsslaw.com

5 | Attorneys for Lead Plaintiff YieldPlus Investor Group

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROP] ORD GRANTING STEVE W. BERMAN *PRO HAC VICE* APPL'N – 08-cv-01510 WHA     - 2 -
010036-12 257425 V1