1 Christopher B. Hockett (CA SBN 121539),
chris.hockett@dpw.com
2 Neal A. Potischman (CA SBN 254862),
neal.potischman@dpw.com
3 Sandra West (CA SBN 250389),
sandra.west@dpw.com
4 DAVIS POLK & WARDWELL
1600 El Camino Real
5 Menlo Park, California 94025
Telephone: (650) 752-2000
6 Facsimile: (650) 752-2111

7 Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP
8

9
UNITED STATES DISTRICT COURT
10
FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
SAN FRANCISCO DIVISION
12

| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | ) ) ) ) ) ) ) | MASTER FILE NO. C 08-01510 WHA<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST CONSOLIDATED AMENDED COMPLAINT |
|---|---|---|

17  WHEREAS, defendant PricewaterhouseCoopers LLP ("PwC") was served with the First

18 Consolidated Amended Complaint on October 3, 2008 in the above-entitled action and currently

19 has until October 23, 2008 to respond to the First Consolidated Amended Complaint;

20  WHEREAS, PwC was not a party in the above entitled action prior to October 3, 2008;

21  WHEREAS, the other defendants in the above-entitled action have been granted until

22 November 6, 2008 to file a motion to dismiss or answer the First Consolidated Amended Complaint

23 by an Order dated September 25, 2008;

24  WHEREAS the parties agree that PwC should have the same deadline as the other

25 defendants to move to dismiss or answer the First Consolidated Amended Complaint;

26  WHEREAS, this is PwC's first request for an extension of time to respond to the First

27 Consolidated Amended Complaint; and

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO RESPOND TO FIRST AMENDED CONSOLIDATED
COMPLAINT – No. 08-cv-01510 WHA

1    WHEREAS, the requested extension will not alter the date of any event or deadline already
2 fixed by Court order;
3    IT IS HEREBY STIPULATED AND AGREED among the parties, through their respective
4 counsel of record, pursuant to Local Rule 6-1(a), to an extension of time for PwC to move to
5 dismiss or answer the First Consolidated Amended Complaint in the above-entitled action to
6 November 6, 2008

8 Dated: October 17, 2008          DAVIS POLK & WARDWELL

10                                 By: /s/ *Christopher B. Hockett/SDW*
                                       Christopher B. Hockett

12                                 Attorneys for Defendant
                                   PRICEWATERHOUSECOOPERS LLP

15 Dated: October 17, 2008          HAGENS BERMAN SOBOL SHAPIRO, LLP

17                                 By: /s/
                                       Steve W. Berman

19                                 Attorneys for Lead Plaintiff the YieldPlus
                                   Investor Group

21                     *   *   *

22    IT IS SO ORDERED.
23 Dated October 20, 2008
                                   _____
24                                 WILLIAM H. ALSUP
                                   UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME
TO RESPOND TO FIRST AMENDED CONSOLIDATED
COMPLAINT – No. 08-cv-01510 WHA