United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE CHARLES SCHWAB
CORPORATION
SECURITIES LITIGATION.

                         /

This Document Relates
     To All Cases.

                         /

No. C 08-01510 WHA

**ORDER VACATING HEARING
ON MOTIONS TO DISMISS AND
TO STRIKE**

Pending before the Court are three motions to dismiss filed by the Schwab defendants, the independent trustees, and PricewaterhouseCoopers, LLP, respectively, and a motion to strike. A hearing on all four motions is scheduled for January 14, 2009, at 2:00 p.m. A CMC is scheduled for the same time. All parties to this matter have stipulated to waive oral argument. Because the Court finds that a hearing on the motions is unnecessary, the January 14 hearing is hereby **VACATED**. All four motions will be decided on the papers. The CMC is also **VACATED** and will be rescheduled at a later date.

     **IT IS SO ORDERED.**

Dated: January 13, 2009.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE