1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   IN RE CHARLES SCHWAB                          No. C 08-01510 WHA
     CORPORATION SECURITIES LITIG.
11   _____/

12   This Document Relates To:                     **ORDER SETTING CASE
                                                   MANAGEMENT CONFERENCE**
13       All Cases.

14   _____/

15          The case management conference was inadvertently vacated.  A new case management

16   conference is hereby **SET** for **JANUARY 29, 2009, AT 11:00 A.M.**  Please file a joint case

17   management statement at least seven days prior.  All initial disclosure deadlines are **EXTENDED**

18   accordingly.

19

20          **IT IS SO ORDERED.**

21

22   Dated:  January 14, 2009.                     _____
                                                   WILLIAM ALSUP
23                                                 UNITED STATES DISTRICT JUDGE

24

25

26

27

28

**United States District Court**
For the Northern District of California