DARRYL P. RAINS (CA SBN 104802)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com

DOROTHY L. FERNANDEZ (CA SBN 184266)
KIMBERLY L. TAYLOR (CA SBN 240483)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Kimon Daifotis, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C-08-01510-WHA<br><br>CLASS ACTION<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANTS' TIME TO ANSWER PURSUANT TO CIVIL LOCAL RULE 6-1 |

1    WHEREAS, on February 4, 2009 the Court entered its Order re Motions to Dismiss of Schwab Defendants, Independent Trustees, and Pricewaterhouse Coopers; Order re Motion to Strike;

WHEREAS, the Court granted in part and denied in part the motions to dismiss filed by the Schwab Defendants and the Independent Trustees to Plaintiffs' First Consolidated Amended Complaint;

WHEREAS, the Court did not grant plaintiffs leave to amend, but rather instructed that plaintiffs may move for leave to amend their dismissed claims by February 26, 2009;

WHEREAS, the defendants wish to avoid the duplication of effort and inefficiencies that would result from having to answer the current complaint in light of the possibility that plaintiffs may seek leave to amend their complaint; and

WHEREAS, an extension of the deadline to answer will have no effect on other proceedings in the case and will not change any Court-ordered deadlines.

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to Court order, as follows:

1.   If plaintiffs seek leave to amend their complaint, then defendants shall not be required to answer until after the Court rules on plaintiffs' motion for leave to amend their complaint. If the Court grants plaintiffs' motion, defendants shall answer or otherwise respond to the amended complaint within 21 days after the amended complaint is served, or as otherwise instructed by the Court in its order. If the Court denies plaintiffs' motion, defendants shall answer the current complaint within 21 days after the Court issues its order.

2.   If plaintiffs elect not to seek leave to amend their complaint, then defendants shall answer the current complaint within 21 days after February 26, 2009, which is the date by which plaintiffs must elect whether or not to seek leave to amend their complaint.

IT IS SO STIPULATED.

STIPULATION & [PROPOSED] ORDER RE: ANSWER
MASTER FILE NO. C-01510-WHA
sf-2640355

1

| | | |
|---|---|---|
| 1 | Dated: February 11, 2009 | STEVE W. BERMAN |
| 2 | | REED R. KATHREIN |
| | | SEAN R. MATT |
| 3 | | ERIN K. FLORY |
| | | PETER E. BORKON |
| 4 | | HAGENS BERMAN SOBOL SHAPIRO LLP |

By: _____/s/ Reed R. Kathrein_____

Attorneys for Lead Plaintiffs and the Proposed Class

Dated: February 11, 2009         DARRYL P. RAINS
                                 DOROTHY L. FERNANDEZ
                                 KIMBERLY L. TAYLOR
                                 MORRISON & FOERSTER LLP

By: _____/s/ Dorothy L. Fernandez_____

Attorneys for defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Kimon Daifotis, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __February 12__, 2009

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup]

_____
The Honorable William Alsup
United States District Judge

**ATTESTATION OF E-FILED SIGNATURES**

I, Dorothy L. Fernandez, am the ECF User whose Id and password are being used to file this Stipulation and [Proposed] Order Regarding Defendants' Time To Answer Pursuant to Civil Local Rule 6-1. In compliance with General Order 45, X.B., I hereby attest that Reed R. Kathrein, counsel for Lead Plaintiffs and the Proposed Class, has concurred in this filing.

Dated: February 11, 2009       MORRISON & FOERSTER LLP

                               By:      /s/ Dorothy L. Fernandez
                                           Dorothy L. Fernandez