1  DAVID B. BAYLESS (SB # 189235)
   Email: dbayless@cov.com
2  TAMMY ALBARRAN (SB # 215605)
   Email: talbarran@cov.com
3  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
4  San Francisco, California 94111
   Telephone:   (415) 591-6000
5  Facsimile:   (415) 591-6091

6
   Attorneys for Defendant
7  Kimon P. Daifotis

8

9                 UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  IN RE CHARLES SCHWAB CORP.
    SECURITIES LITIGATION                   Master File No. C-08-01510-WHA
13
                                            CLASS ACTION
14

15                                          **NOTICE OF SUBSTITUTION OF
                                            COUNSEL AND [PROPOSED]**
16                                          **ORDER**

17

18        TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19        PLEASE TAKE NOTICE that, as of February 10, 2009, Defendant Kimon P. Daifotis

20  hereby substitutes the law firm of Covington & Burling LLP in place of Morrison & Foerster

21  LLP as his attorneys of record in this action.  Contact information for new counsel is as follows:

22              David B. Bayless (dbayless@cov.com)
                COVINGTON & BURLING LLP
23              One Front Street, 35th Floor
                San Francisco, California 94111
24              Telephone:   (415) 591-6000
                Facsimile:   (415) 591-6091
25
                Tammy Albarrán (talbarran@cov.com)
26              COVINGTON & BURLING LLP
                One Front Street, 35th Floor
27              San Francisco, California 94111
                Telephone:   (415) 591-6000
28              Facsimile:   (415) 591-6091

I ACCEPT THIS SUBSTITUTION:

DATED: February 10, 2009

_____
Kimon P. Daifotis

WE CONSENT TO THIS SUBSTITUTION:

DATED: February 11, 2009          MORRISON & FOERSTER LLP

By: _____
Darryl P. Rains

WE ACCEPT THIS SUBSTITUTION:

DATED: February 10, 2009          COVINGTON & BURLING LLP

By: _____
David B. Bayless

Attorneys for Defendant Kimon P. Daifotis

## ORDER

The foregoing substitution of attorneys is authorized by the Court.

**IT IS SO ORDERED.**

Dated: February 12, 2009

_____
Hon. William H. Alsup
United States District Court Judge

NOTICE OF SUBSTITUTION OF COUNSEL AND                    2