Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
Sean R. Matt (*Pro Hac Vice*)
Erin K. Flory (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com

*Attorneys for Lead Plaintiff YieldPlus Investor Group*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
|---|---|
| THIS DOCUMENT RELATES TO: All Actions | [PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' STIPULATED MOTION TO CHANGE CLASS CERTIFICATION SCHEDULE<br><br>Date Action Filed: March 18, 2008 |

[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MTN
TO CHANGE CERT. SCHED. - 08-cv-01510 WHA
010036-12 292266 V1

1   This matter comes before the Court on Lead Plaintiffs' Stipulated Motion to Change the

2   Class Certification Schedule ("Motion") and the Declaration of the Steve W. Berman in Support of

3   the Stipulated Motion to Change the Class Certification Schedule.

4   Upon consideration of the foregoing Motion, the papers submitted in support, and good

5   cause appearing, IT IS HEREBY ORDERED that:

6   Lead Plaintiffs' Motion is GRANTED. The class certification schedule shall be modified

7   to be as follows:

8       Motion for Class Certification:    May 1, 2009

9       Opposition to Motion:    May 22, 2009

10      Reply:    June 5, 2009

11      Hearing:    June 11, 2009 (~~on or about~~)

13  DATED: March 23, 2009

14      HONORABLE WILLIAM ALSUP
    UNITED STATES DISTRICT COURT JUDGE

    *IT IS SO ORDERED — Judge William Alsup*

15  Submitted By:

16  Dated: March 20, 2009

17  HAGENS BERMAN SOBOL SHAPIRO LLP

19  By:   s/ Steve W. Berman
        Steve W. Berman
20  Erin K. Flory
    Sean R. Matt
21  HAGENS BERMAN SOBOL SHAPIRO, LLP
    1301 Fifth Avenue, Suite 2900
22  Seattle, WA 98101
    Telephone: (206) 623-7292
23  Facsimile: (206) 623-0594
24  steve@hbsslaw.com
    sean@hbsslaw.com
25  erin@hbsslaw.com

26  *Attorneys for Lead Plaintiff YieldPlus Investor Group*

[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MTN - 1 -
TO CHANGE CERT. SCHED. - 08-cv-01510 WHA
010036-12 292266 V1