United States District Court
For the Northern District of California

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   IN RE CHARLES SCHWAB                          No. C 08-01510 WHA
     CORPORATION SECURITIES LITIG.
11   _____/
12   This Document Relates To:                     **ORDER VACATING APRIL 2
                                                   HEARING**
13       All Cases.
14   _____/
15        A hearing on plaintiff's motion for leave to amend is currently scheduled for Thursday,
16   April 2, 2009, at 8:00 a.m.  Because the Court finds that a hearing on the motion is unnecessary,
17   the hearing is hereby **VACATED**.  The motion will be decided on the papers.
18
19        **IT IS SO ORDERED.**
20
21   Dated:  March 30, 2009.
22                                                 _____
                                                   WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28