| | |
|---|---|
| 1 | DARRYL P. RAINS (CA SBN 104802) |
| | MORRISON & FOERSTER LLP |
| 2 | 755 Page Mill Road |
| | Palo Alto, California 94304-1018 |
| 3 | Telephone: 650.813.5600 |
| | Facsimile: 650.494.0792 |
| 4 | Email: DRains@mofo.com |

DOROTHY L. FERNANDEZ (CA SBN 184266)
KIMBERLY L. TAYLOR (CA SBN 240483)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C-08-01510-WHA <br><br> CLASS ACTION <br><br> STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE FILED PURSUANT TO CIVIL LOCAL RULES 6-1 & 6-2 |

STIPULATION & [PROPOSED] ORDER RE: CLASS CERT. BRIEFING SCHEDULE
MASTER FILE NO. C-01510-WHA
sf-2678092

1 WHEREAS, pursuant to a Court order entered on March 23, 2009, Lead Plaintiffs' motion for class certification must be filed on or before May 1, 2009 and defendants' opposition must be filed on or before May 22, 2009;

WHEREAS, plaintiffs anticipate proposing eight individuals as class representatives in their motion for class certification and defendants desire to depose these individuals in advance of filing their opposition;

WHEREAS, the parties have met and conferred regarding the scheduling of these eight depositions, but, while many of the deposition dates have been set, all the depositions are not yet scheduled;

WHEREAS, defendants have proposed a one-week extension of the time for them to file their opposition to class certification in order to allow completion of the depositions of the class representatives;

WHEREAS, the requested one-week extension of time will require a change in the hearing date for plaintiffs' motion for class certification but will not change any other Court-ordered deadlines;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to Court approval, as follows:

1. The due date of defendants' opposition to plaintiffs' motion for class certification shall be changed from May 22, 2009 to May 29, 2009;

2. The due date of plaintiffs' reply brief in support of their motion for class certification shall be changed from June 5, 2009 to June 12, 2009; and

3. The hearing on plaintiffs' motion for class certification shall be continued from June 11, 2009, to June 18, 2009.

IT IS SO STIPULATED.

STIPULATION & [PROPOSED] ORDER RE: CLASS CERT. BRIEFING SCHEDULE
MASTER FILE NO. C-01510-WHA
sf-2678092

1

Dated: April 29, 2009

STEVE W. BERMAN
REED R. KATHREIN
SEAN R. MATT
ERIN K. FLORY
PETER E. BORKON
HAGENS BERMAN SOBOL SHAPIRO LLP

By:     /s/ Steve W. Berman

Attorneys for Lead Plaintiffs and the Proposed Class

Dated: April 29, 2009

DARRYL P. RAINS
DOROTHY L. FERNANDEZ
KIMBERLY L. TAYLOR
MORRISON & FOERSTER LLP

By:     /s/ Dorothy L. Fernandez

Attorneys for defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey

Dated: April 29, 2009

DAVID B. BAYLESS
TAMMY ALBARRAN
COVINGTON AND BURLING LLP

By:     /s/ Tammy Albarran
Tammy Albarran

Attorneys for defendant Kimon P. Daifotis

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  May 1 , 2009

      The Honorable William Alsup
      United States District Judge

*[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*

STIPULATION & [PROPOSED] ORDER RE: CLASS CERT. BRIEFING SCHEDULE
MASTER FILE NO. C-01510-WHA
sf-2678092

2

**ATTESTATION OF E-FILED SIGNATURES**

I, Dorothy L. Fernandez, am the ECF User whose Id and password are being used to file this Stipulation and [Proposed] Order Regarding Class Certification Briefing Schedule Filed Pursuant to Local Rules 6-1 & 6-2. In compliance with General Order 45, X.B., I hereby attest that Steve Berman, counsel for Lead Plaintiffs and the Proposed Class, and Tammy Albarran, counsel for Kimon Daifotis, have concurred in this filing.

Dated: April 29, 2009  MORRISON & FOERSTER LLP

By: ___/s/ Dorothy L. Fernandez___
Dorothy L. Fernandez