Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
Sean R. Matt (*Pro Hac Vice*)
Erin K. Flory (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com

*Attorneys for Lead Plaintiff YieldPlus Investor Group*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>All Actions | STIPULATION AND [PROPOSED] ORDER RE: REMOVAL OF PLAINTIFFS GRETCHEN MIKELONIS AND KARL KYZER<br><br>Date Action Filed: March 18, 2008 |

STIPULATION & [PROPOSED] ORDER RE: REMOVAL OF
PLAINTIFFS G. MIKELONIS & K. KYZER - 08-cv-01510 WHA
010036-12 302808 V1

1   WHEREAS, on July 3, 2008, the Court appointed seven lead plaintiffs, including Gretchen
2   Mikelonis and her husband David Mikelonis (Docket No. 73);
3   WHEREAS, Gretchen Mikelonis was named as a plaintiff in the first consolidated amended
4   complaint filed on October 2, 2008 (Docket No. 104 ¶ 21) and the proposed second consolidated
5   amended complaint filed on February 26, 2009 (Docket No. 170-2 ¶ 21);
6   WHEREAS, Karl Kyzer was named as a plaintiff in the first consolidated amended
7   complaint filed on October 2, 2008 (Docket No. 104 ¶ 23) and the proposed second consolidated
8   amended complaint filed on February 26, 2009 (Docket No. 170-2 ¶ 21);
9   WHEREAS, defendants noticed the depositions of Gretchen Mikelonis and Karl Kyzer to
10  take place on May 14, 2009 and May 15, 2009, respectively;
11  WHEREAS, plaintiffs filed their motion for class certification and did not name Gretchen
12  Mikelonis or Karl Kyzer as proposed class representatives;
13  WHEREAS, the plaintiffs now wish to withdraw Gretchen Mikelonis as a lead plaintiff and
14  named plaintiff and both Gretchen Mikelonis and Karl Kyzer as named plaintiffs;
15  IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to
16  Court approval, as follows:
17  Gretchen Mikelonis is withdrawn as a lead plaintiff in the above-captioned action;
18  Gretchen Mikelonis and Karl Kyzer are stricken as plaintiffs from the first consolidated
19  amended complaint and the proposed second consolidated amended complaint;
20  Gretchen Mikelonis and Karl Kyzer shall be treated as absent class members; and
21  The depositions of Gretchen Mikelonis and Karl Kyzer, currently set for May 14 and 15,
22  2009, are taken off calendar.
23  IT IS SO STIPULATED.

STIPULATION & [PROPOSED] ORDER RE: REMOVAL OF     - 1 -
PLAINTIFFS G. MIKELONIS & K. KYZER - 08-cv-01510 WHA
010036-12 302808 V1

| | | |
|---|---|---|
| 1 | Dated: May 11, 2009 | STEVE W. BERMAN |
| 2 | | REED R. KATHREIN |
| | | SEAN R. MATT |
| 3 | | ERIN K. FLORY |
| | | PETER E. BORKON |
| 4 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 5 | | By: _____/s/ Steve W. Berman_____ |
| 6 | | Steve W. Berman |
| 7 | | Attorneys for Lead Plaintiffs and the Proposed Class |
| 8 | Dated: May 11, 2009 | DARRYL P. RAINS |
| | | DOROTHY L. FERNANDEZ |
| 9 | | KIMBERLY L. TAYLOR |
| | | MORRISON & FOERSTER LLP |
| 10 | | |
| 11 | | By: _____s/ Dorothy L. Fernandez_____ |
| | | Dorothy L. Fernandez |
| 12 | | Attorneys for defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Dated: May 11, 2009 | DAVID B. BAYLESS |
| | | TAMMY ALBARRAN |
| 18 | | COVINGTON AND BURLING LLP |
| 19 | | By: _____s/ Tammy Albarran_____ |
| 20 | | Tammy Albarran |
| 21 | | Attorneys for defendant Kimon P. Daifotis |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___May 14___, 2009     _____
                              The Honorable William Alsup
                              United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*

STIPULATION & [PROPOSED] ORDER RE: REMOVAL OF    - 2 -
PLAINTIFFS G. MIKELONIS & K. KYZER - 08-cv-01510 WHA
010036-12 302808 V1

1 **ATTESTATION OF E-FILED SIGNATURES**

2     I, Steve W. Berman, am the ECF User whose Id and password are being used to file this

3 Stipulation and [Proposed] Order Re: Removal of Plaintiffs G. Mikelonis and K. Kyzer. In

4 compliance with General Order 45, X.B., I hereby attest that Dorothy L. Fernandez, counsel for

5 The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment

6 Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk,

7 George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler,

8 Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey, and Tammy

9 Albarran, counsel for Kimon Daifotis, have concurred in this filing.

10     Dated: May 11, 2009

11                                                                /s/ Steve W. Berman

12                                                              STEVE W. BERMAN