IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHARLES SCHWAB CORPORATION SECURITIES LITIGATION. / | No. C 08-01510 WHA<br><br>**ORDER SETTING HEARING ON PLAINTIFFS' DISCOVERY DISPUTE** |

The Court is in receipt of plaintiffs' letter of May 15, 2009, regarding its discovery dispute and **SETS** a further meet-and-confer for **8:00 A.M. ON TUESDAY, MAY 19, 2009**, in the Court's jury room on the 19th floor. Any unresolved issue(s) shall be heard by the Court at **11:00 A.M. ON THE SAME DAY** in Courtroom No. 9.

**IT IS SO ORDERED.**

Dated: May 15, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE