Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
Sean R. Matt (*Pro Hac Vice*)
Erin K. Flory (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com

*Attorneys for Lead Plaintiff YieldPlus Investor Group*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE FILED PURSUANT TO CIVIL LOCAL RULES 6-1 & 6-2 |

1      WHEREAS, on January 28, 2009, the Court issued an Order referring this matter to
2 Magistrate Judge Joseph C. Spero for mediation/settlement (Docket No. 161);

3      WHEREAS, on February 2, 2009, Judge Spero issued an Order scheduling a settlement
4 conference in this matter for July 30, 2009, at 9:30 a.m. (Docket No. 163);

5      WHEREAS, the parties have recently commenced discovery, and given the volume of
6 relevant information sought, both sides would like the benefit of having reviewed this discovery
7 before engaging in the Settlement Conference and believe that, at this early stage and without the
8 benefit of additional discovery, mediation efforts will not prove fruitful;

9      WHEREAS, Defendants very recently produced data on the YieldPlus Fund's monthly
10 holdings, which consisted of hundreds-of-thousands of pages of documents, and Defendants
11 anticipate a substantial additional production of documents shortly, and Plaintiffs and their experts
12 will need sufficient time to review this material and prepare for a mediation;

13     WHEREAS, the parties believe an extension of the Settlement Conference until September
14 16, 2009, at 9:30 a.m. will better enable the parties to evaluate the case for settlement purposes;

15     IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to
16 Court approval, as follows:

17     1.   The Settlement Conference date shall be changed from July 30, 2009, at 9:30 a.m. to
18 September 16, 2009, at 9:00 a.m.;

19     2.   On or before September 2, 2009, the parties shall submit mediation statements to
20 chambers only; and

21     3.   All other terms of Judge Spero's Order remain the same.

22     IT IS SO STIPULATED.

STIPULATION & [PROPOSED] ORDER REGARDING         - 1 -
SETTLEMENT CONFERENCE - 08-cv-01510 WHA
010036-12  308531 V1

| | | |
|---|---|---|
| 1 | Dated: June 10, 2009 | STEVE W. BERMAN |
| 2 | | SEAN R. MATT |
| | | ERIN K. FLORY |
| 3 | | REED R. KATHREIN |
| | | PETER E. BORKON |
| 4 | | HAGENS BERMAN SOBOL SHAPIRO LLP |

By: _____/s/ Steve W. Berman_____
         Steve W. Berman

Attorneys for Lead Plaintiffs and the Proposed Class

Dated: June 10, 2009

DARRYL P. RAINS
CRAIG D. MARTIN
DOROTHY L. FERNANDEZ
KIMBERLY L. TAYLOR
MORRISON & FOERSTER LLP

By: _____s/ Dorothy L. Fernandez_____
         Dorothy L. Fernandez

Attorneys for defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey

Dated: June 10, 2009

DAVID B. BAYLESS
TAMMY ALBARRAN
COVINGTON AND BURLING LLP

By: _____s/ Tammy Albarran_____
         Tammy Albarran

Attorneys for defendant Kimon P. Daifotis

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __June 15__, 2009

_____
The Honorable Joseph C. Spero
United States Magistrate Judge

*(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero)*

STIPULATION & [PROPOSED] ORDER REGARDING       - 2 -
SETTLEMENT CONFERENCE - 08-cv-01510 WHA
010036-12  308531 V1

**ATTESTATION OF E-FILED SIGNATURES**

1. I, Steve W. Berman, am the ECF User whose Id and password are being used to file this Stipulation and [Proposed] Order Regarding Settlement Conference Filed Pursuant To Civil Local Rules 6-1 & 6-2.  In compliance with General Order 45, X.B., I hereby attest that Dorothy L. Fernandez, counsel for The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey, and Tammy Albarran, counsel for Kimon Daifotis, have concurred in this filing.

Dated: June 10, 2009

>                /s/ Steve W. Berman
>                STEVE W. BERMAN