IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE CHARLES SCHWAB CORPORATION SECURITIES LITIGATION.

/

No. C 08-01510 WHA

**ORDER REGARDING SUPPLEMENTAL BRIEFING**

In this securities action, plaintiffs have filed a motion for class certification, and a hearing on the motion was held June 18, 2009. As stated at the hearing, the Court requests the following supplemental filings. By **FRIDAY, JULY 17, 2009, AT NOON**, plaintiffs shall submit their expert's analysis of the fund's duration for dates prior to May 2007. Defendants may submit any response thereto by **FRIDAY, JULY 24, 2009, AT NOON**. Moreover, by **WEDNESDAY, JUNE 24, AT NOON**, defendants shall submit a brief (no greater than five pages) addressing the most critical issues for the Court's consideration regarding plaintiffs' Section 17200 theory. Plaintiffs may submit any response thereto (also no greater than five pages) by **MONDAY, JUNE 29, 2009, AT NOON**. The Court will determine thereafter whether further briefing on the issue is required prior to ruling on the class-certification motion.

**IT IS SO ORDERED.**

Dated: June 19, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE