**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE CHARLES SCHWAB
CORPORATION SECURITIES
LITIGATION

_____/

No. C08-01510 WHA (JCS)

**NOTICE AND ORDER SETTING
FURTHER SETTLEMENT
CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **November 24, 2009, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  Updated confidential settlement conference statements shall be lodged with the Court by **November 17, 2009.**

Lead trial counsel shall appear at the Settlement Conference with the parties and persons having unlimited authority to negotiate and settle the case.

The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference.  All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated:  September 16, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge