Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
Sean R. Matt (*Pro Hac Vice*)
Erin K. Flory (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com

*Attorneys for Lead Plaintiff YieldPlus Investor Group*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | STIPULATION AND [PROPOSED] ORDER AMENDING CASE SCHEDULE |

WHEREAS, the parties wish to amend certain deadlines contained in the current case schedule in order to expand the time allotted to conduct non-expert and expert discovery.

WHEREAS, in support of such request, the parties submit the following:

1. The parties have been diligently conducting discovery, and defendants have produced over 486,000 documents, in addition to a substantial volume of financial data relating to the YieldPlus Fund. Plaintiffs and their experts have been diligently reviewing the document and data production, and this review continues.

2. Defendants' production is not yet complete, and they will finish their first production of documents by September 30, 2009.

3. In addition, plaintiffs recently served additional discovery requests seeking supplemental information based on review of the documents provided to date.

4. Plaintiffs intend to begin fact depositions in late October.

5. The parties held a settlement conference with Magistrate Judge Spero on September 16, 2009. During that conference, the parties agreed to an exchange of draft expert reports on certain issues. This additional work must be completed in advance of November 24, 2009, the date set for the next mediation.

WHEREAS, in light of the foregoing, the parties agree that additional time is needed to complete discovery; however, the parties do not wish to extend the trial date or associated pre-trial deadlines.

WHEREAS, the only prior changes to the original case schedule established by the Court related to class certification briefing and the first settlement conference.

1   IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to
Court approval, as follows:

1. The case schedule shall be changed as proposed in the table below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclose list of issues that will be the subject of expert testimony in case-in-chief | October 30, 2009 | No change |
| Second Settlement Conference | November 24, 2009 | No change |
| Non-Expert Discovery ends | November 27, 2009 | January 11, 2010 |
| Past damages cut-off | November 27, 2009 | No change |
| Disclose experts with full report | November 27, 2009 | No change |
| Expert opposition reports (14 days) | December 11, 2009 | No change |
| Expert reply (7 days) | December 18, 2009 | No change |
| Close of expert discovery | January 1, 2010 | January 11, 2010 |
| Dispositive motions | January 21, 2010 | No change |
| Opposition to dispositive motions | February 11, 2010 | No change |
| Reply in support of dispositive motions | February 25, 2010 | No change |
| Hearing on dispositive motions | March 11, 2010 | No change |
| Final pre-trial conference | April 26, 2010 2:00 p.m. | No change |
| Jury trial begins | May 10, 2010 | No change |

IT IS SO STIPULATED.

Dated:  September 21, 2009         STEVE W. BERMAN
                                   SEAN R. MATT
                                   ERIN K. FLORY
                                   REED R. KATHREIN
                                   PETER E. BORKON
                                   HAGENS BERMAN SOBOL SHAPIRO LLP


                                   By:  _____/s/ Steve W. Berman_____
                                            Steve W. Berman

                                   Attorneys for Lead Plaintiffs and the Proposed Class

STIPULATION & [PROPOSED] ORDER                - 2 -
AMENDING CASE SCHEDULE - 08-cv-01510 WHA
010036-12  328011 V1

Dated:  September 21, 2009        DARRYL P. RAINS
                                  CRAIG D. MARTIN
                                  DOROTHY L. FERNANDEZ
                                  KIMBERLY L. TAYLOR
                                  MORRISON & FOERSTER LLP


                                  By:      s/ Dorothy L. Fernandez
                                              Dorothy L. Fernandez

                                  Attorneys for defendants The Charles Schwab
                                  Corporation, Charles Schwab & Co., Inc., Charles
                                  Schwab Investment Management, Inc., Schwab
                                  Investments, Charles R. Schwab, Evelyn Dilsaver,
                                  Randall W. Merk, George Pereira, Matthew
                                  Hastings, Mariann Byerwalter, Donald F. Dorward,
                                  William A. Hasler, Robert G. Holmes, Gerald B.
                                  Smith, Donald R. Stephens, and Michael W. Wilsey

Dated:  September 21, 2009        DAVID B. BAYLESS
                                  TAMMY ALBARRAN
                                  COVINGTON AND BURLING LLP


                                  By:      s/ Tammy Albarran
                                              Tammy Albarran

                                  Attorneys for defendant Kimon P. Daifotis

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  _____, 2009       _____
                                         The Honorable William H. Alsup
                                         United States District Judge

STIPULATION & [PROPOSED] ORDER           - 3 -
AMENDING CASE SCHEDULE - 08-cv-01510 WHA
010036-12 328011 V1

**ATTESTATION OF E-FILED SIGNATURES**

I, Steve W. Berman, am the ECF User whose Id and password are being used to file this Stipulation and [Proposed] Order Amending Case Schedule.  In compliance with General Order 45, X.B., I hereby attest that Dorothy L. Fernandez, counsel for The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey, and Tammy Albarran, counsel for Kimon Daifotis, have concurred in this filing.

Dated:  September 21, 2009

/s/ Steve W. Berman
STEVE W. BERMAN