UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | [~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO APPROVE THE FORM AND MANNER OF CLASS NOTICE |

This matter comes before the Court on the parties Joint Motion to Approve the Form and Manner of Class Notice.

Upon consideration of the foregoing Motion, the papers submitted in support, and good cause appearing, IT IS HEREBY ORDERED that:

The Motion is GRANTED. Plaintiffs are to provide notice to the Classes in substantially the form as submitted as Exhibit A to the Joint Motion and consistent with the Notice Plan submitted as Exhibit B to the Joint Motion.

DATED: September 21, 2009

_____
HON. WILLIAM A. ALSUP
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*