**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE CHARLES SCHWAB
CORPORATION SECURITIES
LITIGATION.

_____/

No. C 08-01510 WHA

**ORDER SETTING HEARING
ON DEFENDANTS'
DISCOVERY DISPUTE**

Pursuant to defendants' October 23, 2009, letter concerning a discovery dispute, the Court hereby **SETS** a further meet-and-confer for **FRIDAY, OCTOBER 30, 2009, AT 11:30 A.M.**, in the Attorneys' Lounge on the eighteenth floor of the federal courthouse located at 450 Golden Gate Avenue in San Francisco. If there are any remaining issue(s) not resolved by 2:30 p.m., the Court shall hear argument then. Plaintiffs' response is due by **NOON ON OCTOBER 29**.

Please note only those attorneys who participate in the further meet-and-confer may be heard at the hearing.

**IT IS SO ORDERED.**

Dated:  October 26, 2009.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE