1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                            NORTHERN DISTRICT OF CALIFORNIA
10                                  SAN FRANCISCO DIVISION
11

| | |
|---|---|
| 12  IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C-08-01510-WHA |
| 13 | CLASS ACTION |
| 14 | [PROPOSED] ORDER REGARDING DISCOVERY DEADLINES |

[PROPOSED] ORDER RE DISCOVERY DEADLINES
MASTER FILE NO. C-08-01510-WHA
sf-2762706

On October 23, 2009, defendants filed a letter brief requesting an order compelling plaintiffs to respond to Schwab Investments' Second Set of Interrogatories to Plaintiff Robert Dickson. Plaintiffs filed their opposition on October 29, 2009. The matter came for hearing before the Court on October 30, 2009. Upon considering the papers filed with the Court and the arguments of the parties,

**IT IS HEREBY ORDERED THAT**:

**Non-expert Discovery**

1. The non-expert discovery cut-off date is moved from November 27, 2009, to January 11, 2010;

2. Plaintiffs shall serve their responses to Schwab Investments' Second Set of Interrogatories to Plaintiff Robert Dickson on or before December 4, 2009;

3. Plaintiffs are limited to eleven fact depositions, seven of which must be completed before December 23, 2009;

4. Plaintiffs shall respond on or before December 18, 2009, to the three sets of interrogatories and one set of requests for admissions served by defendants on October 28, 2009;

5. Defendants shall respond on or before December 18, 2009, to the interrogatories served by plaintiffs on October 23, 2009, and the requests for admissions served on October 27, 2009;

**Expert Discovery**

6. The expert discovery cut-off date is moved from January 1, 2010, to January 15, 2010;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[PROPOSED] ORDER RE DISCOVERY DEADLINES
MASTER FILE NO. C-08-01510-WHA
sf-2762706

1

**Dispositive Motions**

7. The last day to file dispositive motions is moved from January 21, 2010, to February 11, 2010. Opposition briefs must be filed on or before March 4, 2010, and reply briefs must be filed on or before March 18, 2010. The hearing on dispositive motions shall be set for March 25, 2010 at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: __November 9__, 2009               _____
                                                                          Alsup
                                                                          ge

Form of [Proposed] Order agreed upon by all parties

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup]*