IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
    To All Cases.
                                  /

No. C 08-01510 WHA

**ORDER SETTING HEARING
RE PLAINTIFF'S
DISCOVERY DISPUTE**

      A further meet-and-confer is **SET** for **NOVEMBER 30, 2009, AT 8:30 A.M.** in connection with plaintiff's discovery dispute outlined in counsel's letter of November 17. This will take place in the Attorney's Lounge on the eighteenth floor of the federal courthouse. Failing resolution of the issue(s), there will be a hearing at **11:00 A.M.** that same day. Defendant's response is due by 9:00 a.m. on November 25, 2009.

      Counsel are reminded that only those who participate in the further meet-and-confer may argue at the hearing.

**IT IS SO ORDERED.**

Dated: November 17, 2009.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE