IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
    To All Cases.
_____/

No. C 08-01510 WHA

**ORDER REGARDING
DISCOVERY DISPUTES**

       The Court is in receipt of three discovery dispute letters from plaintiffs' counsel, including letters from November 17, November 18 and November 23. There will be a further meet-and-confer regarding the issues raised in all three letters on **NOVEMBER 30, 2009, AT 8:00 A.M.** This will take place in the Attorney's Lounge on the eighteenth floor of the federal courthouse. Failing resolution of the issues, there will be a hearing at **11:00 A.M.** that same day. Defendants' responses to the three letters are due by 9:00 a.m. on November 25, 2009.

       Counsel are reminded that only those who participate in the further meet-and-confer may argue at the hearing. Plaintiffs will please refrain from filing more discovery dispute letters at least until the Court can sort through the current submissions.

       **IT IS SO ORDERED.**

Dated: November 23, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE