IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
    To All Cases.
                                             /

No. C 08-01510 WHA

**ORDER RE DEFENDANT'S
11/24/2009 LETTER**

Since defendant's November 24 letter is related to the earlier letters, the issues will be addressed at the November 30 hearing. Plaintiffs are requested to respond no later than **NOON ON FRIDAY, NOVEMBER 27.** The parties need to further meet-and-confer at 8:00 a.m. on November 30 as well.

**IT IS SO ORDERED.**

Dated: November 24, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE