IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CHARLES SCHWAB CORPORATION<br>SECURITIES LITIGATION.<br><br>This Document Relates<br>    To All Cases.<br>_____/ | No. C 08-01510 WHA<br><br>**ORDER SETTING HEARING<br>RE DEFENDANT'S<br>DISCOVERY DISPUTE** |

A further meet-and-confer is **SET** for **WEDNESDAY, DECEMBER 23, 2009, AT 10:30 A.M.–1:00 P.M.** in connection with defendant's discovery dispute outlined in counsel's letter of December 14. This will take place in the Court's jury room on the 19th floor. Failing resolution of the issue(s), there will be a hearing at **1:00 P.M.** that same day following hearing on defendant's motion for protective order. Plaintiff's response is due by 9:00 a.m. on December 22, 2009.

Counsel are reminded that only those who participate in the further meet-and-confer may argue at the hearing.

**IT IS SO ORDERED.**

Dated: December 17, 2009.

                                              WILLIAM ALSUP<br>                                              UNITED STATES DISTRICT JUDGE