IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                        No. C 08-01510 WHA

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

      This Document Relates                                **ORDER FOLLOWING**
           To All Cases.                                        **DECEMBER 23 DISCOVERY**
                                                         **DISPUTE HEARING**
_____/

      A hearing was held on December 23 regarding (i) defendants' motion for a protective order regarding its privilege logs and (ii) the parties' discovery dispute regarding disclosure of certain information underlying the expert report of plaintiffs' expert witness H. Gifford Fong. These two items were resolved during the meet-and-confer prior to the hearing by the parties' agreement, the details of which are reflected in the court reporter's transcript.

      **IT IS SO ORDERED.**

Dated: December 23, 2009.

                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE