IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: <br> CHARLES SCHWAB CORPORATION <br> SECURITIES LITIGATION. <br><br> This Document Relates <br> To All Cases. <br> _____ / | No. C 08-01510 WHA <br><br> **ORDER SETTING HEARING <br> RE DEFENDANT'S <br> DISCOVERY DISPUTE** |

A further meet-and-confer is **SET** for **THURSDAY, JANUARY 7, 2010, FROM 8:00–10:00 A.M.,** in connection with defendant's discovery dispute outlined in counsel's letter of January 4. This will take place in the Court's jury room on the 19th floor. At 10:00 a.m., the Court will hold a hearing in Courtroom 9. Plaintiff's response is due by noon on January 6.

Counsel are reminded that only those who participate in the further meet-and-confer may argue at the hearing.

**IT IS SO ORDERED.**

Dated: January 5, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE