IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CHARLES SCHWAB CORPORATION SECURITIES LITIGATION.<br><br>This Document Relates<br>    To All Cases.<br>_____/ | No. C 08-01510 WHA<br><br>**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE** |

A further meet-and-confer is **SET** for **WEDNESDAY, JANUARY 20, 2010, FROM 8:00–10:30 A.M.** in connection with plaintiff's discovery dispute outlined in counsel's letter of January 15. This will take place in the Court's jury room on the 19th floor. At 10:30 a.m., the Court shall hold a discovery hearing. Plaintiff's response is due by 3:00 January 14.

Counsel are reminded that only those who participate in the further meet-and-confer may argue at the hearing.

**IT IS SO ORDERED.**

Dated: January 15, 2010.

                                              WILLIAM ALSUP<br>                                              UNITED STATES DISTRICT JUDGE