IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CHARLES SCHWAB CORPORATION<br>SECURITIES LITIGATION.<br><br>This Document Relates<br>    To All Cases.<br>_____/ | No. C 08-01510 WHA<br><br>**ORDER RE HEARING<br>FOR PLAINTIFF'S<br>DISCOVERY DISPUTE** |

The further meet-and-confer set for Wednesday, January 20, 2010, from 8:00–10:30 a.m. shall be held as scheduled in the Court's jury room on the 19th floor. At 10:30 a.m., the Court shall hold a discovery hearing. Counsel are reminded that only those who participate in the further meet-and-confer may argue at the hearing.

**IT IS SO ORDERED.**

Dated: January 19, 2010.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE