DARRYL P. RAINS (CA SBN 104802)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com

DOROTHY L. FERNANDEZ (CA SBN 184266)
KIMBERLY L. TAYLOR (CA SBN 240483)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C-08-01510-WHA<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING, IN PART, PLAINTIFFS' JANUARY 7, 2010, ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>Hearing: January 21, 2010<br>Time: 8:00 a.m.<br>Judge: Hon. William H. Alsup<br>Courtroom: 9<br><br>Trial date: May 10, 2010 |

[PROPOSED] ORDER GRANTING, IN PART, PLTFFS' 1-7-10 ADMINISTRATIVE MOTION TO FILE UNDER SEAL
MASTER FILE NO.: C-08-01510-WHA
sf-2790228

Plaintiffs filed an administrative motion to file under seal (Dkt. No. 321) portions of Plaintiffs' Reply Memorandum in Support of Motion to Amend Case Schedule (Dkt. No. 319), and three exhibits to the Reply Declaration of Steve W. Berman In Support of Plaintiffs' Motion (Dkt. No. 320). Certain information in these filings and accompanying exhibits has been designated as "Confidential" by defendants.

Defendants have filed a declaration in support of maintaining the confidentiality of Exhibit 3 to the Berman Declaration. To the extent Exhibits 1 and 2 were designated as confidential, defendants have withdrawn that designation.

Plaintiffs are hereby ordered to re-file the Berman Declaration with Exhibits 1 and 2 filed publicly and Exhibit 3 filed under seal. Plaintiffs are also ordered to publicly-file their Reply Memorandum without redactions.

IT IS SO ORDERED.

Dated: __January 19__, 2010



IT IS SO ORDERED
Judge William Alsup

[PROPOSED] ORDER GRANTING, IN PART, PLTFFS 1-7-10 ADMINISTRATIVE MOTION TO FILE UNDER SEAL
MASTER FILE NO. C-01510-WHA
sf-2790228

1