|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   |     |     |
| 6   |     |     |
| 7   |     |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C-08-01510-WHA<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER REGARDING PLAINTIFFS' SUPPLEMENTAL RESPONSE TO INTERROGATORIES |
| --- | --- |

[PROPOSED] ORDER RE PLAINTIFFS' SUPPLEMENTAL RESPONSE TO INTERROGATORIES
MASTER FILE NO. C-08-01510-WHA
sf-2788202

On January 4, 2010 defendants filed a letter brief requesting an order compelling plaintiffs to supplement their responses to Schwab Investments' Second Set of Interrogatories to Plaintiff Robert Dickson, Defendant Charles Schwab & Co.'s First Set of Interrogatories to Plaintiff Kevin O'Donnell, and Defendant Charles Schwab Investment Management, Inc.'s First Set of Interrogatories to Plaintiff David Mikelonis (the "Interrogatories").  Plaintiffs filed their opposition on January 6, 2010.  The matter came for hearing before the Court on January 7, 2010.  Upon considering the papers filed with the Court and the arguments of the parties,

**IT IS HEREBY ORDERED THAT**:

1. The Schwab defendants shall inform plaintiffs of the specific Interrogatories, not to exceed 50, as to which they seek supplemental response, at or before noon, January 8, 2010.

2. Plaintiffs shall supplement their responses to those Interrogatories, consistent with the Court's instructions at the January 7, 2010 hearing.  Plaintiffs shall serve the supplemental responses on or before January 25, 2010.

3. The Schwab defendants shall have 10 days from plaintiffs' service of the supplemental responses to seek any related relief.

**IT IS SO ORDERED.**

Dated: January 19, 2010                    _____
                                           The Honorable
                                           United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*

Form of [Proposed] Order agreed upon by all parties.