1
2
3
4
5                   IN THE UNITED STATES DISTRICT COURT
6
7              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    IN RE:                                    No. C 08-01510 WHA
10
     CHARLES SCHWAB CORPORATION
11   SECURITIES LITIGATION.
                                               **ORDER SETTING HEARING
12       This Document Relates                 RE PLAINTIFF'S JANUARY 18
            To All Cases.                      DISCOVERY DISPUTE**
13
     _____/
14
15         A hearing on plaintiff's motion to amend the case schedule and for sanctions is scheduled

16   for Thursday, January 21, 2010.  Counsel should also be prepared at the hearing to address

17   plaintiff's discovery dispute outlined in counsel's letter of January 18.  Defendants' response to

18   plaintiff's letter should be filed by **5:00 P.M. ON THURSDAY, JANUARY 20, 2010.**

19
20         **IT IS SO ORDERED.**

21   Dated:  January 20, 2010.          _____
22                                        WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

**United States District Court**
For the Northern District of California