IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | No. C 08-01510 WHA |
| CHARLES SCHWAB CORPORATION SECURITIES LITIGATION. | |
| This Document Relates To All Cases. / | **ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |

Plaintiffs have filed administrative motions to file under seal portions of their discovery letters of January 15, 2010, and January 18, 2010, and some exhibits thereto (Dkt. Nos. 329, 334). Information in these letters and accompanying exhibits have been designated as "confidential" by defendants. For good cause shown, the motion to seal is **GRANTED**.

**IT IS SO ORDERED.**

Dated: January 26, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE