IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
To All Cases.
_____/

No. C 08-01510 WHA

**ORDER RE IN CAMERA REVIEW**

  Plaintiffs request *in camera* review of 54 documents as to which they contend they cannot tell from defendants' privilege log entries if defendants' privilege claims are valid. Defendants should bring these documents to the hearing tomorrow so that they will be available for *in camera* review if necessary.

  **IT IS SO ORDERED.**

Dated: February 10, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE