IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
To All Cases.
_____/

No. C 08-01510 WHA

**ORDER RE PLAINTIFFS'
ADMINISTRATIVE MOTIONS
TO FILE UNDER SEAL**

Plaintiffs have filed administrative motions regarding whether to file under seal portions of their submissions in support of their motion to amend the case schedule (Dkt. No. 299), motion to compel production (Dkt. No. 354) and reply in support of motion to compel (Dkt. No. 365). Information in these submissions was designated as "confidential" by defendants. Defendants have not objected to plaintiffs' motion to unseal these documents on the grounds that they do not in fact contain confidential information. Plaintiffs' motion is therefore **GRANTED**. This information shall therefore be made part of the public record and plaintiffs shall file the documents in question without redactions.

**IT IS SO ORDERED.**

Dated: February 10, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE