IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
To All Cases.

/

No. C 08-01510 WHA

**AMENDED ORDER RE
ADMINISTRATIVE MOTIONS
TO FILE UNDER SEAL**

    A February 10 order (Dkt. No. 370) granted plaintiffs' administrative motions to unseal portions of their submissions in support of their motion to amend the case schedule (Dkt. No. 299), motion to compel production (Dkt. No. 354) and reply in support of motion to compel (Dkt. No. 365). Information in these submissions had been designated as "confidential" by defendants. At the hearing on February 11, defendants stated while they did not object to unsealing most of these documents, they did object to unsealing exhibit I to the declaration to Steve W. Berman in support of plaintiffs' motion to amend the case schedule, on the grounds that it contains confidential employee information. For good cause shown, the February 10 order is hereby **AMENDED**. Exhibit I to the declaration of Steve W. Berman (Dkt. No. 296) shall be sealed. The

other documents unsealed by the February 10 order shall be made part of the public record and plaintiffs shall file those documents without redactions.

**IT IS SO ORDERED.**

Dated: February 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE