DARRYL P. RAINS (CA SBN 104802)
EUGENE ILLOVSKY (CA SBN 117892)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com

CRAIG D. MARTIN (CA SBN 168195)
DOROTHY L. FERNANDEZ (CA SBN 184266)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C-08-01510-WHA<br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING, IN PART, PLAINTIFFS' FEBRUARY 11 2010, ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. NO. 386]<br><br>Trial date: May 10, 2010 |

[PROPOSED] ORDER GRANTING PLS' 2-11-10 ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. NO. 386]
MASTER FILE NO.: C-08-01510-WHA
sf-2805957

1   On February 11, 2010, plaintiffs filed an administrative motion to seal certain materials which defendants had designated "Confidential." (*See* Dkt. No. 386.) Plaintiffs moved to seal exhibits G–I, K–O, R–S, U–W, Y, and AA to the Declaration of Steve W. Berman in Support of Plaintiffs' Motion for Summary Judgment re: UCL Liability (Dkt. No. 383) and the redacted portions of plaintiffs' Motion for Partial Summary Judgment re: UCL Liability (Dkt. No. 382) which quoted these exhibits.

Defendants have filed a declaration in support of maintaining the confidentiality of Exhibits K–O, R, and U–W to the Berman declaration, as well as the portions of plaintiffs' motion that quote from these exhibits. To the extent Exhibits H, Y, and AA were designated confidential, defendants withdraw that designation.

Plaintiffs are hereby ordered to file Exhibits H, Y, and AA in the public record. Exhibits K–O, R, and U–W to the Berman declaration, as well as the redacted portions of the Motion referring to these exhibits, shall remain under seal.

IT IS SO ORDERED.

Dated: __February 19__, 2010



_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLS' 2-11-10 ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. NO. 386]
MASTER FILE NO. C-01510-WHA
sf-2805957

1