IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>CHARLES SCHWAB CORPORATION SECURITIES LITIGATION.<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ /<br><br>This Document Relates To All Cases.<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ / | No. C 08-01510 WHA<br><br>**ORDER RE COUNSELS' AVAILABILITY FOR HEARING RE PRIVILEGED DOCUMENTS** |

Are counsel available for an impromptu hearing on Wednesday, February 24, 2010, at 11:00 a.m. or 1:30 p.m. to assist the Court in its review of the ten "privileged" documents? Of course, plaintiffs' counsel will not be able to see the documents but they may be able to shed light regarding the privilege issue. Please inform Deputy Clerk Dawn Toland whether counsel are available by 4:00 p.m. today. Ms. Toland can be reached at 415-522-2020.

**IT IS SO ORDERED.**

Dated: February 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE