IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.
                                      /

This Document Relates To All Cases.
                                      /

No. C 08-01510 WHA

**ORDER CONFIRMING
FEBRUARY 24 HEARING**

Counsel for all parties having confirmed their availability, a hearing shall be held on Wednesday, February 24, 2010, at 1:30 p.m. to assist the Court in its review of the ten "privileged" documents.

**IT IS SO ORDERED.**

Dated: February 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE