IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE

CHARLES SCHWAB CORPORATION SECURITIES LITIGATION.

No. C 08-01510 WHA

**ORDER RE LETTER FROM ITA ABER**

This Document Relates To All Cases.

    The Court is in receipt of the attached letter from Ita Aber.  Plaintiffs' counsel shall please contact her and update her regarding this matter.

**IT IS SO ORDERED.**

Dated:  February 24, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE