IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

/

This Document Relates To All Cases.

/

No. C 08-01510 WHA

**ORDER DENYING MOTION FOR AN ORDER TO EXCEED APPLICABLE PAGE LIMIT**

    Plaintiffs move for an order to exceed the 25-page limit for their memorandum in opposition to defendant Schwab's motion for summary judgment. Schwab's motion for summary judgment is 25 pages long, but plaintiffs seek permission to file an opposition that is 42 pages long. Schwab has not stipulated to the motion. For lack of good cause shown, the page limit extension is **DENIED**. Plaintiffs should focus on their best arguments in a concise and organized fashion.

**IT IS SO ORDERED.**

Dated: March 3, 2010.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE