IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

    This Document Relates
      To All Cases.
                                        /

No. C 08-01510 WHA

**NOTICE RE TRIAL CASE**

    Putting aside the possibility of summary judgment, the Court may have to move the trial herein to April 26, 2010, and ask for counsel's input (by **NOON NEXT TUESDAY, MARCH 23**) before doing so.

**IT IS SO ORDERED.**

Dated: March 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE