IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
To All Cases.

No. C 08-01510 WHA

**ORDER RE RESPONSES
TO AMICUS BRIEFS**

The Securities and Exchange Commission has filed an *amicus* brief in this matter. The Investment Company Institute has also filed an *amicus* brief. Any responses from the parties to either *amicus* brief shall be filed no later than **NOON ON MONDAY, MARCH 22, 2010**, and shall not exceed ten pages each.

**IT IS SO ORDERED.**

Dated: March 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE