IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CHARLES SCHWAB CORPORATION<br>SECURITIES LITIGATION.<br><br>This Document Relates<br>    To All Cases.<br>_____/ | No. C 08-01510 WHA<br><br>**FURTHER QUESTIONS<br>FOR ORAL ARGUMENT** |

Please be prepared on the following additional questions at oral argument:

7. Does §17200 require a "practice," i.e., is a *single* failure to hold a vote sufficient?

8. Plaintiffs claim that the disclosures held out the fund as akin to a money market fund but with a greater yield, i.e., almost no risk of losing principal. Some or all of the disclosures, however, stated that the fund would invest in MBS. Isn't there a jury question whether the MBS disclosure was adequate in light of the main theme of akin to a money market fund?

9. The bench set of disclosures should also tab and highlight with a different color from the MBS ones all passages said by plaintiffs to be misleading in the stack of key documents.

10. If some of these questions are outside the pending briefing, please say so.

**IT IS SO ORDERED.**

Dated: March 24, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE