**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
To All Cases.
_____/

No. C 08-01510 WHA

**ORDER RE THE TRIAL DATE**

With respect to the trial date, it will be left at May 10, 2010, but it may have to trail another large earlier trial that will likely still be underway when May 10 arrives. The actual start date for the *Schwab* trial may (or may not) slip to the week of May 17. Not having the luxury to move the start date to the following week, the Court must ask counsel and witnesses to be flexible and adjust, being ready to go as scheduled, as well as trailing as necessary.

**IT IS SO ORDERED.**

Dated: March 24, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE