**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                                         No. C 08-01510 WHA

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.
                                                              **ORDER RE THE TRIAL DATE**

    This Document Relates
      To All Cases.

_____/

     With respect to the trial date, it will be left at May 10, 2010, but it may have to trail

another large earlier trial that will likely still be underway when May 10 arrives.  The actual start

date for the *Schwab* trial may (or may not) slip to the week of May 17.  Not having the luxury to

move the start date to the following week, the Court must ask counsel and witnesses to be flexible

and adjust, being ready to go as scheduled, as well as trailing as necessary.

     **IT IS SO ORDERED.**

Dated:  March 24, 2010.                    _____
                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE