IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION SECURITIES LITIGATION.

This Document Relates
   To All Cases.
_____/

No. C 08-01510 WHA

**FURTHER QUESTION
FOR ORAL ARGUMENT**

Please be prepared on the following additional question at oral argument:

11.   What were the SEC regulations on defining an "industry." Please bring copies for the Court.

For the bench documents to be brought, please use flexible color-coded flags to tab the highlighted passages.

**IT IS SO ORDERED.**

Dated: March 25, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE