UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: March 25, 2010                              Total Hearing Time: 2 hours 45 minutes

Case No.  C08-01510 WHA

Title: IN RE CHARLES SCHWAB CORPORATION SECURITITESLITIGATION

Plaintiff Attorney(s): Steve Berman; Sean Matt; Reed Kathrein

Defense Attorney(s): Darryl Rains; Craig Martin; Aileen Wheeler; David Bayless

Deputy Clerk:  Dawn Toland                  Court Reporter: Kelly Bryce

**PROCEEDINGS**

1)   Motions - Taken Under Submission

2)   

Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**