IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
To All Cases.

／

No. C 08-01510 WHA

**REQUEST
FOR CALCULATIONS
FOR TRIAL**

    Both sides are invited to run calculations to ascertain how the fund would have done if the 25-percent non-guaranteed mortgaged-back securities limitation had been honored with the excess over the 25 percent being: (a) kept in cash (Calculation One), and (b) distributed pro rata among the other non-guaranteed mortgage-back securities investments (up to the limit of any other industry limitation) (Calculation Two). These should then be pared down to those who were shareholders as of the date of the mortgage-back securities industry limitation deletion. This should then be compared to the way it did turn out. This should be done in time for each side to depose the experts on these calculations reasonably before trial.

**IT IS SO ORDERED.**

Dated: March 30, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE