DARRYL P. RAINS (CA SBN 104802)
EUGENE ILLOVSKY (CA SBN 117892)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com

CRAIG D. MARTIN (CA SBN 168195)
DOROTHY L. FERNANDEZ (CA SBN 184266)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants The Charles Schwab Corporation,
Charles Schwab & Co., Inc., Charles Schwab Investment
Management, Inc., Schwab Investments, Charles R. Schwab,
Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew
Hastings, Mariann Byerwalter, Donald F. Dorward, William A.
Hasler, Robert G. Holmes, Gerald B. Smith, Donald R.
Stephens, and Michael W. Wilsey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C-08-01510-WHA<br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER GRANTING IN PART PLAINTIFFS' MARCH 4, 2010, ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. NO. 440]<br><br>Trial date: May 10, 2010 |

Case 3:08-cv-01510-WHA   Document 554   Filed 04/02/10   Page 2 of 2

On March 4, 2010, plaintiffs filed an administrative motion to seal certain materials which defendants had designated "Confidential." (*See* Dkt. No. 440.) Plaintiffs moved to seal exhibits 1, 4–10, 13–22, and 24–33 to the Declaration of Steve W. Berman in Opposition to Independent Trustees' Motion for Summary Judgment (Dkt. No. 439) as well as the portions of Plaintiffs' Memorandum in Opposition to Independent Trustees' Motion for Summary Judgment ("Opposition"), which quoted these exhibits (Dkt. No. 438).

Defendants have filed a declaration in support of maintaining the confidentiality of Berman Declaration exhibits 1, 4, 6–7, 10, 13–15, 17–18, 22, 24–26 and 28–33 in full and the first three pages of exhibit 16 (SCH-TX 04068643–645), as well as the portions of the Opposition that quote these exhibits. To the extent exhibits 5, 8–9, 19–21, and 27 were designated confidential, defendants withdraw that designation.

Plaintiffs are hereby ordered to file exhibits 5, 8–9, 19–21, and 27 in the public record. Berman Declaration exhibits 1, 4, 6–7, 10, 13–15, 17–18, 22, 24–26 and 28–33 in full and the first three pages of exhibit 16 (SCH-TX 04068643–645), as well as the redacted portions of the Opposition referring to these exhibits, shall remain under seal.

IT IS SO ORDERED.

Dated: ___ April 1 _____, 2010



_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLS' 3/4/10 ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. NO. 440]
MASTER FILE NO. C-01510-WHA
sf-2814270

1