1   DARRYL P. RAINS (CA SBN 104802)
    EUGENE ILLOVSKY (CA SBN 117892)
2   MORRISON & FOERSTER LLP
    755 Page Mill Road
3   Palo Alto, California 94304-1018
    Telephone: 650.813.5600
4   Facsimile: 650.494.0792
    Email: DRains@mofo.com
5
    CRAIG D. MARTIN (CA SBN 168195)
6   DOROTHY L. FERNANDEZ (CA SBN 184266)
    MORRISON & FOERSTER LLP
7   425 Market Street
    San Francisco, California 94105-2482
8   Telephone: 415.268.7000
    Facsimile: 415.268.7522
9
    Attorneys for defendants The Charles Schwab Corporation,
10  Charles Schwab & Co., Inc., Charles Schwab Investment
    Management, Inc., Schwab Investments, Charles R. Schwab,
11  Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew
    Hastings, Mariann Byerwalter, Donald F. Dorward, William A.
12  Hasler, Robert G. Holmes, Gerald B. Smith, Donald R.
    Stephens, and Michael W. Wilsey
13
                    UNITED STATES DISTRICT COURT
14
                 NORTHERN DISTRICT OF CALIFORNIA
15
                      SAN FRANCISCO DIVISION
16

17
    IN RE CHARLES SCHWAB CORP.            Master File No. C-08-01510-WHA
18  SECURITIES LITIGATION                 CLASS ACTION
19
20                                        [PROPOSED] ORDER GRANTING IN
                                          PART PLAINTIFFS' MARCH 4, 2010,
21                                        ADMINISTRATIVE MOTION TO FILE
                                          UNDER SEAL [DKT. NO. 446]
22
23                                        Trial date:  May 10, 2010
24
25
26
27
28

1    On March 4, 2010, plaintiffs filed an administrative motion to seal certain materials which

2    defendants had designated "Confidential." (*See* Dkt. No. 446.)  Plaintiffs moved to seal exhibits

3    4–6, 8–18, 22–23, 26–28, 31, 33, 35, and 38 to the Declaration of Steve W. Berman in Opposition

4    to Kimon P. Daifotis's Motion for Summary Judgment (Dkt. No. 445) as well as the portions of

5    Plaintiffs' Memorandum in Opposition to Kimon P. Daifotis's Motion for Summary Judgment

6    ("Opposition"), that cite to these exhibits (Dkt. No. 444).

7    Defendants have filed a declaration in support of maintaining the confidentiality of

8    Berman Declaration exhibits 6, 10–18 and 35 in full and the first three pages of exhibit 4 (SCH-

9    TX 04068643–645), as well as the portions of the Opposition that quote these exhibits.  To the

10   extent Berman Declaration exhibits 5, 8–9, 22–23, 26–28, 31, 33, and 38 were designated

11   confidential, defendants withdraw that designation.

12    Plaintiffs are hereby ordered to file exhibits 5, 8–9, 22–23, 26–28, 31, 33, and 38 in the

13   public record.  Berman Declaration exhibits 6, 10–18 and 35 in full and the first three pages of

14   exhibit 4 (SCH-TX 04068643–645), will remain under seal and the portions of the Opposition

15   that quote from these exhibits, shall remain redacted.

16    IT IS SO ORDERED.

17   Dated: _____April_____, 2010

18   
     _____
     HON. WILLIAM H. ALSUP
19   UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup