DARRYL P. RAINS (CA SBN 104802)
EUGENE ILLOVSKY (CA SBN 117892)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com

CRAIG D. MARTIN (CA SBN 168195)
DOROTHY L. FERNANDEZ (CA SBN 184266)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C-08-01510-WHA<br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING, IN PART, PLAINTIFFS' MARCH 4, 2010, ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. NO. 458]<br><br>Trial date: May 10, 2010 |

1  On March 4, 2010, plaintiffs filed an administrative motion to seal certain materials which defendants had designated "Confidential." (*See* Dkt. No. 458.)  Plaintiffs moved to seal exhibits E, G, J–K, P–T, W–Y, AA, DD–EE, GG–II, LL–OO, QQ, TT, VV–WW and CCC to the Declaration of Steve W. Berman in Opposition to Schwab's Motion for Summary Judgment (Dkt. No. 452) and the redacted portions of plaintiffs' Memorandum In Opposition to Schwab's Motion for Summary Judgment (Dkt. No. 448) and the portion of the Berman declaration which quoted these exhibits.

Defendants have filed a declaration in support of maintaining the confidentiality of exhibits E, G, J–K, portions of exhibit P, Q–S, W, AA, DD–EE, GG–II, LL–OO, QQ, TT, VV, and CCC to the Berman declaration as well as the portions of plaintiffs' Opposition and the Berman declaration that quote from these exhibits.  To the extent exhibits X–Y and WW were designated confidential, defendants withdraw those designations.  Plaintiffs inadvertently filed the wrong document as exhibit T, which they corrected via an errata with an accompanying administrative motion to seal.  Exhibit T will therefore be addressed in a separate order.

Plaintiffs are hereby ordered to file exhibits X–Y and WW and portions of exhibit P in the public record.  Exhibits E, G, J–K, Q–S, W, AA, DD–EE, GG–II, LL–OO, QQ, TT, VV, and CCC and portions of exhibit P to the Berman declaration, as well as the redacted portions of the Opposition and the Berman declaration referring to these exhibits, shall remain under seal.

IT IS SO ORDERED.

Dated: April 1, 2010

HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup