DARRYL P. RAINS (CA SBN 104802)
EUGENE ILLOVSKY (CA SBN 117892)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com

CRAIG D. MARTIN (CA SBN 168195)
DOROTHY L. FERNANDEZ (CA SBN 184266)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C-08-01510-WHA<br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MARCH 5, 2010, ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. NO. 468]<br><br>Trial date: May 10, 2010 |

Case 3:08-cv-01510-WHA   Document 557   Filed 04/02/10   Page 2 of 2

On March 5, 2010, plaintiffs filed an administrative motion to seal certain materials which defendants had designated "Confidential." (*See* Dkt. No. 468.) Plaintiffs moved to seal the portions of Plaintiffs' Informational Filing Concerning the Misrepresentations and Omissions Plaintiffs Will Prove at Trial Filed in Response to the Court's Order of February 25, 2010 ("Informational Filing"), which quoted from Schwab's internal documents and non-public testimony provided to the Securities and Exchange Commission (Dkt. No. 467).

Defendants have filed a declaration in support of maintaining the confidentiality of the portions of the Informational Filing that plaintiffs redacted in their filings.

It is hereby ordered that the redacted portions of plaintiffs' Informational Filing shall remain under seal.

IT IS SO ORDERED.

Dated: __April 1__, 2010



HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLS' 3/5/10 ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. NO. 468]
MASTER FILE NO. C-01510-WHA
sf-2805957

1