DARRYL P. RAINS (CA SBN 104802)
EUGENE ILLOVSKY (CA SBN 117892)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com

CRAIG D. MARTIN (CA SBN 168195)
DOROTHY L. FERNANDEZ (CA SBN 184266)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C-08-01510-WHA<br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MARCH 9, 2010, ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. NO. 472]<br><br>Trial date: May 10, 2010 |

1  On March 9, 2010, plaintiffs filed an administrative motion to seal certain materials which
2  defendants had designated "Confidential." (*See* Dkt. No. 472.)  Plaintiffs moved to seal exhibit T
3  to the Notice of Errata Re: Exhibit T to the Declaration of Steve W. Berman in Opposition to
4  Schwab's Motion for Summary Judgment (Dkt. No. 471).
5  Defendants have filed a declaration in support of maintaining the confidentiality of exhibit
6  T to the Berman declaration as well as the portions of the Berman Declaration and plaintiffs'
7  Opposition that quote from this exhibit.
8  Exhibit T to the Berman declaration, as well as the redacted portions of the Berman
9  Declaration and Opposition referring to this exhibit, shall remain under seal.
10  IT IS SO ORDERED.
11  Dated: _____April 1_____, 2010

12  _____
    HON. WILLIAM H. ALSUP
13  UNITED STATES DISTRICT JUDGE



[PROPOSED] ORDER GRANTING PLS' 3/9/10 ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. NO. 472]
MASTER FILE NO. C-01510-WHA
sf-2805957

1