DARRYL P. RAINS (CA SBN 104802)
EUGENE ILLOVSKY (CA SBN 117892)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com

CRAIG D. MARTIN (CA SBN 168195)
DOROTHY L. FERNANDEZ (CA SBN 184266)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C-08-01510-WHA <br><br> <u>CLASS ACTION</u> <br><br> [~~PROPOSED~~] ORDER GRANTING SCHWAB'S MOTION TO FILE UNDER SEAL <br><br> Judge:    Hon. William H. Alsup |

1   On March 25, 2010, Schwab filed an administrative motion to seal certain materials filed in connection with its opposition to the Union Mission's Motion to Extend Time for Exclusion from Class Membership ("Opposition").  Schwab moved to seal exhibits 4–15 of the Declaration of Dorothy L. Fernandez in support of the Opposition, as well as portions of its Opposition and portions of the supporting declarations of Laura Carnero, Mila Dunn, and Dorothy L. Fernandez.  In support of its administrative motion to seal, Schwab filed a declaration attesting to the confidentiality of these materials which Schwab either redacted or filed under seal in their entirety.

The Court finds that Schwab customers have a reasonable expectation of privacy in the types of information reflected in exhibits 4–15 to the Fernandez declaration, which includes account balances and investment positions.  These documents include non-public information about Schwab customers who are not parties to this litigation.  The information reflected in these exhibits, and the corresponding portions of the Opposition and declarations, is highly sensitive, personal, and confidential.

It is hereby ordered that exhibits 4–15 of the Fernandez declaration, as well as the corresponding portions of the Opposition, Carnero declaration, Dunn declaration, and Fernandez declaration be SEALED.

IT IS SO ORDERED.

DATED: __April 1__, 2010         _____

HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING SCHWAB'S MOTION TO FILE UNDER SEAL
No. 08-cv-01510 WHA
sf-2815807