United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                               No. C 08-01510 WHA

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.
                                                     **QUESTIONS ON**
    This Document Relates                            **PENDING MOTIONS**
        To All Cases.
_____/

    By **5 P.M. TODAY**, each party is requested to answer the following questions in three

double-spaced pages or less:

    1.    Was the fund represented in the registration statement to be diversified at all times

          during the various class periods?

    2.    With respect to the September 2006 SAI regarding uninsured mortgage-backed

          securities, would reasonable investors have understood it to mean, in light of the

          total mix of representations made, that the fund was free to invest *all* of the fund in

          uninsured mortgage-backed securities even if the underlying and ultimate source

          of payment was a *single* industry?

    3.    Did any other part of the registration statement (or other marketing materials)

          cross-reference to the uninsured mortgage-backed securities definition?

Dated:  April 5, 2010.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE