IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                                  No. C 08-01510 WHA

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.                **ORDER RE BRIEFING**
                                                     **SCHEDULE FOR MOTION**
       This Document Relates               **ON INTERLOCUTORY**
           To All Cases.                       **APPEAL AND STAY**
                                                    /

To the statement of issues, please add these questions:

3. Since Section 1292(b) requires that the certification be in the order in question, isn't it too late to entertain a Section 1292(b) appeal? Cite *all* authority.

4. If an interlocutory appeal is desirable, would a better approach be to sever the Section 17200/1940 Act claim, proceed to a bench trial thereon, and enter a Rule 54(b) judgment, so that the entirety of the claim can go up on appeal?

Please invite the SEC to participate in the briefing, filing on the same schedule as plaintiffs. Otherwise, the briefing schedule is approved.

**IT IS SO ORDERED.**

Dated: April 6, 2010.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE