IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
    To All Cases.
                               /

No. C 08-01510 WHA

**MORE QUESTIONS RE
PENDING SUMMARY
JUDGMENT MOTIONS**

By **5 P.M. TODAY**, please answer the following questions, limiting your answers to what is disclosed in the existing summary judgment record. Three double-spaced pages or less, please:

1. Did analysts pick up on the MBS definition change in 2006 and, if so, what did they say about it?

2. Did any of the plaintiffs or class members pick up on the MBS definition change in 2006 and, if so, what did they say about it?

3. Was the MBS definition in 2006 customary (versus unusual) compared to other mutual funds in the period, say, 2004–2007?

Dated: April 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE