IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

    This Document Relates
       To All Cases.
_____/

No. C 08-01510 WHA

**ORDER TO SHOW CAUSE**

    The parties were expressly requested to limit their answers "to what is disclosed in the existing summary judgment record." Despite this clear request, the Schwab defendants cited to and filed a new declaration — the Taylor Declaration. If this was intended to simply supply convenient copies of material already in the summary judgment record, the Court thanks counsel, although it was unnecessary. The declaration, however, appears to include material that was *not* in the existing summary judgment record. The Schwab defendants, by **NOON TODAY**, shall please (1) file a declaration reciting where each precise item in the Taylor Declaration can already be found in the *existing* summary judgment record, and (2) **SHOW CAUSE** why each item not in the existing summary judgment record should not be stricken.

    If plaintiffs reference to material outside the existing summary judgment record, also please advise by **NOON TODAY.** For example, was the Charles Schwab New Guide to Financial Independence quote in the existing summary judgment record?

Dated: April 8, 2010.

                                                       WILLIAM ALSUP
                                                       UNITED STATES DISTRICT JUDGE