IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
  To All Cases.
 _____/

No. C 08-01510 WHA

**ORDER DENYING PLAINTIFF'S MOTION TO EXCLUDE PART OF PROFESSOR JAMES' TESTIMONY**

With respect to the motion to exclude the "negative causation" analysis of Professor Christopher M. James, the motion is **DENIED WITHOUT PREJUDICE** to re-filing it for the final pretrial conference. The Court will not allow any expert opinion that is based on a loss-causation theory contrary to the order filed today on that issue. Please read the order and re-do the motion in conformity therewith. Please do not waste time over mere arguments over the meaning of the overall evidence where the jury could go either way.

**IT IS SO ORDERED.**

Dated: April 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE