IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
   To All Cases.
                                   /

No. C 08-01510 WHA

**REQUEST FOR GUIDANCE
RE VOLUMINOUS MOTIONS**

Both sides filed many summary judgment motions.  The Court has been patiently working its way through them and has now issued four separate orders on them.  By **9:00 A.M. FRIDAY, APRIL 9**, please advise the Court which, if any, remaining motions counsel truly needs an order on, even if abbreviated, with one sentence each explaining why it cannot wait until the charging conference or at least until the final pretrial conference.  Do *not* use this as an opportunity to submit more argument or authorities or evidence.  One page will do.

Dated: April 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE