IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
   To All Cases.
_____/

No. C 08-01510 WHA

**ORDER REGARDING
RESPONSES TO
RECENT QUESTIONS**

Good cause not having been shown, the entirety of the Taylor Declaration filed with Schwab's latest response is hereby **STRICKEN**. The previous request for information was explicit that the responses be limited to what was in the existing summary judgment record.

With respect to plaintiffs' submissions, the Court did not rely upon the materials concerning mutual fund industry custom from the expert report of Allen Ferrell. Those references to the Ferrell Report, also not in the existing summary judgment record, are **STRICKEN**.

Finally, the Court **STRIKES** plaintiffs' reference to the Charles Schwab book, which was not part of the existing summary judgment record and was raised for the first time at the March 25 hearing.

**IT IS SO ORDERED.**

Dated: April 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE