**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | No. C 08-01510 WHA |
| CHARLES SCHWAB CORPORATION SECURITIES LITIGATION. | |
| This Document Relates To All Cases. / | **ORDER REGARDING CLASS NOTICE** |

    With respect to the motion filed by class counsel regarding class notice, the Court would like to know: (1) why *counsel* allowed the notice violation to occur and failed to monitor the claims administrator's execution of the notice plan, and (2) further particulars of how the claims administrator, Gilardi & Co., LLC, failed to send notices in electronic format as ordered under the approved notice plan.  The declarations filed with counsel's motion provide insufficient information about how this oversight occurred.  Counsel shall respond to this order **BY 9:00 A.M. ON MONDAY, APRIL 12, 2010**.

    **IT IS SO ORDERED.**

Dated: April 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE