**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | No. C 08-01510 WHA |
| CHARLES SCHWAB CORPORATION SECURITIES LITIGATION. | |
| This Document Relates To All Cases. / | **ORDER SETTING TELEPHONE CONFERENCE** |

The Court would like to have a short telephone conference with counsel at **9:00 A.M. ON MONDAY, APRIL 12, 2010**. Plaintiff's counsel are requested to set up the telephone call and then contact the Court at 415-522-3684 when all parties are present.

**IT IS SO ORDERED.**

Dated: April 9, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE