IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | No. C 08-01510 WHA |
| CHARLES SCHWAB CORPORATION SECURITIES LITIGATION. | |
| This Document Relates To All Cases. / | **ORDER REGARDING HEARING ON CLASS MEMBER NOTICE** |

Since various matters — including the Schwab defendants' motion to stay this action pending their interlocutory appeal and their motion to strike — have already been rolled into the final pretrial conference scheduled for 2:00 p.m. on April 26, 2010, the class member notice issue (*see* Dkt. No. 609) will also be heard at the final pretrial conference instead of at a separate hearing. As such, the hearing scheduled on April 29 pertaining to class member notice is **RESCHEDULED TO 2:00 P.M. ON APRIL 26**.

**IT IS SO ORDERED.**

Dated: April 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE