**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                                          No. C 08-01510 WHA

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.
                                                              **NOTICE SETTING**
    This Document Relates                 **STATUS CONFERENCE**
      To All Cases.

_____/

      The Court shall hold a status conference at **8:00 A.M. ON MONDAY, APRIL 19, 2010**, in

Courtroom 9.


      **IT IS SO ORDERED.**


Dated:  April 15, 2010.

                                                        _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE