DARRYL P. RAINS (CA SBN 104802)
EUGENE ILLOVSKY (CA SBN 117892)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com

CRAIG D. MARTIN (CA SBN 168195)
DOROTHY L. FERNANDEZ (CA SBN 184266)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C-08-01510-WHA<br><br>CLASS ACTION<br><br>DECLARATION OF FRANK ALLEN FERRELL IN SUPPORT OF SCHWAB'S MOTION TO EXCLUDE PORTIONS OF THE TESTIMONY OF H. GIFFORD FONG PURSUANT TO DAUBERT V. MERRELL DOW PHARMACEUTICALS, INC.<br><br>Date: March 25, 2010<br>Time: 8:00 a.m.<br>Judge: Hon. William H. Alsup |

I, Frank Allen Ferrell, hereby declare as follows:

1. I submit this declaration in support of Schwab's Motion to Exclude the Testimony of H. Gifford Fong. I make this declaration based on personal knowledge. If called as a witness, I would testify to the following facts.

### I. QUALIFICATION AND BACKGROUND

2. I am the Greenfield Professor of Securities Law at Harvard Law School where I have taught since 1998. I am also a member of the Board of Economic Advisors to the Financial Industry Regulatory Authority (FINRA), a faculty associate at the Kennedy School of Government at Harvard, a Fellow to Columbia University's Program on the Law and Economics of Capital Markets, a member of the American Law Institute Project on the Application of U.S. Financial Regulations to Foreign Firms and Cross-Border Transactions, a research associate at the European Corporate Governance Institute, a member of the ABA Task force on corporate governance, and the Chairperson of Harvard's Advisory Committee on Shareholder Responsibility.

3. I received a J.D. from Harvard Law School and a Ph.D. in economics from the Massachusetts Institute of Technology with fields in econometrics and finance. My Ph.D. dissertation concerned the effects of firm financial disclosures on stock prices and the effect of corporate governance provisions on firm valuation. I also have a B.A. and M.A. from Brown University. After law school, I clerked for Judge Silberman on the U.S. Court of Appeals for the District of Columbia and for Justice Kennedy of the Supreme Court of the United States.

4. I have written widely on the topic of firm's disclosure requirements, including their empirical effect on markets, and capital market regulation.

5. As a result of this experience, I have detailed knowledge regarding tools and methods used by finance professionals and economists to study, measure, and compare risk.

6. I was retained by counsel for Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., and Schwab Investments to opine on disclosures which were alleged by plaintiffs in their Second Consolidated Amended Complaint dated October 26, 2009 ("Complaint") to contain misrepresentations and omissions during the

class period (May 31, 2006 – March 17, 2008). I have been asked to assess these disclosures in comparison to industry disclosure practices and to analyze the economic importance of such disclosures in light of market conditions bearing on YieldPlus fund (or "the Fund"). I have also been asked to assess the disclosure arguments contained in the reports of plaintiffs' proffered experts, including H. Gifford Fong. As part of my work I prepared reports dated November 27, December 11, and December 18, 2009. Among many other documents that I have reviewed as part of my work and listed in my prior reports, I reviewed and analyzed reports prepared by Mr. Fong (the "Fong Reports").

## II. ANALYTICAL TOOLS FOR EVALUATING RISK

7. The concept of "risk" and the comparison of risk between different financial instruments or securities and between different portfolios of securities is one of the most extensively studied subject matters in economics and financial literature. Scores of articles published in academic or industry journals are written on this subject every year. The literature and practice in the area have generated a broad range of mathematical models, algorithms, and analytical tools for measuring and quantifying risk for securities or portfolios.

8. The volume of literature on this subject is considerable. To illustrate, I conducted a search for articles on financial, mathematical, or analytical tools to measure risk and risk-adjusted performance of portfolios in a commonly used database known as EconLit for the period 1961 to 2010. My search yielded over 5000 articles, abstracts or publications on these subjects during the period. It is my opinion that no well-trained participant in this field could be ignorant of the existence of a wide variety of methodological tools available to address this subject.[1]

9. By way of example only, the search captured a number of specific peer-reviewed methods, whose use is supported by use in the industry and academic research, to analyze or calculate risk and risk-return tradeoff. These include:

---

[1] I performed the search based on the following search criteria in EconLit: ("portfolio choice" and (risk or analysis or performance)).mp. [mp=heading words, abstract, title, country as subject].

a. Mean-variance analysis. Mean-variance analysis is an analysis of the optimal combination of assets within a portfolio that minimizes portfolio variance for a given level of expected portfolio return.[2]

b. Beta or covariance-based measure of risk. The beta of a fund measures the sensitivity of the fund's returns to market movements. A higher beta means that the fund has greater exposure to market risk.[3]

c. Sharpe ratio. The Sharpe ratio, or the fund's reward-to-variability ratio, is the ratio of mean excess returns of the fund over the risk-free rate to the standard deviation (i.e., square root of the variance) of excess returns.[4]

d. Information ratio. The information ratio is a variation on the idea of the Sharpe ratio where excess returns are measured relative to a pre-designated benchmark.[5]

e. Efficiency ratio. The efficiency ratio is based on a comparison of fund returns with returns of the portfolio that has the lowest variance across all feasible investment portfolios. The mean excess returns of the fund over returns of the minimum variance portfolio are then divided by the square root of the difference of the variances of the fund's returns and returns of the minimum variance portfolio.[6]

f. Factor analysis. Factor analysis is a decomposition of fund's returns into multiple components or factors. Factor analysis can allow estimation of investors'

---

[2] Markowitz, Harry M. Mean-Variance Analyses in Portfolio Choice and Capital Markets. Oxford: Basil Blackwell, Inc. 1987.

[3] Kent Daniel, Mark Grinblatt, Sheridan Titman, Russ Wermers, "Measuring Mutual Fund Performance with Characteristic-Based Benchmarks," The Journal of Finance, Vol. 52, No. 3, Papers and Proceedings Fifty-Seventh Annual Meeting, American Finance Association, New Orleans, Louisiana January 4-6, 1997 (Jul., 1997), pp. 1035-1058.

[4] William F. Sharpe, "The Sharpe Ratio," *The Journal of Portfolio Management*, Fall 1994. Available here: http://www.stanford.edu/~wfsharpe/art/sr/SR.htm#Sharpe75

[5] William F. Sharpe, "The Sharpe Ratio," *The Journal of Portfolio Management*, Fall 1994. Available here: http://www.stanford.edu/~wfsharpe/art/sr/SR.htm#Sharpe75

[6] Wen-Kuei Chen, Yin-Jen Chen and Tsung-Chuan Chen, "Using Efficiency Ratio to measure fund performance," Journal of Asset Management (2008) 8, 352–360.

DECL. OF FRANK ALLEN FERRELL IN SUPPORT OF SCHWAB'S MOTION TO EXCLUDE PORTIONS OF THE TESTIMONY OF GIFFORD FONG
MASTER FILE NO. C-08-01510-WHA
sf-2825226
3

exposures to various sources of risks, including the risk of mortgage-backed securities.[7]

10. I have reviewed the expert reports and deposition transcript of H. Gifford Fong. Mr. Fong provides a conclusion that mortgage-backed securities are risky and the fund's allocation to mortgage-backed securities increased the overall risk of the fund's portfolio. I have reviewed his reports and deposition to identify any calculations or use of any generally accepted, peer-reviewed, or any other accepted tools or methods to measure the contribution of mortgage-backed securities to the overall risk of the fund's portfolio.

11. Mr. Fong did not use any analytical tool to measure or quantify the contribution of mortgage-backed securities to the overall risk of the fund's portfolio. Mr. Fong's reports include data and tables but they include nothing that attempts to quantify or measure the risk of the fund investing in mortgage-backed securities compared to any other types of securities. Neither the reports nor the appendices nor the deposition provide any calculations using any generally accepted or peer-reviewed method for calculating or evaluating the contribution of mortgage-backed securities to portfolio risk. Mr. Fong's lack of methodology and his failure to use any of the many tools available cause his conclusions to lack the intellectual rigor that characterizes the practices of experts in the field of economics, finance, and portfolio analysis.

12. At pages 30-41 and Appendix H of Mr. Fong's November 27, 2009 report, he purports to examine the risks associated with four specific mortgage-backed securities held in the YieldPlus portfolio. Setting aside the hindsight bias issues of Mr. Fong's discussion of the four bonds, the sample that he selects is inadequate for proper analysis. On June 29, 2007, YieldPlus held in excess of 500 individual securities in its portfolio. The combined value of the individual mortgage-backed securities to which Mr. Fong refers was $77 million. The combined value of the assets under management on June 29, 2007 was in excess of $14 billion. As an expert in this area, this sample is a completely inadequate basis from which to draw any conclusions about

---

[7] See, e.g., William F. Sharpe, "Asset Allocation: Management Style and Performance Measurement," Journal of Portfolio Management, Winter 1992, pp. 7-19. Available here: http://www.stanford.edu/~wfsharpe/art/sa/sa.htm

DECL. OF FRANK ALLEN FERRELL IN SUPPORT OF SCHWAB'S MOTION TO EXCLUDE PORTIONS OF THE TESTIMONY OF GIFFORD FONG 4
MASTER FILE NO. C-08-01510-WHA
sf-2825226

"risk" in Schwab's portfolio. Mr. Fong's qualitative analysis is based on a handful of examples, and again lacks the intellectual rigor that characterizes the practices of experts in the fields of economics, finance and portfolio analysis.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Executed in Cambridge, Massachusetts, on April 6, 2010.


               /s/ Frank Allen Ferrell
                  Frank Allen Ferrell

DECL. OF FRANK ALLEN FERRELL IN SUPPORT OF SCHWAB'S MOTION TO EXCLUDE PORTIONS OF THE TESTIMONY OF GIFFORD FONG
MASTER FILE NO. C-08-01510-WHA
sf-2825226

5

**ECF ATTESTATION**

I, Darryl P. Rains, am the ECF User whose ID and Password are being used to file this:

DECLARATION OF FRANK ALLEN FERRELL IN SUPPORT OF SCHWAB'S MOTION TO EXCLUDE PORTIONS OF THE TESTIMONY OF H. GIFFORD FONG PURSUANT TO DAUBERT V. MERRELL DOW PHARMACEUTICALS, INC.

In compliance with General Order 45, X.B., I hereby attest that Frank Allen Ferrell has concurred in this filing.

Dated:  April 19, 2010                                    MORRISON & FOERSTER LLP


                                                          By:    /s/ Darryl P. Rains
                                                                  Darryl P. Rains

DECL. OF FRANK ALLEN FERRELL IN SUPPORT OF SCHWAB'S MOTION TO EXCLUDE PORTIONS OF
THE TESTIMONY OF GIFFORD FONG                                                                                6
MASTER FILE NO. C-08-01510-WHA

sf-2825226