1    Reed R. Kathrein (139304)
     Peter E. Borkon (212596)
2    HAGENS BERMAN SOBOL SHAPIRO LLP
     715 Hearst Avenue, Suite 202
3    Berkeley, CA  94710
     Telephone:  (510) 725-3000
4    Facsimile:  (510) 725-3001
     reed@hbsslaw.com
5    peterb@hbsslaw.com

6    Steve W. Berman (*Pro Hac Vice*)
     Sean R. Matt (*Pro Hac Vice*)
7    Erin K. Flory (*Pro Hac Vice*)
     Lisa M. Hasselman (*Pro Hac Vice*)
8    Robert F. Lopez (*Pro Hac Vice*)
     HAGENS BERMAN SOBOL SHAPIRO LLP
9    1918 Eighth Avenue, Suite 3300
     Seattle, Washington  98101
10   Telephone: (206) 623-7292
     Facsimile: (206) 623-0594
11   steve@hbsslaw.com
     sean@hbsslaw.com
12   erin@hbsslaw.com
     lisah@hbsslaw.com
13   robl@hbsslaw.com

14   *Attorneys for Lead Plaintiff YieldPlus Investor Group*

15

16                      UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                       SAN FRANCISCO DIVISION

19   IN RE CHARLES SCHWAB CORP.              No. 08-cv-01510 WHA
     SECURITIES LITIGATION
20

21   THIS DOCUMENT RELATES TO:              DECLARATION OF STEVE W.
                                            BERMAN IN SUPPORT OF MOTION
22   All Actions                            FOR PRELIMINARY APPROVAL OF
                                            THE SETTLEMENT
23
                                            Date:         April 26, 2010
24                                          Time:         2:00 p.m.
                                            Judge:        Hon. William H. Alsup
25                                          Courtroom:    Courtroom 9, 19th Floor

26

27

28

010036-12  365872 V1

1          I, Steve W. Berman, declare as follows:

2          1.       I am admitted to practice before this Court *pro hac vice* and am licensed to practice

3    law in the State of Washington.  I am a partner at Hagens Berman Sobol Shapiro LLP and lead

4    counsel in this case.  I make this declaration based on personal knowledge.  If called up as a

5    witness I would testify as follows:

6          2.       The parties engaged in several attempts to settle their dispute.  The Settlement

7    Agreement is the product of many months' worth of negotiations between Defendants and Class

8    Counsel, including two intensive mediation sessions with Judge Edward Infante (Ret.) and three

9    with Judge Joseph C. Spero.  Defendants and the Class first participated in a mediation session

10   before Magistrate Judge Joseph Spero in September 2009.  In late March 2010, following the

11   Court's rulings on the parties' various summary-judgment motions, resumed discussions.  After a

12   fifth formal mediation on April 16, 2010, the Classes and Defendants reached final agreement as to

13   the Securities Act claims.

14         3.       I conferred with Lead Plaintiffs before each session.  Lead Plaintiffs attended all

15   sessions either in person or by telephone.  Lead Plaintiffs met and conferred with themselves

16   outside of my presence and were involved with each exchange of offer and demand.  At mediation

17   sessions both sides exchanged opening statement type presentations and engaged in extensive risk

18   assessment.

19         4.       Class Counsel, with the Lead Plaintiffs' close guidance, exercised our judgment

20   based on extensive knowledge of the facts of the case and the legal issues facing the Class, as well

21   as judgments about the strengths and weaknesses of the case.  After an extensive analysis, we

22   concluded that the terms of the Settlement Agreement are fair, just, and adequate.  The proposed

23   case settlement occurred on the eve of trial so we are fully informed of the facts.  We are extremely

24   well-versed in the facts and legal issues to be tried in this case, having undergone discovery,

25   including reviewing hundreds of thousands of pages of discovery produced by parties in this case,

26   taking scores of deposition in this case, and engaging in extensive expert discovery.  Our

27   recommendation of the Settlement also takes into account all of the Court's recent rulings in this

28   Litigation.

1    5.    I have shared with Lead Plaintiffs the results of a focus group we conducted as we

2    prepared for trial.

3    6.    Attached as Exhibit A is a true and correct copy of portions of the Expert Report of

4    Candace L. Preston dated November 25, 2009.

5    7.    Attached as Exhibit B is a true and correct copy of portions of the Supplemental

6    Expert Report of Candace L. Preston dated April 12. 2010.

7    8.    Attached as Exhibit C is a true and correct copy of the Declaration of Candace L.

8    Preston In Support of Settlement dated April 23, 1010.

9    9.    Attached as Exhibit D is a true and correct copy of the Securities Class Action

10   Services, *The SCAS 100 for Q4 2009*, (Risk Metrics Group 2010)

11   10.    Attached as Exhibit E is a true and correct copy of Ellen Ryan and Laura Simmons,

12   *Securities Class Action Settlements:  2009 Review and Analysis* (Cornerstone Research 2010).

13   11.    Attached as Exhibit F is a true and correct copy of the U.S. Court of Appeals –

14   Judicial Caseload Profile for the Ninth Circuit.

15   Executed this 23rd day of April 2010, at Seattle, WA.

16                                          s/ Steve W. Berman
                                            STEVE W. BERMAN

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STEVE W. BERMAN IN SUPPORT OF
MOTION FOR PRELIMINARY APPROVAL OF THE          - 3 -
SETTLEMENT - 08-cv-01510 WHA
010036-12  365872 V1