# Exhibit D



# Securities Class Action Services

## The SCAS 100 for Q4 2009

**The SCAS "Top 100 Settlements Quarterly Report"** identifies the largest securities class action settlements filed after the passage of the Private Securities Litigation Reform Act of 1995, ranked by the total value of the settlement fund.

The Top 100 Settlements Quarterly Report provides a wealth of information, including the settlement date, filing court and settlement fund, as well as identifies the key players for each settlement.

The report, which is updated and circulated quarterly, is broken down into the following categories:

### Top 100 Settlements Quarterly Report

The Front Page provides the complete list of the Top 100 Securities Class Action Settlements, ranked according to the Total Settlement Amount, and provides information on the filing court, settlement year and settlement fund. The SCAS Top 100 does not include non-US cases and the SEC disgorgements. Cases with the same settlement amount are given the same ranking.

For cases with multiple partial settlements, the amount indicated in the Total Settlement Amount is put together by combining all partial settlements. The settlement year reflects the most recent settlement approved by the Court.

Cases in the Top 100 settlements are limited to those that have been filed on or after January 1, 1996. Only final settlements are included. Data on SEC settlements are not included, but rather compiled in a separate list—The Top 30 SEC Disgorgements.

### Top 100 1996-2009

The Top 100 1996-2009 section provides a chart of the cases in the Top 100 Settlements Quarterly Report, categorized by Settlement Year. The Settlement Year corresponds to the year in which the hearing to grant final approval to the settlement, or the most recent partial settlement, occurred.

### Institutional Lead Plaintiff Participation

The Inst. Lead Plaintiff section displays the number of cases in the Top 100 involving Institutional Lead Plaintiffs and also identifies the institutional investors serving as Institutional Lead Plaintiff.

### Lead Counsel Participation

The Lead Counsel Participation section lists the law firms that served as lead or co-lead counsel for each litigation in the Top 100 settlements and identifies the most frequent lead or co-lead counsel appearing in the Top 100.

### Claims Administrators

The Claims Administrators section lists the claims administrators who have handled the Top 100 settlements and identifies the most frequent claims administrators in the Top 100.

### Top 30 SEC Disgorgements

The Top 30 SEC Disgorgements section provides a list of the largest SEC settlements, ranked according to the Total Settlement Amount. The Total Settlement Amount reflects the sum of disgorgement and civil penalties in settlements reached with the SEC. The Top 30 SEC Disgorgements includes only those where the distribution plan has received final approval. Cases with the same settlement amount are given the same ranking.

Securities Class Action Services



**RiskMetrics Group**

# Top 100 Settlements Quarterly Report

| Rank | Case Name | Court | Settlement Year | Total Settlement Amount |
|---|---|---|---|---|
| 1 | Enron Corp. | S.D. Tex. | 2007 | $7,230,500,000 |
| 2 | WorldCom, Inc. | S.D.N.Y. | 2005 | $6,156,100,670 |
| 3 | Cendant Corp. | D. N.J. | 2000 | $3,318,250,000 |
| 4 | Tyco International, Ltd | D. N.H. | 2007 | $3,200,000,000 |
| 5 | AOL Time Warner, Inc. | S.D.N.Y. | 2006 | $2,500,000,000 |
| 6 | Nortel Networks Corp. I | S.D.N.Y. | 2006 | $1,142,775,308 |
| 7 | Royal Ahold, N.V. | D. Md. | 2006 | $1,100,000,000 |
| 8 | Nortel Networks Corp. II | S.D.N.Y. | 2006 | $1,074,265,298 |
| 9 | McKesson HBOC Inc. | N.D. Cal. | 2008 | $1,042,500,000 |
| 10 | UnitedHealth Group, Inc. | D. Minn. | 2009 | $925,500,000 |
| 11 | Xerox Corp. | D. Conn. | 2009 | $750,000,000 |
| 12 | Lucent Technologies, Inc. | D. N.J. | 2003 | $667,000,000 |
| 13 | Cardinal Health, Inc. | S.D. Ohio | 2007 | $600,000,000 |
| 14 | IPO Securities Litigation | S.D.N.Y. | 2009 | $586,000,000 |
| 15 | HealthSouth Corp. | N.D. Ala. | 2009 | $554,000,000 |
| 16 | BankAmerica Corp. | E.D. Mo. | 2004 | $490,000,000 |
| 17 | Merrill Lynch & Co., Inc. | S.D.N.Y. | 2009 | $475,000,000 |
| 18 | Dynegy, Inc. | S.D. Tex. | 2005 | $474,050,000 |
| 19 | Adelphia Communications Corp. | S.D.N.Y. | 2006 | $460,000,000 |
| 19 | Raytheon Company | D. Mass. | 2004 | $460,000,000 |
| 21 | Waste Management Inc. II | S.D. Tex. | 2003 | $457,000,000 |
| 22 | Global Crossing, Ltd. | S.D.N.Y. | 2007 | $447,800,000 |
| 23 | Qwest Communications International, Inc. | D. Colo. | 2009 | $445,000,000 |
| 24 | Federal Home Loan Mortgage Corp. (Freddie Mac) | S.D.N.Y. | 2006 | $410,000,000 |
| 25 | Marsh & McLennan Companies, Inc. | S.D.N.Y. | 2009 | $400,000,000 |
| 26 | Cendant Corp. (PRIDES) | D. N.J. | 2006 | $374,000,000 |
| 27 | Delphi Corp. | E.D. Mich. | 2008 | $322,350,000 |
| 28 | Rite Aid Corp. | E.D. Pa. | 2003 | $319,580,000 |
| 29 | Williams Companies, Inc. | N.D. Okla. | 2007 | $311,000,000 |
| 30 | General Motors Corp. | E.D. Mich. | 2009 | $303,000,000 |
| 31 | Bristol-Myers Squibb Co. | S.D.N.Y. | 2004 | $300,000,000 |
| 31 | DaimlerChrysler AG | D. Del. | 2003 | $300,000,000 |
| 31 | Oxford Health Plans Inc. | S.D.N.Y. | 2003 | $300,000,000 |
| 34 | El Paso Corp. | S.D. Tex. | 2007 | $285,000,000 |



| Rank | Case Name | Court | Settlement Year | Total Settlement Amount |
|---|---|---|---|---|
| 35 | Tenet Healthcare Corp. | C.D. Cal. | 2008 | $281,500,000 |
| 36 | 3Com Corp. | N.D. Cal. | 2001 | $259,000,000 |
| 37 | Waste Management Inc. | N.D. Ill. | 1999 | $220,000,000 |
| 38 | Sears, Roebuck & Co. | N.D. Ill. | 2006 | $215,000,000 |
| 39 | The Mills Corp. | E.D. Va. | 2009 | $202,750,000 |
| 40 | CMS Energy Corp. | E.D. Mich. | 2007 | $200,000,000 |
| 41 | Safety-Kleen Corp. (Bondholders) | D. S.C. | 2006 | $197,622,944 |
| 42 | MicroStrategy, Inc. | E.D. Va. | 2001 | $192,500,000 |
| 43 | Motorola, Inc. | N.D. Ill. | 2007 | $190,000,000 |
| 44 | Bristol-Myers Squibb Co. | D. N.J. | 2006 | $185,000,000 |
| 45 | Schering-Plough Corp. | D. N.J. | 2009 | $165,000,000 |
| 46 | Dollar General Corp. | M.D. Tenn. | 2002 | $162,000,000 |
| 47 | Brocade Communications Systems, Inc. | N.D. Cal. | 2009 | $160,098,500 |
| 48 | Bennett Funding Group, Inc. | S.D.N.Y. | 2003 | $152,635,000 |
| 49 | Merrill Lynch & Co., Inc. (Bonds or Preferred Shares Offerings) | S.D.N.Y. | 2009 | $150,000,000 |
| 49 | AT&T Wireless Tracking Stock | S.D.N.Y. | 2006 | $150,000,000 |
| 49 | Broadcom Corp. | C.D. Cal. | 2005 | $150,000,000 |
| 52 | TXU Corp. | N.D. Tex. | 2005 | $149,750,000 |
| 53 | Sumitomo (Copper Trading) Corp. | S.D.N.Y. | 2001 | $149,250,000 |
| 54 | Charter Communications, Inc. | E.D. Mo. | 2005 | $146,250,000 |
| 55 | Sunbeam Corp. | S.D. Fla. | 2002 | $140,995,187 |
| 56 | Refco, Inc. | S.D.N.Y. | 2007 | $140,000,000 |
| 57 | Biovail Corp. | S.D.N.Y. | 2008 | $138,000,000 |
| 58 | The Coca-Cola Company | N.D. Ga. | 2008 | $137,500,000 |
| 58 | Electronic Data Systems Corp. | E.D. Tex. | 2006 | $137,500,000 |
| 60 | Informix Corp. | N.D. Cal. | 1999 | $136,500,000 |
| 61 | Computer Associates International, Inc. | E.D.N.Y. | 2003 | $133,551,000 |
| 62 | Doral Financial Corp. | S.D.N.Y. | 2007 | $130,000,000 |
| 63 | Edward D. Jones & Co., L.P. | E.D. Mo. / Missouri Circuit Court | 2007 | $127,500,000 |
| 64 | Bristol-Myers Squibb Co. | S.D.N.Y. | 2009 | $125,000,000 |
| 65 | Mattel, Inc. | C.D. Cal. | 2003 | $122,000,000 |
| 66 | Lernout & Hauspie Speech Products N.V. | D. Mass. | 2005 | $120,520,000 |
| 67 | Bank One Corp. (First Chicago NBD) | N.D. Ill. | 2005 | $120,000,000 |
| 67 | Deutsche Telekom AG | S.D.N.Y. | 2005 | $120,000,000 |
| 67 | Conseco, Inc. | S.D. Ind. | 2002 | $120,000,000 |

Securities Class Action Services

 **RiskMetrics** Group

| Rank | Case Name | Court | Settlement Year | Total Settlement Amount |
|------|-----------|-------|-----------------|-------------------------|
| 70 | Peregrine Systems, Inc. | S.D. Cal. | 2009 | $117,567,922 |
| 71 | Mercury Interactive Corp. | N.D. Cal. | 2008 | $ 117,500,000 |
| 72 | The Interpublic Group of Companies, Inc. | S.D.N.Y. | 2004 | $115,000,000 |
| 73 | Ikon Office Solutions, Inc. | E.D. Pa. | 2000 | $111,380,000 |
| 74 | CVS Corp. | D. Mass. | 2005 | $110,000,000 |
| 74 | DPL Inc. (Federal Class Settlement) | S.D. Ohio | 2003 | $110,000,000 |
| 76 | Homestore.com, Inc. | C.D. Cal. | 2009 | $107,421,216 |
| 77 | Prison Realty Trust Inc. | M.D. Tenn. | 2001 | $104,129,480 |
| 78 | Symbol Technologies, Inc. | E.D.N.Y. | 2004 | $102,000,000 |
| 79 | American Express Financial Advisors | S.D.N.Y. | 2007 | $100,000,000 |
| 79 | AT&T Corp. | D. N.J. | 2005 | $100,000,000 |
| 79 | Honeywell International, Inc. | D. N.J. | 2004 | $100,000,000 |
| 82 | Cisco Systems, Inc. | N.D. Cal. | 2006 | $99,250,000 |
| 83 | Fleming Companies, Inc. | E.D. Tex. | 2005 | $93,950,000 |
| 84 | CIGNA Corp. | E.D. Pa. | 2007 | $93,000,000 |
| 85 | Gemstar-TV Guide International, Inc. | C.D. Cal. | 2005 | $92,500,000 |
| 85 | Boeing Co. | W.D. Wash. | 2002 | $92,500,000 |
| 87 | OM Group, Inc. | N.D. Ohio | 2005 | $92,400,000 |
| 88 | New York Life Insurance Co. | S.D. Fla. | 1996 | $90,000,000 |
| 89 | Royal Dutch Petroleum Company/The Shell Transport and Trading Company PLC | D. N.J. | 2008 | $89,508,000 |
| 90 | i2 Technologies, Inc. | N.D. Tex. | 2005 | $87,750,000 |
| 91 | Legato Systems Inc. | N.D. Cal. | 2002 | $85,000,000 |
| 92 | FirstEnergy Corp. | N.D. Ohio | 2004 | $84,900,000 |
| 93 | Converium Holding AG | S.D.N.Y. | 2008 | $84,600,000 |
| 94 | Real Estate Associates Limited Partnership | C.D. Cal. | 2003 | $83,000,000 |
| 95 | Aetna Inc. | E.D. Pa. | 2000 | $82,500,000 |
| 96 | Hanover Compressor Co. | S.D. Tex. | 2007 | $82,000,000 |
| 97 | Priceline.com, Inc. | D. Conn. | 2007 | $80,000,000 |
| 97 | Xcel Energy, Inc. | D. Minn. | 2005 | $80,000,000 |
| 99 | Vesta Insurance Group, Inc. | N.D. Ala. | 2008 | $79,950,000 |
| 100 | Philip Services Corp. | S.D.N.Y. | 2007 | $79,750,000 |

*** "Settlement Year" for cases that include multiple settlements reflects the most recent settlement.
*** Settlements that have the same amount are given the same ranking
*** To be eligible for the Top 100 Settlements, cases must have been filed after January 1, 1996 and the settlement must have been approved by the Court.



Securities Class Action Services

## Top 100 Settlements from 1996-2009



Securities Class Action Services



# Institutional Lead Plaintiff Participation



■ Institutional Lead Plaintiff   ☐ No Institutional Lead Plaintiff

 **RiskMetrics** Group

Securities Class Action Services

# Institutional Lead Plaintiff Participation

Cases Listed in Top 100 Settlements Categorized by Total Settlement Amount

| Rank | Case Name | Total Settlement Amount | Settlement Year | Institutional Plaintiff | Institutional Lead Plaintiff |
|------|-----------|------------------------|-----------------|------------------------|------------------------------|
| 1 | Enron Corp. | $ 7,230,500,000 | 2007 | Yes | ▪ Regents of the University of California |
| 2 | WorldCom, Inc. | $ 6,156,100,670 | 2005 | Yes | ▪ New York State Common Retirement Fund |
| 3 | Cendant Corp. | $ 3,318,250,000 | 2000 | Yes | ▪ California Public Employees' Retirement System<br>▪ New York State Common Retirement Fund<br>▪ New York City Pension Funds |
| 4 | Tyco International, Ltd. | $ 3,200,000,000 | 2007 | Yes | ▪ Louisiana State Employees Retirement System<br>▪ Plumbers & Pipefitters National Pension Fund<br>▪ Teachers' Retirement System of Louisiana<br>▪ United Association Office Employees Pension Plan<br>▪ United Association of Local Union Officers & Employees Pension<br>▪ United Association General Officers Pension Plan<br>▪ Voyageur Asset Management |
| 5 | AOL Time Warner, Inc. | $ 2,500,000,000 | 2006 | Yes | ▪ Minnesota State Board of Investment |
| 6 | Nortel Networks Corp. I | $ 1,142,775,308 | 2006 | Yes | ▪ Ontario Public Service Employees' Union Pension Plan Trust Fund |
| 7 | Royal Ahold, N.V. | $ 1,100,000,000 | 2006 | Yes | ▪ Public Employees' Retirement Association of Colorado<br>▪ Generic Trading of Philadelphia, LLC |
| 8 | Nortel Networks Corp. II | $ 1,074,265,298 | 2006 | Yes | ▪ Ontario Teachers' Pension Plan Board<br>▪ Department of the Treasury of the State of New Jersey and its Division of Investment |
| 9 | McKesson HBOC Inc. | $ 1,042,500,000 | 2008 | Yes | ▪ New York State Common Retirement Fund |
| 10 | UnitedHealth Group, Inc. | $ 925,500,000 | 2009 | Yes | ▪ California Public Employees' Retirement System |
| 11 | Xerox Corp. (2000) | $ 750,000,000 | 2009 | Yes | ▪ Louisiana State Employees Retirement System |
| 12 | Lucent Technologies, Inc. | $ 667,000,000 | 2003 | Yes | ▪ Employers-Teamsters Local 175 & 505 Pension Trust Fund Plan<br>▪ The Parnassus Fund<br>▪ The Parnassus Income Trust/Equity Fund |
| 13 | Cardinal Health, Inc. | $ 600,000,000 | 2007 | Yes | ▪ Amalgamated Bank<br>▪ California Ironworkers Field Trust Funds<br>▪ New Mexico State Investment Council<br>▪ PACE Industry Union Management Pension Fund |

Securities Class Action Services



| Rank | Case Name | Total Settlement Amount | Settlement Year | Institutional Plaintiff | Institutional Lead Plaintiff |
|---|---|---|---|---|---|
| 14 | IPO Securities Litigation | $ 586,000,000 | 2009 | Yes | ▪ Collegeware USA<br>▪ Globe Corp. |
| 15 | HealthSouth Corp. | $ 554,000,000 | 2009 | Yes | ▪ Central States, Southeast and Southwest Area Pension Fund<br>▪ Educational Retirement Board of New Mexico<br>▪ New Mexico State Investment Council<br>▪ Retirement Systems of Alabama<br>▪ Michigan Retirement Systems |
| 16 | BankAmerica Corp. | $ 490,000,000 | 2004 | No | - |
| 17 | Merrill Lynch & Co., Inc. | $ 475,000,000 | 2009 | Yes | ▪ State Teachers Retirement System of Ohio |
| 18 | Dynegy, Inc. | $ 474,050,000 | 2005 | Yes | ▪ Regents of the University of California |
| 19 | Adelphia Communications Corp. | $ 460,000,000 | 2006 | Yes | ▪ Eminence Capital, LLC<br>▪ Argent Classic Convertible Arbitrage Fund L.P.<br>▪ Argent Classic Convertible Arbitrage Fund (Bermuda) L.P.<br>▪ Argent Lowlev Convertible Arbitrage Fund Ltd.<br>▪ UBS O'Connor LLC f/b/o UBS Global Equity Arbitrage Master Ltd.<br>▪ UBS O'Connor LLC f/b/o UBS Global Convertible Portfolio |
| 19 | Raytheon Company | $ 460,000,000 | 2004 | Yes | ▪ New York State Common Retirement Fund |
| 21 | Waste Management Inc. II | $ 457,000,000 | 2003 | Yes | ▪ Connecticut Retirement Plans and Trust Funds |
| 22 | Global Crossing, Ltd. | $ 447,800,000 | 2007 | Yes | ▪ Ohio Public Employees Retirement System<br>▪ State Teachers Retirement System of Ohio |
| 23 | Qwest Communications International, Inc. | $ 445,000,000 | 2009 | Yes | ▪ New England Healthcare Employees Pension Fund |
| 24 | Federal Home Loan Mortgage Corp. (Freddie Mac) | $ 410,000,000 | 2006 | Yes | ▪ Ohio Public Employees Retirement System<br>▪ State Teachers Retirement System of Ohio |
| 25 | Marsh & McLennan Companies, Inc. | $ 400,000,000 | 2009 | Yes | ▪ Department of the Treasury of the State of New Jersey and its Division of Investment<br>▪ Ohio Bureau of Workers' Compensation<br>▪ Public Employees' Retirement System of Ohio<br>▪ State Teachers Retirement System of Ohio |
| 26 | Cendant Corp. (PRIDES) | $ 374,000,000 | 2006 | Yes | ▪ Welch & Forbes, Inc. |



| Rank | Case Name | Total Settlement Amount | Settlement Year | Institutional Plaintiff | Institutional Lead Plaintiff |
|------|-----------|-------------------------|-----------------|-------------------------|------------------------------|
| 27 | Delphi Corp. | $ 322,350,000 | 2008 | Yes | ▪ Mississippi Public Employees' Retirement System<br>▪ Raiffeisen Kapitalanlage- Gesellschaft<br>▪ Stichting Pensioenfonds ABP<br>▪ Teachers' Retirement System of Oklahoma |
| 28 | Rite Aid Corp. | $ 319,580,000 | 2003 | No | - |
| 29 | Williams Companies, Inc. | $ 311,000,000 | 2007 | Yes | ▪ Arkansas Teacher Retirement System<br>▪ Ontario Teachers' Pension Plan Board |
| 30 | General Motors Corp. | $ 303,000,000 | 2009 | Yes | ▪ Deka International S.A. Luxembourg<br>▪ Deka Investment GMBH |
| 31 | Bristol-Myers Squibb Co. | $ 300,000,000 | 2004 | Yes | ▪ Louisiana State Employees Retirement System<br>▪ Fresno County Employees' Retirement Assoc.<br>▪ Teachers' Retirement System of Louisiana<br>▪ General Retirement System of the City of Detroit |
| 31 | DaimlerChrysler AG | $ 300,000,000 | 2003 | Yes | ▪ Florida State Board of Administration<br>▪ Policemen's Annuity & Benefit Fund of Chicago<br>▪ Municipal Employees' Annuity & Benefit Fund of Chicago<br>▪ Denver Employees' Retirement Plan |
| 31 | Oxford Health Plans, Inc. | $ 300,000,000 | 2003 | Yes | ▪ Colorado Public Employees' Retirement Association<br>▪ PBHG Funds, Inc. |
| 34 | El Paso Corp. | $ 285,000,000 | 2007 | Yes | ▪ Jacksonville Police & Fire Pension Fund<br>▪ Oklahoma Firefighters Pension and Retirement System |
| 35 | Tenet Healthcare Corp. | $ 281,500,000 | 2008 | Yes | ▪ Department of the Treasury of the State of New Jersey and its Division of Investment |
| 36 | 3Com Corp. | $ 259,000,000 | 2001 | Yes | ▪ Louisiana School Employees' Retirement System<br>▪ Louisiana Municipal Police Employees' Retirement System |
| 37 | Waste Management Inc. I | $ 220,000,000 | 1999 | Yes | ▪ Jackson Grosvenor, Ltd.<br>▪ Innovative Technologies Corp.<br>▪ RML Limited Group |
| 38 | Sears, Roebuck & Co. | $ 215,000,000 | 2006 | Yes | ▪ Department of the Treasury of the State of New Jersey and its Division of Investment |
| 39 | The Mills Corp. | $ 202,750,000 | 2009 | Yes | ▪ Iowa Public Employees' Retirement System<br>▪ Public Employees' Retirement System of Mississippi |

Securities Class Action Services


RiskMetrics Group

| Rank | Case Name | Total Settlement Amount | Settlement Year | Institutional Plaintiff | Institutional Lead Plaintiff |
|---|---|---|---|---|---|
| 40 | CMS Energy Corp. | $ 200,000,000 | 2007 | Yes | ▪ Andover Brokerage, LLC |
| 41 | Safety-Kleen Corp. (Bondholders) | $ 197,622,944 | 2006 | Yes | ▪ American High-Income Trust<br>▪ State Street Research Income Trust |
| 42 | MicroStrategy, Inc. | $ 192,500,000 | 2001 | Yes | ▪ Local 144 Nursing Home Pension Fund |
| 43 | Motorola, Inc. | $ 190,000,000 | 2007 | Yes | ▪ Department of the Treasury of the State of New Jersey and its Division of Investment |
| 44 | Bristol-Myers Squibb Co. | $ 185,000,000 | 2006 | Yes | ▪ Long View Collective Investment Fund of the Amalgamated Bank |
| 45 | Schering-Plough Corp. | $ 165,000,000 | 2009 | Yes | ▪ Florida State Board of Administration |
| 46 | Dollar General Corp. | $ 162,000,000 | 2002 | Yes | ▪ Teachers' Retirement System of Louisiana<br>▪ Florida State Board of Administration |
| 47 | Brocade Communications Systems, Inc. | $ 160,098,500 | 2009 | Yes | ▪ Arkansas Public Employees Retirement System |
| 48 | Bennett Funding Group, Inc. | $ 152,635,000 | 2003 | No | - |
| 49 | Merrill Lynch & Co., Inc. (Bonds or Preferred Shares Offerings) | $ 150,000,000 | 2009 | Yes | ▪ Louisiana Municipal Police Employees' Retirement System<br>▪ Louisiana Sheriffs' Pension and Relief Fund |
| 49 | AT&T Wireless Tracking Stock | $ 150,000,000 | 2006 | Yes | ▪ Soft Drink and Brewery Workers Union Local 812 Retirement Fund |
| 49 | Broadcom Corp. | $ 150,000,000 | 2005 | Yes | ▪ Minnesota State Board of Investment |
| 52 | TXU Corp. | $ 149,750,000 | 2005 | Yes | ▪ Plumbers & Pipefitters National Pension Fund |
| 53 | Sumitomo (Copper Trading) Corp. | $ 149,250,000 | 2001 | No | - |
| 54 | Charter Communications, Inc. | $ 146,250,000 | 2005 | Yes | ▪ Stoneridge Investment Partners |
| 55 | Sunbeam Corp. | $ 140,995,187 | 2002 | Yes | ▪ CWA/ITU Negotiated Pension Plan<br>▪ Generic Trading Associates, LLC<br>▪ Smith Asset Management |
| 56 | Refco, Inc. | $ 140,000,000 | 2007 | Yes | ▪ Pacific Investment Management Company LLC<br>▪ RH Capital Associates LLC |
| 57 | Biovail Corp. | $ 138,000,000 | 2008 | Yes | ▪ Local 282 Welfare Trust Fund<br>▪ Ontario Teachers' Pension Plan Board |



| Rank | Case Name | Total Settlement Amount | Settlement Year | Institutional Plaintiff | Institutional Lead Plaintiff |
|---|---|---|---|---|---|
| 58 | The Coca-Cola Company | $ 137,500,000 | 2008 | Yes | ▪ 1199 SEIU Greater New York Pension Fund (f/k/a Local 144 Nursing Home Pension Fund) ▪ Carpenters Health & Welfare Fund of Philadelphia & Vicinity |
| 58 | Electronic Data Systems Corp. | $ 137,500,000 | 2006 | Yes | ▪ Department of the Treasury of the State of New Jersey and its Division of Investment |
| 60 | Informix Corp. | $ 136,500,000 | 1999 | Yes | ▪ Gateway Partner LLC |
| 61 | Computer Associates International, Inc. | $ 133,551,000 | 2003 | Yes | ▪ Employers-Teamsters Local 175 & 505 Pension Trust Fund Plan ▪ Local 144 Nursing Home Pension Fund |
| 62 | Doral Financial Corp. | $ 130,000,000 | 2007 | Yes | ▪ West Virginia Investment Management Board |
| 63 | Edward D. Jones & Co., L.P. | $ 127,500,000 | 2007 | No | - |
| 64 | Bristol-Myers Squibb Co. | $ 125,000,000 | 2009 | Yes | ▪ Ontario Teachers' Pension Plan Board |
| 65 | Mattel, Inc. | $ 122,000,000 | 2003 | Yes | ▪ Birmingham Retirement & Relief Fund |
| 66 | Lernout & Hauspie Speech Products N.V. | $ 120,520,000 | 2005 | No | - |
| 67 | Bank One Corp. (First Chicago NBD) | $ 120,000,000 | 2005 | No | - |
| 67 | Deutsche Telekom AG | $ 120,000,000 | 2005 | No | - |
| 67 | Conseco, Inc. | $ 120,000,000 | 2002 | Yes | ▪ Anchorage Police & Fire Retirement System ▪ Louisiana State Firefighters' Retirement System |
| 70 | Peregrine Systems, Inc. | $ 117,567,922 | 2009 | No | - |
| 71 | Mercury Interactive Corp. | $ 117,500,000 | 2008 | Yes | ▪ City of Sterling Heights General Employees Retirement System ▪ City of Dearborn Heights Police and Fire Retirement System ▪ Steamship Trade Association/International Longshoremen's Association Pension Fund ▪ Charter Township of Clinton Police & Fire Pension System |
| 72 | The Interpublic Group of Companies, Inc. | $ 115,000,000 | 2004 | Yes | ▪ Private Asset Management |
| 73 | Ikon Office Solutions, Inc. | $ 111,380,000 | 2000 | Yes | ▪ Philadelphia Board of Pensions & Retirement |
| 74 | CVS Corp. | $ 110,000,000 | 2005 | Yes | ▪ Plumbers & Pipefitters National Pension Fund |
| 74 | DPL Inc. (Federal Class Settlement) | $ 110,000,000 | 2003 | Yes | ▪ The Buckeye Electric Company Retirement Plan ▪ Pipefitters Local 522 & 633 Pension Trust Fund |
| 76 | Homestore.com, Inc. | $ 107,421,216 | 2009 | Yes | ▪ California State Teachers' Retirement System |

Securities Class Action Services



| Rank | Case Name | Total Settlement Amount | Settlement Year | Institutional Plaintiff | Institutional Lead Plaintiff |
|---|---|---|---|---|---|
| 77 | Prison Realty Trust Inc. | $ 104,129,480 | 2001 | No | - |
| 78 | Symbol Technologies, Inc. | $ 102,000,000 | 2004 | Yes | ▪ Louisiana Sheriffs' Pension and Relief Fund<br>▪ Louisiana Municipal Police Employees' Retirement System<br>▪ City of Miami General Employees' & Sanitation Employees Ret. Trust |
| 79 | American Express Financial Advisors | $ 100,000,000 | 2007 | No | - |
| 79 | AT&T Corp. | $ 100,000,000 | 2005 | Yes | ▪ New Hampshire Retirement System |
| 79 | Honeywell International, Inc. | $ 100,000,000 | 2004 | Yes | ▪ Local 144 Nursing Home Pension Fund<br>▪ City of Monroe Employees' Retirement System<br>▪ Jefferson State Bank |
| 82 | Cisco Systems, Inc. | $ 99,250,000 | 2006 | Yes | ▪ Carpenters Pension Fund of Illinois<br>▪ Central States, Southeast and Southwest Areas Pension Fund<br>▪ Plumbers & Pipefitters National Pension Fund |
| 83 | Fleming Companies, Inc. | $ 93,950,000 | 2005 | Yes | ▪ Jackson Capital Management, LLC |
| 84 | CIGNA Corp. | $ 93,000,000 | 2007 | Yes | ▪ Pennsylvania State Employees' Retirement System |
| 85 | Gemstar-TV Guide International, Inc. | $ 92,500,000 | 2005 | Yes | ▪ Teachers' Retirement System of Louisiana<br>▪ General Retirement System of the City of Detroit |
| 86 | Boeing Co. | $ 92,500,000 | 2002 | No | - |
| 87 | OM Group, Inc. | $ 92,400,000 | 2005 | Yes | ▪ Policemen & Firemen Retirement System of the City of Detroit |
| 88 | New York Life Insurance Co. | $ 90,000,000 | 1996 | No | - |
| 89 | Royal Dutch Petroleum Company/The Shell Transport and Trading Company PLC | $ 89,508,000 | 2008 | Yes | ▪ Pennsylvania State Employees' Retirement System<br>▪ Pennsylvania Public School Employees' Retirement System |
| 90 | i2 Technologies, Inc. | $ 87,750,000 | 2005 | Yes | ▪ Kansas Public Employees' Retirement System |
| 91 | Legato Systems Inc. | $ 85,000,000 | 2002 | Yes | ▪ Policemen and Fireman Retirement System of the City of Detroit |
| 92 | FirstEnergy Corp. | $ 84,900,000 | 2004 | Yes | ▪ Central Laborers' Pension Fund<br>▪ City of Sterling Heights General Employees Retirement System |
| 93 | Converium Holding AG | $ 84,600,000 | 2008 | Yes | ▪ Mississippi Public Employees' Retirement System<br>▪ Avalon Holdings, Inc. |



| Rank | Case Name | Total Settlement Amount | Settlement Year | Institutional Plaintiff | Institutional Lead Plaintiff |
|---|---|---|---|---|---|
| 94 | Real Estate Associates Limited Partnership | $ 83,000,000 | 2003 | No | - |
| 95 | Aetna Inc. | $ 82,500,000 | 2000 | Yes | ▪ Rainbow Fund Inc. |
| 96 | Hanover Compressor Co. | $ 82,000,000 | 2007 | Yes | ▪ Pirelli Armstrong Tire Corporation Retiree  Medical Benefits Trust<br>▪ Plumbers & Steamfitters Local 137 Pension Fund<br>▪ Specialists DPM<br>▪ 720 Capital Management LLC |
| 97 | Priceline.com, Inc. | $ 80,000,000 | 2007 | Yes | ▪ Leisinger Pension Fund<br>▪ Amerindo Investment Advisors, Inc. |
| 97 | Xcel Energy, Inc. | $ 80,000,000 | 2005 | Yes | ▪ Chips Investments Limited Partnership<br>▪ Lloyd & Barbara Amundson Charity Foundation<br>▪ Lake Benton Bancorporation, Inc.<br>▪ L.A. Amundson Scholarships, Inc. |
| 99 | Vesta Insurance Group, Inc. | $ 79,950,000 | 2008 | Yes | ▪ Pointers, Cleaners & Caulkers Local 1 Pension Fund<br>▪ Florida State Board of Administration |
| 100 | Philip Services Corp. | $ 79,750,000 | 2007 | No | - |

Securities Class Action Services



# Lead Counsel Participation



| | Barrack Rodos & Bacine | Coughlin Stoia Geller Rudman & Robbins** | Bernstein Litow itz Berger & Grossmann | Milberg* |
|---|---|---|---|---|
| # of Cases | 10 | 14 | 26 | 29 |

* Includes 16 cases settled by Milberg Weiss Bershad Hynes & Lerach, 6 cases settled by Milberg Weiss Bershad & Schulman, 3 cases settled by Milberg Weiss & Bershad, 1 case settled by Milberg Weiss, and 3 cases settled by Milberg

** Includes 1 case settled by Lerach Coughlin Stoia & Robbins, 9 cases settled by Lerach Coughlin Stoia Geller Rudman & Robbins, and 4 cases settled by Coughlin Stoia Geller Rudman & Robbins


**RiskMetrics** Group

# Lead Counsel Participation

Most Frequent Lead/Co-Lead Counsel in Top 100 Settlements

| | Case Name | Total Settlement Amount | Settlement Year | Lead Counsel |
|---|---|---|---|---|
| 1 | Enron Corp. | $ 7,230,500,000 | 2007 | ▪ Lerach Coughlin Stoia Geller Rudman & Robbins |
| 2 | WorldCom, Inc. | $ 6,156,100,670 | 2005 | ▪ Barrack Rodos & Bacine<br>▪ Bernstein Litowitz Berger & Grossmann |
| 3 | Cendant Corp. | $ 3,318,250,000 | 2000 | ▪ Barrack Rodos & Bacine<br>▪ Bernstein Litowitz Berger & Grossmann |
| 4 | Tyco International, Ltd. | $ 3,200,000,000 | 2007 | ▪ Grant & Eisenhofer<br>▪ Schiffrin Barroway Topaz & Kessler<br>▪ Milberg Weiss |
| 5 | AOL Time Warner, Inc. | $ 2,500,000,000 | 2006 | ▪ Heins Mills & Olson |
| 6 | Nortel Networks Corp. I | $ 1,142,775,308 | 2006 | ▪ Milberg Weiss Bershad & Schulman |
| 7 | Royal Ahold, N.V. | $ 1,100,000,000 | 2006 | ▪ Entwistle & Cappucci |
| 8 | Nortel Networks Corp. II | $ 1,074,265,298 | 2006 | ▪ Bernstein Litowitz Berger & Grossmann |
| 9 | McKesson HBOC Inc. | $ 1,042,500,000 | 2008 | ▪ Barrack Rodos & Bacine<br>▪ Bernstein Litowitz Berger & Grossmann |
| 10 | UnitedHealth Group, Inc. | $ 925,500,000 | | ▪ Coughlin Stoia Geller Rudman & Robbins |
| 11 | Xerox Corp. | $ 750,000,000 | 2009 | ▪ Berman DeValerio Pease Tabacco Burt & Pucillo<br>▪ Johnson & Perkinson<br>▪ Milberg |
| 12 | Lucent Technologies, Inc. | $ 667,000,000 | 2003 | ▪ Bernstein Litowitz Berger & Grossmann<br>▪ Milberg Weiss Bershad Hynes & Lerach |
| 13 | Cardinal Health, Inc. | $ 600,000,000 | 2007 | ▪ Lerach Coughlin Stoia Geller Rudman & Robbins |
| 14 | IPO Securities Litigation | $ 586,000,000 | 2009 | ▪ Barroway Topaz Kessler Meltzer & Check<br>▪ Bernstein Liebhard<br>▪ Howard B. Sirota, Esq<br>▪ Milberg<br>▪ Stull Stull & Brody<br>▪ Wolf Haldenstein Adler Freeman & Herz |
| 15 | HealthSouth Corp. | $ 554,000,000 | 2007 | ▪ Bernstein Litowitz Berger & Grossmann<br>▪ Coughlin Stoia Geller Rudman & Robbins<br>▪ Cunningham, Bounds, Crowder, Brown & Breedlove<br>▪ Labaton Sucharow |

Securities Class Action Services



| | Case Name | Total Settlement Amount | Settlement Year | Lead Counsel |
|---|---|---|---|---|
| 16 | BankAmerica Corp. | $ 490,000,000 | 2004 | ▪ Abbey Gardy<br>▪ Chitwood & Harley<br>▪ Green Schaaf & Jacobson<br>▪ Stull Stull & Brody |
| 17 | Merrill Lynch & Co., Inc. | $ 475,000,000 | 2009 | ▪ Barrack, Rodos & Bacine<br>▪ Berger & Montague<br>▪ Kaplan Fox & Kilsheimer |
| 18 | Dynegy, Inc. | $ 474,050,000 | 2005 | ▪ Lerach Coughlin Stoia Geller Rudman & Robbins |
| 19 | Adelphia Communications Corp. | $ 460,000,000 | 2006 | ▪ Abbey Spanier Rodd Abrams & Paradis<br>▪ Kirby McInerney & Squire |
| 19 | Raytheon Company | $ 460,000,000 | 2004 | ▪ Milberg Weiss Bershad & Schulman |
| 21 | Waste Management Inc. II | $ 457,000,000 | 2003 | ▪ Goodkind Labaton Rudoff & Sucharow |
| 22 | Global Crossing, Ltd. | $ 447,800,000 | 2007 | ▪ Grant & Eisenhofer |
| 23 | Qwest Communications International, Inc. | $ 445,000,000 | 2009 | ▪ Coughlin Stoia Geller Rudman & Robbins |
| 24 | Federal Home Loan Mortgage Corp. (Freddie Mac) | $ 410,000,000 | 2006 | ▪ Barrett & Weber<br>▪ Bernstein Litowitz Berger & Grossmann<br>▪ Waite Schneider Bayless & Chesley |
| 25 | Marsh & McLennan Companies, Inc. | $ 400,000,000 | Yes | ▪ Bernstein Liebhard<br>▪ Grant & Eisenhofer |
| 26 | Cendant Corp. (PRIDES) | $ 374,000,000 | 2006 | ▪ Kirby McInerney & Squire |
| 27 | Delphi Corp. | $ 322,350,000 | 2008 | ▪ Bernstein Litowitz Berger & Grossmann<br>▪ Grant & Eisenhofer<br>▪ Nix, Patterson, & Roach<br>▪ Schiffrin Barroway Topaz & Kessler |
| 28 | Rite Aid Corp. | $ 319,580,000 | 2003 | ▪ Berger & Montague<br>▪ Milberg Weiss Bershad Hynes & Lerach |
| 29 | Williams Companies, Inc. | $ 311,000,000 | 2007 | ▪ Bernstein Litowitz Berger & Grossmann |
| 30 | General Motors Corp. | $ 303,000,000 | 2009 | ▪ Grant & Eisenhofer<br>▪ Labaton Sucharow |
| 31 | Bristol-Myers Squibb Co. | $ 300,000,000 | 2004 | ▪ Bernstein Litowitz Berger & Grossmann<br>▪ Berman DeValerio Pease Tabacco Burt & Pucillo |



| | Case Name | Total Settlement Amount | Settlement Year | Lead Counsel |
|---|---|---|---|---|
| 31 | DaimlerChrysler AG | $ 300,000,000 | 2003 | ▪ Bernstein Litowitz Berger & Grossmann<br>▪ Barrack Rodos & Bacine<br>▪ Entwistle & Cappucci<br>▪ Grant & Eisenhofer |
| 31 | Oxford Health Plans, Inc. | $ 300,000,000 | 2003 | ▪ Milberg Weiss Bershad Hynes & Lerach<br>▪ Grant & Eisenhofer<br>▪ Chitwood & Harley |
| 34 | El Paso Corp. | $ 285,000,000 | 2007 | ▪ Berman DeValerio Pease Tabacco Burt & Pucillo<br>▪ Bernstein Litowitz Berger & Grossmann<br>▪ Labaton Sucharow & Rudoff |
| 35 | Tenet Healthcare Corp. | $ 281,500,000 | 2008 | ▪ Lite DePalma Greenberg & Rivas<br>▪ Schiffrin Barroway Topaz & Kessler |
| 36 | 3Com Corp. | $ 259,000,000 | 2001 | ▪ Barrack Rodos & Bacine<br>▪ Bernstein Litowitz Berger & Grossmann<br>▪ Kaplan Kilsheimer & Fox<br>▪ Milberg Weiss Bershad Hynes & Lerach |
| 37 | Waste Management Inc. I | $ 220,000,000 | 1999 | ▪ Abbey Gardy & Squitieri<br>▪ Kirby McInerney & Squire<br>▪ Berger & Montague |
| 38 | Sears, Roebuck & Co. | $ 215,000,000 | 2006 | ▪ Milberg Weiss Bershad & Schulman |
| 39 | The Mills Corp. | $ 202,750,000 | 2009 | ▪ Barrack Rodos & Bacine<br>▪ Bernstein Litowitz Berger & Grossmann |
| 40 | CMS Energy Corp. | $ 200,000,000 | 2007 | ▪ Entwistle & Cappucci<br>▪ Milberg Weiss & Bershad |
| 41 | Safety-Kleen Corp. (Bondholders) | $ 197,622,944 | 2006 | ▪ Berger & Montague<br>▪ Pomerantz Haudek Block Grossman & Gross<br>▪ Wechsler Harwood |
| 42 | MicroStrategy, Inc. | $ 192,500,000 | 2001 | ▪ Wolf Haldenstein Alder Freeman & Herz<br>▪ Milberg Weiss Bershad Hynes & Lerach |
| 43 | Motorola, Inc. | $ 190,000,000 | 2007 | ▪ Lite DePalma Greenberg & Rivas<br>▪ Wolf Popper |
| 44 | Bristol-Myers Squibb Co. | $ 185,000,000 | 2006 | ▪ Labaton Sucharow & Rudoff |

Securities Class Action Services



| | Case Name | Total Settlement Amount | Settlement Year | Lead Counsel |
|---|---|---|---|---|
| 45 | Schering-Plough Corp. | $ 165,000,000 | 2009 | ▪ Barrack Rodos & Bacine |
| 46 | Dollar General Corp. | $ 162,000,000 | 2002 | ▪ Milberg Weiss Bershad Hynes & Lerach<br>▪ Entwistle & Cappucci<br>▪ Grant & Eisenhofer |
| 47 | Brocade Communications Systems, Inc. | $ 160,098,500 | 2009 | ▪ Nix, Patterson, & Roach<br>▪ Patton Roberts |
| 48 | Bennett Funding Group, Inc. | $ 152,635,000 | 2003 | ▪ Kirby McInerney & Squire<br>▪ Bernstein Litowitz Berger & Grossmann |
| 49 | Merrill Lynch & Co., Inc. (Bonds or Preferred Shares Offerings) | $ 150,000,000 | 2009 | ▪ Bernstein Litowitz Berger & Grossmann |
| 49 | AT&T Wireless Tracking Stock | $ 150,000,000 | 2006 | ▪ Kirby McInerney & Squire |
| 49 | Broadcom Corp. | $ 150,000,000 | 2005 | ▪ Heins Mills & Olson |
| 52 | TXU Corp. | $ 149,750,000 | 2005 | ▪ Lerach Coughlin Stoia Geller Rudman & Robbins<br>▪ Provost & Umphrey Law Firm |
| 53 | Sumitomo (Copper Trading) Corp. | $ 149,250,000 | 2001 | ▪ Lovell Stewart Halebien |
| 54 | Charter Communications, Inc. | $ 146,250,000 | 2005 | ▪ Pomerantz Haudek Block Grossman & Gross |
| 55 | Sunbeam Corp. | $ 140,995,187 | 2002 | ▪ Milberg Weiss Bershad Hynes & Lerach<br>▪ Barrack Rodos & Bacine<br>▪ Berger & Montague<br>▪ Wolf Popper |
| 56 | Refco, Inc. | $ 140,000,000 | 2007 | ▪ Bernstein Litowitz Berger & Grossmann<br>▪ Grant & Eisenhofer |
| 57 | Biovail Corp. | $ 138,000,000 | 2008 | ▪ Bernstein Litowitz Berger & Grossmann<br>▪ Milberg |
| 58 | The Coca-Cola Company | $ 137,500,000 | 2008 | ▪ Coughlin Stoia Geller Rudman & Robbins<br>▪ Chitwood Harley Harnes |
| 58 | Electronic Data Systems Corp. | $ 137,500,000 | 2006 | ▪ Bernstein Litowitz Berger & Grossmann<br>▪ Lowenstein Sandler |
| 60 | Informix Corp. | $ 136,500,000 | 1999 | ▪ Barrack Rodos & Bacine<br>▪ Milberg Weiss Bershad Hynes & Lerach<br>▪ Kaplan Kilsheimer & Fox |
| 61 | Computer Associates International, Inc. | $ 133,551,000 | 2003 | ▪ Milberg Weiss Bershad Hynes & Lerach<br>▪ Schiffrin & Barroway<br>▪ Stull Stull & Brody |



**RiskMetrics Group**

Securities Class Action Services

| | Case Name | Total Settlement Amount | Settlement Year | Lead Counsel |
|---|---|---|---|---|
| 62 | Doral Financial Corp. | $ 130,000,000 | 2007 | ▪ Lerach Coughlin Stoia Geller Rudman & Robbins |
| 62 | Edward D. Jones & Co., L.P. | $ 127,500,000 | 2007 | ▪ Stull Stull & Brody<br>▪ Weiss & Lurie<br>▪ Milberg Weiss & Bershad<br>▪ Hulett Harper Stewart<br>▪ Goodin MacBride Squeri Ritchie & Day<br>▪ Blitz Bardgett & Deutsch<br>▪ Stanley, Mandel & Iola |
| 64 | Bristol-Myers Squibb Co. | $ 125,000,000 | 2009 | ▪ Bernstein Litowitz Berger & Grossmann |
| 65 | Mattel, Inc. | $ 122,000,000 | 2003 | ▪ Milberg Weiss Bershad Hynes & Lerach<br>▪ Wolf Popper |
| 66 | Lernout & Hauspie Speech Products N.V. | $ 120,520,000 | 2005 | ▪ Berman DeValerio Pease Tabacco Burt & Pucillo<br>▪ Cauley Bowman Carney & Williams<br>▪ Shalov Stone & Bonner |
| 67 | Bank One Corp. (First Chicago NBD) | $ 120,000,000 | 2005 | ▪ Sussman Watkins & Wylie |
| 67 | Deutsche Telekom AG | $ 120,000,000 | 2005 | ▪ Milberg Weiss Bershad & Schulman<br>▪ Bernstein Liebhard & Lifshitz |
| 67 | Conseco, Inc. | $ 120,000,000 | 2002 | ▪ Bernstein Litowitz Berger & Grossmann |
| 70 | Peregrine Systems, Inc. | $ 117,567,922 | 2009 | ▪ Abraham, Fruchter & Twersky<br>▪ Gold Bennett Cera & Sidener<br>▪ Stull Stull & Brody |
| 71 | Mercury Interactive Corp. | $ 117,500,000 | 2008 | ▪ Glancy Binkow & Goldberg<br>▪ Labaton Sucharow |
| 72 | The Interpublic Group of Companies, Inc. | $ 115,000,000 | 2004 | ▪ Schiffrin & Barroway |
| 73 | Ikon Office Solutions, Inc. | $ 111,380,000 | 2000 | ▪ Milberg Weiss Bershad Hynes & Lerach<br>▪ Berger & Montague<br>▪ Keller Rohrback |
| 74 | CVS Corp. | $ 110,000,000 | 2005 | ▪ Milberg Weiss Bershad & Schulman<br>▪ Schiffrin & Barroway |
| 74 | DPL Inc. (Federal Class Settlement) | $ 110,000,000 | 2003 | ▪ Milberg Weiss Bershad Hynes & Lerach<br>▪ Waite Schneider Bayless & Chesley |

Securities Class Action Services



| | Case Name | Total Settlement Amount | Settlement Year | Lead Counsel |
|---|---|---|---|---|
| 76 | Homestore.com, Inc. | $ 107,421,216 | 2009 | ▪ Cotchett, Pitre & McCarthy |
| 77 | Prison Realty Trust Inc. | $ 104,129,480 | 2001 | ▪ Milberg Weiss Bershad Hynes & Lerach<br>▪ Berman DeValerio & Pease<br>▪ Cauley Geller<br>▪ Girard & Green |
| 78 | Symbol Technologies, Inc. | $ 102,000,000 | 2004 | ▪ Bernstein Litowitz Berger & Grossmann<br>▪ Berman DeValerio Pease Tabacco Burt & Pucillo |
| 79 | American Express Financial Advisors | $ 100,000,000 | 2007 | ▪ Stull Stull & Brody<br>▪ Milberg Weiss & Bershad<br>▪ Girard Gibbs |
| 79 | AT&T Corp. | $ 100,000,000 | 2005 | ▪ Lerach Coughlin Stoia Geller Rudman & Robbins |
| 79 | Honeywell International, Inc. | $ 100,000,000 | 2004 | ▪ Lerach Coughlin Stoia & Robbins |
| 82 | Cisco Systems, Inc. | $ 99,250,000 | 2006 | ▪ Lerach Coughlin Stoia Geller Rudman & Robbins<br>▪ Levin Papantonio Thomas Mitchell Echsner & Proctor |
| 83 | Fleming Companies, Inc. | $ 93,950,000 | 2005 | ▪ Berger & Montague<br>▪ Susman Godfrey |
| 84 | CIGNA Corp. | $ 93,000,000 | 2007 | ▪ Berger & Montague<br>▪ Bernstein Liebhard & Lifshitz |
| 85 | Gemstar-TV Guide International, Inc. | $ 92,500,000 | 2005 | ▪ Bernstein Litowitz Berger & Grossmann |
| 85 | Boeing Co. | $ 92,500,000 | 2002 | ▪ Milberg Weiss Bershad Hynes & Lerach<br>▪ Hagens & Berman |
| 87 | OM Group, Inc. | $ 92,400,000 | 2005 | ▪ Bernstein Litowitz Berger & Grossmann<br>▪ Climaco, Lefkowitz, Peca, Wilcox & Garofoli LPA |
| 88 | New York Life Insurance Co. | $ 90,000,000 | 1996 | ▪ Hanzman Criden |
| 89 | Royal Dutch Petroleum Company/The Shell Transport and Trading Company PLC | $ 89,508,000 | 2008 | ▪ Bernstein Liebhard & Lifshitz |
| 90 | i2 Technologies, Inc. | $ 87,750,000 | 2005 | ▪ Milberg Weiss Bershad & Schulman<br>▪ Johnson & Perkinson<br>▪ Girard Gibbs De Bartolomeo |
| 91 | Legato Systems Inc. | $ 85,000,000 | 2002 | ▪ Bernstein Litowitz Berger & Grossmann |



| | Case Name | Total Settlement Amount | Settlement Year | Lead Counsel |
|---|---|---|---|---|
| 92 | FirstEnergy Corp. | $ 84,900,000 | 2004 | ▪ Lerach Coughlin Stoia Geller Rudman & Robbins |
| 93 | Converium Holding AG | $ 84,600,000 | 2008 | ▪ Bernstein Litowitz Berger & Grossmann<br>▪ Cohen Milstein Hausfeld & Toll<br>▪ Spector Roseman & Kodroff |
| 94 | Real Estate Associates Limited Partnership | $ 83,000,000 | 2003 | ▪ Goodkind Labaton Rudoff & Sucharow<br>▪ Chimicles & Tikellis |
| 95 | Aetna Inc. | $ 82,500,000 | 2000 | ▪ Milberg Weiss Bershad Hynes & Lerach<br>▪ Savett Frutkin Podell & Ryan<br>▪ Law Offices of Bernard M. Gross |
| 96 | Hanover Compressor Co. | $ 82,000,000 | 2007 | ▪ Lerach Coughlin Stoia Geller Rudman & Robbins |
| 97 | Priceline.com, Inc. | $ 80,000,000 | 2007 | ▪ Johnson & Perkinson<br>▪ Scott & Scott<br>▪ Stull Stull & Brody |
| 97 | Xcel Energy, Inc. | $ 80,000,000 | 2005 | ▪ Berger & Montague<br>▪ Chestnut & Cambronne |
| 99 | Vesta Insurance Group, Inc. | $ 79,950,000 | 2008 | ▪ Milberg Weiss Bershad Hynes & Lerach<br>▪ Labaton Sucharow |
| 100 | Philip Services Corp. | $ 79,750,000 | 2007 | ▪ Lowey Dannenberg Bemporad & Selinger<br>▪ Berman DeValerio Pease Tabacco Burt & Pucillo |

Securities Class Action Services



# Claims Administration



| | Analytics Inc. | Complete Claims Solutions | Rust Consulting | Heffler Radetich & Saitta LLP | Gilardi & Co. LLC | Garden City Group |
|---|---|---|---|---|---|---|
| ■ # of Cases | 4 | 4 | 4 | 9 | 27 | 32 |



# Claims Administration

Most Frequent Claims Administrators in Top 100 Settlements

| RANK | Case Name | Total Settlement Amount | Settlement Year | Claims Administrator |
|---|---|---|---|---|
| 1 | Enron Corp. | $ 7,230,500,000 | 2007 | Gilardi & Co. LLC |
| 2 | WorldCom, Inc. | $ 6,156,100,670 | 2005 | Garden City Group |
| 3 | Cendant Corp. | $ 3,318,250,000 | 2000 | Heffler Radetich & Saitta LLP |
| 4 | Tyco International, Ltd. | $ 3,200,000,000 | 2007 | Garden City Group |
| 5 | AOL Time Warner, Inc. | $ 2,500,000,000 | 2006 | Gilardi & Co. LLC |
| 6 | Nortel Networks Corp. I | $ 1,142,775,308 | 2006 | Garden City Group |
| 7 | Royal Ahold, N.V. | $ 1,100,000,000 | 2006 | Garden City Group |
| 8 | Nortel Networks Corp. II | $ 1,074,265,298 | 2006 | Garden City Group |
| 9 | McKesson HBOC Inc. | $ 1,042,500,000 | 2008 | Analytics Inc. |
| 10 | UnitedHealth Group, Inc. | $ 925,500,000 | 2009 | Gilardi & Co. LLC |
| 11 | Xerox Corp. | $ 750,000,000 | 2009 | Gilardi & Co. LLC |
| 12 | Lucent Technologies, Inc. | $ 667,000,000 | 2003 | Garden City Group |
| 13 | Cardinal Health, Inc. | $ 600,000,000 | 2007 | Gilardi & Co. LLC |
| 14 | IPO Securities Litigation | $ 586,000,000 | 2009 | Garden City Group |
| 15 | HealthSouth Corp. | $ 554,000,000 | 2009 | Rust Consulting |
| 16 | BankAmerica Corp. | $ 490,000,000 | 2004 | Heffler Radetich & Saitta LLP |
| 17 | Merrill Lynch & Co., Inc. | $ 475,000,000 | 2009 | Rust Consulting |
| 18 | Dynegy, Inc. | $ 474,050,000 | 2005 | Gilardi & Co. LLC |
| 19 | Adelphia Communications Corp. | $ 460,000,000 | 2006 | Valley Forge Administrators |
| 19 | Raytheon Company | $ 460,000,000 | 2004 | Analytics Inc. |
| 21 | Waste Management Inc. II | $ 457,000,000 | 2003 | Heffler Radetich & Saitta LLP |
| 22 | Global Crossing, Ltd. | $ 447,800,000 | 2007 | Garden City Group |
| 23 | Qwest Communications International, Inc. | $ 445,000,000 | 2009 | Gilardi & Co. LLC |
| 24 | Federal Home Loan Mortgage Corp. (Freddie Mac) | $ 410,000,000 | 2006 | Garden City Group |
| 25 | Marsh & McLennan Companies, Inc. | $ 400,000,000 | 2009 | Rust Consulting |
| 26 | Cendant Corp. (PRIDES) | $ 374,000,000 | 2006 | Valley Forge Administrators |
| 27 | Delphi Corp. | $ 322,350,000 | 2008 | Garden City Group |
| 28 | Rite Aid Corp. | $ 319,580,000 | 2003 | Gilardi & Co. LLC |
| 29 | Williams Companies, Inc. | $ 311,000,000 | 2007 | Garden City Group |
| 30 | General Motors Corp. | $ 303,000,000 | 2009 | Epiq Systems, Inc. |
| 31 | Bristol-Myers Squibb Co. | $ 300,000,000 | 2004 | Garden City Group |
| 31 | DaimlerChrysler AG | $ 300,000,000 | 2003 | Garden City Group |
| 31 | Oxford Health Plans, Inc. | $ 300,000,000 | 2003 | Garden City Group |
| 34 | El Paso Corp. | $ 285,000,000 | 2007 | AB Data, Ltd. |
| 35 | Tenet Healthcare Corp. | $ 281,500,000 | 2008 | Garden City Group |
| 36 | 3Com Corp. | $ 259,000,000 | 2001 | Gilardi & Co. LLC |
| 37 | Waste Management Inc. I | $ 220,000,000 | 1999 | Heffler Radetich & Saitta LLP |
| 38 | Sears, Roebuck & Co. | $ 215,000,000 | 2006 | Garden City Group |
| 39 | The Mills Corp. | $ 202,750,000 | 2009 | Garden City Group |

Securities Class Action Services



RiskMetrics Group

| RANK | Case Name | Total Settlement Amount | Settlement Year | Claims Administrator |
|---|---|---|---|---|
| 40 | CMS Energy Corp. | $ 200,000,000 | 2007 | Garden City Group |
| 41 | Safety-Kleen Corp. (Bondholders) | $ 197,622,944 | 2006 | Heffler Radetich & Saitta LLP |
| 42 | MicroStrategy, Inc. | $ 192,500,000 | 2001 | Gilardi & Co. LLC |
| 43 | Motorola, Inc. | $ 190,000,000 | 2007 | Complete Claims Solutions |
| 44 | Bristol-Myers Squibb Co. | $ 185,000,000 | 2006 | Garden City Group |
| 45 | Schering-Plough Corp. | $ 165,000,000 | 2009 | Heffler Radetich & Saitta LLP |
| 46 | Dollar General Corp. | $ 162,000,000 | 2002 | Garden City Group |
| 47 | Brocade Communications Systems, Inc. | $ 160,098,500 | 2009 | Epiq Systems, Inc. |
| 48 | Bennett Funding Group, Inc. | $ 152,635,000 | 2003 | Garden City Group |
| 49 | Merrill Lynch & Co., Inc. (Bonds or Preferred Shares Offerings) | $ 150,000,000 | 2009 | Analytics Inc. |
| 49 | AT&T Wireless Tracking Stock | $ 150,000,000 | 2006 | Gilardi & Co. LLC |
| 49 | Broadcom Corp. | $ 150,000,000 | 2005 | Gilardi & Co. LLC |
| 52 | TXU Corp. | $ 149,750,000 | 2005 | Gilardi & Co. LLC |
| 53 | Sumitomo (Copper Trading) Corp. | $ 149,250,000 | 2001 | ACS Financial Securities Services |
| 54 | Charter Communications, Inc. | $ 146,250,000 | 2005 | Berdon LLP |
| 55 | Sunbeam Corp. | $ 140,995,187 | 2002 | ACS Financial Securities Services |
| 56 | Refco, Inc. | $ 140,000,000 | 2007 | Garden City Group |
| 57 | Biovail Corp. | $ 138,000,000 | 2008 | Complete Claims Solutions |
| 58 | The Coca-Cola Company | $ 137,500,000 | 2008 | Gilardi & Co. LLC |
| 59 | Electronic Data Systems Corp. | $ 137,500,000 | 2006 | Poorman-Douglas |
| 60 | Informix Corp. | $ 136,500,000 | 1999 | Heffler Radetich & Saitta LLP |
| 61 | Computer Associates International, Inc. | $ 133,551,000 | 2003 | Gilardi & Co. LLC |
| 62 | Doral Financial Corp. | $ 130,000,000 | 2007 | Gilardi & Co. LLC |
| 63 | Edward D. Jones & Co., L.P. | $ 127,500,000 | 2007 | Edward D. Jones & Co., L.P. |
| 64 | Bristol-Myers Squibb Co. | $ 125,000,000 | 2009 | Garden City Group |
| 65 | Mattel, Inc. | $ 122,000,000 | 2003 | Gilardi & Co. LLC |
| 66 | Lernout & Hauspie Speech Products N.V. | $ 120,520,000 | 2005 | AB Data, Ltd. |
| 67 | Bank One Corp. (First Chicago NBD) | $ 120,000,000 | 2005 | Strategic Claims Services |
| 67 | Deutsche Telekom AG | $ 120,000,000 | 2005 | Garden City Group |
| 67 | Conseco, Inc. | $ 120,000,000 | 2002 | Poorman-Douglas |
| 70 | Peregrine Systems, Inc. | $ 117,567,922 | 2009 | Gilardi & Co. LLC |
| 71 | Mercury Interactive Corp. | $ 117,500,000 | 2008 | Complete Claims Solutions |
| 72 | The Interpublic Group of Companies, Inc. | $ 115,000,000 | 2004 | Garden City Group |
| 73 | Ikon Office Solutions, Inc. | $ 111,380,000 | 2000 | Gilardi & Co. LLC |
| 74 | CVS Corp. | $ 110,000,000 | 2005 | Garden City Group |
| 74 | DPL Inc. (Federal Class Settlement) | $ 110,000,000 | 2003 | Fifth Third Bank |
| 76 | Homestore.com, Inc. | $ 107,421,216 | 2009 | Rust Consulting |
| 77 | Prison Realty Trust Inc. | $ 104,129,480 | 2001 | Gilardi & Co. LLC |
| 78 | Symbol Technologies, Inc. | $ 102,000,000 | 2004 | AB Data, Ltd. |
| 79 | American Express Financial Advisors | $ 100,000,000 | 2007 | Garden City Group |
| 79 | AT&T Corp. | $ 100,000,000 | 2005 | Gilardi & Co. LLC |
| 79 | Honeywell International, Inc. | $ 100,000,000 | 2004 | Gilardi & Co. LLC |
| 82 | Cisco Systems, Inc. | $ 99,250,000 | 2006 | Gilardi & Co. LLC |



| RANK | Case Name | Total Settlement Amount | Settlement Year | Claims Administrator |
|---|---|---|---|---|
| 83 | Fleming Companies, Inc. | $ 93,950,000 | 2005 | Heffler Radetich & Saitta LLP |
| 84 | CIGNA Corp. | $ 93,000,000 | 2007 | Heffler Radetich & Saitta LLP |
| 85 | Gemstar-TV Guide International, Inc. | $ 92,500,000 | 2005 | Garden City Group |
| 85 | Boeing Co. | $ 92,500,000 | 2002 | Gilardi & Co. LLC |
| 87 | OM Group, Inc. | $ 92,400,000 | 2005 | Garden City Group |
| 88 | New York Life Insurance Co. | $ 90,000,000 | 1996 | Hanzman Criden Korge & Chaykin |
| 89 | Royal Dutch Petroleum Company/The Shell Transport and Trading Company PLC | $ 89,508,000 | 2008 | RCB Fund Services LLC (Breedon Co.) |
| 90 | i2 Technologies, Inc. | $ 87,750,000 | 2005 | Gilardi & Co. LLC |
| 91 | Legato Systems Inc. | $ 85,000,000 | 2002 | Garden City Group |
| 92 | FirstEnergy Corp. | $ 84,900,000 | 2004 | Gilardi & Co. LLC |
| 93 | Converium Holding AG | $ 84,600,000 | 2008 | Garden City Group |
| 94 | Real Estate Associates Limited Partnership | $ 83,000,000 | 2003 | Complete Claims Solutions |
| 94 | Aetna Inc. | $ 82,500,000 | 2000 | Rudolph Palitz |
| 96 | Hanover Compressor Co. | $ 82,000,000 | 2007 | Gilardi & Co. LLC |
| 97 | Priceline.com, Inc. | $ 80,000,000 | 2007 | Strategic Claims Services |
| 97 | Xcel Energy, Inc. | $ 80,000,000 | 2005 | Analytics Inc. |
| 99 | Vesta Insurance Group, Inc. | $ 79,950,000 | 2008 | Garden City Group |
| 100 | Philip Services Corp. | $ 79,750,000 | 2007 | Berdon LLP |

Securities Class Action Services



## Top 30 SEC Disgorgements



www.riskmetrics.com



# Top 30 SEC Disgorgements

Cases Listed in Top 30 Disgorgements Categorized By Settlement Year

| RANK | Case Name | Total Settlement Amount | Settlement Year |
|---|---|---|---|
| 1 | American International Group, Inc. (SEC) | $ 800,000,000 | 2008 |
| 2 | WorldCom, Inc. (SEC) | $ 750,000,000 | 2003 |
| 3 | Adelphia Communications Corp. (SEC) (2002) | $ 715,000000 | 2009 |
| 4 | Enron Corp. (SEC) | $ 450,000,000 | 2008 |
| 5 | Banc of America Capital Management, LLC (SEC) | $ 375,000,000 | 2007 |
| 6 | Federal National Mortgage Association (Fannie Mae) (SEC) | $ 350,000,001 | 2007 |
| 7 | Invesco Funds (SEC) | $ 325,000,000 | 2008 |
| 8 | Time Warner, Inc. (SEC) | $ 308,000,000 | 2005 |
| 9 | Qwest Communications International Inc. (SEC Fair Fund) | $ 252,869,388 | 2006 |
| 10 | Alliance Capital Management L.P. (SEC) | $ 250,000,000 | 2008 |
| 10 | Bear Stearns (SEC) | $ 250,000,000 | 2008 |
| 10 | PBHG Mutual Funds (SEC) | $ 250,000,000 | 2004 |
| 13 | NYSE Specialist Firms (SEC) | $ 247,557,023 | 2004 |
| 14 | Massachusetts Financial Services Co. (SEC) | $ 225,629,143 | 2007 |
| 15 | Computer Associates International, Inc. (CRIMINAL) | $ 225,000,000 | 2005 |
| 16 | Millennium Partners, L.P. (SEC) | $ 180,575,005 | 2007 |
| 17 | SEC Analyst Suit 2 - Citigroup Global Markets f/k/a Salomon Smith Barney | $ 157,500,000 | 2005 |
| 18 | Putnam Investment Management, LLC (SEC) | $ 153,524,387 | 2007 |
| 19 | Bristol-Myers Squibb Company (SEC) | $ 150,000,001 | 2004 |
| 20 | AOL Time Warner, Inc. (DOJ) | $ 150,000,000 | 2006 |
| 21 | Columbia Funds (SEC) | $ 140,000,000 | 2007 |
| 22 | Royal Dutch Petroleum / Shell Transport (SEC) | $ 120,000000 | 2008 |
| 23 | Janus Capital Management LLC (SEC) | $ 100,000,000 | 2008 |
| 23 | HealthSouth Corp. (SEC) | $ 100,000,000 | 2007 |
| 23 | Capital Consultants, LLC (SEC) | $ 100,000,000 | 2002 |
| 25 | SEC Analyst Suit 3 - Credit Suisse First Boston | $ 75,000,000 | 2005 |
| 27 | Edward D. Jones & Co. (SEC) | $ 75,000,000 | 2004 |
| 28 | Knight Securities, L.P. (SEC) | $ 66,841,732 | 2004 |
| 29 | Vivendi Universal, S.A. (SEC) | $ 51,268,151 | 2004 |
| 30 | MBIA, Inc. (SEC) | $ 50,000,001 | 2008 |

*** "Total Settlement Amount" reflects the sum of disgorgement and civil penalties in settlements reached with the U.S. Securities and Exchange Commission.
*** Settlements that have the same amount are given the same ranking.
*** To be eligible for the Top 30 SEC Disgorgements, the Distribution Plan for the distribution of the Fair Fund must have been approved by the SEC.

Copyright © 2010 by RiskMetrics Group. All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher. Requests for permission to make copies of any part of this work should be sent to: RiskMetrics Group Marketing Department One Chase Manhattan Plaza, 44th Floor, New York, NY 10005 RiskMetrics Group is a trademark used herein under license.