Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
Sean R. Matt (*Pro Hac Vice*)
Erin K. Flory (*Pro Hac Vice*)
Lisa M. Hasselman (*Pro Hac Vice*)
Robert F. Lopez (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com
lisah@hbsslaw.com
robl@hbsslaw.com

*Attorneys for Lead Plaintiff YieldPlus Investor Group*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | PLAINTIFFS' MOTION TO SHORTEN TIME FOR THE CONSIDERATION OF JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF FEDERAL SECURITIES CLAIMS<br><br>Date:      None<br>Time:      None<br>Judge:     Hon. William H. Alsup<br>Courtroom: Courtroom 9, 19th Floor |

1   Pursuant to Local Rule 6-1, Plaintiffs respectfully submit this Motion to Shorten Time for
2 Consideration of the Joint Motion for Preliminary Approval of Settlement of Federal Securities
3 Claims ("Motion for Preliminary Approval").  The Motion for Preliminary Approval asks the Court
4 to preliminarily approve the proposed settlement of the claims of the Federal Securities Classes and
5 authorize the provision of notice of the proposed settlement to all class members.

6   Trial is scheduled to commence on May 10.  If the Court grants the Motion for Preliminary
7 Approval, the May 10 trial will not include the claims of the Federal Securities Classes and instead
8 be limited to a Bench Trial to decide the proper measure of restitution for the California State Law
9 Class.  Thus, the Court's view of the Motion for Preliminary Approval may have a substantial
10 impact on the scope of issues to be tried beginning on May 10 and on whether a jury will need to
11 be empaneled.  Yet under the normal motion schedule, if the Motion to Shorten time is not granted,
12 the Motion for Preliminary Approval would not be considered until 35 days hence.  Plaintiffs thus
13 request that the Court consider the Motion for Preliminary Approval on shortened time and in
14 conjunction with the 2:00 p.m. April 26, 2010 Pretrial Conference already scheduled.

15   As required by Local Rule 6-3, we have contacted the defendants and were able to obtain
16 their agreement not to oppose this motion to shorten time.

17   For the foregoing reasons, Plaintiffs respectfully request that this Court grant their motion
18 to shorten time.

19 Dated:  April 23, 2010

HAGENS BERMAN SOBOL SHAPIRO LLP
Reed R. Kathrein
Peter E. Borkon
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

1
2
3
4
5
6
7
8
9
10
11
12

By:    /s/ Steve W. Berman
      Steve W. Berman
      Sean R. Matt
      Erin K. Flory
      Lisa M. Hasselman
      Robert F. Lopez
HAGENS BERMAN SOBOL SHAPIRO, LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com
lisah@hbsslaw.com
robl@hbsslaw.com

*Attorneys for Lead Plaintiffs*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' MOTION TO SHORTEN TIME       -2 -
08-cv-01510 WHA
010036-12  366226 V1