1  Reed R. Kathrein (139304)
   Peter E. Borkon (212596)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   Telephone:  (510) 725-3000
4  Facsimile:  (510) 725-3001
   reed@hbsslaw.com
5  peterb@hbsslaw.com

6  Steve W. Berman (*Pro Hac Vice*)
   Sean R. Matt (*Pro Hac Vice*)
7  Erin K. Flory (*Pro Hac Vice*)
   Lisa M. Hasselman (*Pro Hac Vice*)
8  Robert F. Lopez (*Pro Hac Vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
9  1918 8th Avenue, Suite 3300
   Seattle, Washington  98101
10 Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
11 steve@hbsslaw.com
   sean@hbsslaw.com
12 erin@hbsslaw.com
   lisah@hbsslaw.com
13 robl@hbsslaw.com

14 *Attorneys for Lead Plaintiff YieldPlus Investor Group*

15

16                UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18                   SAN FRANCISCO DIVISION

19 IN RE SCHWAB CORP. SECURITIES          No. 08-cv-01510 WHA
   LITIGATION
20
                                          [PROPOSED] ORDER GRANTING
21 THIS DOCUMENT RELATES TO:              PLAINTIFFS' MOTION TO SHORTEN
                                          TIME FOR THE CONSIDERATION OF
22 All Actions                            JOINT MOTION FOR PRELIMINARY
                                          APPROVAL OF SETTLEMENT OF
23                                        FEDERAL SECURITIES CLAIMS

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
SHORTEN TIME. - 08-cv-01510 WHA
010036-12  366235 V1

1    This matter comes before the Court on Plaintiffs' Motion to Shorten Time for

2    Consideration of the Joint Motion for Preliminary Approval of Settlement of Federal Securities

3    Claims.

4    Upon considering the foregoing Motion and good cause appearing, IT IS HEREBY

5    ORDERED that:

6    Plaintiffs' Motion is GRANTED.  The Joint Motion for Preliminary Approval of Settlement

7    of Federal Securities Claims will be considered along with other matters already scheduled to be

8    considered at the April 26, 2010 Pretrial Conference.

DATED: April 23, 2010.

HON. WILLIAM A. ALSUP
UNITED STATES DISTRICT COURT JUDGE



IT IS SO ORDERED
Judge William Alsup

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO      - 1 -
SHORTEN TIME - 08-cv-01510 WHA
010036-12  366235 V1