IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CHARLES SCHWAB CORPORATION<br>SECURITIES LITIGATION.<br><br>This Document Relates<br>    To All Cases.<br>_____/ | No. C 08-01510 WHA<br><br>**ORDER GRANTING LEAVE TO FILE MOTION AND SETTING BRIEFING SCHEDULE** |

       Class member Thomas Chowattukunnel's motion to opt out of the class action has been received. Leave to file the motion is **GRANTED**. The following briefing schedule will govern. Any oppositions should be filed no later than **NOON ON FRIDAY, APRIL 30, 2010**. Counsel for class member Chowattukunnel may file a reply **BY NOON ON TUESDAY, MAY 4, 2010**. All briefs should be double-spaced and be no longer than five pages in length.

       **IT IS SO ORDERED.**

Dated: April 27, 2010.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE