IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
To All Cases.
_____/

No. C 08-01510 WHA

**ORDER REGARDING
UNTIMELY OPT OUTS**

At yesterday's hearing, the undersigned heard from the following class members (or their legal representatives) seeking permission to opt out of the class after the deadline: (1) Professor Jack Garvey, (2) The Union Mission, (3) and Mr. Robert Westervelt. The requests by these three class members will be ruled on shortly. Based upon the declarations submitted by counsel, however, there are additional class members that did *not* file timely opt-out requests but now seek to opt out. One of these class members — Mr. Thomas Chowattukunnel — filed a formal motion during the hearing yesterday seeking permission to opt out of the class. A briefing schedule will be set forth as to Mr. Chowattukunnel's request, and it will also be decided in due course.

The remaining class members who filed untimely opt-out requests with Gilardi, however, have not made formal requests to the Court seeking permission to opt out of the class. For these class members, counsel should meet and confer and have these individuals and entities in mind in their negotiations with respect to the adjustment clause. They should also promptly notify all

such persons that any motion to be allowed to opt out late due to excusable neglect should be filed **BY MAY 14, 2010**, as a formal motion in court. To be clear, any class member who has made an untimely request to opt out of the class — with the exception of those mentioned in this order or others who, by stipulation between the parties, have had their late requests granted — should be given notice that they must file a formal motion by this deadline.

Dated: April 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2