IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CHARLES SCHWAB CORPORATION<br>SECURITIES LITIGATION.<br><br>This Document Relates<br>To All Cases.<br>_____ / | No. C 08-01510 WHA<br><br>**ORDER REGARDING<br>CLASS MEMBER ROBERT<br>WESTERVELT** |

Counsel shall advise the Court **BY NOON ON FRIDAY, APRIL 30, 2010**, whether first-class mailed notice to class member Robert Westervelt was returned to the claims administrator as "undeliverable," and if so, whether Mr. Westervelt was one of the 600 or so class members where a new mailing address could not be located.  Please file the response in the form of a declaration.

**IT IS SO ORDERED.**

Dated: April 28, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE