IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | No. C 08-01510 WHA |
| CHARLES SCHWAB CORPORATION SECURITIES LITIGATION. | |
| This Document Relates To All Cases. / | **ORDER RE STATUS OF SETTLEMENT** |

At the April 26 hearing on the motion for preliminary approval of class settlement, the parties were ordered to meet and confer last week regarding allowing some percentage of class members to opt out late without sinking the entire settlement. The parties should report on the result of their negotiations by **NOON ON MAY 5, 2010.** The submission may be made under seal.

**IT IS SO ORDERED.**

Dated: May 4, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE