DARRYL P. RAINS (CA SBN 104802)
EUGENE ILLOVSKY (CA SBN 117892)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com

CRAIG D. MARTIN (CA SBN 168195)
DOROTHY L. FERNANDEZ (CA SBN 184266)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants The Charles Schwab Corporation,
Charles Schwab & Co., Inc., Charles Schwab Investment
Management, Inc., Schwab Investments, Charles R. Schwab,
Evelyn Dilsaver, Randall W. Merk, George Pereira,
Matthew Hastings, Mariann Byerwalter, Donald F. Dorward,
William A. Hasler, Robert G. Holmes, Gerald B. Smith,
Donald R. Stephens, and Michael W. Wilsey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C-08-01510-WHA<br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED BRIEFING AND HEARING<br><br>Date:  N/A<br>Time:  N/A<br>Judge:  Hon. William H. Alsup |

1  WHEREAS, on May 10, 2010, the parties are scheduled to begin a bench trial on Count IV of plaintiffs' Second Consolidated Amended Complaint for violation of California Business & Professions Code §§ 17200 *et seq.*;

4  WHEREAS, on May 3, 2010, the individual Schwab defendants are filing an unopposed Motion for Summary Judgment Re Section 17200 Claim ("Motion"), requesting summary judgment in their favor on plaintiffs' section 17200 claim;

7  WHEREAS, under Local Rule 7-2(a) defendants may not notice the Motion to be heard in less than thirty-five days, which would require the hearing to be held after the trial;

9  WHEREAS, the deadline for filing dispositive motions in this case was set by the Court as February 11, 2010;

11  WHEREAS, the parties agree that a decision by the Court on defendants' Motion will likely narrow the issues to be presented at trial;

13  WHEREAS, the Court has ordered various extensions of time in this case, including orders — extending the time to file responses to complaints, extending the time to file a consolidated complaint, changing the class certification briefing schedule, continuing the date of a settlement conference, and extending the fact and expert discovery deadlines;

17  WHEREAS, this Stipulation for Expedited Briefing and Hearing will have no effect on other proceedings in the case and will not change any Court-ordered deadlines;

19  WHEREAS, the parties have agreed to a schedule for expedited briefing and hearing on the Motion;

21  IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to Court approval, as follows:

23  1.  The individual defendants will file their Motion on May 3, 2010;

24  2.  Plaintiffs will not oppose defendants' Motion;

3. The Court will hear defendants' Motion on May 10, 2010 at 7:30 a.m., or as soon thereafter as the Court may order.

IT IS SO STIPULATED.

Dated: May 3, 2010

DARRYL P. RAINS
EUGENE ILLOVSKY
CRAIG D. MARTIN
DOROTHY L. FERNANDEZ
MORRISON & FOERSTER LLP

By: /s/ Darryl P. Rains
     Darryl P. Rains

Attorneys for Defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey

Dated: May 3, 2010

DAVID BAYLESS
TAMMY ALBARRAN
AILEEN WHEELER
PAUL WATKINS
COVINGTON & BURLING LLP

By: /s/ Tammy Albarran
     Tammy Albarran

Attorneys for Defendant
Kimon P. Daifotis

| | | |
|---|---|---|
| 1 | Dated: May 3, 2010 | STEVE W. BERMAN |
| 2 | | SEAN R. MATT |
| | | ERIN K. FLORY |
| 3 | | LISA M. HASSELMAN |
| | | ROBERT F. LOPEZ |
| 4 | | REED R. KATHREIN |
| | | PETER E. BORKON |
| 5 | | HAGENS BERMAN SOBOL SHAPIRO LLP |

By: /s/ Sean R. Matt
     Sean R. Matt

Attorneys For Lead Plaintiffs

\*   \*   \*

IT IS SO ORDERED.

Dated: May  4 , 2010

*IT IS SO ORDERED*
*Judge William Alsup*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED BRIEFING AND HEARING        4
CASE NO. C-08-01510-WHA

**ECF ATTESTATION**

I, Darryl P. Rains, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED BRIEFING AND HEARING

In compliance with General Order 45, X.B., I hereby attest that Tammy Albarran and Sean R. Matt have concurred in this filing.

Dated: May 3, 2010                    MORRISON & FOERSTER LLP


                                      By:  /s/ Darryl P. Rains
                                           Darryl P. Rains