IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CHARLES SCHWAB CORPORATION<br>SECURITIES LITIGATION.<br><br>   This Document Relates<br>       To All Cases.<br>_____/ | No. C 08-01510 WHA<br><br>**ORDER REQUESTING LIST OF<br>CERTAIN CLASS MEMBERS** |

Counsel shall submit **BY NOON ON FRIDAY, MAY 7**, a list — in spreadsheet format and accompanied by a sworn declaration — of the 694 class members who did not receive notice of this class action by first-class mail because (1) their mailed notices were returned to the claims administrator as "undeliverable" and (2) no new mailing addresses could be found (and therefore no new notices were ever mailed to them) (*see* Dkt. No. 604).

**IT IS SO ORDERED.**

Dated: May 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE