**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                                  No. C 08-01510 WHA

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

     This Document Relates                    **ORDER DENYING DARLENE**
          To All Cases.                         **LEWIS-CHINN AND DAVID**
                                                       **W. CHINN'S REQUEST TO OPT**
                                                       **OUT AFTER THE DEADLINE**
_____/

      The Court has received the letter from class members Darlene Lewis-Chinn and David W.

Chinn requesting exclusion from the class.  The letter simply states: "We apologize for having

missed the exclusion deadline of December 28, 2009 when we submitted our original exclusion

request dated January 7, 2010.  We do not wish to be a part of the Class involved in this

litigation."  Based upon these statements, it is clear to the undersigned that these class members

received actual notice of this class action, and were apprised of the opt-out deadline.  Since no

legal justification has been provided as to why their late opt-out request should be granted, the

untimely request by class members Darlene Lewis-Chinn and David W. Chinn must be **DENIED**.


      **IT IS SO ORDERED.**


Dated: May 6, 2010.

                                 _____
                                 WILLIAM ALSUP
                                 UNITED STATES DISTRICT JUDGE