1   DARRYL P. RAINS (CA SBN 104802)
    EUGENE ILLOVSKY (CA SBN 117892)
2   MORRISON & FOERSTER LLP
    755 Page Mill Road
3   Palo Alto, California 94304-1018
    Telephone: 650.813.5600
4   Facsimile: 650.494.0792
    Email: DRains@mofo.com
5
    CRAIG D. MARTIN (CA SBN 168195)
6   DOROTHY L. FERNANDEZ (CA SBN 184266)
    MORRISON & FOERSTER LLP
7   425 Market Street
    San Francisco, California 94105-2482
8   Telephone: 415.268.7000
    Facsimile: 415.268.7522
9

10  Attorneys for defendants The Charles Schwab Corporation,
    Charles Schwab & Co., Inc., Charles Schwab Investment
11  Management, Inc., Schwab Investments, Charles R. Schwab,
    Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew
12  Hastings, Mariann Byerwalter, Donald F. Dorward, William A.
    Hasler, Robert G. Holmes, Gerald B. Smith, Donald R.
13  Stephens, and Michael W. Wilsey

14

15                          UNITED STATES DISTRICT COURT
16
                            NORTHERN DISTRICT OF CALIFORNIA
17
                                 SAN FRANCISCO DIVISION
18

19
    IN RE CHARLES SCHWAB CORP.              Master File No. C-08-01510-WHA
20  SECURITIES LITIGATION
                                            CLASS ACTION
21
                                            [PROPOSED] ORDER GRANTING
22                                          INDIVIDUAL DEFENDANTS'
                                            UNOPPOSED MOTION FOR
23                                          SUMMARY JUDGMENT RE SECTION
                                            17200 CLAIM
24

25

26

27

28

[PROPOSED] ORDER GRANTING INDIVIDUAL DEFS.' MOTION FOR SUMMARY JUDGMENT RE SECTION 17200 CLAIM
MASTER FILE NO.: C-08-01510-WHA
sf-2837012

Defendants Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, and Matthew Hastings (the "Individual Defendants") have moved the Court, pursuant to Federal Rule of Civil Procedure 56, to grant them summary judgment on Count IV of plaintiffs' Second Consolidated Amended Complaint, for violation of section 17200 of California Business & Professions Code.  Plaintiffs do not oppose this motion.

Having considered the papers filed in connection with their Motion, the Court hereby GRANTS the Individual Defendants' Motion for Summary Judgment as to Count IV, for violations of section 17200 of the California Business & Professions Code.  The hearing on Monday, May 10, 2010, at 7:30 a.m. is **Vacated**.

IT IS SO ORDERED.

Dated: ____May 6_____, 2010

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE



[PROPOSED] ORDER GRANTING INDIVIDUAL DEFS.' MOTION FOR SUMMARY JUDGMENT RE SECTION 17200 CLAIM      1
MASTER FILE NO.:  C-08-01510-WHA
sf-2837012