**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                                          No. C 08-01510 WHA

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.
                                                                **ORDER EXCLUDING**
        This Document Relates                                   **CLASS MEMBERS WITH**
            To All Cases.                                       **NOTICES RETURNED**
                                                                **"UNDELIVERABLE"**

_____/

        For the reasons stated at the hearing on May 5, 2010, the 694 class members — identified

in the declaration of Carole Sylvester (*see* Dkt. No. 751-1) — who did not receive notice of this

class action by first-class mail because (1) their mailed notices were returned to the claims

administrator as "undeliverable" and (2) no new mailing addresses could be found (and therefore

no new notices were ever mailed to them) will be deemed EXCLUDED from the class and will not

be bound to any settlement or judgment in this action.


        **IT IS SO ORDERED.**


Dated:  May 7, 2010.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE