1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10      IN RE:                                          No. C 08-01510 WHA

11      CHARLES SCHWAB CORPORATION
        SECURITIES LITIGATION.
12
                                                        **ORDER REGARDING MOTION**
13           This Document Relates                      **TO OPT OUT BY CLASS**
                To All Cases.                           **MEMBERS DAVID SHANNON**
14                                                      **AND JOAN SHANNON**
        _____/
15

16           Counsel shall respond to the motion to extend the opt-out period filed by class members

17      David Shannon and Joan Shannon **BY NOON ON THURSDAY, MAY 13, 2010**.

18

19           **IT IS SO ORDERED.**

20

21      Dated:  May 10, 2010.

22                                                      _____
                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

**United States District Court**
For the Northern District of California