IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
　　To All Cases.
_____/

No. C 08-01510 WHA

**FURTHER ORDER RE
STATUS OF SETTLEMENT**

　　The parties previously advised the Court that by close of business on Tuesday, May 11, 2010, they hoped to file a stipulation of settlement for the California class in this matter and a motion for preliminary settlement, as well as a revised formula for some federal claims class members to opt out late without sinking the entire settlement. However, no further submissions have been received. The parties should submit the foregoing materials by **NOON ON MONDAY, MAY 17, 2010**.

　　**IT IS SO ORDERED.**

Dated: May 13, 2010.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE