UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

Plaintiff(s),
v.

Defendant(s).

CASE NO. C 08-01510 WHA

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Alan C. Friedberg , an active member in good standing of the bar of the U.S. District Court for Colorado (particular court to which applicant is admitted) whose business address and telephone number is Pendleton, Friedberg, Wilson & Hennessey, P.C., 1875 Lawrence Street, 10th Floor, Denver, Colorado 80202-1898, 303-839-1204

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:   May 13, 2010.



William H. Alsup
United States District Judge

IT IS SO ORDERED
Judge William Alsup