Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
Sean R. Matt (*Pro Hac Vice*)
Erin K. Flory (*Pro Hac Vice*)
Lisa M. Hasselman (*Pro Hac Vice*)
Robert F. Lopez (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com
lisah@hbsslaw.com
robl@hbsslaw.com

*Attorneys for the California Class Representative and the California Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | ADMINISTRATIVE MOTION OF PLAINTIFF CONCERNING EXHIBIT A TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CALIFORNIA CLASS CLAIMS<br><br>Date Action Filed: March 18, |

ADMINISTRATIVE MOTION OF PLAINTIFF
CONCERNING EXHIBIT A TO PLAINTIFF'S
MEMORANDUM IN SUPPORT OF JOINT MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT OF
CALIFORNIA CLASS CLAIMS - No. 08-cv-01510 WHA
010036-12  370943 V1

1   Pursuant to Civil Local Rule 7-11, Plaintiff respectfully submits this motion for administrative relief in order to correct Exhibit A to Plaintiff's Memorandum In Support of Joint Motion For Preliminary Approval of Settlement of California Class Claims, filed on May 14, 2010 ("Memorandum") (Dkt. No. 779).

Exhibit A to the Memorandum contains the Stipulation of Settlement, paragraph 7.2 of which should have been redacted because it contains confidential information.

On Monday, May 17, 2010, Plaintiff contacted the ECF Help Desk to have Exhibit A to the Memorandum "locked down" so it is not accessible on the ECF system, but Plaintiff understands that he requires an Order from this Court to have the Exhibit permanently deleted from the system to prevent the disclosure of this confidential information in the future.

On Monday, May 17, 2010, Plaintiff re-filed Exhibit A to the Memorandum, redacted to omit the confidential information. Therefore, Plaintiff respectfully requests that this Court delete the previous Exhibit A to the Memorandum filed on May 17, 2010 and replace it with the redacted version filed on May 17, 2010.

Plaintiff has conferred with Defense Counsel on this motion and Defense Counsel have indicated that they have no opposition to the motion. A stipulated proposed form of Order is filed herewith.

Plaintiff apologizes for any inconvenience this may have caused the Court.

Dated May 17, 2010

HAGENS BERMAN SOBOL SHAPIRO LLP
Reed R. Kathrein
Peter E. Borkon
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

ADMINISTRATIVE MOTION OF PLAINTIFF
CONCERNING EXHIBIT A TO PLAINTIFF'S
MEMORANDUM IN SUPPORT OF JOINT MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT OF
CALIFORNIA CLASS CLAIMS - No. 08-cv-01510 WHA

- 1 -

| | |
|---|---|
| 1 | |
| 2 | By: /s/ Steve W. Berman |
| 3 |     Steve W. Berman |
| | Sean R. Matt |
| 4 | Erin K. Flory |
| | Lisa M. Hasselman |
| 5 | Robert F. Lopez |
| | HAGENS BERMAN SOBOL SHAPIRO, LLP |
| 6 | 1301 Fifth Avenue, Suite 2900 |
| | Seattle, WA 98101 |
| 7 | Telephone: (206) 623-7292 |
| | Facsimile: (206) 623-0594 |
| 8 | steve@hbsslaw.com |
| 9 | sean@hbsslaw.com |
| | erin@hbsslaw.com |
| 10 | lisah@hbsslaw.com |
| | robl@hbsslaw.com |
| 11 | |
| 12 | *Attorneys for the California Class Representative and the California Class* |

ADMINISTRATIVE MOTION OF PLAINTIFF
CONCERNING EXHIBIT A TO PLAINTIFF'S
MEMORANDUM IN SUPPORT OF JOINT MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT OF
CALIFORNIA CLASS CLAIMS - No. 08-cv-01510 WHA

- 2 -