IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
To All Cases.
_____/

No. C 08-01510 WHA

**ORDER VACATING HEARING
DATES FOR PENDING OPT-OUT
REQUESTS**

The deadline for class members to file late opt-out requests was last Friday, May 14, 2010. Unsurprisingly, the undersigned has received a flurry of motions over the past few days filed by or on behalf of: (1) Alvin and Linda Coppersmith (Dkt. No. 785), (2) H. Mason Morfit (Dkt. No. 777), (3) Maurer & Associates Capital Management, Inc., *et al.* (Dkt. No. 776), (4) Timothy Garcia and Nancy Long (Dkt. No. 775), Joan Burdick, *et al.* (Dkt. No. 772), Mark Connolly, *et al.* (Dkt. No. 767), Martin Beckman, *et al.* (Dkt. No. 764), Roxanne Okazaki, *et al.* (Dkt. No. 760), and Hardeep Luthra (Dkt. No. 758). The Court has also received late opt-out letters from (or on behalf of) Beulah Hippele, Stuart and Andrea Zykorie, and Samuel Doolittle.

These requests will all be addressed in due course. No hearings, however, will be held on any of these motions at this time. As such, any hearings noticed by class members on these motions are hereby **VACATED**. If the undersigned finds that a hearing on some or all of these requests is necessary, the undersigned will schedule one in a separate order.

**IT IS SO ORDERED.**

Dated: May 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE