Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
Sean R. Matt (*Pro Hac Vice*)
Erin K. Flory (*Pro Hac Vice*)
Lisa M. Hasselman (*Pro Hac Vice*)
Robert F. Lopez (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com
lisah@hbsslaw.com
robl@hbsslaw.com

*Attorneys for the California Class Representative and the California Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SCHWAB CORP. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | No. 08-cv-01510 WHA<br><br>STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR THE HEARING ON THE JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CALIFORNIA CLASS CLAIMS<br><br>Date:      None<br>Time:      None<br>Judge:     Hon. William H. Alsup<br>Courtroom: Courtroom 9, 19th Floor |

STIPULATION AND [PROPOSED] ORDER
08-cv-01510 WHA
010036-12 370647 V1

1  Pursuant to Local Rule 6, the parties respectfully submit this Stipulation and Proposed
2  Order Shortening Time For The Hearing on the Joint Motion For Preliminary Approval of
3  Settlement of California Claims.  The Motion for Preliminary Approval asks the Court to
4  preliminarily approve the proposed settlement of the claims of the California Class and authorize
5  the provision of notice of the proposed settlement to all class members.
6  The Court has ordered the parties to file the accompanying Motion for Preliminary
7  Approval by noon on May 17, 2010 (Dkt. No. 765).  Under the normal motion schedule, if the
8  Stipulation to Shorten time is not granted, the Motion for Preliminary Approval would not be
9  considered until June 24, 2010.  Given the Court's interest in having the Motion for Preliminary
10 Approval submitted as soon as possible, the parties request that the Court consider the Motion for
11 Preliminary Approval on the earliest date convenient to the Court.
12 For the foregoing reasons, the parties stipulate that the time period to hear the Joint Motion
13 For Preliminary Approval of Settlement of California Claims be shortened to the earliest date
14 convenient to the Court.
15 IT IS SO STIPULATED.

16 Dated:  May 14, 2010                     REED R. KATHREIN
                                            PETER E. BORKON
17                                          STEVE W. BERMAN
                                            SEAN R. MATT
18                                          ERIN K. FLORY
                                            LISA M. HASSELMAN
19                                          ROBERT F. LOPEZ
20                                          HAGENS BERMAN SOBOL SHAPIRO LLP

21

22
                                            By: /s/ Steve W. Berman
23                                                 Steve W. Berman

24                                          Attorneys for the California Class Representative and
                                            the California Class
25

26

27

28

STIPULATION AND [PROPOSED] ORDER                -1-
08-cv-01510 WHA
010036-12 370647 V1

Dated: May 14, 2010

DARRYL P. RAINS
EUGENE ILLOVSKY
CRAIG D. MARTIN
DOROTHY L. FERNANDEZ
MORRISON & FOERSTER LLP

By: /s/ Dorothy L. Fernandez
　　　Dorothy L. Fernandez

Attorneys for defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The hearing on the Joint Motion for Preliminary Approval of Settlement of California Class Claims shall be held on May 25 at 8:00 a.m.

Dated: May 18, 2010

_____
The Honorable William Alsup
United States District Judge

IT IS SO ORDERED
Judge William Alsup

STIPULATION AND [PROPOSED] ORDER
08-cv-01510 WHA
010036-12 370647 V1

-2-