1  REED R. KATHREIN (CA SBN 139304)
2  PETER E. BORKON (CA SBN 212596)
   HAGENS BERMAN SOBOL SHAPIRO LLP
3  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
4  Telephone: 510.725.3000
   Facsimile: 510.725.3001
5
6  STEVE W. BERMAN (*Pro Hac Vice*)
   SEAN R. MATT (*Pro Hac Vice*)
7  ERIN K. FLORY (*Pro Hac Vice*)
   LISA M. HASSELMAN (*Pro Hac Vice*)
8  ROBERT F. LOPEZ (*Pro Hac Vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
9  1918 Eighth Avenue, Suite 330
   Seattle, WA 98101
10 Telephone: 206.623.7292
   Facsimile: 206.623.0594
11
12 Attorneys for Lead Plaintiff YieldPlus Investor Group

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C 08-01510 WHA<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING EXHIBIT A TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CALIFORNIA CLASS CLAIMS |

1  WHEREAS, On May 14, 2010, Plaintiff inadvertently submitted Exhibit A to Plaintiff's
2  Memorandum In Support of Joint Motion For Preliminary Approval of Settlement of California
3  Class Claims ("Memorandum" - Dkt. No. 779) without first redacting confidential information
4  contained in Exhibit A.

5  WHEREAS, on Monday, May 17, 2010, Plaintiff contacted the ECF Help Desk to have
6  Exhibit A to the Memorandum "locked down," but requires a formal Order from this Court to
7  have the Exhibit to the Memorandum deleted from the ECF system to prevent the disclosure of
8  this confidential information.

9  WHEREAS, on May 17, 2010, Plaintiff re-filed a redacted version of Exhibit A to the
10 Memorandum with the confidential information redacted.

11 IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to
12 Court approval, that the Court should DELETE Exhibit A to the Memorandum dated May 14,
13 2010, and substitute in its place the redacted version of Exhibit A filed on May 17, 2010.
14 IT IS SO STIPULATED.

Dated: May 17, 2010

REED R. KATHREIN
PETER E. BORKON
STEVE W. BERMAN
SEAN R. MATT
ERIN K. FLORY
LISA M. HASSELMAN
ROBERT F. LOPEZ
HAGENS BERMAN SOBOL SHAPIRO LLP


By: /s/ Steve W. Berman
      Steve W. Berman

Attorneys for the California Class Representative and
the California Class

STIPULATION AND [PROPOSED] ORDER RE: EXHIBIT A TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF JOINT
MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CALIFORNIA CLASS CLAIMS
MASTER FILE NO. C 08-01510 WHA

1

| | |
|---|---|
| Dated: May 17, 2010 | DARRYL P. RAINS<br>EUGENE ILLOVSKY<br>CRAIG D. MARTIN<br>DOROTHY L. FERNANDEZ<br>MORRISON & FOERSTER LLP |
| | By: /s/ Dorothy L. Fernandez<br>       Dorothy L. Fernandez |
| | Attorneys for defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____May 18_____, 2010

_____
The Honorable William Alsup
United States District Judge

IT IS SO ORDERED
Judge William Alsup

STIPULATION AND [PROPOSED] ORDER RE: EXHIBIT A TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CALIFORNIA CLASS CLAIMS
MASTER FILE NO. C 08-01510 WHA

2