DARRYL P. RAINS (CA SBN 104802)
EUGENE ILLOVSKY (CA SBN 117892)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com

CRAIG D. MARTIN (CA SBN 168195)
DOROTHY L. FERNANDEZ (CA SBN 184266)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C-08-01510-WHA <br><br> <u>CLASS ACTION</u> <br><br> [~~PROPOSED~~] ORDER GRANTING SCHWAB'S MOTION TO FILE UNDER SEAL <br><br> Judge:    Hon. William H. Alsup |

[~~PROPOSED~~] ORDER GRANTING SCHWAB'S MOTION TO FILE UNDER SEAL
No. 08-cv-01510 WHA
sf-2844995

On May 19, 2010, Schwab filed an administrative motion to seal Exhibit D to the Stipulation of Settlement in support of the parties' settlement of the federal claims in this case and Exhibit D to the Stipulation of Settlement in support of the parties' settlement of the state claim in this case. The parties filed these two exhibits with the Court on May 19, 2010. In support of its administrative motion to seal, Schwab filed a declaration attesting to the confidentiality of these exhibits which were filed under seal.

The Court finds that Schwab and its customers had a reasonable expectation of privacy regarding the settlement agreements that they entered into and that the information in the Exhibit Ds, related to these settlements, does not go to the merit of the parties' claims in the pending litigation.

It is hereby ordered that Exhibit D to the Stipulation of Settlement in support of the parties' settlement of the federal claims in this case and Exhibit D to the Stipulation of Settlement in support of the parties' settlement of the state claim in this case, be SEALED.

IT IS SO ORDERED.

DATED: __May 20_____, 2010



_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING SCHWAB'S MOTION TO FILE UNDER SEAL
No. 08-cv-01510 WHA
sf-2844995