IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
To All Cases.
_____/

No. C 08-01510 WHA

**QUESTIONS TO COUNSEL
REGARDING UNTIMELY
OPT OUT REQUESTS**

Counsel shall please respond to the following questions **BY 5:00 P.M. TODAY**:

1. With respect to the motion for late exclusion from the class filed by Mauer & Associates Capital Management (Dkt. No. 776), counsel shall inform the Court whether Julia Peay, Robert D. Bischoff, and the Wynona Dodge Trust are class members and, if so, whether they filed timely opt-out requests.

2. With respect to all pending motions or requests filed by class members seeking late exclusion from the class, counsel shall inform the Court whether they oppose the motion (unless an opposition brief has already been filed). A "yes" or "no" answer as to each class member will suffice. Additionally, if counsel agrees that any of these class members seeking late exclusion from the class actually filed *timely* exclusion requests, counsel shall please inform the Court.

Dated: May 26, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE