James MacLeod
12492 Turquoise Terrace Pl
Castle Rock, CO 80108

May 11, 2010

Honorable William H. Alsup
US District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

**FILED**

MAY 2 7 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Charles Schwab Securities Litigation – Case No: 3:08-cv-01510-WHA

Your Honor:

I am writing to you regarding a letter I received from Hagens-Berman law firm dated 4/29/10 which states my letter to Gilardi & Co dated 12/14/09 opting out of the class action lawsuit was not received by the deadline of 12/28/09.

I sent my opt out letter so that it would be received before the deadline, so there is some question as to the timeliness of that letter. As a separate matter, as I was deciding on participation in the class action suit vs. pursuing this matter on my own I started contacting a number of attorneys regarding this case. Their response was sufficiently delayed despite my attempts, resulting in a delayed response to the opt in/opt out mandate. It is my intent to not participate in the class action lawsuit and to pursue this matter individually. Thank you for your attention on this matter. Respectfully submitted on May 11, 2010.

Sincerely,

James MacLeod


cc: Council for Defendants
Dorothy L. Fernandez
Morrison Foerster
425 Market St
San Francisco, CA 94105

cc: Council for Plaintiffs
Steve Berman
Hagens Berman Sobol Shapiro
1918 Eighth Ave, Suite 3300
Seattle, WA 98101