May 14, 2010

Darlene Lewis Chinn
David W. Chinn
4642 190th Ave. S.E.
Issaquah, WA 98027
(425) 746-1257

**FILED**

MAY 27 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hon. William H. Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

IN RE:                                                Case No. 3:08-cv-01510-WHA
CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION

Opt-out Request

As per your Order Regarding Untimely Opt Outs, dated April 27, 2010, this is to request exclusion from the Class for this case. We missed the exclusion deadline of December 28, 2009 when we submitted our original exclusion request dated January 7, 2010, due to excusable negligence. Based on our May 1, 2010 motion to opt-out from this action, we received notice on May 13, 2010, that our request was denied. We hereby appeal this denial; for the third time, we are notifying you that we do not wish to be a part of the Class involved in this litigation.

Dated 14 May 2010                            Darlene Lewis-Chinn  /s/ Darlene Lewis Chinn