**FILED**

Hon. William H. Alsup
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

MAY 2 7 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**In re Charles Schwab Corp. Securities Litigation, Case No. 3:08-cv-01510-WHA**

MOTION TO EXCLUDE BEULAH E. HIPPELE FROM THE CLASS ACTION

Beulah E. Hippele is an 89 year old widow who lives in Fort Lauderdale, FL. Ms. Hippele son contacted Soreide Law Group after the December 28, 2009, cut off date for representation of his mother. Ms. Hippele's son does not live in the same state as his mother and learned about the class action from reading an article in a newspaper. Ms. Hippele has no recollection of receiving any notice of any class action and wishes to pursue her claim on an individual basis before the Financial Industry Regulatory Authority. Any reason why Ms. Hippele, who is 89, did not timely opt out would be due to excusable neglect.

WHEREFORE we respectfully request that Ms. Beulah E. Hippele be excluded from the Class action Case No. 3:08-cv-01510-WHA.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to Hon. William H. Alsup, United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, Dorothy Fernandez, Morrison Foerster, 425 Market Street, San Francisco, CA 94105-2482 and Steve Berman, Hagens Berman Sobel Sharpiro, LLP, 1918 Eighth Avenue, Suite 3300, Seattle, WA 98101.

DATED this 3rd day of May, 2010.

SOREIDE LAW GROUP
511 NE 3rd Ave.
Fort Lauderdale, FL 33301
Telephone: (954) 760-6552
Facsimile: (954) 760-6553

By: *[signature]*
Lars K. Soreide, Esquire
Florida Bar No. 0057388