**FILED**

Samuel W. Doolittle, MD
1480 S Harbor Blvd, Ste 12
La Habra, CA 90631
714-871-3255
714-425-3316

MAY 27 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Yield Plus Investor Group

Plaintiffs

HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

| | |
|---|---|
| Samuel W. Doolittle, MD named as a plaintiff in the Yield Plus Investor Group<br>　　　　　　　　　　Plaintiffs,<br>vs.<br>Charles Schwab Corporation<br>Securities Litigation<br>　　　　　　　　　　Defendant | Case No. 08-cv-01510-WHA |

1. I am hereby requesting the court that I be excluded from the above class action securities litigation due to excusable neglect in failing to submit my exclusion request prior to the December 28, 2009 deadline.
2. I do not recall seeing any document notifying me of this class action litigation, nor do I recall notification of a time limit for opting out of this litigation.

Dated: May 2, 2010

Samuel W. Doolittle, MD

Cc: Counsel for Defendants
Dorothy Fernandez, MORRISON FOERSTER
David Bayless, COVINGTON & BURLING LLP
and
Counsel for Plaintiffs
Steve W. Berman, HAGENS BERMAN SOBOL SHAPIRO, LLP

Samuel W. Doolittle, MD
1480 S Harbor Blvd, Ste 12
La Habra, CA 90631
714-871-3255
714-425-3316

Yield Plus Investor Group

Plaintiffs

HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

| | |
|---|---|
| Samuel W. Doolittle, MD named as a plaintiff in the Yield Plus Investor Group )<br>            Plaintiffs, )<br>)<br>vs. )<br>)<br>Charles Schwab Corporation )<br>Securities Litigation )<br>)<br>            Defendant ) | Case No. 08-cv-01510-WHA<br><br>PROPOSED ORDER |

1. The court agrees to exclude Samuel W. Doolittle, MD from the above class action suit due to excusable neglect.


Dated: _____                         _____
                                              United States District Court
                                              Northern District
                                              San Francisco