**FILED**

MAY 27 2010

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

May 7, 2010

Stuart Zykorie
Andrea Zykorie
7806 Sunset Falls Court
Spring, Texas 77379
713-253-6247
Email: stuartz@earthlink.net

Hon. William H. Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

IN RE:                                             Case No. 3:08-cv-01510-WHA
CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION

Opt-out Request

To His Honor Judge William H. Alsup:

As per your order regarding untimely opt-outs, this motion is requesting exclusion from the class action suit regarding Schwab Yield Plus. I am requesting this late "opt-out" be granted as the Court-Ordered deadline for such requests was missed due to excusable neglect.

We recently found out about the class action suit and its status quite by accident when reading the business section of our internet home page and noticing a heading about Schwab and a class action lawsuit. What a surprise to learn that Charles Schwab Corp. had agreed to pay aggrieved investors who had put money into the Schwab Yield Plus Funds. Immediately, we called Hagen Berman, the plaintiffs' attorney, and Gilardi and Company, who advised us to write them a letter requesting late "opt-out," which was done. A few days later we received the Judge's order re: late opt-outs to which we are responding.

We had started an inquiry about our losses with the Schwab Advocacy Group in the summer of 2008, but found that route to be entirely useless. Schwab offered $10,000 as a

good will gesture, while continuing to deny any wrong doing. Their paltry offer was refused as our losses calculated to well over $100,000. At that point, we began to consult with law firms that were processing these claims through FINRA arbitration. Unfortunately, we never got around to signing contracts as life just got in the way. We became proud grandparents of twins who were born at 28 weeks gestation. Thank God they are thriving, healthy, normal children; but it was quite a stressful time. Due to the stress, I (Andrea Zykorie) became ill and was hospitalized on several occasions. Then our beloved AKC show dog developed cancer and subsequently had to be put to sleep to end his suffering. Finally, another child became involved in a contentious divorce; which is still continuing to this day. It was of the most difficult times in our lives. We were just waiting for the other shoe to drop. Schwab Yield Plus was on the back burner. We then to moved to a smaller, more economical home. We were finally able to move into our new home during the late summer of 2009. However, getting our mail was a nightmare. In fact, we never received any correspondence from Schwab, Gilardi and Co., or Hagen Berman in regards to any lawsuit against Schwab. We called the local post office at least a dozen times, as we were not receiving any mail. The tenants who were renting our old home were kind enough to bundle our mail and once a week we would pick it up. We were unaware of missing mail until after the fact. We actually received utility bills with past due notices. Despite speaking to a Schwab representative to have our address changed, we were still not getting all Schwab related mail delivered to our new address. Some of their correspondence did have the forwarding sticker attached. Please be assured that we have *never* received any notices about a class action suit and/or an opt-out provision. We recently learned that four notices were sent, one for each account that held yield plus money and not a single one was received. With a loss as large as ours, we definitely would have wanted to be excluded from class action. We feel very strongly that we should be allowed to opt out, even though we missed the deadline, as we had absolutely no idea. There was very little press about Schwab Yield Plus in the paper or in the news. On occasion, we used to Google Schwab Yield Plus Funds to see what was going on, but nothing happened for such a long time that we stopped checking. We really feel that Schwab deceived and deliberately mislead us; so now to not be given the opportunity to confront them is unfair. Therefore, we are filing this motion and requesting that Your Honor please grant us the ability to opt out of this class action suit so that we may pursue private litigation in the hopes of recouping more of our losses than being members of the class action suit would afford us.

Respectfully,

Stuart Zykorie

*/s/ Stuart Zykorie*

Andrea Zykorie

*/s/ Andrea Zykorie*