UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION

CASE NO. 08-cv-01510 WHA

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Robert M. Hatch, an active member in good standing of the bar of U.S. District Court, District of Hawaii, whose business address and telephone number is Bronster Hoshibata, A Law Corporation, 1003 Bishop Street, Suite 2300, Honolulu, HI 96813, (808) 524-5644.

Robert M. Hatch, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Roxanne Okazaki, David Okazaki and Henry Dement.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 14, 2010.



William H. Alsup
United States District Judge
IT IS SO ORDERED
Judge William Alsup