Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
Sean R. Matt (*Pro Hac Vice*)
Erin K. Flory (*Pro Hac Vice*)
Lisa M. Hasselman (*Pro Hac Vice*)
Robert F. Lopez (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com
lisah@hbsslaw.com
robl@hbsslaw.com

*Attorneys for Lead Plaintiff YieldPlus Investor Group*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT OF FEDERAL SECURITIES CLAIMS<br><br>Date:             September 22, 2010<br>Time:            3:30 p.m.<br>Judge:          Hon. William H. Alsup<br>Courtroom:  Courtroom 9, 19th Floor |

010036-12  381972 V1

The parties jointly move for final approval of a proposed settlement of the federal securities classes.

Submitted in support of this motion are:

Plaintiffs' Memorandum In Support of Joint Motion For Final Approval of Settlement of Federal Securities Claims;

Declaration of Steve W. Berman In Support of Plaintiffs' Motion For Final Approval of Federal and California Settlements and For Award of Attorneys Fees and Expenses with exhibits;

Suppplemental Declaration of Candace L. Preston in Support of Settlement; and

Declaration of Michael Joaquin Regarding Mailing and Emailing of Proposed Federal Settlement Notice and Publication of Summary Notice.

Dated: July 23, 2010

HAGENS BERMAN SOBOL SHAPIRO LLP
Reed R. Kathrein
Peter E. Borkon
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com


By:   s/ Steve W. Berman
        Steve W. Berman
Sean R. Matt
Erin K. Flory
Lisa M. Hasselman
HAGENS BERMAN SOBOL SHAPIRO, LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com
lisah@hbsslaw.com

*Attorneys for Lead Plaintiffs and the Classes*