Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
Sean R. Matt (*Pro Hac Vice*)
Erin K. Flory (*Pro Hac Vice*)
Lisa M. Hasselman (*Pro Hac Vice*)
Robert F. Lopez (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com
lisah@hbsslaw.com
robl@hbsslaw.com

*Attorneys for Lead Plaintiff YieldPlus Investor Group*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | No. 08-cv-01510 WHA<br><br>JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT OF CALIFORNIA CLASS CLAIMS<br><br>Date:           September 22, 2010<br>Time:          3:30 p.m.<br>Judge:        Hon. William H. Alsup<br>Courtroom:  Courtroom 9, 19th Floor |

010036-12 384385 V1

The parties jointly move for final approval of a proposed settlement of the California class claims.

Submitted in support of this motion are:

Plaintiffs' Memorandum In Support of Joint Motion For Final Approval of Settlement of California Class Claims;

Declaration of Steve W. Berman In Support of Plaintiffs' Motion For Final Approval of Federal and California Settlements and For Award of Attorneys Fees and Expenses with exhibits; and

Declaration of Michael Joaquin Regarding Mailing and Emailing of Proposed California Settlement Notice and Publication of Summary Notice.

Dated: July 23, 2010

> HAGENS BERMAN SOBOL SHAPIRO LLP
> Reed R. Kathrein
> Peter E. Borkon
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone: (510) 725-3000
> Facsimile: (510) 725-3001
> reed@hbsslaw.com
> peterb@hbsslaw.com
>
> By:    s/ Steve W. Berman
>         Steve W. Berman
> Sean R. Matt
> Erin K. Flory
> Lisa M. Hasselman
> HAGENS BERMAN SOBOL SHAPIRO, LLP
> 1918 Eighth Avenue, Suite 3300
> Seattle, WA 98101
> Telephone: (206) 623-7292
> Facsimile: (206) 623-0594
> steve@hbsslaw.com
> sean@hbsslaw.com
> erin@hbsslaw.com
> lisah@hbsslaw.com
>
> *Attorneys for Lead Plaintiffs and the Classes*