Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
Sean R. Matt (*Pro Hac Vice*)
Erin K. Flory (*Pro Hac Vice*)
Lisa M. Hasselman (*Pro Hac Vice*)
Robert F. Lopez (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com
lisah@hbsslaw.com
robl@hbsslaw.com

*Attorneys for Lead Plaintiff YieldPlus Investor Group*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | No. 08-cv-01510 WHA<br><br>PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS FEES AND EXPENSES<br><br>Date:         September 22, 2010<br>Time:        3:30 p.m.<br>Judge:       Hon. William H. Alsup<br>Courtroom: Courtroom 9, 19th Floor |

010036-12  384391 V1

1   Plaintiffs move for an award of attorneys fees and expenses.

2   Submitted in support of this motion are:

3   Plaintiffs' Memorandum In Support of Motion For Award of Attorneys Fees and Expenses;

4   Declaration of Steve W. Berman In Support of Plaintiffs' Motion For Final Approval of Federal and California Settlements and For Award of Attorneys Fees and Expenses with exhibits;

6   Declaration of Lead Plaintiff, Robert Levin, for Reimbursement of Lost Time as a Representative Plaintiff;

7   Declaration of Lead Plaintiff, Kevin O'Donnell, for Reimbursement of Lost Time as a Representative Plaintiff;

9   Declaration of Lead Plaintiff, John Hill, for Reimbursement of Lost Time as a Representative Plaintiff;

10  Declaration of Lead Plaintiff, Robert Dickson, for Reimbursement of Lost Time as a Representative Plaintiff;

12  Declaration of Lead Plaintiff, James Coffin, for Reimbursement of Lost Time as a Representative Plaintiff;

13  Declaration of Lead Plaintiff, David Mikelonis, for Reimbursement of Lost Time as a Representative Plaintiff; and

15  Declaration of Initial Plaintiff, Michael Labins, for Reimbursement of Lost Time as a Representative Plaintiff.

Dated: July 23, 2010

                    HAGENS BERMAN SOBOL SHAPIRO LLP
                    Reed R. Kathrein
                    Peter E. Borkon
                    715 Hearst Avenue, Suite 202
                    Berkeley, CA 94710
                    Telephone: (510) 725-3000
                    Facsimile: (510) 725-3001
                    reed@hbsslaw.com
                    peterb@hbsslaw.com

PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS FEES AND EXPENSES- 08-cv-1510 WHA
010036-12  384391 V1

- 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: ___s/ Steve W. Berman___
    Steve W. Berman
Sean R. Matt
Erin K. Flory
Lisa M. Hasselman
HAGENS BERMAN SOBOL SHAPIRO, LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com
lisah@hbsslaw.com

*Attorneys for Lead Plaintiffs and the Classes*