1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
|---|---|
| THIS DOCUMENT RELATES TO: All Actions | [~~PROPOSED~~] ORDER AMENDING PROPOSED SETTLEMENTS AND DIRECTING THAT SETTLEMENT NOTICE BE PROVIDED TO INTERMEDIARY ACCOUNT CLASS MEMBERS<br><br>Date Action Filed: March 18, 2008 |

1    Before the Court is the parties' Joint Administrative Motion to Modify Settlement (the
2    "Motion") pertaining to "Intermediary Accounts" that held YieldPlus Fund shares at broker-dealer
3    intermediaries other than Charles Schwab & Co., Inc.  Although Intermediary Account holders are
4    members of the Classes as defined in this class action, neither the initial notice of pendency nor the
5    recent notice of the proposed settlement were provided to the Intermediary Accounts holders.

6    The Court hereby grants the Motion and orders that the following occur:

7    1.    The parties are directed to execute the proposed amendments attached as Exhibits D
8    and E to the Motion.

9    2.    Within seven (7) days of this Order, the Settlement Administrator is directed to send
10   a notice to all broker-dealer intermediaries identified in the Intermediary Account data provided by
11   Schwab.  This notice will request that, for all accounts that held YieldPlus Fund shares at any time
12   from May 31, 2006 through and including March 17, 2008, the broker-dealer intermediary provide
13   names, addresses and all YieldPlus Fund transaction data.  The notice will inform the broker-
14   dealers that, if it is not feasible to provide the YieldPlus Fund transaction data by October 1, 2010,
15   the broker-dealer intermediaries still must provide name and address information so that that proof
16   of claim forms may be sent to investors who held YieldPlus Fund shares in accounts with that
17   broker-dealer.  The Court directs the broker-dealer intermediaries to promptly provide this
18   information so that the Intermediary Account holders may benefit from the proposed settlements.

19   3.    After receiving the necessary data from the broker-dealer intermediaries, the
20   Settlement Administrator is to provide individual notice of the proposed settlement by U.S. Mail to
21   Intermediary Account holders who have allowed losses.  Where the Settlement Administrator is
22   unable to obtain transaction data from the broker-dealer intermediary, the Settlement Adminstrator
23   is to send a proof of claim form to the investors who held YieldPlus Fund shares in Intermediary
24   Accounts.  The notice will be in the forms attached as Exhibit B to Amendment No. 4 to
25   Stipulation of Settlement (Federal) and Exhibit B to Amendment No. 1 to Stipulation of Settlement
26   (California).  The Court finds that this form and method of notice meets the requirements of
27   Federal Rule of Civil Procedure 23 and due process and is the best notice practicable under the
28   circumstances and constitutes due and sufficient notice.

     4.     Intermediary Account holders shall have at least 45 days from the date on which the Intermediary Accounts Notice is sent to them in which to (i) provide the Settlement Administrator with notice that he or she is opting out of the class, (ii) submit any objection to the settlement, or (iii) where applicable, submit a proof of claim.  Where the Settlement Administrator has or obtains the necessary transaction data to determine allowed losses for a particular Intermediary Account holder, the Intermediary Account holder will not be required to complete a proof of claim.  Otherwise, the Intermediary Accounts holder must complete a proof of claim in the form attached to the notice and provide supporting documentation.

     5.     Schwab is directed to contribute an additional $2,762,136.61 to the Settlement Fund for the Federal Classes, and $17,295.91 to the Settlement Fund for the California Class.  As described in the Declaration of Candace L. Preston Regarding Intermediary Accounts, these amounts are intended to provide the class members in the Intermediary Accounts the same pro rata recovery as other class members.  The Court preliminarily approves the distribution plans set forth in Amendment No. 4 to Stipulation of Settlement (Federal) and Amendment No. 1 to Stipulation of Settlement (California).

     6.     Final approval hearing.  A hearing to consider any objections filed by any class member in the Intermediary Accounts is scheduled for December 15, 2010 at 2:00 p.m.

DATED:  September 13, 2010.



THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE