Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
600 California Street, 18th Floor
San Francisco, California 94108
Telephone: (415) 651-1951
Fax: (415) 956-3233
Email: mark@aoblawyers.com

Attorneys for Plaintiffs Mustafa H. Yasar & Danielle Yasar aka Danielle Najeeullah

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFA YASAR, et al, <br><br> Plaintiff, <br><br> v. <br><br> RICKENBACKER GROUP, INC., et al, <br><br> Defendants. | Case No. 3:10-cv-00922 WHA <br><br> (proposed) ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

Based on the parties' stipulation and for good cause shown, plaintiffs Mustafa H. Yasar & Danielle Yasar aka Danielle Najeeullah's claims against defendant Experian Information Solutions, Inc. in this action are hereby dismissed with prejudice, with each party to bear its own costs.

Dated: September  21 , 2010

_____
Judge William Alsup

Order for Dismissal (Experian), *Yasar v Rickenbacker Group*, No. 3:10-cv-00922 WHA

1