IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
    To All Cases.
_____/

No. C 08-01510 WHA

**ORDER REGARDING MOTIONS
FOR FINAL APPROVAL OF
THE CLASS SETTLEMENT
AGREEMENTS AND LETTERS
FROM CLASS MEMBERS**

On September 22, 2010, the Court held a fairness hearing on the federal securities and California class settlements reached between defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, and certain individual defendants, and lead plaintiffs, on behalf of themselves and all others similarly situated, in this certified class action alleging that defendants' management of, disclosures concerning, accounting for, and marketing and sales of the YieldPlus Fund violated state and federal law.

On the eve of the hearing, defendants submitted a short brief concerning a statement in plaintiffs' reply in support of final approval of the class settlement agreements, to the effect that plaintiffs plan to appeal the scope of certification of the California class. Defendants stated that this is barred by the terms of the releases and proposed judgments agreed to in the class settlements. Plaintiffs responded on the day of (prior to) the hearing. They countered that they specifically carved out of the release language claims brought under California Business and Professions Code Section 17200 *et seq.* These issues were addressed by the parties at the hearing,

but it was evident that many issues remained to be resolved. Further briefing was ordered on the subject.

It is also evident that a final approval order could not have been entered as to the 1172 class members who did not receive notice of the class action or settlement until now, and for whom there will be a fairness hearing in December (Dkt. No. 858). In the meantime, we will endeavor to resolve the dispute discussed above.

\*          \*          \*

Letters from thirty-four class members were received by the Court concerning the motions for final approval of the federal securities and California settlements as a result of the original notice served on class members (not the 1172 class members). The majority of them will be considered in the context of the disposition of those motions. But three of them seemingly attempt to request late opt-out from the classes. The letters are from: Gary Benson (received August 2), James Curry (August 18), and David Hawke (September 2). Counsel were copied. *First*, all of these requests were filed after the deadline of May 14, 2010, for late opt-out requests due to excusable neglect (Dkt. No. 720). *Second*, they were not submitted as formal motions to opt out. *Third*, as the requests are embedded in letters concerning objection to approval of the settlements, it is unclear if these individuals are stating that they do not want to be a part of the class — or alternatively part of a settlement to which they object. (The latter would be dependent upon the terms of the class settlement agreement itself, rather than a court order.) Class counsel are directed to contact these three individuals to inform them that if they are in fact seeking exclusion from the class (rather than objecting to the settlements) at this late date, they must file a formal motion demonstrating excusable neglect. At such time, counsel will be given an opportunity to respond.

Letters from two class members assert requests pertaining to application of the settlement to their individual losses, but not objections to the class settlement agreements themselves. These were received from Gary and Mary Kauffman (FL) and Jeff Elwell (CO). Counsel were copied.

Class counsel are directed to contact these individuals in response to their letters, if they have not already done so, to resolve the amount of expected distribution of settlement funds to them.

**IT IS SO ORDERED.**

Dated: September 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE