United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
To All Cases.
_____/

No. C 08-01510 WHA

**ORDER REGARDING LETTER FROM ROBERT AND MARILYN HICKS**

The appended letter from Robert and Marilyn Hicks was received on July 15, 2010. Counsel were not copied. It requests late exclusion from the class. Counsel are directed to inform the Court whether they oppose the motion, by **NOON ON OCTOBER 1, 2010**. Additionally, if counsel agree that the applicants actually filed a timely exclusion request, counsel shall please inform the Court. Counsel shall serve their briefs on the applicants.

**IT IS SO ORDERED.**

Dated: September 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

7/6/2010

Clerk of the Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

**RECEIVED**

JUL 1 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Subject: Schwab Yield Plus fund (notification) No.08-cv-01510WHA

We are asking that our account with Schwab not be part of the Class Action Suit and have discussed this with the appropriate offices, after our first notification last week 6/28,2010.

We understand from talking with Schwab representatives that notification was sent in approximately October of 2009, however we never were in receipt of the notice, due to unlawful actions by Postal Service. The Owners of the Postal Service, "The Letter Box" in Tucson, Arizona did not pass on our mail as a result of owners filing for a divorce and employees throwing out mail. It is our understanding that the US FBI has been currently investigating the 5 month from September of 2009. For the past 15 years we have been out of the United States for the months of October thru May or June doing mission work in Mexico where we would have received any notice normally.

Our first notification was in the receipt of the Court's letter from Gilardi and Co, and we have asked how we may employ an Attorney to represent us. In light of the situation, where we were out of the United States residing in Northern Mexico, doing construction planning and repair planning of homes and further mission work, all as a result of the Hurricane Jiamina in 2009-10, and ask that we be able to separate our claim from the overall "class action suite".

We have arranged to be represented by "counsel", if only the court agrees that we may proceed personally outside of the "class action". Our request is based upon our original purchase recommendation from our Schwab broker, who believed, and said the "fund" was every bit as safe as current "money market funds. The complete investments were made while we were out of the United States in 2006 & 2007, by communication with our broker, and we simply believed the retirement account was a "cash account", as presented.

We sincerely request this provision to address our retirement investment with our own attorney.
Thank you.

Sincerely,

Robert L Hicks & Marilyn W. Hicks    Marilyn W. Hicks

cc: M.Lammers: Deconcini McDonald Yetwin & Lacy Attorneys

Clerk of the Court
United States District Court
Northern District of California
United States Court House
450 Golden Gate Ave
San Francisco, CA 94102

Robert Hicks
4500 N Paseo De Los Ranchers
Tucson AZ 85745-9198



