IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                                    No. C 08-01510 WHA

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

       This Document Relates                    **ORDER REGARDING LETTER**
            To All Cases.                              **FROM MARLENE DELOUISE**

/

The appended letter from Marlene DeLouise was received on August 2, 2010. Counsel were not copied. It requests late exclusion from the class. Counsel are directed to inform the Court whether they oppose the motion, by **NOON ON OCTOBER 1, 2010**. Additionally, if counsel agree that the applicant actually filed a timely exclusion request, counsel shall please inform the Court. Counsel shall serve their briefs on the applicant.

**IT IS SO ORDERED.**

Dated: September 27, 2010.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE

RECEIVED
AUG 02 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Marlene DeLouise
2713 Maynard Dr
Glenview Il 60025

To Whom it May Concern:

I am sending you this article from a Investing Insights magazine, put out by Schwab May 17, 07. This article advising not to buy bonds, or any mortgage based companies. Schwab rates these (D). Schwab bought me 304,000.00, I was one of their Private Client Account.

I do not believe they Schwab can claim as they do (The Housing Crisis was unprecedented and caught Schwab by surprise) when they wrote the May 17, 07 Magazine article.

Sincerely,
Marlene DeLouise

P.S. Please note the Portfolio Turnover from 9/01/06 to 8/31/07

July 26, 2010

Marlene DeLouise
2715 Maynard Drive
Glenview, IL 60025
In re Charles Schwab Corp. Securities Litigation
Civil Action No. 08-cv-01510 WHA

To Whom it may concern:

I would like to opt out as part of the class action lawsuit. I did own, on the poor advice of Charles Schwab Corp, many shares of the Yield plus Select and possibly other similar funds under a different name that were inappropriately marketed to me.

I never received any letter or notification by any one or any entity that I had a limited opt out window. I would certainly expect a matter as serious as this to be sent to me by registered mail. It was not.

I wish to go through arbitration or other sources to resolve my dispute with Schwab. I respectfully ask to be allowed to do so since I received no notification. Thank you.

Sincerely,

*Marlene De Louise*

Marlene DeLoiuse

July 26, 2010

In re Charles Schwab Corp. Securities Litigation
Civil Action No. 08-cv-01510 WHA

To whom it may concern:

I am writing this letter to express my opinion that Marlene DeLouise did not receive a letter from Charles Schwab or any other person or entity in regards to the class action suit against Schwab. I am a financial advisor to Marlene. I have known Marlene since November of 2009 and at no time has she ever expressed receipt of any letter giving her the option to opt out of the class action suit.

I would think that a letter of this magnitude would be sent in a registered or certified manner.

She would like to not be involved with this class action suit and pursue this issue on own her own. From what I have seen of this case, it appears that Schwab misrepresented a fund and Marlene lost around $20,000. The settlement would give her around $4,000. This is why she would like to recover her losses through another method.

Once again, Marlene DeLouise would like to opt out of the class action suit because she did not receive the opt out letter. She feels strongly she would have opted out if she was given the chance. Thank you.

*Bill Tasker*
Bill Tasker, CFA
708-743-1002



## ON SECTORS

# Financials: A House Divided
### Tough times for subprime lenders. High times for M&A firms. A survivor's guide.

*May 17, 07*

By Brad Sorensen, CFA, Director, Sector Analysis, Schwab Center for Investment Research®

Encompassing a fifth of the stock market, the giant financial sector is a house divided. For many subprime mortgage lenders buckling under a mountain of underperforming loans, it's the worst of times. But it's the best of times for Wall Street investment banks, riding a wave of megamergers that have pushed profits—and bonuses—sky high. And in other corners of this sprawling sector, such as insurance, seasonal storms may present buying opportunities, particularly for defensive-minded investors.

This tale of a house divided is a classic reminder that investing passively in a sector index or exchange-traded fund (ETF) is not always the best strategy. In this particular case, industry and stock selection is key.

### Thrifts and mortgage finance: sinking under subprime woes
We believe the worst is far from over for the thrift and mortgage finance industry, which Schwab Industry Ratings™ currently rates D for "moderately underperform." Already, several subprime lenders, including New Century Financial Corp., have declared bankruptcy. While we don't foresee so dire a fate for the entire group, performance is likely to get worse before it gets better.

Nearly $3 trillion in variable-rate home loans will adjust to higher rates in 2006 and 2007. What's more, about a third of new mortgages and home-equity loans in 2005 were interest-only loans—versus less than 1% in 2000. One-tenth of all home owners have no equity in their homes. Now problems in the subprime mortgage arena are migrating to the so-called Alt-A group—an area between prime and subprime. We expect rising foreclosures and defaults, putting even more pressure on earnings.

If you're tempted to "bottom-fish" among companies exposed to the mortgage meltdown, be careful. In particular, avoid stocks with poor Schwab Equity Ratings® such as Countrywide Financial ($41.08), currently rated D. We believe that their poor fundamentals, coupled with recent downward earnings estimate revisions by analysts, make them particularly vulnerable.

### Investment banks: riding the merger boom
On the brighter side of the financial sector is the investment bank and brokerage subindustry within the capital markets industry, which is currently rated B by Schwab Industry Ratings for "moderately outperform." Propelling many stocks forward is a recent surge in initial public offerings (IPOs) and mergers and acquisitions (M&A). Indeed, this year could approach pre-bust levels. NASDAQ hit a seven-year high in the first quarter of this year with the highest number of IPO listings (42) seen since the first quarter of 2000. M&A deals are also on track, with U.S. acquisitions surging 21% from last year, and $429 billion in deals for the first quarter.

We believe the forces behind this surge in IPO and M&A activity are likely to continue. With large cash balances still looming at both public and private companies, decision makers are feeling the pressure to do something more productive than just letting this cash sit and earn a paltry rate of interest. Companies unwilling or unable to fund capital projects to use up their cash may consider merging with other companies to reduce capacity and consolidate costs. Plus, don't forget that U.S. investment banks also benefit from the boom in global deals. Among the stocks we see as poised to benefit from these trends are Bear Stearns (BSC) and Merrill Lynch (MER).

### Insurance: defensive opportunities
Between the extremes of thrifts and investment banks sits the insurance industry, which Schwab Industry Ratings gives a B for "moderately outperform." With hurricane season coming up, the media is sure to have stories about this industry's risks. We believe that those stories may help generate some nice buying opportunities for well-positioned insurance companies, particularly for investors looking for defensive stocks to help weather a sharper-than-expected slowdown. Even when the economy is weak, companies and individuals will, for the most part, continue to pay their insurance premiums. Additionally, valuations appear attractive based on historical averages. Among our favorite stocks: Travelers (TRV), AFLAC (AFL) and MetLife (MET).

### Improve your own financials
To be properly diversified across sectors, we think you should have about a fifth of your equity portfolio in the financial sector. Those holdings should be broadly spread across industries. However, given our dramatically divergent outlook on industries within the sector, we suggest you consider temporarily decreasing your allocation to thrifts and mortgage finance companies while increasing your allocation to investment banks and brokerages.

Across other industries in the finance sector, use Schwab Equity Ratings to find stocks with good future prospects. Check out our list below for buy ideas, or use the stock screener on Schwab.com to look for A- and B-rated stocks. First, click on Quotes & Research, then Stocks, and then go to the stock screener. Or, if you prefer investing in mutual funds, consider the Schwab Financial Services Fund (SWFFX), which leverages Schwab Equity Ratings.

### Financials: Buy Ideas

| Company (Ticker) | Industry | Schwab Equity Rating | Stock Price |
|---|---|---|---|
| Bear Stearns (BSC) | Capital markets | B | $156.40 |
| Merrill Lynch (MER) | Capital markets | B | $93.51 |
| Morgan Stanley (MS) | Capital markets | B | $85.15 |
| AFLAC (AFL) | Insurance | A | $52.08 |
| Chubb (CB) | Insurance | A | $55.91 |
| MetLife (MET) | Insurance | A | $68.75 |
| Travelers (TRV) | Insurance | A | $56.76 |

Ratings as of May 14, 2007. Prices as of May 11, 2007.

Email us at SchwabResearch@schwab.com.

See page 11 for important disclosures, prospectus offering and **Regulation Analyst Certification.** Stock prices as of 5/11/07; ratings, 5/14/07.

# Schwab YieldPlus Fund®

## Financial Statements

### Financial Highlights

| Investor Shares | 9/1/07-2/29/08* | 9/1/06-8/31/07 | 9/1/05-8/31/06 | 9/1/04-8/31/05 | 9/1/03-8/31/04 | 9/1/02-8/31/03 |
|---|---|---|---|---|---|---|
| **Per Share Data ($)** | | | | | | |
| Net asset value at beginning of period | 9.41 | 9.67 | 9.68 | 9.71 | 9.70 | 9.75 |
| Income (loss) from investment operations: | | | | | | |
| Net investment income (loss) | 0.25 | 0.51 | 0.45 | 0.29 | 0.24 | 0.30 |
| Net realized and unrealized gains (losses) | (0.62) | (0.26) | (0.01) | (0.02) | 0.01 | (0.02) |
| Total from investment operations | (0.37) | 0.25 | 0.44 | 0.27 | 0.25 | 0.28 |
| Less distributions: | | | | | | |
| Distributions from net investment income | (0.25) | (0.51) | (0.45) | (0.30) | (0.24) | (0.33) |
| Net asset value at end of period | 8.79 | 9.41 | 9.67 | 9.68 | 9.71 | 9.70 |
| Total return (%) | (4.01)[1] | 2.59 | 4.64 | 2.82 | 2.63 | 2.95 |
| **Ratios/Supplemental Data (%)** | | | | | | |
| Ratios to average net assets: | | | | | | |
| Net operating expenses | 0.59[2] | 0.58 | 0.58 | 0.59 | 0.59 | 0.59 |
| Gross operating expenses | 0.59[2] | 0.58 | 0.58 | 0.59 | 0.59 | 0.59 |
| Net investment income (loss) | 5.42[2] | 5.27 | 4.62 | 3.00 | 2.43 | 3.08 |
| Portfolio turnover rate | 44[1] | 188 | 54 | 76 | 89 | 109 |
| Net assets, end of period ($ x 1,000,000) | 696 | 1,145 | 886 | 741 | 639 | 410 |

| Select Shares | 9/1/07-2/29/08* | 9/1/06-8/31/07 | 9/1/05-8/31/06 | 9/1/04-8/31/05 | 9/1/03-8/31/04 | 9/1/02-8/31/03 |
|---|---|---|---|---|---|---|
| **Per Share Data ($)** | | | | | | |
| Net asset value at beginning of period | 9.41 | 9.66 | 9.68 | 9.70 | 9.70 | 9.75 |
| Income (loss) from investment operations: | | | | | | |
| Net investment income (loss) | 0.25 | 0.52 | 0.46 | 0.30 | 0.25 | 0.32 |
| Net realized and unrealized gains (losses) | (0.61) | (0.24) | (0.02) | (0.01) | 0.01 | (0.02) |
| Total from investment operations | (0.36) | 0.28 | 0.44 | 0.29 | 0.26 | 0.30 |
| Less distributions: | | | | | | |
| Distributions from net investment income | (0.26) | (0.53) | (0.46) | (0.31) | (0.26) | (0.35) |
| Net asset value at end of period | 8.79 | 9.41 | 9.66 | 9.68 | 9.70 | 9.70 |
| Total return (%) | (3.94)[1] | 2.85 | 4.69 | 3.08 | 2.67 | 3.10 |
| **Ratios/Supplemental Data (%)** | | | | | | |
| Ratios to average net assets: | | | | | | |
| Net operating expenses | 0.44[2] | 0.43 | 0.43 | 0.44 | 0.45 | 0.44 |
| Gross operating expenses | 0.44[2] | 0.43 | 0.43 | 0.44 | 0.45 | 0.44 |
| Net investment income (loss) | 5.59[2] | 5.42 | 4.80 | 3.18 | 2.57 | 3.23 |
| Portfolio turnover rate | 44[1] | 188 | 54 | 76 | 89 | 109 |
| Net asset, end of period ($ x 1,000,000) | 4,196 | 9,552 | 7,319 | 5,091 | 3,030 | 1,476 |

* Unaudited.
[1] Not annualized.
[2] Annualized.

Case 3:08-cv-01510-WHA  Document 876  Filed 09/27/10  Page 7 of 7








7010 0780 0002 0348 4480

United States District Court
Northern District of California
United States Courthouse
450 Golden Gate Avenue
San Francisco Ca 94102



Case # 08-CV 01510 WHA