IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
  To All Cases.
                                            /

No. C 08-01510 WHA

**ORDER REGARDING
"MOTIONS TO INTERVENE
AS PLAINTIFFS" AND FOR
"RECUSAL OF LEAD
COUNSEL"**

The appended letter was received on July 9, 2010. It is a confusing submission. This order requests that the parties comment on whether any of the movants are members of the federal securities class, as well as providing any other comment that may be helpful pertaining to the content of the submission. Please respond by **NOON ON OCTOBER 1, 2010**. Counsel shall serve their briefs on the movants.

**IT IS SO ORDERED.**

Dated: September 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE SCHWAB CORP.                    NO: 08-CV-01510 WHA
SECURITIES LITIGATION

RECEIVED
2010 JUL -9 A 10: 10
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

This Document Relates to:
All Actions

Patrick J. Simpson, Movant
Daniel Anthony Weymouth, Movant
Byron Farrington, Movant
Kenneth J. Rollins, Movant
Jonathan Lee Riches, Movant
David Carol Sheppard, Movant
Jeffrey A. Peterson, Movant
Oscar Nunez, Movant
Eddie Whitlow, Movant
Jonathan Fend, Movant
Daniel Perkins, Movant
Jeffrey Pierce, Movant
Harvey Logan, Movant
Isong Akpan, Movant
Andre Cowley, Movant
Robert Anneheim, Movant
Charles McClure, Movant
Shannon Lee, Movant
Christopher Foust, Movant
Dale Evitts, Movant

> Motions to Intervene as Plaintiffs under Fed. R. Civ. P. Rule 24(A)², Rule 24(B).

> Motions for Lead Counsel Steve W. Berman of Hagens Berman Sobol & Shapiro LLP's Recusal due to Personal & Financial Conflicts of Interest in this Litigation

Comes Now, the Plaintiffs, Movants Patrick J. Simpson, Daniel Anthony Weymouth, Byron Farrington, Kenneth J. Rollins, Jonathan Lee Riches, David Carol Sheppard, Jeffrey A. Peterson, Oscar Nunez, Eddie Whitlow, Jonathan Fend, Daniel Perkins, Jeffrey Pierre, Harvey Logan, Isong Akpan, Andre Cowley, Robert Anneheim, Charles McClure, Shannon Lee, Christopher Foust, and Dale Evitts moves this honorable court to Intervene in this Schwab Corp. Securities Litigation with newly discovered evidence under Federal Rules of Civil Procedure Rule 24(A)² - as a unconditional matter of Right, Zuber v. Allen and under Rule 24(B) - Permissive Intervention, Nevilles v. EEOC. Our Intervention Brings Questions of Laws and Facts that are common in this Action. Each of us owned Schwab YieldPlus Fund shares from July 1, 2006 through January 30, 2008 as our constitutional rights were effected. Each of us have our own Documents, records, and banking transcripts to submit to this court.

We move for Counsel Steve W. Berman of the law firm Hagens Berman Sobol & Shapiro LLPs recusal in this case due to Personal and Financial Conflicts of Interest between Mr. Berman and Dr. Amanda Hughes a/k/a Dr. Amanda Leigh Hughes who is a DTS, Drug treatment specialist at the Federal Medical Center in Lexington Kentucky where inside she works for the RDAP 500 hr. Residential Drug Abuse program. We and all of the Plaintiffs in this Litigation face imminent danger. Steve W. Berman is in a Intimate relationship with Dr. Hughes and he has been secretly providing

Dr. Hughes with Plaintiffs in this Litigations financial records, and Personal Information where Dr. Amanda Hughes and her co-worker Dr. Natalie Riley are using this information to commit Identity theft on Plaintiffs names in this Litigation. We strongly advise that all counsel, Parties, Plaintiffs, and Defendants in this Litigation check their credit reports and credit card statements for any unauthorized charges that Dr. Amanda Hughes inflicted on you or will in the future. Dr. Amanda Hughes is already under a SIS Internal Investigation for her conduct in this manner, as all parties in this case is to call the Federal Medical Center at Lexington Kentucky to see for sure if their personal information is in Dr. Hughes possession and inside her computer. Dr. Amanda Hughes is already subjected to committing irrational behaviors for Racism on African Americans, Hispanics, Muslims, and Judaism. Movant Patrick J. Simpson can attest to Dr. Amanda Hughes Behavior as he was in a intimate relationship with Dr. Hughes at FMC Lexington and witnessed Dr. Hughes engaging in illegal conduct which included smuggling narcotics and alcohol into FMC Lexington, accessing Internet child pornography on her work computer, embezzling funds, stealing medications from Health Services & the Pharmacy at FMC Lexington, using her work phone to make unauthorized international calls and to call 1900 chat lines. Counsel Steve W. Berman is to be recused on these grounds as none of the Plaintiffs, Defendants, or us Movants will get a fair and unbias hearings in this Litigation.

Movants can each be reached and contacted at the below addresses and prays this honorable court will grant their motions for relief.

respectfully,

_David Sheppard_
07-1-10
David Carol Sheppard
P.O. Box 14500
lexington, KY 40512

_Patrick J. Simpson_
7-1-10
Patrick J. Simpson
#05095-036
P.O. Box 14500
lexington, KY 40512

_Jeffrey A. Petterson_
07-01-2010
Jeffrey A. Petterson
P.O. Box 14500
lexington, KY 40512

_Daniel Weymouth_
7-01-2010
Daniel Anthony Weymouth
P.O. Box 14500
lexington, KY 40512

_Oscar Nunez_
07-1-10
OSCAR NUNEZ
P.O. Box 14500
lexington, KY 40512

_Jonathan Lee Riches_
7-1-10
Jonathan Lee Riches
#40948018
P.O. Box 14500
lexington, KY 40512

_Eddie Whitlow_
July, 1, 2010
Eddie Whitlow
P.O. Box 14500
lexington, KY 40512

_Byron Farrington_
7-1-10
Byron Farrington
P.O. Box 14500
lexington, KY 40512

_Jonathan Fend_
07-01-2010
Jonathan Fend
P.O. Box 14500
lexington, KY 40512

_Kenneth Rollins_
07-1-10
Kenneth J. Rollins
P.O. Box 14500
lexington, KY 40512

_[signature]_
07-1-2010
Daniel Perkins
P.O. Box 14500
Lexington, KY 40512

_[signature]_
07-1-10
Robert Anneheim
P.O. Box 14500
Lexington, KY 40512

_[signature]_
07-01-2010
Jeffrey Pierre
P.O. Box 14500
Lexington, KY 40512

_[signature]_
07-1-10
Charles McClure
P.O. Box 14500
Lexington, KY 40512

_[signature]_
07-1-10
Harvey Logan
P.O. Box 14500
Lexington, KY 40512

_[signature]_
7/1/10
Shannon Lee
P.O. Box 14500
Lexington, KY 40512

_[signature]_
07-1-10
Isong Akpan
P.O. Box 14500
Lexington, KY 40512

_[signature]_
07-1-10
Christopher Foust
P.O. Box 14500
Lexington

_[signature]_
07-1-10
Andre Cowley
P.O. Box 14500
Lexington, KY 40512

_[signature]_
07-1-10
Dale Evitts
P.O. Box 14500
Lexington, KY 40512

## Certificate of Service

I certify that the following foregoing motions were sent to the following Parties on 7/1/10 via the United States Postal Service to:

Hagens Berman Sobol & Shapiro LLP
Attn: Steve W. Berman
1918 Eighth Ave Ste 3300
Seattle, WA 98101

Morrison & Foerster LLP
Darryl Rains
755 Page Mill Rd
Palo Alto, CA 94304

Clerk of the Court
United States District Court
Northern District of California
U.S. Courthouse
450 Golden Gate Ave
San Francisco, CA 94102

respectfully,

7-1-10

Jonathan Lee Riches
#40948018
P.O. Box 14500
Lexington, KY 40512
859-255-6812



Jonathan Lee Riches
#40948-018
client medical center
P.O. Box 14500
Lexington, KY 40512

Legal Mail

United States District Court
Northern District of CALifornia
Clerk of Court
U.S. Courthouse
450 Golden Gate Ave
San Francisco, CALifornia 94102