Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
Sean R. Matt (*Pro Hac Vice*)
Erin K. Flory (*Pro Hac Vice*)
Lisa M. Hasselman (*Pro Hac Vice*)
Robert F. Lopez (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com
lisah@hbsslaw.com
robl@hbsslaw.com

*Attorneys for Lead Plaintiff YieldPlus Investor Group*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | PLAINTIFFS' RESPONSE TO ORDER REGARDING "MOTIONS TO INTERVENE AS PLAINTIFFS" AND FOR "RECUSAL OF LEAD COUNSEL" |

Plaintiffs submit this Response to the Court's September 27, 2010 Order Regarding "Motions to Intervene as Plaintiffs" and for "Recusal of Lead Counsel" (Dkt. No. 878).

It appears that on July 9, 2010, a Mr. Jonathan Lee Riches filed with the Court a handwritten document purporting to seek intervention under Fed. R. Civ. P. Rules 24(a)(2) and 24(b) and to recuse Lead Counsel (the "Motion"). The Motion is purportedly signed by Mr. Riches and 19 individuals, all who allegedly share the same Post Office Box in Lexington, Kentucky. Class Counsel were not served with the Motion, notwithstanding the Certificate of Service's statement that Class Counsel had been served. Declaration of Steve Berman in Response to Motion to Intervene ("Berman Decl."), ¶ 3.

The Court should ignore or reject the Motion. The requirements of Rule 24(a)(2) are not met. The Motion does not assert, let alone establish, that (i) the movants have an interest relating to the transactions that are the subject of the action; (ii) disposing of this action without permitting their intervention may as a practical matter impair or impede their ability to protect movants' interests; or (iii) the class action in this litigation is insufficient to protect their interests. Indeed, we have confirmed that none of the movants, including Mr. Riches, is a member of either Class certified in this litigation. *See* Declaration of Michael Joaquin Regarding Additional Notice Administrative Issues ("Joaquin Decl."), ¶ 5.

Movants also do not satisfy the requirements of Rule 24(b). The Motion does not assert nor establish that movants have a conditional right to intervene by a federal statute, or that movants have a claim or defense that shares with the main action a common question of law or fact.

The Motion is frivolous and does not cite any facts remotely relevant to this litigation. Movants' allegations of an illicit relationship between Class Counsel and a Dr. Amanda Hughes are false. Mr. Berman has never heard of nor spoken to the Dr. Amanda Hughes refered to in the Motion (Berman Decl., ¶ 4), if indeed she even exists.

Mr. Riches' litigation history also counsels against granting his motion. He is apparently an inmate at the Federal Medical Center in Lexington, Kentucky, after entering a plea bargain relating to a wire fraud charge. Berman Decl., Exh. A. One district court recently explained that he is a

PLAINTIFFS' RESPONSE TO ORDER REGARDING
"MOTIONS TO INTERVENE AS PLAINTIFFS" AND FOR
"RECUSAL OF LEAD COUNSEL"
08-cv-01510 WHA

- 1-

serial litigant: "According to the U.S. Party/Case Index at http://pacer.uspci.uscourts.gov (July 17, 2008), Mr. Riches has filed 1,950 cases nationwide while incarcerated." *Riches v. Storm*, 2008 U.S. Dist. Lexis 56055, at *1 (E.D. Wash. July 21, 2008). One of his lawsuits, filed in 2006, named President Bush and 783 other defendants, including "Taoist Creatures," "Disney's Typhoon Lagoon," Plato, "Nordic Gods," Nostradamus, Che Guevara, James Hoffa, "Various Buddhist Monks," the Lincoln Memorial, the Eiffel Tower, the Queen of England, the USS Cole, the book *Mein Kampf*, the Garden of Eden, the Roman Empire, the Appalachian Trail, the "Brotherhood of the Snake," Zeus, "Jeopardy Champion," "Jewish Workers at NBC/Universal," and the entire Three Mile Island. *Riches v. Bush, et al.*, Case No. 2:06-cv-01055-LP (E.D. Pa.) filed March 9, 2006. Mr. Riches filed a similar intervention bid in *In re Dynamic Random Access Memory (DRAM) Antitrust Litig.*, MDL NO. 1486 (N.D. Cal.), alleging the existence of a very similar illicit relationship between a Dr. Amanda Hughes and class counsel in that case. *See* Berman Decl., Exh. B.

In addition, numerous courts have denied motions to intervene filed by Mr. Riches. *See, e.g., Northern New Eng. Tel. Operations, LLC v. PUC of Me.*, 2008 U.S. Dist. Lexis 54694, at *3 (D. Me. July 17, 2008) (denying motion to intervene as "frivolous" and enjoining Riches "from making any type of filing in this case or any pending case in the District of Maine without prior leave of this Court"); *SEC v. Wolfson*, 2008 U.S. Dist. Lexis 53318, at *2 (D. Utah July 10, 2008) ("For the reasons detailed in the SEC's Memorandum in Opposition, as well as orders issued by Judge Tena Campbell in two unrelated cases in which Mr. Riches' has filed similar motions, Mr. Riches' Motion to Intervene (Docket No. 815) is DENIED.") (footnote omitted). Similarly, his motion in this action should be ignored or denied.

PLAINTIFFS' RESPONSE TO ORDER REGARDING
"MOTIONS TO INTERVENE AS PLAINTIFFS" AND FOR
"RECUSAL OF LEAD COUNSEL"
08-cv-01510 WHA

- 2-

Dated: October 1, 2010.

                                       HAGENS BERMAN SOBOL SHAPIRO LLP
Reed R. Kathrein
Peter E. Borkon
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com


By:    s/ Steve W. Berman
      Steve W. Berman
      Sean R. Matt
      Erin K. Flory
      Lisa M. Hasselman
      Robert Lopez
HAGENS BERMAN SOBOL SHAPIRO, LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com
lisah@hbsslaw.com
robl@hbsslaw.com

*Attorneys for Lead Plaintiffs and the Classes*

PLAINTIFFS' RESPONSE TO ORDER REGARDING
"MOTIONS TO INTERVENE AS PLAINTIFFS" AND FOR
"RECUSAL OF LEAD COUNSEL"
08-cv-01510 WHA

- 3 -