IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CHARLES SCHWAB CORPORATION<br>SECURITIES LITIGATION.<br><br>This Document Relates<br>    To All Cases.<br>                                                           / | No. C 08-01510 WHA<br><br>**ORDER REGARDING<br>CORRESPONDENCE FROM<br>JAMES EDWARDS O/B/O<br>SCIENTIFIC SPINAL PENSION<br>PLAN** |

As described by prior order (Dkt. No. 877), James Edwards wrote a letter to the Court and copied counsel, and then sent a follow-up e-mail to the Court without copying counsel. That order construed the correspondence from Mr. Edwards as an opt-out motion, though it noted that it was somewhat unclear whether the correspondence was instead an objection to the federal securities class settlement agreement. Mr. Edwards subsequently wrote another letter, this time copied to counsel, which clarified his prior correspondence. It states: "I did not word my 8/4/10 email as I intended. The Scientific Spinal Pension Plan is a Class Member, however we oppose the federal class settlement agreement . . ."

This order will therefore not decide whether the Scientific Spinal Pension Plan or Mr. Edwards can opt out of the federal securities class. As requested by Mr. Edwards and pursuant to Federal Rule of Civil Procedure 23(e)(4), the Court will consider whether the class settlement agreement "affords a new opportunity to request exclusion to individual class members who had an earlier opportunity to request exclusion but did not do so," when considering approval of that agreement.

1  The clerk shall serve this order on Mr. Edwards at the following address: James Edwards
2  TTEE, Scientific Spinal Pension Plan, 3907 Greenway, Baltimore, MD 21218.

**IT IS SO ORDERED.**

Dated:  October 4, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2