IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CHARLES SCHWAB CORPORATION<br>SECURITIES LITIGATION.<br><br>This Document Relates<br>    To All Cases.<br><br>_____ / | No. C 08-01510 WHA<br><br>**ORDER DENYING<br>"MOTIONS TO INTERVENE<br>AS PLAINTIFFS [AND]<br>MOTIONS FOR LEAD<br>COUNSEL[]'S RECUSAL"** |

    Jonathan Lee Riches filed "motions to intervene as plaintiffs [and] motions for lead counsel[]'s recusal" on behalf of twenty movants including himself (*see* Dkt. No. 878). The movants are inmates at the Federal Medical Center in Lexington, Kentucky.

    *First*, the movants request intervention as plaintiffs under Federal Rule of Civil Procedure 24. All they state to support this request is that "each of us owned Schwab YieldPlus Fund shares from July 1, 2006 through January 30, 2008." They do not submit documentation or statements under oath in support. Counsel for both the classes and defendants in this action agree this statement is false, and that none of the twenty movants are members of the classes. (Dkt. Nos. 883, 886 ¶ 5, 897, and 885 ¶ 9). Even if what movants say were true, they would not have to intervene because they would already be members of the federal securities class. Movants have not asserted any other facts to support their proposed intervention. They do not qualify for intervention under Federal Rule of Civil Procedure 24 and therefore this motion is **DENIED**.

    *Second*, the movants request "recusal" of plaintiffs' counsel Steve Berman. Their motion asserts serious accusations against Mr. Berman, including that he is in an "intimate relationship"

with "Dr. Amanda Hughes . . . [a] drug treatment specialist at the Federal Medical Center"; that Mr. Berman has been providing Dr. Hughes with confidential information that has thereafter been used to commit identity theft; and that Dr. Hughes is, among other things, racist and committing various crimes. Movants do not submit documentation or statements under oath to support these accusations. Mr. Berman has responded, as requested by prior order. He states under oath that he has "never heard of nor spoken to [] Dr. Amanda Hughes . . . (if she even exists)" (Dkt. No. 884 ¶ 4). These accusations are frivolous and unsubstantiated. The motion for "recusal" of Mr. Berman is **DENIED**.

The clerk shall serve this order on the movants care of Mr. Riches at the following address: Jonathan Lee Riches, P.O. Box 14500, Lexington, KY 40512.

**IT IS SO ORDERED.**

Dated: October 4, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE