1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   IN RE:                                        No. C 08-01510 WHA

11   CHARLES SCHWAB CORPORATION
     SECURITIES LITIGATION.

12                                                 **ORDER REGARDING GARY**
                                                   **BENSON'S MOTION TO BE**
13             This Document Relates              **EXCLUDED FROM THE CLASS**
                  To All Cases.

14   _____/

15

16          Gary Benson moves to be excluded from the federal securities class.  Counsel are directed

17   to inform the Court whether they oppose the motion by **NOON ON OCTOBER 29, 2010**.  Counsel

18   shall serve their briefs on the applicant.

19

20          **IT IS SO ORDERED.**

21

22   Dated:  October 27, 2010.

23                                                 WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE

24

25

26

27

28

**United States District Court**
For the Northern District of California