IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
  To All Cases.
_____/

No. C 08-01510 WHA

**ORDER REGARDING
DEFENDANTS' NOTICE**

With respect to the notice filed today by defendants (Dkt. No. 918), plaintiffs shall file a submission pertaining to the validity of the notice of termination by **MONDAY, NOVEMBER 15, 2010, AT NOON**, with any reply to be filed by **WEDNESDAY, NOVEMBER 17, AT NOON**. A hearing will be held on **THURSDAY, NOVEMBER 18, 2010, AT 11:00 A.M.** Meanwhile, all steps that would normally be taken to consummate the settlement must continue to be observed. No money will be returned pending further decision by the Court.

**IT IS SO ORDERED.**

Dated: November 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE