IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

    This Document Relates
       To All Cases.
_____/

No. C 08-01510 WHA

**ORDER TO BRING CERTAIN ITEMS TO THE HEARING ON THE VALIDITY OF DEFENDANTS' NOTICE OF TERMINATION**

    Bring to the hearing tomorrow copies of the final memorandum of understanding and all drafts in sequence of the Stipulation of Settlement for the federal securities claims, the final version, and the amendments. Also bring all written communications between the two sides on the subjects of (i) the exclusion of the Section 17200 claim, (ii) the description of the Section 17200 claim in the notice to class members, (iii) the effect of the Section 17200 exclusion on the plan of distribution, and (iv) paragraph three of the proposed final judgment. In addition bring any writings (including e-mails) that summarize, describe, or refer to communications with the other side on any of the foregoing subjects. The extent to which these communications will be required to be turned over will depend on the course of the argument, but the Court wants these in the courtroom to be considered as needed.

    **IT IS SO ORDERED.**

Dated: November 17, 2010.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE