IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

    This Document Relates
       To All Cases.
                                            /

No. C 08-01510 WHA

**QUESTION FOR HEARING**

    At the hearing today, be prepared to address whether, under the proposal submitted last night, federal class members outside of California would release their 17200 claims for no additional compensation whereas those within California would receive a sizeable payment for their 17200 claims, and if this difference is proposed, what is the justification?

Dated: November 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE