Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
Sean R. Matt (*Pro Hac Vice*)
Erin K. Flory (*Pro Hac Vice*)
Lisa M. Hasselman (*Pro Hac Vice*)
Robert F. Lopez (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com
lisah@hbsslaw.com
robl@hbsslaw.com

*Attorneys for Lead Plaintiff YieldPlus Investor Group*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | JOINT STATUS REPORT REGARDING THE FILING OF PROPOSED AMENDMENT NO. 4 TO FEDERAL STIPULATION OF SETTLEMENT<br><br>Judge:       Hon. William H. Alsup<br>Courtroom: Courtroom 9, 19th Floor |

1    The Memorandum of Understanding ("MOU") filed with the Court on November 17, 2010

2 (Dkt. No. 932) provides that the parties will prepare and execute a definitive Amendment No. 4 to

3 the Federal Stipluation of Settlement incorporating the terms of the MOU.  During yesterday's

4 hearing, the parties advised the Court that they intended to submit Amendment No. 4 today.  The

5 parties have been diligently working to finalize Amendment No. 4 but are unable to complete and

6 file it today.  However, the parties intend to finalize and file Amendment No. 4 with the Court on

7 Monday, November 22, 2011, by 3:00 p.m.

9 Dated:  November 19, 2010

HAGENS BERMAN SOBOL SHAPIRO LLP
Reed R. Kathrein
Peter E. Borkon
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com


By:     s/ Steve W. Berman
        Steve W. Berman
        Sean R. Matt
        Erin K. Flory
        Lisa M. Hasselman
HAGENS BERMAN SOBOL SHAPIRO, LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com
lisah@hbsslaw.com

*Attorneys for Lead Plaintiffs and the Classes*

JOINT STATUS REPORT RE: FILING OF PROPOSED
AMENDMENT NO. 4 - 08-cv-01510 WHA
010036-12  410025 v1

- 1 -