United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | No. C 08-01510 WHA |
| CHARLES SCHWAB CORPORATION SECURITIES LITIGATION. | |
| This Document Relates To All Cases. / | **REQUEST FOR CLARIFICATION** |

    Defendants have filed a submission that states that "two . . . non-California arbitrations assert a claim under California Business and Professions Code Section § 17200." What is unclear from defendants' submission is whether the claimants in these two arbitrations also have securities claims, whether they have already opted out, whether they will be given another opportunity to opt out under the forthcoming proposed settlement agreement, and whether these claimants were in either class certified in the above-captioned litigation to begin with. Defendants shall please file a clarifying submission by **NOON TODAY, NOVEMBER 22, 2010**.

Dated: November 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE