| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>　Faith E. Gay (*pro hac vice*)<br>　Robert C. Juman (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone:　(212) 849-7000<br>Facsimile:　(212) 849-7100<br>E-mail:　faithgay@quinnemanuel.com | COVINGTON & BURLING LLP<br>　David B. Bayless (SBN 189235)<br>　Tammy Albarrán (SBN 215605)<br>One Front Street<br>San Francisco, CA 94111-5356<br>Telephone:　(415) 591-6000<br>Facsimile:　(415) 591-6091<br><br>Attorneys for Kimon P. Daifotis |

　Richard A. Schirtzer (CA Bar No. 150165)
865 Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:　(213) 443-3000
Facsimile:　(213) 443-3100

　Karin Kramer (CA Bar No. 87346)
　Patrick Doolittle (CA Bar No. 203659)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:　(415) 875-6600
Facsimile:　(415) 875-6700

Attorneys for The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Randall W. Merk, Evelyn Dilsaver, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Doward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION<br><br><br><br>This Document Relates to All Cases | Master File No. C-08-01510-WHA<br><br>CLASS ACTION<br><br>ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIVIL L.R. 3-12]<br><br>Judge:　Hon. William H. Alsup |

The following action was recently filed in this District: *Peate v. Charles Schwab Investment Management, Inc., et al.*, CV-10-5257-SBA, filed November 19, 2010.   Pursuant to Civil L.R. 3-12(b), defendants move the Court for a determination that the *Peate* action is a related case as defined by Civil L.R. 3-12(a).   Counsel for the parties in both actions agree that the cases are related.   *See* Stipulation Regarding Administrative Motion to Consider Whether Cases Should Be Related, filed herewith.

Civil L.R. 3-12(a) states that an action is related to another when:

> (1) the actions concern substantially the same parties, property, transaction, or event; and
>
> (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Both of these criteria are met here.   *Peate* is a proposed class action on behalf of Colorado residents and "concern[s] substantially the same parties, property, transaction, or event."   The action asserts a sole California Business & Professions Code § 17200 claim that is substantially similar to the Section 17200 claim asserted in the First and Second Consolidated Amended Complaints in this action, and all the defendants in the *Peate* action are also defendants here.   Moreover, because the cases are so similar and because this Court is already familiar with the subject matter of the *Peate* action, relating the cases will avoid substantial duplication of labor and inconsistent results.

This is the second complaint related to this action filed by Dyer & Berens LLP.   Its first complaint asserted federal claims based on the same set of facts and has already been consolidated with this action.   *See* Related Case Order, Dkt. # 16 (consolidating *Hageman v. The Charles Schwab Corporation*, CV-08-1733-WHA with this action).   Additionally, the plaintiff in this new complaint, Garfield Peate, previously led a group that sought to become lead plaintiff in this action.   Motion for Appointment as Lead Plaintiff, Dkt. # 29.   Thereafter, the group voluntarily withdrew its application.   *See* Dkt. # 72.

-1-                             Master File No. C-08-01510-WHA
Administrative Motion to Consider Whether Cases Should Be Related [Civil L.R. 3-12]

Accordingly, defendants request that the Court enter an order relating the *Peate* action to this action.

DATED: November 22, 2010

FAITH E. GAY
QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Faith E. Gay
   Faith E. Gay

Attorneys for The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Randall W. Merk, Evelyn Dilsaver, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Doward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey

## ATTESTATION

I, Patrick Doolittle, am the ECF user whose ID and password were used to file the Administrative Motion to Consider Whether Cases Should Be Related [Civil L.R. 3-12].   I hereby attest that concurrence in the filing of the document was obtained from the signatory.


Dated: November 22, 2010

By:   /s/ Patrick Doolittle
          Patrick Doolittle