IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

    This Document Relates
       To All Cases.
                           /

No. C 08-01510 WHA

**ORDER PRELIMINARILY
APPROVING AMENDMENT
NO. 4 TO STIPULATION OF
SETTLEMENT**

       This order preliminarily approves amendment no. 4 to the stipulation of settlement. Final approval will await the final fairness hearing on February 11, 2011, at 9:00 a.m.

       It is true that the California class will receive $35 million while those outside California will receive nothing for the Section 17200 claim, although they will recover adequately for their federal securities fraud claim. This difference is justifiable. *First*, the California residents *were* certified for class treatment whereas non-California residents were *not*. The certification adds value to the claim in California. *Second*, almost no non-California residents have tried to sue under Section 17200 (or their own state counterparts). *Third*, California residents have an obvious right to assert California law whereas residents *elsewhere* do not have an obvious right to assert California law. And, as stated, very few have asserted any governance claim under their own state law. Those outliers will be allowed to opt out. If they do not, they will have to give up any and all claims like Section 17200 or other state counterparts (but will be adequately compensated).

1    For the vast majority of class members, the overwhelming consideration is the class treatment of the securities fraud claim. We should not veto a reasonable settlement of that claim on account of a failure to further compensate for a separate released claim not certified. Class members will be clearly notified that the release includes release of the governance claim and will be allowed a new opportunity to object and/or opt out.

There is one small but important omission to the forms of notice that this order approves. Although they state that the final fairness hearing is on February 11, 2011, they do not state that it is at 9:00 a.m. Please add that the hearing is at 9:00 a.m., and then commence sending out the new notice.

**IT IS SO ORDERED.**

Dated: November 24, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2