IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CHARLES SCHWAB CORPORATION SECURITIES LITIGATION.<br><br>This Document Relates<br>    To All Cases.<br>                                    / | No. C 08-01510 WHA<br><br>**SCHEDULING ORDER REGARDING GARFIELD PEATE'S MOTION TO INTERVENE** |

Garfield Peate noticed a motion to intervene in the above-captioned action for a hearing on December 30, 2010. This order **ADVANCES** the hearing to **DECEMBER 23, 2010**. Opposition briefs may be filed by **DECEMBER 7, 2010, AT NOON**, and a reply brief may be filed by **DECEMBER 14, 2010, AT NOON**.

**IT IS SO ORDERED.**

Dated: November 29, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE