IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | No. C 08-01510 WHA |
| CHARLES SCHWAB CORPORATION SECURITIES LITIGATION. | |
| This Document Relates To All Cases. / | **ORDER REQUESTING INFORMATION FROM CLASS COUNSEL REGARDING CLASS MEMBER GARY BENSON** |

This order requests a response from class counsel indicating whether federal securities class member Gary Benson is among those class members who are receiving new notice pursuant to the recent order preliminarily approving amendment no. 4 to the stipulation of settlement (Dkt. No. 948). Class counsel shall please respond by **5:00 P.M. ON DECEMBER 3, 2010**.

**IT IS SO ORDERED.**

Dated: December 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE