QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Faith E. Gay (*pro hac vice*)
  Robert C. Juman (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100
E-mail:        faithgay@quinnemanuel.com

  Richard A. Schirtzer (CA Bar No. 150165)
865 Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

  Karin Kramer (CA Bar No. 87346)
  Patrick Doolittle (CA Bar No. 203659)
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | Master File No. C-08-01510-WHA <br><br> <u>CLASS ACTION</u> <br><br> [~~PROPOSED~~] ORDER APPROVING SUBSTITUTION OF COUNSEL |

Defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey, hereby substitute Quinn Emanuel Urquhart & Sullivan, LLP, as counsel of record, replacing Morrison & Foerster LLP.  Counsel's new address of record is:

> Faith Gay (*pro hac vice*)
> Robert Juman (*pro hac vice*)
> Quinn Emanuel Urquhart & Sullivan, LLP
> 51 Madison Avenue, 22nd Floor
> New York, New York 10010
> Telephone: 212-849-7000
>
>
> John Potter
> Patrick Doolittle
> Quinn Emanuel Urquhart & Sullivan, LLP
> 50 California Street, 22nd Floor
> San Francisco, California  94111
> Telephone:  415-875-6600

The substitution of counsel will take effect upon the Court's entry of the proposed order.

Dated:  December 8, 2010        DARRYL P. RAINS
                                EUGENE ILLOVSKY
                                CRAIG D. MARTIN
                                DOROTHY L. FERNANDEZ
                                MORRISON & FOERSTER LLP


                                By:   /s/ Darryl P. Rains
                                      Darryl P. Rains



Dated:  December 8, 2010        PATRICK DOOLITTLE
                                QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP


                                By:    /s/ Patrick Doolittle
                                       Patrick Doolittle

-1-                                                  Master File No. C-08-01510-WHA
[PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL

1 | Defendants hereby agree and consent to this substitution of counsel.

2

3 | THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO., INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., AND SCHWAB INVESTMENTS

By: /s/ Linda Drucker
 Linda Drucker
 Associate General Counsel
 Charles Schwab & Co.

CHARLES R. SCHWAB

By: /s/ Charles R. Schwab
 Charles R. Schwab

EVELYN DILSAVER

By: /s/ Evelyn Dilsaver
 Evelyn Dilsaver

RANDALL W. MERK

By: /s/ Randall W. Merk
 Randall W. Merk

GEORGE PEREIRA

By: /s/ George Pereira
 George Pereira

MATTHEW HASTINGS

By: /s/ Matthew Hastings
 Matthew Hastings

MARIANN BYERWALTER

By:  /s/ Mariann Byerwalter
      Mariann Byerwalter

DONALD F. DORWARD

By:  /s/ Donald F. Dorward
      Donald F. Dorward

WILLIAM A. HASLER

By:  /s/ William A. Hasler
      William A. Hasler

ROBERT G. HOLMES

By:  /s/ Robert G. Holmes
      Robert G. Holmes

GERALD B. SMITH

By:  /s/ Gerald B. Smith
      Gerald B. Smith

DONALD R. STEPHENS

By:  /s/ Donald R. Stephens
      Donald R. Stephens

MICHAEL W. WILSEY

By:  /s/ Michael W. Wilsey
      Michael W. Wilsey

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Quinn Emanuel Urquhart & Sullivan, LLP shall, and hereby is, substituted for Morrison & Foerster LLP as counsel of record for defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey.

Date:  December 13, 2010.

_____
HONORABLE WILLIAM H. ALSUP
U.S. District Court Judge