1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION

19   IN RE CHARLES SCHWAB CORP.              No. 08-cv-01510 WHA
     SECURITIES LITIGATION
20

21   THIS DOCUMENT RELATES TO:              ~~[PROPOSED]~~ ORDER TO SHOW
                                            CAUSE
22   All Actions

23                                          Date Action Filed:  March 18, 2008

24

25

26

27

28

010036-12  414773 v1

Before the Court is the parties' Joint Administrative Motion for an Order to Show Cause (the "Motion") pertaining to certain non-responding intermediary broker-dealers.  The Court finds that the broker-dealers identified below were provided a copy of this Court's Order Amending Proposed Settlements and Directing the Settlement Notice be Provided to Intermediary Account Class Members (Dkt. No. 858) and failed to produce the information specified in the Order:

| Count | Name of Broker-Dealer |
|---|---|
| 1 | Alaska Trust Company |
| 2 | Atwell & Co |
| 3 | Barclays Capital Inc. |
| 4 | Ferris Baker Watts Inc. |
| 5 | Fiserv |
| 6 | FTC & Co. |
| 7 | Lehman Brothers Inc. |
| 8 | Marshall & Ilsey Bank |
| 9 | MCHC Service Corporation Ret. Plan |
| 10 | MG Capital Trust Co. |
| 11 | Mid Atlantic Capital Corporation |
| 12 | Morgan Keegan & Co., Inc. |
| 13 | Morgan Stanley Smith Barney LLC (also sometimes designated as MS & Co. Inc.) |
| 14 | National Investor Services Corp. |
| 15 | PrimeVest Financial Services Inc. |
| 16 | Prudential Investment Management Services |
| 17 | Reliance Trust Company |
| 18 | Stern, Agee & Leech Inc. |
| 19 | TD Ameritrade |
| 20 | Union Bank of California |
| 21 | US Trust Company of New York |
| 22 | Wachovia Bank NA |
| 23 | Wells Fargo Bank |
| 24 | Wilmington Trust Company |

The foregoing brokers are ordered to appear and demonstrate, if they can, why they should not be sanctioned for failing to abide by the Court's Order.  They may file a responsive brief in this Court no later than December 30, 2010, at noon and serve it on all parties by the same date and time.

1          The parties may file any replies thereto on or before January 4, 2011, at noon.

2          A hearing to consider the responses and to determine whether the foregoing broker-dealers

3   should be sanctioned and, if so, the nature of the sanction, is scheduled for January 5, 2011, at 2 p.m.

4

5          The parties are directed to serve this order on the foregoing broker-dealers.

6

7

8   DATED:  December 21, 2010.          _____

9                                      THE HONORABLE WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28