UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION,<br><br>This Document Relates to All Cases | Master File No. C-08-01510-WHA<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ARTHUR M. ROBERTS PRO HAC VICE |

Arthur M. Roberts, whose business address and telephone number is Quinn Emanuel Urquhart & Sullivan, 50 California Street, 22nd Floor, San Francisco, California 94111-4788, (415) 875-6600, and who is an active member in good standing of the bar of the State of New York, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Randall W. Merk, Evelyn Dilsaver, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Doward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

1 | will constitute notice to the party. All future filings in this action are subject to the requirements
2 | contained in General Order No. 45, *Electronic Case Filing.*

4 | DATED: December 29, 2010.

_____
Hon. William H. Alsup
United States District Court Judge