IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | No. C 08-01510 WHA |
| CHARLES SCHWAB CORPORATION SECURITIES LITIGATION. | |
| This Document Relates To All Cases. / | **REQUEST REGARDING MEMORANDUM RESPONDING TO BROKER-DEALER SUBMISSIONS** |

The Court has noticed that many of the broker-dealer responses to the order to show cause state that they did not receive notice of the order directing that settlement notice be provided to intermediary account class members. This is contrary to what class counsel represented at the last hearing. In the memorandum due on Tuesday, please explain the discrepancy.

Dated: December 30, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE