UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | CASE NO.   08-cv-01510 WHA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PETER J. TEPLEY *PRO HAC VICE*<br><br>CLASS ACTION<br><br>Judge:   Hon. William H. Alsup |

Peter J. Tepley, whose business address and telephone number is Haskell Slaughter Young & Rediker, LLC, 1400 Park Place Tower, 2001 Park Place North, Birmingham, Alabama 35203, Telephone (205) 251-1000, and who is an active member in good standing of the bar of the State of Alabama, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sterne, Agee & Leach, Inc.

/ / /

/ / /

PRINTED ON RECYCLED PAPER
1071009v1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PETER J. TEPLEY *pro hac vice*, Master File No. 08-cv-01510 WHA

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
2   and conditions of Civil L. R. 11-3. All papers filed by the attorney must indicate appearance *pro*
3   *hac vice*. Service of papers upon and communication with co-counsel designated in the application
4   will constitute notice to the party. All future filings in this action are subject to the requirements
5   contained in General Order No. 45, *Electronic Case Filing*.

Dated:  January 3, 2011.

/s/ Wm Alsup

Hon. William    Alsup
United States District Court Judge

- 2 -    [PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY PETER J. TEPLEY *pro hac vice*,
*Master File No. 08-cv-01510 WHA*

1071009v1