IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | No. C 08-01510 WHA |
| CHARLES SCHWAB CORPORATION SECURITIES LITIGATION. | |
| This Document Relates To All Cases. | **NOTICE OF REQUESTED ATTENDANCE** |
| / | |

This notice should be unnecessary but, in light of at least one inquiry, all respondents in the order to show cause dated December 21, 2010, must appear at the hearing this afternoon.

Dated: January 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE