IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CHARLES SCHWAB CORPORATION<br>SECURITIES LITIGATION.<br><br>This Document Relates<br>    To All Cases.<br>_____/ | No. C 08-01510 WHA<br><br>**ORDER REGARDING NOTICE TO INTERMEDIARY ACCOUNT CLASS MEMBERS AND FINAL FAIRNESS HEARING** |

The final fairness hearing for intermediary account class members will be March 10, 2011, at 3:00 p.m. As discussed at the hearing today, notice will be sent to intermediary account class members by February 1, 2011. Please submit to the Court the form of notice to intermediary account class members, and comment on any possible need for any slight revisions, by **NOON ON FRIDAY, JANUARY 7, 2011**. (This is in addition to the status report discussed at the hearing today that will be submitted next Wednesday.)

**IT IS SO ORDERED.**

Dated: January 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE