**United States District Court**
For the Northern District of California

1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   IN RE:                                   No. C 08-01510 WHA

11   CHARLES SCHWAB CORPORATION
12   SECURITIES LITIGATION.
                                              **ORDER APPROVING FORMS OF**
13         This Document Relates             **NOTICE TO INTERMEDIARY**
              To All Cases.                  **ACCOUNT CLASS MEMBERS**
14   _____/

15

16         This order approves the submitted forms of notice that will be sent to the newly-identified

17   intermediary account class members (*see* Dkt. No. 1006).

18         **IT IS SO ORDERED.**

19

20   Dated:  January 7, 2011.                _____
                                             WILLIAM ALSUP
21                                           UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28