IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CHARLES SCHWAB CORPORATION SECURITIES LITIGATION.<br><br>This Document Relates<br>To All Cases.<br>_____ / | No. C 08-01510 WHA<br><br>**NOTICE REGARDING LIST OF CLASS MEMBERS** |

     Counsel are reminded that an exact list of every class member bound by the judgment must eventually be filed before the case will be closed and possibly before any money is paid out. The list should specify the form of notice, date(s) it was sent, and address(es) to which it was sent. The version of the list with the addresses must be filed under seal. If good cause is shown, the entire list may be placed under seal.

Dated: January 18, 2011.

                                                         WILLIAM ALSUP
                                                         UNITED STATES DISTRICT JUDGE