IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re Charles Schwab Corp. Sec. Litig.,

Plaintiff,

v.

Defendant.

CASE NO. C 08-01510 WHA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

John J. Pentz, whose business address and telephone number is 2 Clock Tower Place, 440, Maynard, MA 01754, (978) 461-1548

and who is an active member in good standing of the bar of the Massachusetts Supreme Judicial Court having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Gary S. Benson

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 24, 2011.

Judge William Alsup