IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
To All Cases.
_____/

No. C 08-01510 WHA

**ORDER REGARDING LETTER FROM DAWN PACE**

The Court has received the appended letter from Dawn Pace. Counsel were not copied. This order requests a response from counsel regarding the status of Dawn Pace's class membership, as well as whether they oppose what seems to be a motion for exclusion. Counsel shall please respond by **FEBRUARY 24, 2011**. Counsel shall serve their briefs on the applicant.

**IT IS SO ORDERED.**

Dated: February 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1-14-2011

Please exclude me from the Schwab Yield Plus Settle as it does not cover the shares that Schwab sold me prior to 5-30-2006.

Dawn E. Pace
DAWN W. PACE
1220 Ortega
Coral Gables, FL
33134
305-4420909

Account
Schwab 289148-4

Please provide
Case # + Judge's
Initials

No - 08-CV-01510 WHA

RECEIVED
FEB 17 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dave Ontega
1220 Ontega
C. L. Fla
33134

Clerk of the court
United State District Court
Northern District of California
United State Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102



OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Dawn M. Pace
1200 Ortega
Coral Gables, Fl
33134

Dawn Pace
1220 Ortega
Coral Gables, FL
33134

Office of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA
94102