Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
Sean R. Matt (*Pro Hac Vice*)
Erin K. Flory (*Pro Hac Vice*)
Lisa M. Hasselman (*Pro Hac Vice*)
Robert F. Lopez (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com
lisah@hbsslaw.com
robl@hbsslaw.com

*Attorneys for the California Class Representative and the California Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR THE HEARING ON PLAINTIFFS' MOTION REGARDING 694 EXCLUSIONS<br><br>Date: None<br>Time: None<br>Judge: Hon. William H. Alsup<br>Courtroom: Courtroom 9, 19th Floor |

010036-12  426414 V1

1  Pursuant to Local Rule 6, the parties respectfully submit this Stipulation and Proposed Order Shortening Time For The Hearing on Plaintiffs' Motion Regarding 694 Exclusions. The Motion asks the Court to rule on whether or not the settlement amounts should be reduced as a result of the Court's May 7, 2010 Order excluding from the Federal Classes 694 YieldPlus investors who did not receive individually-mailed notice of class certification because (i) their mailed notices of pendency were returned to the claims administrator as undeliverable, and (ii) no new mailing addresses could be found (and, therefore, no new notices were re-mailed to them).

Under the normal motion schedule, if the Stipulation to Shorten time is not granted, the Motion Regarding 694 Exclusions would not be considered until March 31, 2011. Given that the Court is holding the final fairness hearing on March 10, 2011, the parties agree that the Motion Regarding 694 Exclusions should be heard on March 10, 2011, in conjunction with the final fairness hearing. The parties further agree that Defendants shall file any opposition to the Motion Regarding 694 Exclusions on March 1, 2011, and Plaintiffs shall file any reply on March 6, 2011.

IT IS SO STIPULATED.

Dated: February 18, 2011

REED R. KATHREIN
PETER E. BORKON
STEVE W. BERMAN
SEAN R. MATT
ERIN K. FLORY
LISA M. HASSELMAN
ROBERT F. LOPEZ
HAGENS BERMAN SOBOL SHAPIRO LLP


By: /s/ Steve W. Berman
       Steve W. Berman

Attorneys for the California Class Representative and the California Class

STIPULATION AND [~~PROPOSED~~] ORDER                   -1-
08-cv-01510 WHA
010036-12  426414 V1

1  Dated:  February 18, 2011

                                            Faith E. Gay
                                            Karin Kramer
                                            QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                            By: /s/ Karin Kramer
                                                  Karin Kramer

                                            Attorneys for defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The hearing on Plaintiffs Motion Regarding 694 Exclusions shall be held on March 10, 2011, at 3:00p.m.  Defendants' opposition is due on  March 1   and Plaintiffs' reply is due  March 6.

Dated:  February 18 , 2011        _____
                                          The Honorable William Alsup
                                          United States District Judge