IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | No. C 08-01510 WHA |
| CHARLES SCHWAB CORPORATION SECURITIES LITIGATION. | |
| This Document Relates To All Cases. _____/ | **ORDER DENYING MOTION TO FILE SUBMISSIONS REGARDING 694 EXCLUSIONS MOTION UNDER SEAL AND REQUEST FOR FURTHER RESPONSES FROM COUNSEL** |

Class counsel's motion to file under seal (i) Plaintiffs' Notice of Motion and Motion Regarding 694 Exclusions; Memorandum of Points and Authorities in Support Thereof; and (ii) the Declaration of Steve W. Berman in Support of Plaintiffs' Motion Regarding 694 Exclusions, with exhibits A–D, is **DENIED**. Absent class members have a right to see the entire file and see all submissions regarding how their rights are being affected. Class counsel shall file their submissions publicly by **MARCH 1**.

In addition, counsel for both sides shall show cause by **WEDNESDAY, MARCH 2, 2011, AT NOON**, if there is any reason why prior submissions regarding amendments to the class settlement agreements (*see, e.g.*, Dkt. Nos. 746, 782–83) should not be unsealed.

By that time counsel shall also notify the Court whether (i) there may be more than the 694 class members in the same category addressed by class counsel's 694 exclusions motion

who will be discovered later; and (ii) whether there are *any* other problems similar to the 694 exclusions issue hiding in the weeds.

**IT IS SO ORDERED.**

Dated: February 28, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2