IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | No. C 08-01510 WHA |
| CHARLES SCHWAB CORPORATION SECURITIES LITIGATION. | |
| This Document Relates To All Cases. | **ORDER GRANTING REQUEST FOR EXCLUSION OF DAWN PACE FROM FEDERAL CLASS** |
| / | |

    This order grants the request by federal securities class member Dawn Pace for exclusion from the class (Dkt. No. 1035), given that her letter is dated January 14, 2011, which was the final date by which exclusion requests needed to be postmarked in order to be timely.  Counsel for both sides do not object.  Ms. Pace is notified that she is no longer a part of the settlement in this case, and must file her own claim or initiate another proceeding to vindicate any rights she has that would otherwise be resolved by the settlement agreement in this case.  The Clerk shall serve this order on Dawn Pace, 1220 Ortega, Coral Gables, FL 33134.

    **IT IS SO ORDERED.**

Dated: February 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE