IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.
    This Document Relates
       To All Cases.
_____/

No. C 08-01510 WHA

**ORDER DENYING CLASS MEMBER BENSON'S MOTION TO SUPPLEMENT RECORD**

Class member Gary Benson has filed a motion to supplement the record on his motion to intervene, which has been denied (Dkt. Nos. 1015, 1031, 1046). His motion is **DENIED**, and the supplemental material he submitted with his motion shall be disregarded. Larding the record after the Court has made a ruling is not fair play.

**IT IS SO ORDERED.**

Dated: March 1, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE