IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>CHARLES SCHWAB CORPORATION<br>SECURITIES LITIGATION.<br><br>This Document Relates<br>To All Cases.<br>_____/ | No. C 08-01510 WHA<br><br>**ORDER REGARDING CLASS<br>MEMBER BENSON'S MOTION<br>FOR RECONSIDERATION** |

Class member Gary Benson moves for reconsideration of the order denying his motion to supplement the record. The motion states, "The Court mistakenly assumed that the Motion to Supplement the Record relates only to Mr. Benson's previously denied Motion to Intervene. It does not. The Motion relates primarily to his Objection . . ." The order denying Mr. Benson's motion did not reference his motion to intervene based on an assumption; in fact, the motion *itself* references his motion to intervene and not his objection. Regardless, with this clarification, Mr. Benson's submission will be considered with his objection in the context of the parties' joint motion for final approval of the class settlement.

**IT IS SO ORDERED.**

Dated: March 1, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE