IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>CHARLES SCHWAB CORPORATION<br>SECURITIES LITIGATION.<br>This Document Relates<br>To All Cases.<br>_____/ | No. C 08-01510 WHA<br><br>**ORDER REGARDING SEALING OF<br>AMENDMENT SUBMISSIONS** |

Counsel for both sides were ordered to show cause if there is any reason why prior submissions regarding amendments to the class settlement agreements should not be unsealed. The parties agree that the submission containing Amendment No. 1 can be unsealed (Dkt. No. 746). Therefore, the Clerk shall file that submission publicly and date it filed on May 5, 2010 (the date it was received).

The parties argue, however, that the submissions regarding Amendment No. 2 should remain under seal (Dkt. Nos. 782–83). For good cause shown by the parties, and because it will not affect class members' ability to make fully informed decisions about their rights, such submissions will remain under seal. Solely as a housekeeping measure, because the submissions were lodged and never filed, the Clerk shall file these submissions electronically under seal and date them filed on May 17, 2010 (the date they were received).

In addition, class counsel have filed an administrative motion to have their "Response to the Court's February 28, 2011 Order" filed under seal (Dkt. No. 1053). As this filing contains a discussion of why materials related to Amendment No. 2 should remain sealed, class counsel's

administrative motion is **GRANTED**. Class counsel shall file the response electronically under seal by March 4, 2011.

**IT IS SO ORDERED.**

Dated: March 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2