IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: <br><br> CHARLES SCHWAB CORPORATION <br> SECURITIES LITIGATION. <br><br> This Document Relates <br> To All Cases. <br> _____/ | No. C 08-01510 WHA <br><br> **ORDER REGARDING** <br> **CORRESPONDENCE FROM** <br> **JAMES EDWARDS** |

In past correspondence, James Edwards, a federal securities class member, objected to the class settlement and requested that the Court consider whether the settlement agreement affords a new opportunity to request exclusion to individual class members under FRCP 23(e)(4). A prior order found that he was not requesting exclusion from the class (Dkt. Nos. 877, 907).

Yesterday the Court received the appended e-mail and attachment. Both class counsel and counsel for Schwab shall please respond by **TOMORROW, MARCH 9, 2011, AT 9:00 A.M.**, concerning (i) whether Mr. Edwards was given another opportunity to opt out via the Amendment No. 4 notice; (ii) whether counsel think this letter should be construed as a request for exclusion or an objection; and (iii) if the former, whether exclusion should be allowed.

Counsel shall serve their briefs on Mr. Edwards. The clerk shall serve this order on James Edwards TTEE, Scientific Spinal Pension Plan, 3907 Greenway, Baltimore, MD 21218.

**IT IS SO ORDERED.**

Dated: March 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE



| | | | |
|---|---|---|---|
| | **James Edwards**<br><james.r.edw@gmail.com><br>03/01/2011 06:04 PM | To | whapdf <WHApdf@cand.uscourts.gov> |
| | | cc | peterb@hbsslaw.com, reed@hbsslaw.com, lisah@hbsslaw.com, robl@hbsslaw.com, steve@hbsslaw.com, drains@mofo.com, cmartin@mofo.com, drodriguez@mofo.com, dfernandez@mofo.com, ktaylor@tcolaw.com, splunkett@mofo.com, ccegse@aol.com, richard.karoly@schwab.com |
| | | Subject | Re: Petition from Scientific Spinal Pension Plan |

Clerk of the Court for Judge William Alsup and interested parties,
  Attached is a corrected request from the Scientific Spinal Pension Plan.  We noticed
a typographical error on the request sent earlier today.  Kindly disregard the previous request and
replace it with the attached document.

Sincerely,

James Edwards,
Scientific Spinal Pension Plan

On Tue, Mar 1, 2011 at 1:01 PM, James Edwards <james.r.edw@gmail.com> wrote:
   Clerk of the Court for Judge William Alsup,

   Please find attached a petition from the Scientific Spinal Pension Plan with certificate of
   service.

   Sincerely,

   James Edwards, Trustee
   Scientific Spinal Pension Plan



Corrected Scientific Spinal Pension Plan Petition.pdf

**James Edwards TTEE**
**Scientific Spinal Pension Plan**
3907 Greenway
Baltimore, MD 21218
Home) 443-438-6600
Cell) 786-301-8006

March 1, 2011 (Corrected)

Clerk of the Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102
Email: WHApdf@cand.uscourts.gov

RE: Charles Schwab Corp Securities Litigation,
    Case No. C 08-01510 WHA

Clerk of the Court for Judge William Alsup:

The Scientific Spinal Pension plan respectfully requests Honorable Judge Alsup to issue a ruling on the Scientific Spinal Pension Plan's request to be excluded from the class pursuant to Federal Rule of Civil Procedure 23(e)(4) which states the Court may, "afford a new opportunity to request exclusion to individual class members who had an earlier opportunity to request exclusion but did not do so." By way of background please find attached the October 4th order.

We ask the Court to consider the following actions that differentiate Scientific Spinal Pension Plan's case from those included within the settlement:

1. **Failure of Notice:**
   - The owner and beneficiary of the pension, Dr. Charles Edwards was not notified of the class action until receipt of the August, 2010 Notice of Pendency and Proposed Settlement of Class Action. Hence it was not possible to request exclusion.
   - We contest that communication and notification was effected and that the purported absence of a return envelope marked as undeliverable demonstrates notification.
   - Neither the pension fund nor its principal agreed to surrender its claim to a law firm with which it had no knowledge or communication. No one disputes this fact. To be bound by terms negotiated by an unknown entity is unfair.

2. **Schwab Transfer of Pension Funds:**
   - In July, 2007 Scientific Spinal's Pension Plan had all of its assets in a Schwab Money Market Fund.
   - Charles Schwab's representative, Darrel Askew, at the Towson, Maryland branch recommended the Schwab YieldPlus Fund as a conservative investment, suitable for our pension plan. I explicitly asked if the fund was appropriate for our entire pension plan's assets considering we have no tolerance for loss of principal. Mr. Askew said, "Your principal will not be at risk in this fund. It is an alternative to the Money Market fund with a slightly higher rate of return."
   - Based on this advice and the Fund's prospectus that reinforced Mr. Askew's recommendation I invested all of the pension plan's assets into the fund on July 10, 2007.
   - In stark contrast with the Charles Schwab YieldPlus Fund prospectus' printed description and Mr. Askew's affirmations, the pension plan's assets plummeted in value. This was due to Schwab investments outside the parameters advertised for the YieldPlus Fund. Through no fault of the Scientific Spinal Pension Fund, we incurred net losses of $100,712.02 according to the Gilardi & Co statement.
   - Settlement compensation under the class action settlement amounts to less than 21 cents on the dollar. It does not adequately compensate for our losses, considering the active

role played by Charles Schwab advising transfer of pension funds and misrepresenting the YieldPlus Fund's investment agenda. This contrasts with the passive role played by Charles Schwab in the typical class claimant.

Based on these equity considerations we ask the Court to exclude the Scientific Spinal Pension Plan from the class as may be granted under F.R.C.P 23(e)(4) so we may be at liberty to arbitrate our claim independently.

Respectfully,

*James Edwards*

James R. Edwards

I certify that on this 1st day of March, 2011 a copy of this letter was served via email to the Plaintiff and Defendant's Counsel as noted below:

*James Edwards*

James Edwards

**Counsel for Lead Plaintiff**
Peter E. Borkon
Email: peterb@hbsslaw.com

Reed R. Kathrein
Email: reed@hbsslaw.com

Lisa Hasselman
Email: lisah@hbsslaw.com

Robert F Lopez
Email: robl@hbsslaw.com

Steve Berman
Email: steve@hbsslaw.com

**Council for Lead Defendant**
Darryl Paul Rains
Email: drains@mofo.com

Craig David Martin
Email: cmartin@mofo.com

Dana Anthony Rodriguez
Email: drodriguez@mofo.com

Dorothy L. Fernandez
Email: dfernandez@mofo.com

Kimberly Linnell Taylor
Email: ktaylor@tcolaw.com

Stuart Christopher Plunkett
Email: splunkett@mofo.com

Richard A Karoly
Charles Schwab Corp
Office of Corporate Counsel
Richard.karoly@schwab.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
To All Cases.
_____/

No. C 08-01510 WHA

ORDER REGARDING
CORRESPONDENCE FROM
JAMES EDWARDS O/B/O
SCIENTIFIC SPINAL PENSION
PLAN

      As described by prior order (Dkt. No. 877), James Edwards wrote a letter to the Court and copied counsel, and then sent a follow-up e-mail to the Court without copying counsel. That order construed the correspondence from Mr. Edwards as an opt-out motion, though it noted that it was somewhat unclear whether the correspondence was instead an objection to the federal securities class settlement agreement. Mr. Edwards subsequently wrote another letter, this time copied to counsel, which clarified his prior correspondence. It states: "I did not word my 8/4/10 email as I intended. The Scientific Spinal Pension Plan is a Class Member, however we oppose the federal class settlement agreement . . ."

      This order will therefore not decide whether the Scientific Spinal Pension Plan or Mr. Edwards can opt out of the federal securities class. As requested by Mr. Edwards and pursuant to Federal Rule of Civil Procedure 23(e)(4), the Court will consider whether the class settlement agreement "affords a new opportunity to request exclusion to individual class members who had an earlier opportunity to request exclusion but did not do so," when considering approval of that agreement.

The clerk shall serve this order on Mr. Edwards at the following address: James Edwards TTEE, Scientific Spinal Pension Plan, 3907 Greenway, Baltimore, MD 21218.

**IT IS SO ORDERED.**

Dated: October 4, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2