1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

19                    UNITED STATES DISTRICT COURT
20                   NORTHERN DISTRICT OF CALIFORNIA
21                        SAN FRANCISCO DIVISION
22

23  IN RE CHARLES SCHWAB CORP.         Master File No. C-08-01510-WHA
    SECURITIES LITIGATION,
24                                     CLASS ACTION

25                                     STIPULATION AND [PROPOSED] ORDER
                                       ALLOWING TWO CLASS MEMBERS
26  This Document Relates to All Cases BACK INTO CLASS

27
28

1  WHEREAS, on May 7, 2010, the Court issued an Order Excluding Class Members With Notices Returned "Undeliverable," affecting the 694 class members "who did not receive notice of this class action by first-class mail because (1) their mailed notices were returned to the claims administrator as 'undeliverable' and (2) no new mailing addresses could be found." See Dkt. No. 756;

WHEREAS, included in the list of 694 class members were two YieldPlus accounts entitled "Mary B Wroblewski Designated Bene Plan/TOD" and "Future Foundation of Sacramento;"

WHEREAS, representatives of the Wroblewski and Future Foundation of Sacramento accounts have contacted the settlement administrator and indicated they would like to remain in the class.

IT IS HEREBY STIPULATED among the undersigned parties, subject to Court approval, as follows:

1. The Order Excluding Class Members With Notices Returned "Undeliverable," Dkt. No. 756, is hereby amended to allow the Wroblewski and Future Foundation of Sacramento accounts to remain in the class.

IT IS SO STIPULATED.

Dated: March 11, 2011

STEVE W. BERMAN
SEAN R. MATT
ERIN K. FLORY
LISA M. HASSELMAN
REED R. KATHREIN
PETER E. BORKON
HAGENS BERMAN SOBOL SHAPIRO LLP


By /s/
   Sean R. Matt

Attorneys for Lead Plaintiff YieldPlus Investor Group

| | |
|---|---|
| Dated: March 11, 2011 | FAITH E. GAY<br>RICHARD A. SCHIRTZER<br>KARIN KRAMER<br>PATRICK C. DOOLITTLE<br>ROBERT C. JUMAN<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By /s/<br>Karin Kramer |
| | Attorneys for The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Randall W. Merk, Evelyn Dilsaver, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Doward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey |
| Dated: March 11, 2011 | DAVID B. BAYLESS<br>TAMMY ALBARRÁN<br>AILEEN WHEELER<br>COVINGTON & BURLING LLP |
| | By /s/<br>David B. Bayless |
| | Attorneys for Kimon Daifotis |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 11, 2011

The Honorable William Alsup
United States District Judge