IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

    This Document Relates
       To All Cases.
                                      /

No. C 08-01510 WHA

**ORDER GRANTING MOTION TO EXTEND DEADLINES TO SUBMIT CLASS LIST AND MOTION ON INTERMEDIARY ACCOUNT SETTLEMENT UNDERFUNDING**

        Class counsel has filed a response to a scheduling order and motion for leave to extend deadlines related thereto. Counsel requests until March 29, 2011, to file the final class list. Counsel also requests until April 6, 2011, to file any motion related to potential intermediary account settlement underfunding.

        The Court will not give final approval to the class settlement until all of the problems in counsel's memorandum (and any other problems not yet revealed) are solved. For the reasons stated in the memorandum, the deadline for submission of the final class list is continued to **MARCH 29, 2011**, and the deadline for submission of any motion related to potential intermediary account settlement underfunding is continued to **APRIL 6, 2011**. Counsel shall meet and confer to attempt to solve all problems.

        **IT IS SO ORDERED.**

Dated: March 18, 2011.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE