IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

    This Document Relates
       To All Cases.
                                             /

No. C 08-01510 WHA

**SCHEDULING ORDER
REGARDING MOTION ON
INTERMEDIARY ACCOUNT
SETTLEMENT UNDERFUNDING**

      A prior order set a deadline for submission of any motion related to potential intermediary account settlement underfunding of **APRIL 6, 2011**. Defense counsel then submitted an unopposed motion regarding a briefing schedule on the potential motion. *If* class counsel files the motion, they shall notice the motion for a hearing on **MAY 5, 2011, AT 2:00 P.M.** Defense counsel's motion is **GRANTED**, and they may oppose by **APRIL 19, 2011**. Class counsel may reply by **APRIL 26, 2011**. If instead class counsel chooses to not file a motion on intermediary account settlement underfunding, they shall file a status report on the issue by April 6.

      **IT IS SO ORDERED.**

Dated: March 28, 2011.

                                                    WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE