1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION, | Master File No. C-08-01510-WHA |
| --- | --- |
| | CLASS ACTION |
| This Document Relates to All Cases | STIPULATION AND [PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE CLASS LIST UNDER SEAL |

1  WHEREAS, the Court asked the parties to submit a list of every class member bound by
2 the judgment;

3  WHEREAS, the Court stated that if good cause is shown, the entire list may be placed
4 under seal; and

5  WHEREAS, there is good cause to file the entire list under seal because its public
6 disclosure would expose class members' nonpublic personal financial information, potentially
7 expose them to identity theft and unwelcome marketing, and because the class list is a protectable
8 trade secret.

9  IT IS HEREBY STIPULATED among the undersigned parties, subject to Court approval,
10 as follows:

11  1.  The Joint Administrative Motion to File Class List Under Seal is granted.

12  2.  The parties may file the entire class list under seal.

13 IT IS SO STIPULATED.

14 Dated:  March 28, 2011            STEVE W. BERMAN
                                    SEAN R. MATT
15                                  ERIN K. FLORY
                                    LISA M. HASSELMAN
16                                  REED R. KATHREIN
                                    PETER E. BORKON
17                                  HAGENS BERMAN SOBOL SHAPIRO LLP

18

19                                  By /s/
20                                     Sean R. Matt

21                                  Attorneys for Lead Plaintiff YieldPlus Investor
                                    Group
22

23

24

25

26

27

28

-1-                                    Master File No. C-08-01510-WHA
Stipulation and [Proposed] Order Granting Joint Administrative Motion to File Class List Under Seal

| | |
|---|---|
| Dated: March 28, 2011 | FAITH E. GAY<br>RICHARD A. SCHIRTZER<br>KARIN KRAMER<br>PATRICK C. DOOLITTLE<br>ROBERT C. JUMAN<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By /s/<br>   Karin Kramer |
| | Attorneys for The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Randall W. Merk, Evelyn Dilsaver, George Pereira, Matthew Hastings, Mariann Byerwalter, Donald F. Doward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, and Michael W. Wilsey |
| Dated: March 28, 2011 | DAVID B. BAYLESS<br>TAMMY ALBARRÁN<br>AILEEN WHEELER<br>COVINGTON & BURLING LLP |
| | By /s/<br>   David B. Bayless |
| | Attorneys for Kimon Daifotis |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 28, 2011

The Honorable William Alsup
United States District Judge