IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CHARLES SCHWAB CORPORATION<br>SECURITIES LITIGATION.<br><br>This Document Relates<br>    To All Cases.<br>                                                 / | No. C 08-01510 WHA<br><br>**REQUEST FOR RESPONSE FROM SCHWAB REGARDING INTERMEDIARY ACCOUNT SETTLEMENT FUNDING AND CASE STATUS** |

Class counsel has filed a status report regarding intermediary account settlement funding in lieu of a motion regarding the same. Counsel for Schwab shall confirm that it has no objection to Gilardi using the reserve for notice and administration costs and unforeseen contingencies, now approximating $576,000, to pay the intermediary account claims in the California class. Counsel for Schwab shall also confirm that there are no pending motions other than class counsel's motion regarding 694 exclusions and motions for final approval of the settlement and attorney's fees. Such submission shall please be made by **APRIL 8, 2011, AT NOON**.

**IT IS SO ORDERED.**

Dated: April 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE