IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | No. C 08-01510 WHA |
| CHARLES SCHWAB CORPORATION SECURITIES LITIGATION. | |
| This Document Relates To All Cases. | **ORDER REGARDING CLASS MEMBER BENSON'S SUPPLEMENTAL OBJECTION** |

Attorney Pentz has filed, on behalf of class member Gary Benson, a submission called "supplemental objection." This submission shall be disregarded. Attorney Pentz continues to lard the record well after the deadline for objections has passed.

**IT IS SO ORDERED.**

Dated: April 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE