**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

   This Document Relates
      To All Cases.
                                                    /

No. C 08-01510 WHA

**ORDER REGARDING
PLAINTIFFS' MOTION FOR
PARTIAL RECONSIDERATION**

Class counsel moves for partial reconsideration of the order granting final approval of the class settlement agreements and granting in part their motion for attorney's fees and expenses to request that they be allowed to file a supplemental request for claims administration expense reimbursement after such administration is complete. They do not set forth a specific figure now.

Counsel may file such application for consideration. At that time, they shall please clearly set forth the total amount requested, as well as a clearly-delineated breakdown according to the tasks billed for. They shall please further include details about the total amount of the fund remaining at that time, *i.e.*, after disbursement to the class, the total amount of outstanding class-member claims on the fund not yet paid out, whether any funds have been deducted for claims-administration expenses thus far, and what class counsel's disbursement for their remaining 50 percent of fees would be including interest. In other words, please provide an accurate picture of

how much is being requested, how it was assertedly earned, and whether the other money left in the pot is sufficient to cover everything else.

**IT IS SO ORDERED.**

Dated:  April 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2