IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

This Document Relates
To All Cases.

/

No. C 08-01510 WHA

**ORDER REGARDING
WEBSITE NOTICE FOR
701 EXCLUSIONS**

Pursuant to the order denying plaintiffs' motion regarding 694 exclusions, class counsel has now filed a form of website notice for approval. This order approves the form of notice, as well as counsel's plan to post it for 12 months on www.schwabyieldplussettlement.com, and their plan for the claims administrator and counsel to provide information to anyone who contacts them in response to this notice.

**IT IS SO ORDERED.**

Dated: April 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE