IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>CHARLES SCHWAB CORPORATION<br>SECURITIES LITIGATION.<br><br>This Document Relates<br>To All Cases.<br>_____/ | No. C 08-01510 WHA<br><br>**REQUEST REGARDING LETTER FROM ROBERT FRIEDLANDER** |

The appended letter was received today from Robert Friedlander. Class counsel shall please contact him and provide him with up-to-date information on the timing of distribution.

Dated: June 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

Robert Friedlander
401 Marion Avenue
Mill Valley, Ca.
94941

bdfried@sbcglobal.net

June 8, 2011

Judge William Alsup
C/O Clerk of the court
US Disrtrict Court Northern District Ca.
US Courthouse
450 Golden Gate Avenue
SF CA. 94102

Dear Judge Alsup,

I am a former investor in Schwab Yield Plus Fund.

I have contacted the settlement administrator at 1-888-955-2703 three times and have been unable to get any information as to when I can expect my settlement. I asked for a ball park date and the reply is we know nothing.

I would appreciate a more intelligent answer.

*[signature]*

Robert Friedlander

Friedlander
401 Marion Avenue
Mill Valley, CA. 94941

Judge William ALsup
c/o Clerk of The Court
U.S. District Court Northern District CA.
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA. 94102

94102+3432