IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

      This Document Relates to
      All Cases,

      Defendant.

No. C 08-01510 WHA

**ORDER APPROVING NOTICE
TO CLASS MEMBERS WHO DID
NOT CASH THEIR CHECKS**

      Class counsel submitted a notice and draft letter to be mailed on January 20, 2012, to class members who did not cash their settlement checks. Having reviewed the letter, it is approved. Class counsel also indicated that it proposes mailing the letter to all class members who did not cash their checks instead of mailing the letter to only those class members who had uncashed checks in an amount above $25, as had been previously proposed. This is approved.

      **IT IS SO ORDERED.**

Dated: January 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE