United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION
SECURITIES LITIGATION.

    This Document Relates to
    All Cases,

    Defendant.
                              /

No. C 08-01510 WHA

**REQUEST FOR RESPONSE**

        The Court is in receipt of a letter dated January 23, 2012, from one of the trustees of two trusts which were invested through Charles Schwab. The letter stated that the trustee recently received two letters from the settlement administrator informing him that two checks previously sent to him, which represented his allocation of the share of the net settlement fund, were never cashed (Dkt. No. 1126). The trustee indicated that he had not previously received either of the checks that were supposedly mailed to him in June 2011.

        Class counsel and the claims administrator shall respond by way of declaration to explain how it is that the trustee never received the two checks. Please respond by **NOON ON FRIDAY, JANUARY 27, 2012**.

    **IT IS SO ORDERED.**

Dated: January 25, 2012.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE