IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CHARLES SCHWAB CORPORATION<br>SECURITIES LITIGATION.<br>_____ / | No. C 08-01510 WHA<br><br>**NOTICE REQUESTING<br>SUBMISSION** |

John W. Schroeder, evidently an unpaid class member, submitted a letter to the Court requesting re-issuance of his settlement checks. Mr. Schroeder states that he has been "denied compensation through no fault of [his] own, but because of an outdated payment system, processing errors, and processing delays, all attributable to the claims administrator" (Dkt. No. 1144).

Class counsel is hereby directed to provide the Court with a statement in response to Mr. Schroeder's letter no later than **NOON ON MAY 4, 2012.** That statement should include what steps have been taken by the class administrator to effect Mr. Schroeder's payment as well as a proposed solution.

**IT IS SO ORDERED.**

Dated: April 30, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE